**Fill in this information to identify the case:**

Debtor name  **Firestar Diamond, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **18-10509 (SHL)**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

  ☐ No.  Go to Part 2.
  ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$319.00** |

3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **HSBC Bank (USA), National Association** | **Operating/Checking Account** | **9209** | **$25,723.00** |
| 3.2. | **HSBC Bank (USA), National Association** | **A/R Checking Account** | **3004** | **$3,187,202.00** |
| 3.3. | **HSBC Bank (USA), National Association** | **Payroll/Checking Account** | **6799** | **$101,118.00** |
| 3.4. | **Israel Discount Bank of New York** | **Checking Account** | **1657** | **$17,525.00** |

4. | **Other cash equivalents** *(Identify all)*

5. | **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$3,331,887.00**

## Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

| | | |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| | **Rent Security Deposit for 22 West 48th Street, Suite 707** | |
| | **22 Rock Plaza LLC** | |
| | **22 West 48th Street** | |
| 7.1. | **New York, NY 10036** | $19,100.00 |
| | | |
| | **Rent Security Deposit for 592 Fifth Avenue, 3rd Floor** | |
| | **UOB Realty (USA) Limited Partnership** | |
| | **592 Fifth Avenue** | |
| 7.2. | **New York, NY 10036** | $156,484.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| | **6040 W. Executive Drive, Suite A** | |
| 7.3. | **Mequon, WI 53092** | $3,500.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| | **6040 W. Executive Drive, Suite A** | |
| 7.4. | **Mequon, WI 53092** | $7,500.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| | **6040 W. Executive Drive, Suite A** | |
| 7.5. | **Mequon, WI 53092** | $1,050.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| | **6040 W. Executive Drive, Suite A** | |
| 7.6. | **Mequon, WI 53092** | $3,000.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| | **6040 W. Executive Drive, Suite A** | |
| 7.7. | **Mequon, WI 53092** | $5,000.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| | **6040 W. Executive Drive, Suite A** | |
| 7.8. | **Mequon, WI 53092** | $1,000.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| | **6040 W. Executive Drive, Suite A** | |
| 7.9. | **Mequon, WI 53092** | $6,000.00 |
| | | |
| | **Machine Lease Deposit** | |
| | **Gemex** | |
| 7.10 | **6040 W. Executive Drive, Suite A** | |
| . | **Mequon, WI 53092** | $16,000.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 7.11. | **Machine Lease Deposit**<br>**Gemex**<br>**6040 W. Executive Drive, Suite A**<br>**Mequon, WI 53092** | | $1,500.00 |
| 7.12. | **Machine Lease Deposit**<br>**Gemex**<br>**6040 W. Executive Drive, Suite A**<br>**Mequon, WI 53092** | | $4,000.00 |
| 7.13. | **Machine Lease Deposit**<br>**Gemex**<br>**6040 W. Executive Drive, Suite A**<br>**Mequon, WI 53092** | | $500.00 |
| 7.14. | **Machine Lease Deposit**<br>**Gemex**<br>**6040 W. Executive Drive, Suite A**<br>**Mequon, WI 53092** | | $515.00 |
| 7.15. | **Rent Security Deposit for 160 Griffith Street, 1st Floor**<br>**Shine Properties**<br>**59 Hidden Lake Drive**<br>**North Brunswick, NJ 08902** | | $2,850.00 |

