**GELTZLER HENRICH & ASSOCIATES, LLC**
Mark G. Samson
295 Madison Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 697-2400
Facsimile: (212) 697-4812

*Chief Restructuring Officer and Related Services*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
           :
In re:              :      Chapter 11
           :
FIRESTAR DIAMOND, INC., et al.,    :      Case No. 18-10509 (SHL)
           :
          Debtors.     :      (Jointly Administered)
           :
------------------------------------------------------------X

**FIRST MONTHLY STAFFING REPORT OF**
**GETZLER HENRICH AND ASSOCIATES, LLC AND MARK G.**
**SAMSON, AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS,**
**FOR THE PERIOD FROM FEBRUARY 26, 2018 THROUGH MARCH 31, 2018**

| | |
|---|---|
| Name of Applicant: | Getzler Henrich & Associates, LLC and Mark G. Samson, Chief Restructuring Officer |
| Authorized to Provide Professional Services to: | Firestar Diamond, Inc. ("Firestar"), Fantasy, Inc. ("Fantasy") and A. Jaffe, Inc. ("Jaffe," and together with Firestar and Fantasy, the "Debtors") |
| Effective Date of Retention: | February 26, 2018 |
| Period for Which Compensation and Reimbursement is Sought: | February 26, 2018 through March 31, 2018 ("Reporting Period") |
| Objection Deadline: | April 26, 2018 |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $127,203.00 |

1

Compensation Allocated to Firestar
And Fantasy (75%):                              $95,402.25

Compensation Allocated to
Jaffe (25%):                                    $31,800.75

Compensation Payable by Firestar
And Fantasy after Objection
Deadline:                                       $95,402.25

Compensation Payable by Jaffe
after Objection Deadline:                       $31,800.75
Reimbursement of Expenses Sought
as Actual, Reasonable and Necessary
during Statement Period for all Debtors:        $128.52

Reimbursement of Expenses Payable
by all Debtors After Objection Deadline:        $ 128.52

## TIME SUMMARY BY BILLING CATEGORY
For the Period of February 26, 2018 through March 31, 2018

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Asset Disposition (Sale) | 63.5 | $32,932.50 |
| Business Operations | 94.5 | $50,557.50 |
| Case Administration | 76 | $40,660.00 |
| Corporate Governance | 5.5 | $2,942.50 |
| Financing and Cash Collateral | 31 | $16585.00 |
| PNB | 1.5 | $802.50 |
| **Total (before Mark G. Samson cap discount)** | **273.40** | **$145,253.00[1]** |
| **Mark G. Samson Discount** | | **18,050.00** |
| **Total After Discount** | | **$127,203.00** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of February 26, 2018 through March 31, 2018

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Mark G. Samson | Managing Director Since 1999 | $535.00 | 266.50 | $142,577.50 |
| *Mark G. Samson (discount based on Cap – see footnote 1) | Managing Director | | | $18,050.00 |
| Mark G. Samson Net Fee Due | Managing Director | $467.27 | 266.50 | $124,527.50 |
| William Henrich | Principal 30 years | $595.00 | 0.40 | $238.00 |
| Jubin Pandey | Analyst Since 20162 | $375.00 | 6.5 | $2437.50 |
| **Total** | | **$465.26** (Blended Hourly Rate) | **273.40** | **$127,203.00** |

---

[1] This amount is before Samson cap discount which calculations can be seen at the end of the detail in Exhibit A

**EXPENSE REIMBURSEMENT**
For the Period of February 26, 2018 through March 31, 2018

| Disbursements | Amount |
|---|---|
| Meals – Lunch | $48.35 |
| Transportation Taxi | $80.17 |
| | |
| **Total Disbursements** | **$128.52** |

Attached hereto as **<u>Exhibit A</u>** are contemporaneously maintained time entries for each individual providing services for the Statement Period for the Debtors.

