UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re:                                                                       **CHAPTER 11**

     FIRESTAR DIAMOND INC., et al.,                   **Case No. 18-10509 SHL**

       Debtors.

-------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

    JAMES P. PAGANO, does hereby withdraw his appearance as counsel for GAIL STERN CONSULTING, LLC. (the "LLC"), a creditor and party in interest, in the above-captioned bankruptcy case, and requests that he be removed from the CM/ECF noticing list and any other service list in this case.

Dated: New York, New York
        June 22, 2018

                                                                */s/ James P. Pagano*
                                                                JAMES P. PAGANO, ESQ. (JPP-3447)
                                                                217 Broadway, Suite 603
                                                                New York, New York 10007
                                                                T: (212) 732-4740
                                                                JPPaganoesq@gmail.com

200, at M.