# **EXHIBIT A**

**TIME/EXPENSE RECORDS**

July 16, 2018                                                                                           Firestar Diamond, Inc. - 815913D-001-180709524

Richard Levin, Esq.
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908

Re:    FIRESTAR DIAMOND, INC., et al., Debtors Case #18-10509 (SHL) (the "Action")

SERVICES RENDERED
By Alvarez & Marsal Disputes and Investigations, LLC
through June 30, 2018, not previously billed

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 6-15-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Getzler, Thompson and Trustee regarding Sterling Purchases. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-15-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Meeting with Jenner/Trustee and A&M Team (Ryan) regarding strategy. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 6-15-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Meeting with Debtors, Jenner/Trustee and A&M Team (Ryan) regarding operations overview. | 2.90 | $ 850.00 | $ 2,465.00 | $ 723.00 | $ 2,096.70 |
| Ryan, Laureen | 6-15-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee regarding company visit and application draft. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-15-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Debtor and Trustee regarding company visit. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-16-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee regarding application draft. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-18-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO (Samson) and A&M team (Ryan) regarding storage units, APA and ERP systems. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-18-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Trustee and A&M team (Ryan) regarding strategy. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-18-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Trustee and A&M team (Ryan) regarding work plan and strategy. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Hsia, Eric | 6-19-2018 | TRAVEL | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Travel to Long Island City storage facilities per inventory observation of Firestar storage units. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Hsia, Eric | 6-19-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed site and inventory observation at unit 1 of 3 at Long Island City storage facilities regarding Firestar storage units. | 1.40 | $ 450.00 | $ 630.00 | $ 383.00 | $ 536.20 |
| Hsia, Eric | 6-19-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Ryan/Hsia) regarding storage unit visits. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Hsia, Eric | 6-19-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed inventory observation at unit 2 of 3 at Long Island City storage facilities regarding Firestar storage units. | 0.60 | $ 450.00 | $ 270.00 | $ 383.00 | $ 229.80 |
| Ryan, Laureen | 6-19-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Perkins and A&M team (Ryan) regarding access to certain storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-19-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Trustee and A&M team (Ryan) regarding storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-19-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Perkins, Baker and A&M team (Ryan/Hsia) regarding storage unit visits. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 6-19-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee and A&M team (Ryan) regarding various estate activities. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-19-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M team (Ryan/Hsia) regarding storage unit visit work plan activities. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-19-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Ryan/Hsia) regarding storage unit visits. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-19-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with CRO (Samson) and A&M team (Ryan) regarding various estate matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-19-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Review documentation regarding asset sale related information and research thereon to answer Trustee inquiries. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Hsia, Eric | 6-20-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding apartment and storage units. | 0.60 | $ 450.00 | $ 270.00 | $ 383.00 | $ 229.80 |
| Hsia, Eric | 6-20-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed inventory observation at unit 3 of 3 at Long Island City storage facilities regarding Firestar storage units. | 0.40 | $ 450.00 | $ 180.00 | $ 383.00 | $ 153.20 |
| Hsia, Eric | 6-20-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed inventory observation at unit 2 of 3 at Long Island City storage facilities regarding Firestar storage units. | 0.50 | $ 450.00 | $ 225.00 | $ 383.00 | $ 191.50 |
| Hsia, Eric | 6-20-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed site and inventory observation at Flushing storage unit regarding Firestar storage units. | 1.50 | $ 450.00 | $ 675.00 | $ 383.00 | $ 574.50 |
| Hsia, Eric | 6-20-2018 | DOC PREP | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared deck and support files to summarize findings per observation of Jersey City apartment. | 1.50 | $ 450.00 | $ 675.00 | $ 383.00 | $ 574.50 |
| Hsia, Eric | 6-20-2018 | TRAVEL | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Travel between Long Island City storage unit to Flushing storage unit. | 0.40 | $ 450.00 | $ 180.00 | $ 383.00 | $ 153.20 |
| Hsia, Eric | 6-20-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed visit and observation of Jersey City apartment regarding Firestar leased apartment unit. | 1.00 | $ 450.00 | $ 450.00 | $ 383.00 | $ 383.00 |
| Hsia, Eric | 6-20-2018 | TRAVEL | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Travel between Flushing storage unit and Jersey City apartment regarding Firestar apartment and storage units. | 1.10 | $ 450.00 | $ 495.00 | $ 383.00 | $ 421.30 |
| Hsia, Eric | 6-20-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with Perkins and A&M team (Ryan/Hsia) regarding storage units. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Hsia, Eric | 6-20-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Baker and A&M team (Ryan/Hsia) regarding storage units requests. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Hsia, Eric | 6-20-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Perkins and A&M team (Ryan/Hsia) regarding storage units. | 0.40 | $ 450.00 | $ 180.00 | $ 383.00 | $ 153.20 |
