# **EXHIBIT A**

**TIME/EXPENSE RECORDS**

August 8, 2018                                                                                                              Firestar Diamond, Inc. - 815913D-002-180807732

Richard Levin, Esq.
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908

Re:   FIRESTAR DIAMOND, INC., et al., Debtors Case #18-10509 (SHL) (the "Action")

SERVICES RENDERED
By Alvarez & Marsal Disputes and Investigations, LLC
through July 31, 2018, not previously billed

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7-2-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Review documentation pertaining to SOFAs and SOAL in light of more information. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-2-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Debtors and A&M team (Ryan) regarding SOFAs and SOAL inquiries. | 0.70 | $ 850.00 | $ 595.00 | $ 723.00 | $ 506.10 |
| Ryan, Laureen | 7-6-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Review documentation pertaining to correspondence and attachments related to Jaffe sale in preparation for call with Trustee. | 0.90 | $ 850.00 | $ 765.00 | $ 723.00 | $ 650.70 |
| Ryan, Laureen | 7-6-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Debtor, CRO, Trustee, Jenner, Appraiser and A&M team (Ryan) regarding Jaffe sale activities. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-9-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding storage unit inquiries. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from MoFo, Jenner and A&M team (Ryan/Hsia) regarding Storage unit inquiries. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee and A&M team (Ryan/Hsia) regarding Storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from NYBKW (Tax preparer) and A&M team (Ryan) regarding Tax returns. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from MoFo, Tax Preparer and A&M team (Ryan/Hsia) regarding extensions. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and A&M team (Ryan/Hsia) regarding Storage unit plan. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Baker and A&M Team (Ryan/Hsia) regarding MMS Storage units inquiries. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-10-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Tax firm, MoFo and A&M team (Ryan) regarding available returns and extensions. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-10-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from MoFo, Jenner and A&M team (Ryan/Hsia) regarding MMS Storage units documents. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 7-10-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Baker and A&M team (Ryan/Hsia) regarding MMS Storage units inquiries. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-11-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding debtor boxes at non debtor storage units. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-11-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Nussbaum, MoFo and A&M team (Ryan) regarding tax returns. | 1.20 | $ 850.00 | $ 1,020.00 | $ 723.00 | $ 867.60 |
| Ryan, Laureen | 7-11-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Perkins, MoFo and A&M team (Ryan/Hsia) regarding debtor boxes at non debtor storage units. | 1.40 | $ 850.00 | $ 1,190.00 | $ 723.00 | $ 1,012.20 |
| Ryan, Laureen | 7-11-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Jenner, Trustee and A&M team (Ryan) regarding Tax Return extensions | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-11-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Marks Paneth, Jenner and A&M team (Ryan) regarding tax extensions. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-12-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and trustee and A&M team (Ryan) regarding questions for Ajay. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-12-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee; Jenner; CRO and A&M team (Ryan) regarding tax extensions and Marks Paneth. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-12-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Marks Paneth and A&M team (Ryan) regarding tax extensions. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-12-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Marks Paneth, and A&M team (Ryan) regarding requested information needed for tax extensions and retention. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7-12-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Marks Paneth; Jenner; Tax firm and A&M team (Ryan) regarding information needed for tax extensions. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 7-12-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding storage unit boxes obtained. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-15-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Jenner, Trustee and A&M team (Ryan) regarding tax extensions and other estate activities. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-16-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Marks Paneth, CRO and A&M team (Ryan) regarding tax extensions. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-16-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Marks Paneth and A&M team (Ryan) regarding extensions. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-16-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee and Jenner and A&M team (Ryan) regarding Tax returns. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-17-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Debtor personnel and A&M team (Ryan/Hsia) regarding various open document requests. