**Baker & Hostetler LLP**
Jorian L. Rose
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Counsel for Examiner*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                                  Chapter 11
                                                                                          Case No. 18-10509 (SHL)
FIRESTAR DIAMOND, INC., *et al.,*
                                                                                          (Jointly Administered)
Debtors.
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK  )

I, **Jacob Goldfinger**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On October 9, 2018, I caused true and correct copies of the following documents to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- *First Interim Fee Application of Baker & Hostetler LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Examiner for the Period of April 19, 2018 through and including August 31, 2018 [ECF No. 496]*

- *First Interim Application of the Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of April 19, 2018 through and including August 31, 2018 [ECF No. 497]; and*

- *First Application of Alvarez and Marsal Disputes and Investigations, LLC, as Examiner's Financial Advisor for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 7, 2018 through and including August 31, 2018 [ECF No. 498].*

                                                           */s/ Jacob Goldfinger*
                                                           Jacob Goldfinger

Sworn to before me this
15th day of October, 2018


*/s/ Evelyn Rodriguez*
Evelyn Rodriguez
Notary Public, State of New York
No. 01RO6244308
Qualified in Queens County
Commission Expires: 07/05/2019

## **EXHIBIT A**

iwinters@klestadt.com
msamson@getzlerhenrich.com
hhoff@markspaneth.com
haronson@lsllp.com
gluckman@forchellilaw.com
brett.goodman@troutman.com
harris.winsberg@troutman.com
matthew.brooks@troutman.com
ken.coleman@allenovery.com
richard.morrissey@usdoj.gov
mhankin@jenner.com

## **EXHIBIT B**

Firestar Diamond, Inc.
Attn: Mark Samson, CRO
592 Fifth Avenue, 3rd Fl.
New York, NY 10036