| | | | |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | | |
| 8.1. | **Marketing Fee for Customers (March 2018 - May 2018)**<br>**Channel Advisor**<br>**Lockbox W-502057 / P.O. Box 7777**<br>**Philadelphia, PA 19175** | | $3,390.00 |
| 8.2. | **Fee for Production of UPC Symbol for Tags (March 2018 - May 2018)**<br>**GSI**<br>**1009 Lenox Drive**<br>**Lawrence Township, NJ 08648** | | $1,677.00 |
| 8.3. | **Prepaid Marketing**<br>**JD - Luxury V**<br>**8471 Melrose Avenue**<br>**West Hollywood, CA 90069** | | $32,303.00 |
| 8.4. | **Fee for Booth at 2018 JCK Trade Show (June 2018)**<br>**The Plumb Association**<br>**157 Engle Street**<br>**Englewood, NJ 07631** | | $3,625.00 |
| 8.5. | **Marketing Fee for Diamonds in Glass (March 2018 - September 2018)**<br>**Natasha Schenk**<br>**Feldkirchenstrasse 30**<br>**Kalsdorf, Austria 8401** | | $24,032.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.6. | **Line Fee (March 2018)**<br>**HSBC Bank (USA), National Association**<br>**452 Fifth Avenue**<br>**New York, NY 10018** | **$3,332.00** |
| 8.7. | **Consultation Fee for Evaluation of Employees (March 2018 - May 2018)**<br>**Praendex / The Kulfan**<br>**P.O. Box 430**<br>**Newbury Port, MA 01950** | **$1,160.00** |
| 8.8. | **Rent for 592 Fifth Avenue, 3rd Floor - March 2018**<br>**UOB Realty (USA) Limited Partnership**<br>**592 Fifth Avenue**<br>**New York, NY 10036** | **$32,370.00** |
| 8.9. | **Rent for 22 West 48th Street, Suite 707 - March 2018**<br>**22 Rock Plaza LLC**<br>**22 West 48th Street**<br>**New York, NY 10036** | **$4,905.00** |
| 8.10. | **Medical Insurance - March 2018**<br>**Cook Group**<br>**253 West 35th Street, 12th Floor**<br>**New York, NY 10001** | **$17,289.00** |
| 8.11. | **Life Insurance (March 2018)**<br>**Metlife Group**<br>**P.O. Box 804466**<br>**Kansas City, MO 64180** | **$635.00** |
| 8.12. | **Prepaid Salaries** | **$232,366.00** |
| 8.13. | **Prepaid 2017 Taxes (Federal)** | **$18,322.00** |
| 8.14. | **Prepaid 2017 Taxes (New York State)** | **$3,625.00** |
| 8.15. | **Prepaid 2017 Taxes (New York City)** | **$8,703.00** |
| 8.16. | **Prepaid Taxes (Other States)** | **$21,848.00** |
| 8.17. | **Commercial Insurance (March 2018 - November 2018)**<br>**Travelers**<br>**CL Remittance Center / P.O. Box 660317**<br>**Dallas, TX 75266** | **$3,271.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|--------|----------------------------|---------------------------------------------|
| | Name | |

| | | |
|---|---|---:|
| 8.18. | **Shipping Insurance (March 2018 - September 2018)**<br>**Wasserman**<br>**1120 Ponce De Leon Boulevard**<br>**Coral Gables, FL 33134** | **$6,417.00** |
| 8.19. | **Block Insurance (March 2018 - May 2018)**<br>**Wasserman**<br>**1120 Ponce De Leon Boulevard**<br>**Coral Gables, FL 33134** | **$8,369.00** |
| 8.20. | **D&O Insurance (March 2018 - November 2018)**<br>**Arc Excess & Surplus**<br>**P.O. Box 9012 / 113 South Service Road**<br>**Jericho, NY 11753** | **$11,813.00** |
| 8.21. | **Fee for Booth at 2018 JCK Trade Show (June 2018)**<br>**The Plumb Association**<br>**157 Engle Street**<br>**Englewood, NJ 07631** | **$4,125.00** |
| 8.22. | **Hotel Deposits for 2018 JCK Trade Show (June 2018)**<br>**Delano/Mandalay Bay** | **$1,225.00** |

| 9. | **Total of Part 2.** | **$672,801.00** |
|----|----------------------|-----------------|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---------|-------------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | **10,944,927.00** | - | **4,064,962.00** | = .... | **$6,879,965.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **9,954,856.00** | - | **6,459,753.00** | =.... | **$3,495,103.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$10,375,068.00** |
|-----|----------------------|---------------------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---------|-----------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|---|---|---|
| | Name | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                              % of ownership