In accordance with the *Final Order Authorizing the Debtors to (A) Retain Getzler Henrich & Associates LLC and to Provide Mark Samson as Chief Restructuring Officer and Related Services, and (B) Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Petition Date*, dated March 29, 2018 (the "<u>CRO Retention Order</u>") [Docket No. 80], Getzler Henrich & Associates, LLC ("<u>Getzler Henrich</u>") hereby submits this first monthly staffing report (the "<u>First Monthly Staffing Report</u>"), and seeks compensation for services rendered and reimbursement of expenses incurred as Chief Restructuring Officer and related services for the Debtors, for the period from February 26, 2016 through March 31, 2018. By this First Monthly Staffing Report, Getzler Henrich seeks payment in the amount of $127,203.00, for compensation sought for actual and necessary services rendered during the Reporting Period and (ii) reimbursement $128.52 for actual and necessary expenses incurred in connection with such services during the Reporting Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this First Monthly Staffing Report shall be given by email or hand or overnight delivery upon: (a) the Debtors, 592 5th Avenue, 3rd Floor, New York, New York 10036, attn.: Neil Bivona, Independent Director; (b) the Debtors' counsel, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10018, attn.: Ian R. Winters and Joseph C. Corneau, and Forchelli Deegan Terrana LLP, 333 Earle Ovington Blvd., Suite 1010, Uniondale, New York 11553, attn.: Gerard R. Luckman; (c) counsel to Israel Discount Bank of New York, Troutman Sanders LLP, 875 Third Avenue, New York, New York 10022 attn.: Brett D. Goodman and Troutman Sanders LLP, 600 Peachtree Street, NE., Suite 3000, Atlanta, Georgia 30308 attn.: Harris B. Winsberg and Matthew R. Brooks; (d) counsel to HSBC Bank USA, LLC, Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, attn.: Ken Coleman; (e) counsel to any Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases (the "Committee"), if one is appointed; and (f) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, attn.: Richard Morrissey (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this First Monthly Staffing Report, if any, must be served upon the Notice Parties, and by hand or overnight delivery upon Getzler Henrich & Associates, LLC, 295 Madison Avenue, 20th Floor, New York, New York 10017, no later than April 26, 2018 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this First Monthly Staffing Report are received by the Objection Deadline, the Debtors shall promptly pay the compensation and expenses sought hereby.

To the extent that an objection to this First Monthly Staffing Report is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly

Staffing Report to which the objection is directed and promptly pay the remainder of the fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for hearing.

### **RESERVATION OF RIGHTS**

Getzler Henrich reserves the right to amend the fees and expense reimbursement sought herein in the event that a subsequent review of Getzler Henrich's records reveals that additional professional services were rendered or expenses incurred which were not processed in advance of this First Monthly Staffing Report.  In the event such amendments are required, Getzler Henrich reserves the right to seek such additional fees or expenses in any subsequent monthly staffing report.

Dated:   New York, New York
         April 16, 2018

                         **GETZLER HENRICH &
                         ASSOCIATES, LLC**

                   By:   */s/ Mark G. Samson*
                         Mark G. Samson
                         295 Madison Avenue, 20th Floor
                         New York, NY 10017
                         Telephone: (212) 697-2400
                         Facsimile: (212) 697-4812
                         Email: msamson@getzlerhenrich.com

                         *Chief Restructuring Officer to the Debtors
                         and Debtors in Possession*