| Ryan, Laureen | 6-20-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Baker and A&M team (Ryan/Hsia) regarding storage units requests. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-20-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with Perkins and A&M team (Ryan/Hsia) regarding storage units. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-20-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding apartment and storage units. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 6-20-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Perkins and A&M team (Ryan/Hsia) regarding storage units. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-20-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Trustee and A&M team (Ryan) regarding operations and storage units. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Hsia, Eric | 6-21-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed inventory observation at Manhattan storage unit. | 1.50 | $ 450.00 | $ 675.00 | $ 383.00 | $ 574.50 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Hsia, Eric | 6-21-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding apartment and storage units. | 0.50 | $ 450.00 | $ 225.00 | $ 383.00 | $ 191.50 |
| Hsia, Eric | 6-21-2018 | DOC PREP | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared deck and support files to summarize findings per observation of Firestar storage units. | 2.10 | $ 450.00 | $ 945.00 | $ 383.00 | $ 804.30 |
| Ryan, Laureen | 6-21-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding apartment and storage units. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 6-21-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Meeting with Trustee and A&M team (Ryan) regarding apartment, storage units and other estate matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-21-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with CRO (Samson) and A&M team (Ryan) regarding Debtor operations. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-21-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M team (Ryan/Hsia) regarding exchange of information and documents related to apartment and storage units. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 6-21-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and A&M team (Ryan/Hsia) regarding exchange of information and documents related to apartment and storage units. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Hsia, Eric | 6-22-2018 | DOC PREP | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Finalized and QC deck to summarize observation finding of storage units visited on 6/19 through 6/21. | 0.80 | $ 450.00 | $ 360.00 | $ 383.00 | $ 306.40 |
| Hsia, Eric | 6-22-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding apartment and storage units. | 0.20 | $ 450.00 | $ 90.00 | $ 383.00 | $ 76.60 |
| Ryan, Laureen | 6-22-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Trustee and A&M team (Ryan) regarding work plan. | 0.10 | $ 850.00 | $ 85.00 | $ 723.00 | $ 72.30 |
| Ryan, Laureen | 6-22-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding apartment and storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-22-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M team (Ryan/Hsia) regarding apartment and storage units information packages. | 0.10 | $ 850.00 | $ 85.00 | $ 723.00 | $ 72.30 |
| Hsia, Eric | 6-25-2018 | DOC PREP | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared analysis of past-due invoices per Manhattan Firestar storage units. | 0.80 | $ 450.00 | $ 360.00 | $ 383.00 | $ 306.40 |
| Hsia, Eric | 6-26-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Perkins, MoFo and A&M team (Ryan/Hsia) regarding storage units. | 0.40 | $ 450.00 | $ 180.00 | $ 383.00 | $ 153.20 |
| Hsia, Eric | 6-26-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference A&M team (Ryan/Hsia) regarding storage units additional visit. | 0.20 | $ 450.00 | $ 90.00 | $ 383.00 | $ 76.60 |
| Ryan, Laureen | 6-26-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference A&M team (Ryan/Hsia) regarding storage units additional visit. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-26-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Perkins, MoFo and A&M team (Ryan/Hsia) regarding storage units. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-26-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M team (Ryan/Hsia) regarding storage unit visit work plan activities. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-27-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Perkins and A&M team (Ryan/Hsia) regarding storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-27-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee, CRO and A&M team (Ryan) regarding various estate activities. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 6-27-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M team (Ryan/Hsia) regarding storage units requests. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Hsia, Eric | 6-28-2018 | DOC PREP | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared deck to summarize observation findings of storage units visited on 6/28. | 1.80 | $ 450.00 | $ 810.00 | $ 383.00 | $ 689.40 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Hsia, Eric | 6-28-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed inventory observation at Manhattan storage facilities regarding two Firestar storage units. | 1.10 | $ 450.00 | $ 495.00 | $ 383.00 | $ 421.30 |
| Ryan, Laureen | 6-28-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and A&M team (Ryan/Hsia) regarding exchange of information and documents related to apartment and storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-28-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M team (Ryan/Hsia) regarding exchange of information and documents related to apartment and storage units. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-29-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Perkins, MoFo and A&M team (Ryan/Hsia) regarding follow-up on remaining storage unit. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-29-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee and A&M team (Ryan/Hsia) regarding update on storage site visit. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| | | | **Trustee - All Debtors (Firestar/Fantasy/AJaffe) Total** | | **34.70** | | **$ 21,495.00** | | **$ 18,288.10** |