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-17-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and A&M team (Ryan/Hsia) regarding various documents and information about transactions between debtors | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-17-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding non-debtor entities. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-17-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Review and gather information and documents for counsel related to transactions between debtors and related parties. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 7-17-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Jenner and A&M team (Ryan/Hsia) regarding non-debtor entities and storage unit abandonment. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 7-18-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding intercompany documents. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-19-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Jenner and trustee and A&M team (Ryan) regarding storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-20-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, Trustee and A&M team (Ryan) regarding case administration. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-23-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee, Jenner and A&M team (Ryan) regarding provide background and documents related to IP matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-23-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Lackenbach and A&M team (Ryan) regarding IP matters. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 7-23-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and A&M team (Ryan) regarding IP information and documents obtained. | 0.10 | $ 850.00 | $ 85.00 | $ 723.00 | $ 72.30 |
| Ryan, Laureen | 7-23-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Lackenbach and A&M team (Ryan) regarding IP information request. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-23-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Lackenbach, Trustee, Jenner and A&M team (Ryan) regarding IP matters. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-23-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M Team (Ryan/Hsia) regarding work plan related to investigation requests. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-23-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Debtor staff and A&M Team (Ryan/Hsia) regarding various investigation requests. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-24-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, Trustee and A&M team (Ryan/Hsia) regarding non debtor document requests. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-24-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Debtor personnel and A&M Team (Ryan/Hsia) regarding various open document requests. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 7-25-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, MoFo and A&M team (Ryan/Hsia) regarding various estate matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-25-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and A&M team (Ryan/Hsia) regarding various open document requests and strategy. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 7-25-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, Trustee and A&M team (Ryan/Hsia) regarding various estate matters. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 7-25-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working sessions with A&M team (Ryan/Hsia) regarding preparation for Jenner meeting. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 7-25-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding Firestar storage unit matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-25-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Meeting with Jenner and A&M team (Ryan/Hsia/Gonzalez) regarding various estate matters. | 1.80 | $ 850.00 | $ 1,530.00 | $ 723.00 | $ 1,301.40 |
| Ryan, Laureen | 7-25-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Debtor and A&M Team (Ryan/Hsia) regarding various open document requests. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 7-26-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and A&M team (Ryan/Hsia) regarding various estate matters. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 7-26-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner and trustee and A&M team (Ryan) regarding Strategy and estate activities. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7-27-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Perkins and A&M team (Ryan) regarding storage. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-27-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, MoFo, Perkins and A&M team (Ryan/Hsia) regarding storage. | 1.40 | $ 850.00 | $ 1,190.00 | $ 723.00 | $ 1,012.20 |