| | | | |
|---|---|---|---|
| 15.1. | **Fantasy, Inc. (wholly-owned subsidiary)** | 100 % | **Unknown** |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**    **Total of Part 4.**                                                                                                **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**    **Raw materials** **Loose diamonds** | | | | **$1,427,667.00** |
| **20.**    **Work in progress** **Castings and findings.** | | | | **$41,957.00** |
| **Castings and findings at various vendor locations.** | | | | **$163,345.00** |
| **21.**    **Finished goods, including goods held for resale** **Merchandise out on consignment with customers.** | | | | **$23,929,997.00** |
| **Finished jewelry.** | | | | **$7,997,285.00** |
| **Merchandise out on consignment with overseas affiliates, which Debtors do not expect payment on or return of merchandise.** | | | | **$9,018.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Firestar Diamond, Inc.**
Name

Case number *(If known)*  **18-10509 (SHL)**

| | | | | |
|---|---|---|---|---|
| **Inventory samples on consignment with customers, which is not paid for and will not be returned in the ordinary course of business.** | | | | **$924,622.00** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$34,493,891.00**

24.    **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value    30476    Valuation method    503(b)9    Current Value    0

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Office Furniture & Fixtures** | **$66,833.00** | | **$66,833.00** |
| 40.    **Office fixtures** **Leasehold Improvements** | **$256,406.00** | | **$256,406.00** |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Computer Equipment** | **$8,870.00** | | **$8,870.00** |
| **Computer Software** | **$28,292.00** | | **$28,292.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                    **$360,401.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Machinery and equipment | $11,639.00 | | $11,639.00 |
| Displays (at customer premises, Aurum<br>Holdings Ltd.) - The displays cost was<br>$164,190. The total is being amortized over a 3<br>year period as of August 2017 (mohthly<br>amortization = $4,561). | $132,264.00 | | $132,264.00 |

51. **Total of Part 8.**                                                                                                                    **$143,903.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **Firestar Diamond, Inc.**                                            Case number *(If known)*  **18-10509 (SHL)**
_____
Name

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office Lease: 22 West 48th Street, New York, NY 10036** | | $0.00 | | $0.00 |
| 55.2.  **Office Lease Agreement: 592 Fifth Avenue, New York, NY 10036** | | $0.00 | | $0.00 |
| 55.3.  **Sublease: 160 Griffith Street, 1st Floor, Jersey City, NY 07307** | | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark - "Firestar" name** | **$2,075,109.00** | | **Unknown** |
| **Various patents, trademarks and other intellectual property.** | **$0.00** | | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  9

| Debtor | **Firestar Diamond, Inc.** | | Case number *(If known)* | **18-10509 (SHL)** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Prepaid Royalties (First Quarter of 2018)**<br>**JP-Verityjade**<br>**Studio A, Spectrum House 32-34, Gordon**<br>**House Road**<br>**Hampstead, London, UK NW51LP** | | **$0.00** | **$47,525.00** |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$47,525.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
 ■ No
 ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
 ■ No
 ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

 ☐ No.  Go to Part 12.
 ■ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

71.    **Notes receivable**
 Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| **Loan - Nirav Modi Inc. f/k/a Firestar Jewelry, Inc.** | **2,329,930.00** - | **0.00** = | **$2,329,930.00** |
| **Due from Firestar Group, Inc.** | **3,933.00** - | **3,933.00** = | **$0.00** |
| **Loan - AVD Trading, Inc.** | **55,813.00** - | **35,813.00** = | **$20,000.00** |
| **Loan - Nirav Modi personal loan** | **73,570.00** - | **73,570.00** = | **$0.00** |
| **Loan - Firestar Precious** | **1,000.00** - | **1,000.00** = | **$0.00** |

72.    **Tax refunds and unused net operating losses (NOLs)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|---|---|---|
| | Name | |

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **A. Jaffe, Inc. - (other receivable for allocated overhead)** | **$35,019.00** |
| **Fantasy, Inc. - (other receivable for allocated overhead)** | **$107,886.00** |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$2,492,835.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(If known)* **18-10509 (SHL)** |
|---|---|---|
| | Name | |

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,331,887.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $672,801.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,375,068.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $34,493,891.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $360,401.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $143,903.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $47,525.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,492,835.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $51,918,311.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $51,918,311.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Firestar Diamond, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-10509 (SHL)**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| **2.1** | **HSBC Bank (USA), National Association** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**Substantially all assets of the Debtor**