**EXHIBIT A**

**TIME AND EXPENSE DETAIL**

# Getzler Henrich and Associates Fees – Period 2/26/2018 Through 3/31/2018

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Samson | Business operations | 02/27/18 | 3.0 | $535.00 | $ 1,605.00 | Face meeting at company with FA Mr. Hoff and management (1). Inspected vaults at both facilities (1) and assisted with cash flow (1). |
| Samson | Financing and Cash Collateral | 02/27/18 | 2.5 | $535.00 | $ 1,337.50 | Review, challenge and revise cash flow and BBC for presentation to lenders with FA team |
| Samson | Asset Disposition (Sale) | 02/28/18 | 2.0 | $535.00 | $ 1,070.00 | Meeting with senior management to discuss strategy on how to deal with potential buyers. Attendees were Mr. Mihir Bhansali, Mr. Sandburg and Sumay Bhansali. |
| Samson | Asset Disposition (Sale) | 02/28/18 | 1.0 | $535.00 | $ 535.00 | Sale of business - Navy Base account and follow-up. Includes discussions with potential bidder (.5) and analysis of the account and discussion with Mr. Bhansali(.5). |
| Samson | Business operations | 02/28/18 | 3.5 | $535.00 | $ 1,872.50 | Meetings with various department heads in groups and individually, includes sales people finance, group Jaffe CEO Mr. S Bhansali and Firestar CEO Mr. M Bhansali (2.) Discussed all aspects of business including customer ( C ) issue, bank auditors and general bankruptcy advisory (2) |
| Samson | Case Administration | 02/28/18 | 2.0 | $535.00 | $ 1,070.00 | Review various first day motions drafts and declarations |
| Samson | Financing and Cash Collateral | 02/28/18 | 1.0 | $535.00 | $ 535.00 | Vault auditors update and discussion |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| Samson | Asset Disposition (Sale) | 03/01/18 | 1.5 | $535.00 | $ | 802.50 | Sale of business (Ak) and data room discussion (.5). Includes strategy discussions, creation of teaser (.5) Call with several potential buyers (.5) |
|--------|--------------------------|----------|-----|---------|---|--------|--------------------------------------------------------------------------------------------------------------------------------------------------|
| Samson | Business operations | 03/01/18 | 2.5 | $535.00 | $ | 1,337.50 | Company business management, meeting with key employees CFO Mr. Ghandi, A Jaffe management and President Mr. M Bhansali on rules of bankruptcy and procedures |
| Samson | Financing and Cash Collateral | 03/01/18 | 3.0 | $535.00 | $ | 1,605.00 | Update review of projections for lenders (2.5). Includes several calls with lender (.5) |
| Samson | Asset Disposition (Sale) | 03/02/18 | 2.0 | $535.00 | $ | 1,070.00 | Sale of business, call with potential bidders (.5), strategy discussions and continued creations of teaser for data room (.5). Includes review of data room files before uploading to data room (1). |
| Samson | Business operations | 03/02/18 | 2.0 | $535.00 | $ | 1,070.00 | Retain and interview new vault monitors (1), includes calls with IDB Mr. Hertzman and correspondence with lenders about monitors(1) |
| Samson | Financing and Cash Collateral | 03/02/18 | 5.0 | $535.00 | $ | 2,675.00 | Most of the day dedicated to cash collateral BBC and projections update. Includes review of supporting documents, discussions with management and challenging of all line items. |
| Samson | Financing and Cash Collateral | 03/02/18 | 1.0 | $535.00 | $ | 535.00 | Analysis, challenge and preparation of report for critical vendors, 503(b)(9), and employee expenses row by row. |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| Samson | Case Administration | 03/03/18 | 3.0 | $535.00 | $ 1,605.00 | Group Call including follow-up call with FA. Mr. Hoff, counsel and correspondence with HSBC Mr. Hanley and IDB Mr. Hertzman on cash collateral (2). Includes separate call with debtors counsel, and lenders (.5) Includes follow up call with debtors counsel associates to complete cash collateral and other motions (.5) |
| Samson | Case Administration | 03/03/18 | 2.5 | $535.00 | $ 1,337.50 | Review all draft motions for first day hearing, includes GH retention. |
| Samson | Case Administration | 03/03/18 | 2.0 | $535.00 | $ 1,070.00 | Calls with Mr. Winters (Debtors counsel), company management on Critical Vendor, 503b(9) to take them through the cash collateral motion and give them an understanding of the other motions (1.5) includes follow up (.5). |