| Ryan, Laureen | 6-18-2018 | DOCREVIEW&A | Trustee - A.Jaffe only | Review documentation regarding information on docket related to Jaffe sale. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-20-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding Jaffe sale related information. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 6-21-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding Jaffe sale related information. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-21-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Trustee and A&M team (Ryan) regarding Jaffe sale. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-21-2018 | COMM_EXT | Trustee - A.Jaffe only | Meeting with Trustee and A&M team (Ryan) regarding Jaffe sale matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-21-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Jenner and A&M team (Ryan) regarding Various Jaffe sale activities and information and review attachments thereto. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 6-22-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding Jaffe sale activities. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-22-2018 | COMM_EXT | Trustee - A.Jaffe only | Meeting with Trustee, Jenner, Banks (IDB/HSBC and their counsel); CRO (Samson) and A&M Team (Ryan) regarding Cash collateral and work plan. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 6-22-2018 | COMM_EXT | Trustee - A.Jaffe only | Meeting with Trustee, Jenner, Banks (IDB/HSBC and their counsel); CRO (Samson) and A&M team (Ryan) regarding Cash collateral and work plan. | 2.50 | $ 850.00 | $ 2,125.00 | $ 723.00 | $ 1,807.50 |
| Ryan, Laureen | 6-23-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding Jaffe sale activities and review of attachments thereto. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-24-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding budget and other operating matters and review of attachments thereto. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-24-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Trustee and A&M team (Ryan) regarding work plan and strategy related to Jaffe sale process. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-24-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding Jaffe sale activities and review of attachments thereto. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-25-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee, CRO (Samson) and A&M team (Ryan) regarding Jaffe sale activities and review of attachments thereto. | 0.70 | $ 850.00 | $ 595.00 | $ 723.00 | $ 506.10 |
| Ryan, Laureen | 6-27-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Tax firm and A&M team (Ryan) regarding in process tax returns. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-28-2018 | COMM_INT | Trustee - A.Jaffe only | Communication to/from A&M team (Ryan/Hsia) regarding MOR review. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 6-28-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from CRO, Marks Paneth and A&M team (Ryan) regarding updates to SOALs and SOFAS and review of various supporting documents attached thereto for Firestar/Fantasy. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-28-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding MOR Review. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-28-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee, CRO, Jenner and A&M team (Ryan/Hsia) regarding MOR. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-29-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Jenner and A&M team (Ryan) regarding Preparation for sale. | 0.10 | $ 850.00 | $ 85.00 | $ 723.00 | $ 72.30 |
| | | | **Trustee - A.Jaffe only  Total** | | **9.40** | | **$ 7,990.00** | | **$ 6,796.20** |
| Ryan, Laureen | 6-22-2018 | DOCREVIEW&A | Trustee - Firestar/Fantasy only | Review documentation regarding draft budget. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-22-2018 | DOCREVIEW&A | Trustee - Firestar/Fantasy only | Review documentation regarding work plan and other information provided by Trustee on estate activities. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 6-23-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from Trustee and A&M team (Ryan) regarding Budget and other operating matters and review of attachments thereto. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-24-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Teleconference with Trustee and A&M team (Ryan) regarding work plan and strategy related to cash flow budget for lenders and other company matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 6-25-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from Trustee and A&M team (Ryan) regarding Bank cash flow budget. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-26-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from CRO (Samson) and A&M team (Ryan) regarding Storage payments. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-26-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from Perkins, MoFo and A&M team (Ryan/Hsia) regarding access to other storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 6-28-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from CRO, Marks Paneth and A&M team (Ryan) regarding updates to SOALs and SOFAS and review of various supporting documents attached thereto for Jaffe. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| | | | **Trustee - Firestar/Fantasy only Total** | | **2.20** | | **$ 1,870.00** | | **$ 1,590.60** |
| Ryan, Laureen | 6-15-2018 | APPLICATION | Professional Fees/Retention | Work on Financial Advisor to Trustee application draft. | 2.00 | $ 850.00 | $ 1,700.00 | $ 723.00 | $ 1,446.00 |
| Ryan, Laureen | 6-16-2018 | APPLICATION | Professional Fees/Retention | Work on Financial Advisor to Trustee application draft. | 1.00 | $ 850.00 | $ 850.00 | $ 723.00 | $ 723.00 |
| Ryan, Laureen | 6-18-2018 | APPLICATION | Professional Fees/Retention | Work on Financial Advisor to Trustee application draft. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| | | | **Professional Fees/Retention Total** | | **3.50** | | **$ 2,975.00** | | **$ 2,530.50** |
| | | | **Grand Total** | | **49.80** | | **$ 34,330.00** | | **$ 29,205.40** |

**Expenses - Firestar Trustee**

| Date | Employee | Description | Amount |
|---|---|---|---|
| **Total Expenses** | | | $   - |