| Ryan, Laureen | 7-27-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee, Jenner and A&M team (Ryan) regarding various estate activities. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-27-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M team (Ryan/Hsia) regarding storage. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-27-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Jenner and A&M team (Ryan) regarding various estate activities. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-28-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, MoFo, Perkins and A&M team (Ryan/Hsia) regarding storage. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-28-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee, Jenner and A&M team (Ryan) regarding various estate activities. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-29-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from CRO, Jenner, Perkins, MoFo and A&M team (Ryan/Hsia) regarding storage units. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-29-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Trustee and A&M team (Ryan) regarding various estate matters. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-30-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Perkins, MoFo, CRO, and A&M team (Ryan/Hsia) regarding storage at MMS. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-30-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, Trustee and A&M team (Ryan) regarding various estate matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-30-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Marks Paneth and A&M team (Ryan) regarding tax returns. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-30-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Trustee and A&M team (Ryan) regarding various estate matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-30-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Ryan/Hsia) regarding retrieval of documents from Manhattan storage unit. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-30-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from A&M Team (Ryan/Hsia) regarding storage unit. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-31-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Perkins and A&M team (Ryan) regarding check for storage. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-31-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Perkins, Jenner, CRO and A&M team (Ryan/Hsia) regarding MMS storage. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-31-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Communication to/from Jenner, CRO and A&M team (Ryan/Hsia) regarding MMS storage. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-31-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with CRO and A&M team (Ryan) regarding check for storage. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-31-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Jenner and A&M team (Ryan) regarding Marks Paneth interview and other estate matters. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Hsia, Eric | 7-9-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding storage unit inquiries. | 0.20 | $ 450.00 | $ 90.00 | $ 383.00 | $ 76.60 |
| Hsia, Eric | 7-11-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding debtor boxes at non debtor storage units. | 0.40 | $ 450.00 | $ 180.00 | $ 383.00 | $ 153.20 |
| Hsia, Eric | 7-12-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed inventory reconciliation with non-debtor entity per Manhattan storage unit. | 1.00 | $ 450.00 | $ 450.00 | $ 383.00 | $ 383.00 |
| Hsia, Eric | 7-12-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding storage unit boxes obtained. | 0.20 | $ 450.00 | $ 90.00 | $ 383.00 | $ 76.60 |
| Hsia, Eric | 7-17-2018 | JTCOMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with Jenner and A&M team (Ryan/Hsia) regarding non-debtor entities and storage unit abandonment. | 0.50 | $ 450.00 | $ 225.00 | $ 383.00 | $ 191.50 |
| Hsia, Eric | 7-17-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding non-debtor entities. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Hsia, Eric | 7-18-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding intercompany documents. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Hsia, Eric | 7-18-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Performed document review regarding non-debtor entities and intercompany files provided. | 2.30 | $ 450.00 | $ 1,035.00 | $ 383.00 | $ 880.90 |
| Hsia, Eric | 7-25-2018 | DOC PREP | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared document index and Jenner meeting preparation per various Firestar trustee matters. | 1.00 | $ 450.00 | $ 450.00 | $ 383.00 | $ 383.00 |
| Hsia, Eric | 7-25-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Reviewed non-debtor drafted financial schedules to identify intercompany transactions per various Firestar trustee matters. | 0.70 | $ 450.00 | $ 315.00 | $ 383.00 | $ 268.10 |
| Hsia, Eric | 7-25-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working session with A&M team (Ryan/Hsia) regarding Firestar storage unit matters. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Hsia, Eric | 7-25-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Working sessions with A&M team (Ryan/Hsia) regarding preparation for Jenner meeting. | 0.60 | $ 450.00 | $ 270.00 | $ 383.00 | $ 229.80 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Hsia, Eric | 7-25-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Meeting with Jenner and A&M team (Ryan/Hsia/Gonzalez) regarding various estate matters. | 1.80 | $ 450.00 | $ 810.00 | $ 383.00 | $ 689.40 |
| Hsia, Eric | 7-25-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Gonzalez/Hsia) regarding various Firestar estate matters. | 0.20 | $ 450.00 | $ 90.00 | $ 383.00 | $ 76.60 |
| Hsia, Eric | 7-26-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Reviewed non-debtor binders for significant transactions/assets per various Firestar trustee matters. | 2.10 | $ 450.00 | $ 945.00 | $ 383.00 | $ 804.30 |