**Amount of claim:** $11,400,000.00   **Value of collateral:** Unknown

**Sarah Seimens**
**452 Fifth Avenue**
**New York, NY 10018**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**September 2006**
Last 4 digits of account number
**1513**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Israel Discount Bank of New York** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**Substantially all assets of the Debtor**

**Amount of claim:** $8,600,000.00   **Value of collateral:** Unknown

**c/o David Herzog**
**511 Fifth Avenue**
**New York, NY 10017**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**September 2006**
Last 4 digits of account number
**6766**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Debtor    **Firestar Diamond, Inc.**                                    Case number (if know)    **18-10509 (SHL)**
_____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$20,000,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brett D. Goodman**<br>**Troutman Sanders**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line __2.2__ | |
| **Harris B. Winsberg**<br>**Troutman Sanders LLP**<br>**600 Peachtree Street, NE Suite 3000**<br>**Atlanta, GA 30308** | Line __2.2__ | |
| **Ken Coleman**<br>**Allen & Overy, LLP**<br>**1221 6th Avenue**<br>**New York, NY 10020** | Line __2.1__ | |

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 2

| Fill in this information to identify the case: |
|---|
| Debtor name    **Firestar Diamond, Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)    **18-10509 (SHL)** |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**22 Rock Plaza LLC**<br>**989 Sixth Avenue, 15th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,905.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Abigail Lang**<br>**10650 Countess Drive**<br>**Dallas, TX 75229**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,703.03** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**ADP, LLC**<br>**P.O. Box 842875**<br>**Boston, MA 02284**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,145.36** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Almat Forms & Systems, Inc.**<br>**One Main Street, Suite 2**<br>**Kings Park, NY 11754**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,169.60** |

| Debtor | **Firestar Diamond, Inc.** | | Case number *(if known)* | **18-10509 (SHL)** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,780.62** |
|---|---|---|---|
| | **Amazon.com**<br>**Attn: A/P, P.O. Box 80387**<br>**Seattle, WA 98108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,839.44** |
|---|---|---|---|
| | **American Express - Platinum**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1008** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,760.93** |
|---|---|---|---|
| | **American Express, Inc.**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,691.10** |
|---|---|---|---|
| | **American Trans Plastic**<br>**P.O. Box 703**<br>**Edison, NJ 08818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.44** |
|---|---|---|---|
| | **Axiam Printing**<br>**2165 Morris Avenue**<br>**Union, NJ 07083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,527.40** |
|---|---|---|---|
| | **BK Jewelry Contractors, Inc.**<br>**71 West 47th Street, Room 1100**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|
| | **Cai Software LLC**<br>**36 Thurber Boulevard**<br>**Smithfield, RI 02917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Firestar Diamond, Inc.** | | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,855.30 |
|---|---|---|---|
| | **Chase Card Service**<br>**P.O. Box 1423**<br>**Charlotte, NC 28201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **4864** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,802.67 |
|---|---|---|---|
| | **Chase Card Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1860** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,649.55 |
|---|---|---|---|
| | **Colony Group, Inc.**<br>**1096 Laurel Court**<br>**Mansfield, TX 76063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,202.14 |
|---|---|---|---|
| | **Cook Group Solutions, LLC**<br>**253 West 35th Street, 12th Floor**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $849.00 |
|---|---|---|---|
| | **Crown Findings Company, Inc.**<br>**44 West 47th Street, GF #12**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **Cyrus D. Mehta & Associates**<br>**2 Wall Street, 6th Floor**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,721.05 |
|---|---|---|---|
| | **Data2, Inc.**<br>**P.O. Box 790379**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Firestar Diamond, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-10509 (SHL)** |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,255.78** |
|---|---|---|---|

**Distinctive Offices, Inc.**
**250 West 40th Street, 9th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,736.90** |
|---|---|---|---|

**Donna Cutillo & Company**
**1447 Ottawa Court**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,617.50** |
|---|---|---|---|