| Samson | Financing and Cash Collateral | 03/03/18 | 3.0 | $535.00 | $ 1,605.00 | Analyze, challenge and prepare report for critical vendors, 503(b)(9), and employee expenses row by row. Started the process the day before and completed 3/3 |
| Henrich | Retentions and fee applications | 03/03/18 | 0.4 | $595.00 | $ 238.00 | Review Getzler Henrich retention documents and provide comments to M. Samson |
| Samson | Case Administration | 03/04/18 | 3.0 | $535.00 | $ 1,605.00 | Review IDB cash collateral markup. Includes conference call with debtors counsel Mr. Winters and FA Mr. Hoff on the matter. Includes follow-up to tweak cash flow for critical vendors and $2Mn bank pay down |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| Samson | Case Administration | 03/04/18 | 2.0 | $535.00 | $ | 1,070.00 | All hands call at 3 PM. Includes pre calls and correspondence with lenders. Includes follow-up call and discussion on teaser, sale of business (1.5). Follow up with HSBC and IDB (.5). |
|--------|---------------------|----------|-----|---------|---|----------|------------------------------------------------------------------|
| Samson | Case Administration | 03/04/18 | 5.0 | $535.00 | $ | 2,675.00 | Review of all first day schedules comprising wage motions, critical vendors and 503b(9)'s draft cash collateral. Includes follow-up call, review of declarations et al. |
| Pandey | Asset Disposition (Sale) | 03/05/18 | 3.5 | $375.00 | $ | 1,312.50 | Preparing the teaser for Firestar, with Mr. Samson (CRO) preparing list of PE to send teaser to, sending out the email blast |
| Samson | Asset Disposition (Sale) | 03/05/18 | 3.0 | $535.00 | $ | 1,605.00 | Complete teaser and send to approximately 200 PE firms (1), meetings with several potential bidders, review of due diligence material, and discussions with management on progress on each potential bidder(2) |
| Samson | Business operations | 03/05/18 | 4.0 | $535.00 | $ | 2,140.00 | Company business management, includes Health Insurance issue, License, inventory monitoring, meetings with employees and management (2). Includes discussions on new vendors and procedures to receive how to receive product and security protocol (2) |
| Samson | Case Administration | 03/05/18 | 4.0 | $535.00 | $ | 2,140.00 | Review of cash flows, 4 week budget (1.5), includes discussions with FA Mr. Hoff and Ms Riggio (1) and several calls with lender (IDB) (.5). Calls with debtors counsel and final review of cash collateral motion (1) |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| Samson | Asset Disposition (Sale) | 03/06/18 | 2.0 | $535.00 | $ 1,070.00 | Attended meeting with buyer (B) at their NYC office at 7 PM. Attendees included their CEO, debtors counsel and Firestar and Jaffe executive management Mr. M Bhansali, Mr. Sandberg and Mr. S Bhansali |
| Samson | Business operations | 03/06/18 | 2.5 | $535.00 | $ 1,337.50 | Catch-up after court on vendor issues, correspondence on business management (1.5), includes meeting and calls with management regarding court hearing (1) |
| Samson | Case Administration | 03/06/18 | 3.0 | $535.00 | $ 1,605.00 | Meeting with counsel (2) and lenders (1)before court to negotiate cash collateral |
| Samson | Case Administration | 03/06/18 | 4.0 | $535.00 | $ 2,140.00 | Attend court from 11 through 4 pm which includes negotiations with lenders on cash collateral. Includes debtors counsel, IDB and HSBC counsel |
| Samson | Asset Disposition (Sale) | 03/07/18 | 2.0 | $535.00 | $ 1,070.00 | Sale of business, includes NDA and conference call with full team on all aspects of business and controls. Update of the tracking sheets |
| Samson | Business operations | 03/07/18 | 2.5 | $535.00 | $ 1,337.50 | Review checks and potential disbursements, cash balances (1.5) Discussion with management on critical payments (1) |
| Samson | Business operations | 03/07/18 | 2.5 | $535.00 | $ 1,337.50 | Continued to review checks and disbursements which included calls with various vendors |
| Samson | Business operations | 03/07/18 | 2.5 | $535.00 | $ 1,337.50 | Company management, includes calls with venders (.5) and discussions with employees , Nancy, Sharon and Joyce (.5) Review orders, billings and inventory (1.5) |
| Samson | Corporate Governance | 03/07/18 | 1.0 | $535.00 | $ 535.00 | Interviews with potential independent director |