| Hsia, Eric | 7-26-2018 | ANALYSIS | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared findings summary from non-debtor binders per various Firestar trustee matters. | 0.90 | $ 450.00 | $ 405.00 | $ 383.00 | $ 344.70 |
| Hsia, Eric | 7-27-2018 | ANALYSIS | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared findings summary from non-debtor binders per various Firestar trustee matters. | 1.70 | $ 450.00 | $ 765.00 | $ 383.00 | $ 651.10 |
| Hsia, Eric | 7-27-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Reviewed financial schedules and historical bank statements to supplement findings summary per various Firestar trustee matters. | 1.90 | $ 450.00 | $ 855.00 | $ 383.00 | $ 727.70 |
| Hsia, Eric | 7-30-2018 | DISCOVERY | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Obtained paperwork and documents per Manhattan storage unit. | 0.50 | $ 450.00 | $ 225.00 | $ 383.00 | $ 191.50 |
| Hsia, Eric | 7-30-2018 | JTCOMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Ryan/Hsia) regarding retrieval of documents from Manhattan storage unit. | 0.20 | $ 450.00 | $ 90.00 | $ 383.00 | $ 76.60 |
| Hsia, Eric | 7-30-2018 | ANALYSIS | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Prepared findings analysis and summary of non-debtor binders obtained per various Firestar trustee matters. | 0.80 | $ 450.00 | $ 360.00 | $ 383.00 | $ 306.40 |
| Hsia, Eric | 7-31-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Gonzalez/Hsia) regarding Firestar non-debtor financials. | 0.40 | $ 450.00 | $ 180.00 | $ 383.00 | $ 153.20 |
| Hsia, Eric | 7-31-2018 | ANALYSIS | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Updated findings summary of non-debtor binders per various Firestar trustee matters. | 0.30 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Gonzalez, Andrea | 7-25-2018 | COMM_EXT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Meeting with Jenner and A&M team (Ryan/Hsia/Gonzalez) regarding various estate matters. | 1.80 | $ 650.00 | $ 1,170.00 | $ 553.00 | $ 995.40 |
| Gonzalez, Andrea | 7-25-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Gonzalez/Hsia) regarding various Firestar estate matters. | 0.20 | $ 650.00 | $ 130.00 | $ 553.00 | $ 110.60 |
| Gonzalez, Andrea | 7-26-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Review of non-debtor entity financial statements. | 0.70 | $ 650.00 | $ 455.00 | $ 553.00 | $ 387.10 |
| Gonzalez, Andrea | 7-31-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Review of non-debtor entity financial statements. | 1.30 | $ 650.00 | $ 845.00 | $ 553.00 | $ 718.90 |
| Gonzalez, Andrea | 7-31-2018 | COMM_INT | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Teleconference with A&M team (Gonzalez/Hsia) regarding Firestar non-debtor financials. | 0.40 | $ 650.00 | $ 260.00 | $ 553.00 | $ 221.20 |
| Gonzalez, Andrea | 7-31-2018 | DOCREVIEW&A | Trustee - All Debtors (Firestar/Fantasy/AJaffe) | Review of Marks Paneth retention letter and declaration. | 0.30 | $ 650.00 | $ 195.00 | $ 553.00 | $ 165.90 |
| | | | **Trustee - All Debtors (Firestar/Fantasy/AJaffe) Total** | | **52.20** | | **$ 35,990.00** | | **$ 30,617.60** |
| Ryan, Laureen | 7-2-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Jenner, Trustee and A&M team (Ryan) regarding Jaffe sale activities. | 1.00 | $ 850.00 | $ 850.00 | $ 723.00 | $ 723.00 |
| Ryan, Laureen | 7-2-2018 | DOCREVIEW&A | Trustee - A.Jaffe only | Review draft inventory detail schedules for Jaffe sale activities. | 0.40 | $ 850.00 | $ 340.00 | $ 723.00 | $ 289.20 |
| Ryan, Laureen | 7-2-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from CRO, Debtors and A&M team (Ryan) regarding Jaffe sale related inquiries. | 0.90 | $ 850.00 | $ 765.00 | $ 723.00 | $ 650.70 |
| Ryan, Laureen | 7-2-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Trustee and A&M team (Ryan) regarding Jaffe sale activities. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-2-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Debtor (Joanne) and A&M team (Ryan) regarding sale details. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-2-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Jenner, Trustee and A&M team (Ryan) regarding Jaffe sale activities. | 0.70 | $ 850.00 | $ 595.00 | $ 723.00 | $ 506.10 |
| Ryan, Laureen | 7-3-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Debtors, Jenner and A&M team (Ryan) regarding numerous Jaffe inquiries on inventory and assets. | 0.90 | $ 850.00 | $ 765.00 | $ 723.00 | $ 650.70 |
| Ryan, Laureen | 7-3-2018 | DOCREVIEW&A | Trustee - A.Jaffe only | Review documentation pertaining to Jaffe MOR against detail inventory and receivable listings. | 0.60 | $ 850.00 | $ 510.00 | $ 723.00 | $ 433.80 |
| Ryan, Laureen | 7-4-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee, CRO, Bidder and A&M team (Ryan) regarding Costco inventory. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-5-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from CRO, Trustee, Jenner and A&M team (Ryan) regarding Jaffe Sale activities. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-6-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with CRO (Samson) and A&M team (Ryan) regarding Jaffe sale matters. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-6-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Trustee and A&M team (Ryan) regarding Jaffe sale testimony. | 0.10 | $ 850.00 | $ 85.00 | $ 723.00 | $ 72.30 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from CRO, Trustee, Jenner and A&M team (Ryan) regarding Jaffe Sale activities. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |

| Name | Date | Activity Code | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7-11-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Jenner, CRO, Debtors, and A&M team (Ryan) regarding Jaffe Sale IP. | 1.20 | $ 850.00 | $ 1,020.00 | $ 723.00 | $ 867.60 |
| Ryan, Laureen | 7-11-2018 | COMM_EXT | Trustee - A.Jaffe only | Teleconference with Jenner, Trustee and A&M team (Ryan) regarding Jaffe sale. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Ryan, Laureen | 7-11-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from Jenner, Trustee and A&M team (Ryan) regarding Jaffe sale updates and activities. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-15-2018 | COMM_EXT | Trustee - A.Jaffe only | Communication to/from CRO, Jenner, Trustee and A&M team (Ryan) regarding Jaffe sale activities. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Hsia, Eric | 7-23-2018 | DOCREVIEW&A | Trustee - A.Jaffe only | Identified and obtained missing Ajaffe bank statements per Examiner's document request. | 1.10 | $ 450.00 | $ 495.00 | $ 383.00 | $ 421.30 |
| | | | **Trustee - A.Jaffe only Total** | | **9.40** | | **$ 7,550.00** | | **$ 6,422.20** |
| Ryan, Laureen | 7-5-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from CRO, Trustee, Jenner and A&M team (Ryan) regarding Firestar inventory sale activities. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-6-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from Trustee, CRO, and various bidders for inventory and A&M team (Ryan) regarding Firestar partial inventory sales. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-7-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from Trustee, CRO, lenders and various bidders for inventory and A&M team (Ryan) regarding Firestar partial inventory sales. | 0.30 | $ 850.00 | $ 255.00 | $ 723.00 | $ 216.90 |
| Ryan, Laureen | 7-9-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from CRO, Trustee, Jenner and A&M team (Ryan) regarding Firestar inventory sale activities. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| Ryan, Laureen | 7-13-2018 | COMM_EXT | Trustee - Firestar/Fantasy only | Communication to/from Trustee, CRO, JC Penny and A&M team (Ryan) regarding Asset sales. | 0.20 | $ 850.00 | $ 170.00 | $ 723.00 | $ 144.60 |
| Hsia, Eric | 7-23-2018 | DOCREVIEW&A | Trustee - Firestar/Fantasy only | Identified and obtained missing Firestar and Fantasy bank statements per Examiner's document request. | 1.30 | $ 450.00 | $ 585.00 | $ 383.00 | $ 497.90 |
| | | | **Trustee - Firestar/Fantasy only Total** | | **2.90** | | **$ 1,945.00** | | **$ 1,654.70** |
| Ryan, Laureen | 7-16-2018 | APPLICATION | Professional Fees/Retention | Communication to/from Trustee and Jenner and Ryan regarding first monthly application draft - June application - Trustee. | 0.10 | $ 850.00 | $ 85.00 | $ 723.00 | $ 72.30 |
| Ryan, Laureen | 7-16-2018 | APPLICATION | Professional Fees/Retention | Review first monthly application draft - June application - Trustee. | 0.50 | $ 850.00 | $ 425.00 | $ 723.00 | $ 361.50 |
| | | | **Professional Fees/Retention Total** | | **0.60** | | **$ 510.00** | | **$ 433.80** |
| | | | **Grand Total** | | **65.10** | | **$ 45,995.00** | | **$ 39,128.30** |

**Expenses - Firestar Trustee**

| Date | Employee | Description | Amount |
|---|---|---|---|
| 6/15/2018 | Ryan, Laureen | Taxi: Meeting at Firestar Diamond with Trustee | $ 5.18 |
| 7/18/2018 | Hsia, Eric | Taxi: Transport files from Firestar office | $ 12.34 |
| 7/23/2018 | Hsia, Eric | Taxi: Transport files from Firestar office | $ 9.26 |
| **Total Expenses** | | | **$ 26.78** |