**Fancy Creations Company Ltd.**
**Unit B03, 2/F, Summit Building**
**30 Man Yue Street**
**Hunghom, Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,182.00** |
|---|---|---|---|

**Fantasy Diamond Corp.**
**1550 West Carroll Avenue**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,748.10** |
|---|---|---|---|

**Federal Express**
**P.O. Box 371741**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,823.31** |
|---|---|---|---|

**Fidelity Investments**
**Fidelity-Client Services ECM**
**100 Crosby Parkway**
**Latonia, KY 41015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,214,751.23** |
|---|---|---|---|

**Firestar Diamond BVBA**
**Antwerp Diamond House, 4th Floor**
**Hooveniersstraat 30, Bus 119, #441**
**Antwerpen 2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470,564.21 |
|---|---|---|---|

**Firestar Diamond FZE (Dubai)**
**5EA-513 Dubai Airport Free Zone**
**Dubai, United Arab Emirates**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222,346.38 |
|---|---|---|---|

**Firestar Diamond International, Inc.**
**580 Fifth Avenue, Suite 601**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,090.00 |
|---|---|---|---|

**Firestar Group Inc.**
**529 Fifth Avenue, 3rd Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,058,500.00 |
|---|---|---|---|

**Firestar Holdings Ltd., HK**
**21-23 2nd Floor, Henry House**
**10 Ice House Street**
**Central, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,666.00 |
|---|---|---|---|

**Firestar International Ltd.**
**AE-4050, Bharat Diamond Bourse**
**BKC, Bandra**
**Mumbai, India 400051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,790,810.00 |
|---|---|---|---|

**Firestar International Ltd.**
**Plot # G-1-181, Sez-II**
**Sitapura Industrial Area**
**Jaipur 302022, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322,746.60 |
|---|---|---|---|

**Firestar International Ltd.**
**Part B, Unit No. 24, Tower II, Wing B**
**Kohinoor Citykirol Road Kurla (W)**
**Mumbai 400070, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,650,800.07 |
|---|---|---|---|

**Firestar International Ltd.**
**1110, Prasad Chambers**
**Opera House**
**Mumbai 400004, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $193,013.00 |
|---|---|---|---|

**Firestar International Ltd.**
**1110, Prasad Chambers, Opera House**
**Mumbai, India 400004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,563,781.43 |
|---|---|---|---|

**Firestar International P Ltd.**
**Plot #17/18/19, Unit #2, 1st Floor**
**Surat Special Economi**
**Sachin, Surat 394230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151,873.73 |
|---|---|---|---|

**Firestar International P Ltd.**
**Plot No. 118, Road No. 18**
**MIDC, Andheri (East)**
**Mumbai, Maharashtra, India 400093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $41,250.00 |
|---|---|---|---|

**First Insight, Inc.**
**2000 Ericsson Drive, Suite 200**
**Warrendale, PA 15086-6507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,394.56 |
|---|---|---|---|

**Fisher House Foundation Inc.**
**111 Rockville Pike, Suite 420**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,721.52 |
|---|---|---|---|

**Fuller Box Co.**
**P.O. Box 198**
**Central Falls, RI 02863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Firestar Diamond, Inc.** | | |
|---|---|---|---|
| | Name | Case number (*if known*) | **18-10509 (SHL)** |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |
|---|---|---|---|

**Gail Stern Consulting, LLC**
**69 Hawthorne Way**
**Hartsdale, NY 10530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,375.95 |
|---|---|---|---|

**Gemex Systems Inc.**
**6040 West Executive Drive, Suite A**
**Mequon, WI 53092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254.00 |
|---|---|---|---|

**Gemological Science International**
**581 Fifth Avenue, 4th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.50 |
|---|---|---|---|

**GS Laboratories of America**
**141114 N. Dallas Parkway, Suite 475**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378.00 |
|---|---|---|---|

**GSI**
**581 FIfth Avenue, 4th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.58 |
|---|---|---|---|

**Guardian Insurance**
**P.O. Box 677458**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.98 |
|---|---|---|---|

**GXS**
**29144 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.00**

**Harikrishna Diamond Cutters, Inc.**
**31 West 47th Street, Suite 1003**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,604.00**