# Getzler Henrich and Associates Fees – Period 2/26/2018 Through 3/31/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| Samson | Asset Disposition (Sale) | 03/08/18 | 2.0 | $535.00 | $ 1,070.00 | Sale of business, review of NDA, discussions with several bidders |
| Samson | Business operations | 03/08/18 | 4.0 | $535.00 | $ 2,140.00 | Cash Management, review all checks, includes call with lenders. Includes BBC analysis and discussions on every check presented. Approximately 2 to 4 hours is dedicated to this task each day. |
| Samson | Business operations | 03/08/18 | 3.0 | $535.00 | $ 1,605.00 | Company business management: Discussion with department heads and analysis of ongoing vendors (1), review monitoring procedures of vault (.5) includes meeting with vendor to arrange for purchase of $300K of stock and protocol to insure stock is received and recorded (1.5). |
| Samson | Asset Disposition (Sale) | 03/09/18 | 3.0 | $535.00 | $ 1,605.00 | All hands call regarding sale of business with Mr. Winters, management and FA Mr. Hoff, includes update of tracking sheet and discussions on definition of qualified bidders; includes follow up on bidders, NDA's and data for data room. |
| Samson | Business operations | 03/09/18 | 3.0 | $535.00 | $ 1,605.00 | Review of collateral, and discussions on business activity status with customers, vendors and employees. Meeting with management / departments heads and sales people. |
| Samson | Case Administration | 03/09/18 | 4.0 | $535.00 | $ 2,140.00 | Negotiations with lenders on the borrowing base shortfall, includes call with IDB Mr. Hertzman (1); includes correspondence with debtors counsel (.5); Includes assistance, creation and submission of new borrowing base and support documents (1.5) and review of 4 week revised cash flow budget (1) |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Samson | Case Administration | 03/10/18 | 2.0 | $535.00 | $ | 1,070.00 | Submission of backup documents for cash collateral borrowing base issue, includes call with counsel and review of all back up |
| Samson | Case Administration | 03/11/18 | 2.0 | $535.00 | $ | 1,070.00 | Cash collateral negotiations, call with Mr. Winters (DC) on update with lenders. Calls with FA - Ms Riggio to discuss and negotiate cash collateral with lenders and follow up. |
| Samson | Business operations | 03/12/18 | 3.0 | $535.00 | $ | 1,605.00 | Company business management, includes approval of vendors, insurance update; includes inspection of vaults and discussion with monitors. |
| Samson | Case Administration | 03/12/18 | 2.0 | $535.00 | $ | 1,070.00 | Vendor issue and case admin which includes schedules and SOFA review as certain schedules were uploaded |
| Samson | Case Administration | 03/12/18 | 3.0 | $535.00 | $ | 1,605.00 | Court Hearing, Prep, included negotiations on cash collateral |
| Samson | Financing and Cash Collateral | 03/12/18 | 2.0 | $535.00 | $ | 1,070.00 | Assist in preparation of actual versus budgets and reports for lenders |
| Samson | Asset Disposition (Sale) | 03/13/18 | 3.0 | $535.00 | $ | 1,605.00 | Sale of business: Calls and meetings with various parties and update on potential stalking horse bidders. Includes review of tracking sheet and discussion with management on meetings |
| Samson | Business operations | 03/13/18 | 3.0 | $535.00 | $ | 1,605.00 | Daily review of bank accounts, checks presented for payment, discussions with management and evaluation of critical vendors. Key people in discussions Mr. Hoff - FA, finance department (Mr. I Sandberg) and department heads |