**I & C Creation Jewelry LLC**
**37 West 47th Street, Suite 705**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,195.44**

**IBM Corporation**
**P.O. Box 643600**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$991.50**

**Independent Gemological Lab**
**25 West 45th Street, Suite 1406**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Internal Revenue Service**
**1 Clinton Avenue**
**Albany, NY 12207**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,816.09**

**International Gemological Institute**
**551 Fifth Avenue**
**New York, NY 10176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$837.70**

**International Packaging Corp.**
**P.O. Box 845241**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,571.96 |
|---|---|---|---|

**Jennifer Sloan**
**450 22nd Street, Suite 150**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,186.71 |
|---|---|---|---|

**Joseph Castings, Inc.**
**25 Brook Avenue**
**Maywood, NJ 07607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.76 |
|---|---|---|---|

**Karizia S.P.A.**
**Via Perosi, 18/20 36067**
**T. Cassola (VI), Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.83 |
|---|---|---|---|

**Kassoy**
**101 Commerical Street, Suite 200**
**Plainview, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.50 |
|---|---|---|---|

**Lisa Shamus & Associates**
**350 East 79th Street, Apt. 38B**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247,553.24 |
|---|---|---|---|

**Malca-Amit CHB, Inc.**
**153-66 Rockaway Boulevard**
**Jamaica, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,293.12 |
|---|---|---|---|

**Malca-Amit USA, LLC**
**Attn: Accounts Receivable**
**153-66 Rockaway Boulevard**
**Jamaica, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,406.78** |
|---|---|---|---|

**Metlife - Group Benefits**
**P.O. Box 804466**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,465.33** |
|---|---|---|---|

**Midas Chain, Inc.**
**50 McDermott Place**
**Bergenfield, NJ 07621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,992.50** |
|---|---|---|---|

**MIG Manufacturing Inc.**
**19 West 36th Street, 5th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,927.08** |
|---|---|---|---|

**Mutual Security Services**
**10 West 46th Street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.21** |
|---|---|---|---|

**Nancy Benson**
**3522 Emerald Court**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,767.76** |
|---|---|---|---|

**Nancy Benson**
**c/o FedEx Office, N. Benson**
**5615 Colleyville Blvd.**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$661.63** |
|---|---|---|---|

**National Chain Group**
**55 Access Road**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Navy Exchange SVC COM #050100NE**
**530 Independence Parkway**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$425.44**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**New York City Department of Finance**
**One Centre Street**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Noble Gift Packaging Inc.**
**20 Sand Park Road**
**Cedar Grove, NJ 07009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,287.98**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**NYS Department of Taxation & Finance**
**W A Harriman Campus,  #855**
**Albany, NY 12227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Pacific Northern, Inc.**
**3116 Belmeade Drive**
**Carrollton, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,389.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Piercing Pagoda**
**3000 Grapevine Mills K1113**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,082.49**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Platinum Talent LLC**
**2831 St. Rose Parkway, Suite 261**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

| Debtor | **Firestar Diamond, Inc.** | | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $652.00 |
|---|---|---|---|

**RAM Jewelry, Inc.**
**7 West 54th Street, 6th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.50 |
|---|---|---|---|

**Rebecca Enis**
**3619 Bowne Street, Apt. 2F**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.00 |
|---|---|---|---|

**Riddles Group Inc.**
**dba Ridco Jewelry**
**2707 Mt. Rushmore Road**
**Rapid City, SD 57701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,330.43 |
|---|---|---|---|

**Rocket Red Box, Inc.**
**375 Executive Boulevard, Suite W-4**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,086.93 |
|---|---|---|---|

**Rosemary Mazza**
**c/o 592 Fifth Avenue**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.00 |
|---|---|---|---|

**Ross Metals**
**54 West 47th Street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,022.85 |
|---|---|---|---|

**Royal Chain**
**2 West 46th Street, 2nd Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$164.00** |
|---|---|---|---|

**S. Bichachi Bluemenfeld Diamond Co.**
**580 Fifth Avenue, Suite 608**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$619,917.27** |
|---|---|---|---|