# Getzler Henrich and Associates Fees – Period 2/26/2018 Through 3/31/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| Samson | Business operations | 03/13/18 | 2.0 | $535.00 | $ 1,070.00 | Daily activities reviewing purchase orders, customers matched to purchase orders, collections of receivables, inspection of vault and discussion with monitor. |
| Samson | Corporate Governance | 03/13/18 | 2.0 | $535.00 | $ 1,070.00 | Meeting with director candidate and counsel Mr. Winters. Includes follow-up on D&O issues and call with other candidates |
| Pandey | Asset Disposition (Sale) | 03/14/18 | 0.7 | $375.00 | $ 262.50 | Create tracking sheet for 200 E Blast campaign |
| Samson | Asset Disposition (Sale) | 03/14/18 | 4.0 | $535.00 | $ 2,140.00 | Meetings with various stalking horse bidders not named for confidential reasons. |
| Samson | Business operations | 03/14/18 | 3.0 | $535.00 | $ 1,605.00 | Daily review of bank accounts, checks presented for payment, further discussions with management and evaluation of critical vendors. Key people in discussions with FA Mr. Hoff and department heads |
| Samson | Financing and Cash Collateral | 03/14/18 | 2.0 | $535.00 | $ 1,070.00 | Assist with creation of weekly report for lenders, pursuant to court order |
| Samson | Asset Disposition (Sale) | 03/15/18 | 3.0 | $535.00 | $ 1,605.00 | Continued negotiations and meetings on sale of business (1). Includes analysis of potential stalking horse proposal (1). Review of tracking sheets and data for the data room (1). |
| Samson | Business operations | 03/15/18 | 3.0 | $535.00 | $ 1,605.00 | Daily review of bank accounts, checks presented for payment, discussions with management and department heads, evaluation of critical vendors. Includes plan on COD purchase of loose stones for major client. |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Samson | Business operations | 03/15/18 | 3.0 | $535.00 | $ | 1,605.00 | Continued Company business: FedEx, purchasing, vault monitoring, inventory control and Memo analysis |
| Pandey | Asset Disposition (Sale) | 03/16/18 | 2.0 | $375.00 | $ | 750.00 | Sending the email blast/working out of Firestar office |
| Samson | Asset Disposition (Sale) | 03/16/18 | 2.5 | $535.00 | $ | 1,337.50 | Sale of business: responses to (S requests) and update and receipt of stalking horse bid. Includes call with lenders to advise on proposal. |
| Samson | Business operations | 03/16/18 | 3.0 | $535.00 | $ | 1,605.00 | Daily review of bank accounts, checks presented for payment, discussions with management and evaluation of critical vendors. Key people in discussions with Mr. Hoff (FA), Isaac Sandberg and department heads |
| Samson | Business operations | 03/16/18 | 3.0 | $535.00 | $ | 1,605.00 | Company business: vault monitoring, inventory control and continues memo analysis, call with lenders and president to discuss the license agreement. |
| Samson | Case Administration | 03/16/18 | 1.0 | $535.00 | $ | 535.00 | Update on Sofa and meetings with management to make sure schedules are submitted on time. Meetings with Ms. Riggio, CFO Mr. Ghandi and payables and entry staff |
| Samson | Case Administration | 03/17/18 | 2.0 | $535.00 | $ | 1,070.00 | Review of bid procedures and Samson declaration for stalking horse |
| Samson | Asset Disposition (Sale) | 03/19/18 | 1.5 | $535.00 | $ | 802.50 | Call with potential bidder on participating (.5). Arranged NDA and updated results off E-blast and further due diligence requests (1) |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| Samson | Business operations | 03/19/18 | 3.5 | $535.00 | $ | 1,872.50 | Review all checks for approval (.5); includes reconciliation of all court approved critical vendors, 503b(9) wage and different categories (1.5); includes review of cash balances and approval of $290K wire and discussions with management on stuff to be approved in the future (1). Includes analysis of who goods were purchased for (.5) |
|---|---|---|---|---|---|---|---|
| Samson | Business operations | 03/19/18 | 2.5 | $535.00 | $ | 1,337.50 | Discussions with various department heads to approve advertising and display purchases (Sharon and Nino) (.5) Includes discussion on approvals of purchase from new vendor wire. Includes discussion on diamond purchases from in bulk for several hundred thousands of dollars |
| Samson | Corporate Governance | 03/19/18 | 1.5 | $535.00 | $ | 802.50 | Call with new board member to update (.2) Includes correspondence with counsel and Mr. Bhansali - President and review of agreement (.8). Includes update with insurance company on D&O (.5) |
| Samson | Financing and Cash Collateral | 03/19/18 | 2.0 | $535.00 | $ | 1,070.00 | Review first draft of weekly bank report and back up documents.(1.5) Includes review of supporting documents, prep for and call with bank(.5) and follow up |