**Saumil Diam LLC**
**15 West 47th Street, Suite 1707**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,284.91** |
|---|---|---|---|

**Security Industry Specialists**
**6071 Bristol Parkway**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,716.72** |
|---|---|---|---|

**Sharon Thomson**
**600 N. Dearborn Street, Apt. #1802**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,080.00** |
|---|---|---|---|

**Signature B&B Companies**
**501 Franklin Avenue**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,653.98** |
|---|---|---|---|

**Staples Business Advantage**
**Dept. NY, P.O. Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Sunshine Diamond Cutter, Inc.**
**38 West 48th Street, Suite 905**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)  **18-10509 (SHL)**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $496.64 |
|---|---|---|---|

**SuperJeweler.com**
**18 East 48th Street, 3rd Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,127,499.00 |
|---|---|---|---|

**Synergies Corp.**
**592 Fifth Avenue, 3rd Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.03 |
|---|---|---|---|

**Tessler & Weiss**
**2389 Vauxhall Road**
**P.O. Box 3114**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,625.00 |
|---|---|---|---|

**The Plumb Club Association**
**157 Engle Street**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.52 |
|---|---|---|---|

**Torrie Caufield**
**c/o 592 Fifth Avenue**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,785.26 |
|---|---|---|---|

**U.S. Customs and Border**
**P.O. Box 530071**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|

**UL Verification Services Inc.**
**62045 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Firestar Diamond, Inc.**
Name

Case number (if known)    **18-10509 (SHL)**

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,445.05** |
|---|---|---|---|

**Uline**
**Attn: Accounts Receivable**
**2200 S. Lakeside Drive**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,456.35** |
|---|---|---|---|

**United States Treasury**
**Attn: Extracting Stop 312**
**201 W. River Center Boulevard**
**Covington, KY 41011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$341.34** |
|---|---|---|---|

**Victor Settings**
**25 Brook Avenue**
**Maywood, NJ 07607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,339.79** |
|---|---|---|---|

**W.R. Cobb Company**
**800 Waterman Avenue**
**East Providence, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.43** |
|---|---|---|---|

**Walmart.com**
**c/o Walmart Headquarters**
**702 S. W. 8th Street**
**Bentonville, AR 72716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,680.00** |
|---|---|---|---|

**Wasserman & Wexler, LLC**
**1120 Ponce De Leon Boulevard**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,049.00** |
|---|---|---|---|

**Wasserman & Wexler, LLC**
**d/b/a IBJ**
**1120 Ponce De Leon Boulevard**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Firestar Diamond, Inc.** | Case number (if known) | **18-10509 (SHL)** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,918.70 |
|---|---|---|---|

**World Diamond Distribution FZE**
**Office #D-3, Phase-II, Box #50046**
**Fujairah Free Zone, Fujairah**
**United Arab Emirates**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.00 |
|---|---|---|---|

**XOMOX**
**151 West 46th Street, 15th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Office of the United States Attorney**<br>**86 Chambers Street**<br>**3rd Floor**<br>**New York, NY 10007** | Line **3.97**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 42,457,753.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 42,457,753.71 |