# Getzler Henrich and Associates Fees – Period 2/26/2018 Through 3/31/2018

| Samson | Asset Disposition (Sale) | 03/20/18 | 2.5 | $535.00 | $ | 1,337.50 | Sale of Business: Update with management on stalking horse. Calls and correspondence with several bidders. Call on stalking horse withdrawal and follow through (1). Includes discussions with Mr. Hoff -FA; includes various other enquiries (.5) |
|---|---|---|---|---|---|---|---|
| Samson | Business operations | 03/20/18 | 3.0 | $535.00 | $ | 1,605.00 | (Cash Management) review and approve all checks, discussion and approval of payroll, reconciliation of court ordered payments against checks for the day, (1.5) Inspection of vault's and discussion with Ms. Riggio and Mr. Hoff (FA) about the $3.8Mn consignment inventory and offsets (1.5) Includes re-inspection and sealing of parcel. |
| Samson | Business operations | 03/20/18 | 1.0 | $535.00 | $ | 535.00 | Review and analyzed Memo schedules. Includes discussion with Management |
| Samson | Case Administration | 03/20/18 | 1.0 | $535.00 | $ | 535.00 | Review license motion, includes discussions with lenders, counsel and management |
| Samson | Financing and Cash Collateral | 03/20/18 | 3.0 | $535.00 | $ | 1,605.00 | Bank Reporting: Review prior week's actual to budget and accumulative 3 weeks. Includes reconciling the court approved critical vendors, wages and 503b(9) (2). Discussion with FA and prepare to submit to lenders (1) |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| Samson | Asset Disposition (Sale) | 03/21/18 | 3.0 | $535.00 | $ 1,605.00 | Sale of business: Call with full team on data room population (debtors counsel management and conflicts team (1.5). Includes review of list; call with potential buyers throughout the day .5) meeting with Mr. Bhansali and calls with other potential stalking horse (1) |
| Samson | Business operations | 03/21/18 | 2.5 | $535.00 | $ 1,337.50 | Company business: Includes approval of purchasing and expenses, approval of all checks and submission of check-register to HSBC (2); general email correspondence on all business matters (.5) |
| Samson | Case Administration | 03/21/18 | 2.5 | $535.00 | $ 1,337.50 | Cash collateral: Call with IDB Mr. Hertzman (.5) and FA Mr. Hoff (.5) on all matters. Includes call with Mr. Winters, (debtors counsel), on collateral and follow up with FA (Mr. Hoff) and the Palma on reconciliations(1); inspect sealing of retail collateral in vault belonging to Modi (.5) |
| Samson | Financing and Cash Collateral | 03/21/18 | 3.0 | $535.00 | $ 1,605.00 | Bank reporting, Final review of report and supporting documents; includes discussions with FA team (2.5). Includes call with IDB (.5) |
| Samson | Retentions and fee applications | 03/21/18 | 1.0 | $535.00 | $ 535.00 | Review of debtors counsel two week fee app |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Samson | Asset Disposition (Sale) | 03/22/18 | 4.0 | $535.00 | $ | 2,140.00 | Sale of business: Calls with several bidders and update of the NDA (2); follow-up call with GH on e-blast (.5) and coordinate several meetings with management; meeting with Mr. M Bhansali and team to populate data room (1.5) |
| Samson | Business operations | 03/22/18 | 3.0 | $535.00 | $ | 1,605.00 | Cash Management and Analysis: Review checks, purchases and discussions with management. Update check register and review of customers linked to purchases |
| Samson | Case Administration | 03/22/18 | 3.0 | $535.00 | $ | 1,605.00 | Cash collateral: Call with IDB Mr. Hertzman on interim hearing and bid procedures (.5). Includes discussion on 4 week cash flow. Includes prep for call with counsel to discuss UCC filings on retailers, discussions with management on issue and review of impact on BBC (1.5) and follow-up with HSBC Mr. Hanley and IDB Mr. Hertzman to coordinate face meeting (.5) |
| Samson | Case Administration | 03/22/18 | 1.0 | $535.00 | $ | 535.00 | Review of rule 2004 letter and demands and follow up discussions with counsel and management |
| Pandey | Asset Disposition (Sale) | 03/23/18 | 0.3 | $375.00 | $ | 112.50 | Marketing e-mail blasé campaign |
| Samson | Asset Disposition (Sale) | 03/23/18 | 3.5 | $535.00 | $ | 1,872.50 | Document Review of bid procedures and APA (1.5); coordinate meetings with several bidders (.5). Includes calls with certain bidders (1.5) |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Samson | Business operations | 03/23/18 | 3.0 | $535.00 | $ | 1,605.00 | Company Management: Review checks, discussions with management, review purchases. Call with Customs on duties; receipt of $290K of diamonds from wire. Customer (Joyce) issue on separation of returns. Call with Malco on customs issue. |
| Samson | Case Administration | 03/23/18 | 4.0 | $535.00 | $ | 2,140.00 | Prep (1) and then meeting with IDB Mr. Hertzman (2) and HSBC at IDB location to discuss cash collateral. Included Mr. Hoff FA, Mr. Hertzman and HSBC team. Includes follow up with debtors counsel Mr. Winters and board (1); includes follow up calls separately with debtors counsel, management, HSBC and IDB to discuss cash flow, bid procedures et al, (2) |
| Samson | Business operations | 03/24/18 | 1.0 | $535.00 | $ | 535.00 | Correspondence with President Mr. Bhansali on various matters to do with case admin, cash collateral, purchasing and admin expenses. Includes review of license agreement. |
| Samson | Case Administration | 03/24/18 | 1.0 | $535.00 | $ | 535.00 | Review SOFA and Schedule drafts (.5);includes follow up emails on update for Jaffe and emails with management on review of SOFA's (.5) |
| Samson | Case Administration | 03/25/18 | 1.0 | $535.00 | $ | 535.00 | Review IDI documents (.5) and correspondence (.5) |
| Samson | Asset Disposition (Sale) | 03/26/18 | 2.5 | $535.00 | $ | 1,337.50 | Sale of Business: Meeting with several bidders includes calls and emails from bidders and review of latest data and NDA list |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| Samson | Business operations | 03/26/18 | 3.0 | $535.00 | $ | 1,605.00 | Daily review of bank accounts, checks presented for payment, discussions with management and evaluation of critical vendors. Key people in discussions are FA, Isaac and department heads |
|--------|---------------------|----------|-----|---------|---|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Samson | Case Administration | 03/26/18 | 1.0 | $535.00 | $ | 535.00 | Prep for IDI (.5) and call with US Trustee (.5) |
| Samson | Case Administration | 03/26/18 | 3.0 | $535.00 | $ | 1,605.00 | Cash collateral negotiations, includes completion of 4 week 2nd interim budget and calls with lenders |
| Samson | Financing and Cash Collateral | 03/26/18 | 1.5 | $535.00 | $ | 802.50 | Commenced review of weekly variance report, includes asset schedules and weekly revenue and collections |
| Samson | Asset Disposition (Sale) | 03/27/18 | 2.5 | $535.00 | $ | 1,337.50 | Sale of business: Meeting with 3 potential bidders and fielded calls (1.5), includes review of new data room material (.5). Includes meeting with major licensor. (.5) |
| Samson | Business operations | 03/27/18 | 3.0 | $535.00 | $ | 1,605.00 | Cash Management and Analysis: Review checks, purchases and discussions with management. Approve check register and authorize distribution. Included several discussions with Jaffe management (Mr. Sandberg and Mr. S Bhansali) and then Firestar Mr. I Sandberg, on purchases. |
| Samson | Case Administration | 03/27/18 | 2.0 | $535.00 | $ | 1,070.00 | Cash collateral negotiations; call with HSBC Mr. Hanley and IDB Mr. Hertzman(1) in the morning; follow up calls with IDB and then call with IDB counsel and debtors counsel (1) |

| Samson | Case Administration | 03/27/18 | 3.0 | $535.00 | $ | 1,605.00 | Court Prep: Meeting with debtors Counsel to go through motions, and discuss cash collateral |

## Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| Samson | Case Administration | 03/27/18 | 1.0 | $535.00 | $ | 535.00 | Review of schedules and SOFA's as information was being uploaded. Schedules prepared under my direction. |
| Samson | Business operations | 03/28/18 | 2.5 | $535.00 | $ | 1,337.50 | Review daily check registers, disbursements and discussions with management on purchases tied to customers |
| Samson | Business operations | 03/28/18 | 1.0 | $535.00 | $ | 535.00 | Catch-up correspondence after court of 50+ emails on various topics |
| Samson | Case Administration | 03/28/18 | 6.0 | $535.00 | $ | 3,210.00 | Attend court 9 through 2 PM (5) and follow-up discussions with counsel and management from all 3 entities (2) |
| Samson | Financing and Cash Collateral | 03/28/18 | 2.0 | $535.00 | $ | 1,070.00 | Review schedules, assist with actual versus budget, approve and distribute to lenders and debtors counsel. |
| Samson | Asset Disposition (Sale) | 03/29/18 | 3.0 | $535.00 | $ | 1,605.00 | Review of data room material (1.5), includes various discussions with management and counsel Mr. Winters and Southard on inviting participants to phase two (1); includes correspondence with board director on protocol making sure everyone receives the same information (.5) |
| Samson | Business operations | 03/29/18 | 3.0 | $535.00 | $ | 1,605.00 | Reviewed checks for approval, disbursements (1), revised borrowing base and discussion with IDB Mr. Hertzman to pay per court order (1) Discussion with vault monitors on previous days $708K wire and receipt of goods and review of latest critical vendor and wage motion payments. |

# Getzler Henrich and Associates Fees - Period 2/26/2018 Through 3/31/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| Samson | Business operations | 03/29/18 | 3.0 | $535.00 | $ 1,605.00 | Discussions and creation of cash flow for A Jaffe (1), includes discussions on purchases and budget items (1) includes calls with several vendors and follow up to continue on CIA basis (1) |
| Samson | Corporate Governance | 03/29/18 | 1.0 | $535.00 | $ 535.00 | Meeting with independent director Mr. Bivona to update on court hearing, bid procedures, data room, press releases et al. Included debtors counsel and management. |
| Samson | Asset Disposition (Sale) | 03/30/18 | 3.5 | $535.00 | $ 1,872.50 | Call with bidder, review of request list; (.5); includes reviewing the data room material (1.5). Several calls with other bidders (1) includes signing more NDA's and coordinating information (.5) |
| Samson | Business operations | 03/30/18 | 1.5 | $535.00 | $ 802.50 | Review of daily requests, including correspondence with bank on previous day checks |
| Samson | PNB | 03/30/18 | 1.5 | $535.00 | $ 802.50 | Prep (.5) and call with debtors counsel and management regarding 2004 requests to coordinate documents requested (1) |

| | | Blended Rate | | |
|---|---|---|---|---|
| **Total** | 273.4 | $531.28 | $ 145,253.00 | |
| **Discount (Samson Cap)** | | | $ 18,050.00 | |
| **Total Due** | 273.4 | $ 465.26 | $ 127,203.00 | |

| Mark Samson Capped Rate Calculation And Discount | | | | | |
|---|---|---|---|---|---|
| | Hours | Rate / Cap | Fees | Firestar 75% | A Jaffe 25% |
| Samson (Gross Fees and Hours Before Discount) | 266.5 | 535 | $ 142,577.50 | $ 106,933.13 | $ 35,644.38 |
| | | Cap | | | |
| Capped Hours Per Week (46 Hrs. X 5 Wks. X $21K) | 230.00 | $ 21,000 | $ 105,000.00 | $ 78,750.00 | $ 26,250.00 |
| Excess above 230 hours charged at normal rate | 36.5 | $ 535 | $ 19,527.50 | $ 14,645.63 | $ 4,881.88 |
| **Total Fess Due Samson** | 266.5 | $ 467.27 | $ 124,527.50 | $ 93,395.63 | $ 31,131.88 |
| Blended Rate | | $ 467.27 | | | |
| | | Discount | $ 18,050.00 | $ 13,537.50 | $ 4,512.50 |

## Expense Detail

| Timekeeper | Expense Category | Date | Qty | Price | Total | | Description |
|---|---|---|---|---|---|---|---|
| Samson | Transportation - Taxi | 03/10/18 | 1.0 | $50.00 | $ | 25.00 | taxis for the week, working late or to bidders |
| Samson | Transportation - Taxi | 03/16/18 | 1.0 | $34.67 | $ | 17.34 | taxis for the week, working late or to bidders |
| Samson | Transportation - Taxi | 03/23/18 | 1.0 | $44.67 | $ | 22.34 | taxis for the week, working late or to bidders |
| Samson | Meals - Lunch | 03/30/18 | 1.0 | $48.35 | $ | 48.35 | working lunch for CFO, FA's and self |
| Samson | Transportation - Taxi | 03/31/18 | 1.0 | $31.00 | $ | 15.50 | taxis for the week, working late or to bidders |

**$ 128.52**      **TOTAL EXPENSES**

**Note: allocated 50% of actual charges for cabs**