**Fill in this information to identify the case:**

Debtor name    **Firestar Diamond, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **18-10509 (SHL)**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Office lease (22 West 48th Street)** | |
| State the term remaining | **3 years, 11 months** | |
| List the contract number of any government contract | | **22 Rock Plaza LLC**<br>**989 Sixth Avenue, 15th Floor**<br>**New York, NY 10036** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **BBB Group, Inc.**<br>**d/b/a Bailey, Banks and Biddle**<br>**3440 Sojourn Road, Suite 200**<br>**Carrollton, TX 75006** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Fred Meyer Jewelers, Inc.**<br>**3800 SE 22nd Avenue**<br>**Portland, OR 97202-2000** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Licensing agreement** | |
| State the term remaining | **Until either party provides 30-day notice of cancellation** | |
| List the contract number of any government contract | | **Gail Stern Consulting**<br>**9 Robin Hill Road**<br>**Scarsdale, NY 10583** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Firestar Diamond, Inc.** | | Case number *(if known)* | **18-10509 (SHL)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Macy's East** |
| | List the contract number of any government contract | | **Attn: Consignment Manager** **2101 East Kemper Road** **Cincinnati, OH 45241** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Macy's Florida, LLC** |
| | List the contract number of any government contract | | **Attn: Consignment Manager** **2101 East Kemper Road** **Cincinnati, OH 45241** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Natascha Schenk** |
| | List the contract number of any government contract | | **Copacabana 8** **8401 Kallsdorf bei Graz** **Austria** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | **1 year, 9 months** | **Peanuts Worldwide LLC** |
| | List the contract number of any government contract | | **7 Penn Plaza, 370 7th Avenue, Suite 1701** **New York, NY 10001** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease agreement (Debtor is sublessee) for 160 Griffith Street, 1st Floor, Jersey City, NJ 07307** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **Shine Properties LLC** |
| | List the contract number of any government contract | | **59 Hidden Lake Drive** **North Brunswick, NJ 08902** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
|---|---|---|---|
| | State the term remaining | **Through August 9, 2022** | **SimplexDiam, Inc.** **50 West 47th Street, Suite 2011** **New York, NY 10036** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Firestar Diamond, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-10509 (SHL)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
| | State the term remaining | **Through December 20, 2020** | **Sterling Jewelers, Inc. 375 Ghent Road Akron, OH 44333** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
| | State the term remaining | **Through December 20, 2020** | **Sterling, Inc. 375 Ghent Road Akron, OH 44333** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
| | State the term remaining | | **The American Society for the Prevention of Cruelty to Animals 424 East 92nd Street New York, NY 10128** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
| | State the term remaining | **Through December 20, 2020** | **TXDC, L.P. 901 W. Walnut Hill Lane Irving, TX 75038** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease (592 Fifth Avenue)** | |
| | State the term remaining | **5 years, 5 months** | **UOB Realty (USA) Limited Partnership 592 Fifth Avenue, 10th Floor New York, NY 10036** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Firestar Diamond, Inc.** | | | Case number *(if known)* | **18-10509 (SHL)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark license agreement** | |
|---|---|---|---|
| | State the term remaining | **1 year, 9 months** | **Verity Jade Limited Studio A, Spectrum House 32-34 Gordon House Road Hampstead, London, UK NW51LP** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **VerityJade Limited Studio A, Spectrum House 32-34 Gordon House Road Hampstead, London, UK NW51LP** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
|---|---|---|---|
| | State the term remaining | **Through December 20, 2020** | **Zale Delaware, Inc. 901 W. Walnut Hill Lane Irving, TX 75038** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Firestar Diamond, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-10509 (SHL)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Fantasy, Inc.** | **592 Fifth Avenue New York, NY 10036** | **HSBC Bank (USA), National Association** | ☑ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Fantasy, Inc.** | **592 Fifth Avenue New York, NY 10036** | **Israel Discount Bank of New York** | ☑ D    **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   **Firestar Group, Inc.** | **592 Fifth Avenue New York, NY 10036** | **HSBC Bank (USA), National Association** | ☑ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4   **Firestar International Ltd.** | **1110 Prasad Chambers, Opera House Mumbai, India 400051** | **Israel Discount Bank of New York** | ☑ D    **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5   **Firestar International Ltd.** | **1110 Prasad Chambers, Opera House Mumbai, India 400051** | **HSBC Bank (USA), National Association** | ☑ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Firestar Diamond, Inc.** | Case number *(if known)* | **18-10509 (SHL)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Nirav Modi**   **4 Grosvenor House Peddar Road Mumbai, India** | **HSBC Bank (USA), National Association** | ■ D __2.1__  ☐ E/F ____  ☐ G ____ |
| 2.7 | **Nirav Modi**   **4 Grosvenor House Peddar Road Mumbai, India** | **Israel Discount Bank of New York** | ■ D __2.2__  ☐ E/F ____  ☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Firestar Diamond, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-10509 (SHL)**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2018**        X */s/ Ajay Gandhi*
                                        Signature of individual signing on behalf of debtor

                                        **Ajay Gandhi**
                                        Printed name

                                        **Chief Financial Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy