JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CHAPTER 11 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING
THE EMPLOYMENT OF WHITLEY PENN LLP AS ACCOUNTANT
*NUNC PRO TUNC* AS OF NOVEMBER 7, 2018**

On November 15, 2018, Chapter 11 Trustee Richard Levin (the "**Trustee**") filed the

annexed *Chapter 11 Trustee's Application for an Order Authorizing the Employment of Whitley Penn*

*LLP as Accountant Nunc Pro Tunc as of November 7, 2018* (the "**Application**").

A hearing on the Application will be held before the Honorable Sean H. Lane of the United

States Bankruptcy Court for the Southern District of New York on **November 29, 2018 at 10:00**

**a.m. (Eastern Standard Time)**, or as soon thereafter as counsel may be heard (the "**Hearing**"), in

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

Courtroom 701 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), One Bowling Green, New York, New York 10004.

Objections, if any, to approval of the Application and entry of the proposed order must: (i) be made in writing; (ii) state with particularity the grounds therefor; (iii) be filed with the Bankruptcy Court (with a copy to the Judge's chambers); and (iv) be served upon (a) counsel to the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Richard Morrissey, Esq.); (b) counsel to the Trustee, Jenner & Block LLP, 919 Third Avenue, New York, New York 10022 (Attn: Richard Levin, Esq.); (c) counsel to the Debtors, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st St., 17th Floor, New York, NY 10036 (Attn: Ian Winters, Esq.); (d) counsel to Israel Discount Bank of New York, Troutman Sanders LLP, 875 Third Avenue, New York, New York 10022 (Attn: Brett D. Goodman, Esq.) and Troutman Sanders LLP, 600 Peachtree Street, NE., Suite 3000, Atlanta, Georgia (Attn: Harris B. Winsberg, Esq. and Matthew R. Brooks, Esq.); (e) counsel to HSBC Bank USA, National Association, Allen & Overy LLP 1221 Avenue of the Americas, New York, New York 10020 (Attn: Ken Coleman, Esq.); and (f) counsel to Punjab National Bank, Cleary, Gottlieb, Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: Sean O'Neal) so as to be received by each of them no later than 5:00 p.m. (Eastern Standard Time) on November 22, 2018 (the "**Objection Deadline**").

If no responses or objections are served by the Objection Deadline, the relief may be granted as requested in the Application without further notice or a hearing. You need not appear at the Hearing if you do not object to the relief requested in the Application. The Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

Dated: November 15, 2018
New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Marc Hankin
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*

JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------- | X | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| FIRESTAR DIAMOND INC., *et al.*,[1] | : | Case No. 18-10509 (SHL) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------------------- | X | |

**CHAPTER 11 TRUSTEE'S APPLICATION FOR AN ORDER**
**AUTHORIZING THE EMPLOYMENT OF WHITLEY PENN**
**LLP AS ACCOUNTANT *NUNC PRO TUNC* AS OF**
**NOVEMBER 7, 2018**

Richard Levin, not individually but solely in his capacity as chapter 11 trustee (the

"**Trustee**") for the above-captioned debtors (the "**Debtors**"), applies (the "**Application**") for an

order under section 327 of the Bankruptcy Code approving the employment of Whitley Penn LLP

("**WP**") , *nunc pro tunc* as of November 7, 2018, as his accountant. In support of this Application,

the Trustee relies upon the Declaration of Gary A. Scarborough (the "**Scarborough Declaration**")

attached to this Application as **Exhibit B**, and respectfully represents:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

**Jurisdiction, Venue and Authority**

1.       This Court has jurisdiction over this matter under 28 U.S.C. § 1334(b). Venue is proper under 28 U.S.C. § 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

2.       The relief requested in this Application is based on section 327 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").

**Background**

3.       On February 26, 2018 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Until the appointment of the Trustee, the Debtors operated their businesses and managed their affairs as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.

4.       On March 9, 2018, the Court entered an Order directing that these cases be jointly administered. [ECF 24.] Due to lack of creditor interest, no Official Committee of Unsecured Creditors was appointed in these cases.

5.       On June 14, 2018, the Court approved the Trustee's appointment. [Dkt. 227.]

**Relief Requested**

6.       By this Application, the Trustee requests entry of an order under section 327 of the Bankruptcy Code and in accordance with Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 approving the employment of WP as the Trustee's accountant, under the terms of the engagement letter attached hereto as **Exhibit C**, to assist the Trustee in preparing and submitting the Debtors' tax returns. The Trustee seeks the approval *nunc pro tunc* to November 7, 2018, the date on which WP began rendering services to the Trustee. The Trustee requests that WP be retained to perform the services described and on the terms set forth in this Application.

**Retention of WP**

7.        The Trustee seeks the appointment of WP to assist him in connection with carrying out his duties under section 1106 and other provisions of the Bankruptcy Code, because WP has extensive experience advising business on matters of state and federal taxation.

8.        WP is a distinguished public accounting firm with 61 partners throughout offices located Austin, Dallas, Fort Worth, Houston, and Plano, Texas. WP offers a full service tax practice equipped to provide a wide variety of taxation services at the federal, state and local, and international levels. Many of the tax professionals at WP have international firm experience while others have worked in private industry. The experience of the individuals at WP puts the firm in a unique position to provide the tax and industry knowledge and experience expected of an international firm coupled with the service expected of a local firm.

9.        Through his employment of WP, the Trustee will have the benefit of the knowledge and experience of WP's expert accountants. The Trustee believes that WP is qualified to assist him in these cases in a cost-effective, efficient, and timely manner.

**Services to be Provided**

10.        The Trustee anticipates WP will provide him the following services, among others:

  a.  Preparing subsidiary reporting for the 2017 Form 1120 (Consolidated) US Corporation Income Tax Return;
  b.  Preparing the subsidiary reporting for the 2017 state income tax returns;
  c.  If required, preparing Form 1042 & 1042-S Annual Witholding Tax Return for U.S. Source Income of Foreign Persons;
  d.  Performing any other tax advisory services requested by the Trustee.

**WP's Disinterestedness**

11.        The Internal Revenue Code requires a consolidated tax return for the Debtors with the Debtors' non-debtor U.S. affilliates Firestar Group, Inc., Synergies Corporation, Firestar

International, Inc., and AVD Trading, Inc., filed by the non-debtor parent entities, not the Trustee or the Debtors. The non-debtor affiliates have employed WP to prepare their consolidated federal and state tax returns. Because of the potential conflict between the Debtors and non-debtor affiliates, the Trustee considered employing a different accounting firm to prepare the Debtors' tax returns. However, in preparing the consolidated returns, WP will have to become familiar with the Debtors' tax information, and a different accounting firm for only the Debtors would have to coordinate closely with WP and provide substantial information to WP. Therefore, the Trustee believes that employing a separate accounting firm would therefore likely duplicate efforts, which would increase the expense to the estates. The Trustee also believes that the potential conflict between the estates and the non-debtor entities will not affect matters relating to the consolidated tax returns and that even if it might affect such matters, employing a separate accounting firm would not solve any potential conflicts because of the non-debtor parent companies' final control over the consolidated tax returns.

12.     Otherwise, to the best of the Trustee's knowledge, information, and belief, other than as set forth in the Scarborough Declaration, WP: (i) has no connection with the Debtors, their creditors, other parties in interest, or the attorneys or accountants of any of the foregoing, or the United States Trustee or any person employed in the Office of the United States Trustee; (ii) does not hold any interest adverse to the Debtors' estates; and (iii) believes it is a "disinterested person" as defined by section 101(14) of the Bankruptcy Code.

13.     Accordingly, the Trustee believes that WP is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code.

14.     In addition, as set forth in the Scarborough Declaration, if any new material facts or relationships are discovered or arise, WP will provide the Court with a supplemental declaration.

**Professional Compensation**

15.     WP intends to apply to the Court for allowance of compensation and reimbursement of expenses for professional services rendered to the Trustee in connection with the Chapter 11 Cases. Subject to Court approval and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the United States Trustee's Fee Guidelines (as amended, the "**UST Guidelines**"), WP intends (a) to charge for its accounting services on a daily and/or hourly basis in accordance with its ordinary and customary daily and/or hourly rates in effect on the date the services are rendered and (b) to seek reimbursement of actual and necessary out-of-pocket expenses and other charges (including reasonable legal fees incurred by WP in defense of the Application and fee applications submitted in these Chapter 11 Cases) in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding Local Rules any other applicable orders of this Court.

16.     Notwithstanding anything to the contrary in the Application, the Bankruptcy Code, the Bankruptcy Rules, corresponding Local Rules, or any other applicable orders of this Court, all of WP's personnel who provide billable services to or on behalf of the Trustee, with the exception of clerical staff, shall keep contemporaneous records of the time spent on the services they perform. WP has agreed to accept as compensation such sums as may be allowed by the Court. WP understands that interim and final fee awards are subject to approval by the Court.

17.     WP will be paid by the Debtors' estates for the services of WP professionals at their customary billing rates as follows:

| | |
|---|---|
| Tax & Consulting Partners: | $385 |
| Tax & Consulting Sr. Managers: | $265 |
| Tax & Consulting Managers: | $225 - $235 |
| Tax & Consulting Senior: | $170 - $200 |
| Tax & Consulting Staff: | $150 |

18.     The Trustee believes that WP's rates are reasonable. The Trustee requests that all fees and related costs and expenses incurred by WP be paid as administrative expenses of the estates under and subject to sections 327, 330(a), 331, 503(b), and 507(a)(1) of the Bankruptcy Code.

**Notice**

19.     Notice of this Application has been provided to (a) the Office of the United States Trustee; (b) counsel to the Debtors; and (c) the 2002 Service List maintained by Omni Management Group in these chapter 11 Cases in accordance with the *Order Establishing Notice and Case Management Procedures* [Dkt. 530]. The Trustee submits that, in light of the nature of the relief requested, no other or further notice need be provided.

20.     The Trustee submits this Application subject to the understanding that supplemental declarations or revision of the proposed order might be necessary to accommodate any concerns the Court, the United States Trustee, or parties in interest might have.

21.     The Trustee has not made any previous request for the relief sought in this Application to this or any other Court.

WHEREFORE, the Trustee respectfully requests that this Court grant the Application and enter an order, substantially in the form attached hereto as **Exhibit A**, approving his employment of WP as his accountant in these chapter 11 cases, *nunc pro tunc* to November 7, 2018, and granting the Trustee such other and further relief as the Court deems just and proper.

Dated: November 15, 2018  
       New York, New York

Respectfully Submitted,

**JENNER & BLOCK LLP**

By: /s/ *Marc Hankin*  
Marc Hankin  
Carl Wedoff  
919 Third Avenue  
New York, New York 10022  
(212) 891-1600  
mhankin@jenner.com  
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)  
353 North Clark Street  
Chicago, Illinois 60654  
(312) 222-9350  
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*

**Exhibit A**
**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X
                                                                       :
In re                                                                  :     Chapter 11
                                                                       :
FIRESTAR DIAMOND INC., *et al.*,[1]                                    :     Case No. 18-10509 (SHL)
                                                                       :
                               Debtors.                                :     Jointly Administered
                                                                       :
-------------------------------------------------------------------- X

**ORDER AUTHORIZING EMPLOYMENT OF WHITLEY PENN LLP AS**
**ACCOUNTANT FOR THE CHAPTER 11 TRUSTEE**
***NUNC PRO TUNC* TO NOVEMBER 7, 2018**

The Trustee Richard Levin has filed an application (the "**Application**") for an order

authorizing him to retain and employ Whitley Pen LLP ("**WP**") as his accountant *nunc pro tunc* to

November 7, 2018, under sections 105(a), 327, 1104 and 1106 of the Bankruptcy Code, Rule 2014

of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules, and the

Court's *Order Pursuant to 11 U.S.C. §§ 1104(d) Directing the Appointment of a Chapter 11 Trustee*

[Dkt. 216], and the Court's *Order Approving The Appointment Of Chapter 11 Trustee* [Dkt. 227]. The

Court has reviewed the Application, the Declaration of Gary A. Scarborough  (the "**Scarborough**

**Declaration**"), and has heard statements in support of the Application at a hearing held before

the Court (the "**Hearing**") and any objections to the relief requested in the Application.

The Court finds it has jurisdiction and authority over this matter under 28 U.S.C. §§ 157

and 1334, the Application is a core proceeding under 28 U.S.C. § 157(b)(2), and venue of this

proceeding and the Application in this district is proper under 28 U.S.C. § 1409. Based on the

Application and the Scarborough  Declaration, the Court finds (a) WP does not hold or represent

an interest adverse to the Debtors or their estates and (b) WP is a "disinterested person" as defined

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Firestar Diamond, Inc. (2729), Fantasy, Inc.(1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

in section 101(14) of the Bankruptcy Code, the relief requested in the Application is in the best interests of the Trustee, the Debtors' estates, their creditors, and other parties in interest, the Trustee has provided appropriate notice of the Application under the circumstances and no other or further notice is required. Any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation, it is **ORDERED**:

1.      The Trustee's employment of WP as his accountant *nunc pro tunc* to November 7, 2018 in accordance with the terms and conditions set forth in the Application and the Scarborough  Declaration is approved.

2.      WP is authorized to provide the Trustee with the professional services as described in the Application. Specifically, but without limitation, WP will:

     a.      Prepare subsidiary reporting for the 2017 Form 1120 (Consolidated) US Corporation Income Tax Return;

     b.      Prepare the subsidiary reporting for the 2017 state income tax returns;

     c.      If required, prepare Form 1042 & 1042-S Annual Witholding Tax Return for U.S. Source Income of Foreign Persons;

     d.      Perform any other tax advisory services requested by the Trustee.

3.      WP may apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the chapter 11 cases under sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.

4.      The Trustee and WP may take all actions necessary to effectuate the relief granted in this Order.

5.      To the extent there is any inconsistency between the terms of the Application and this Order, the terms of this Order shall govern.

6.      This Court shall have exclusive jurisdiction to hear and determine all matters arising from or relating to this Order and its implementation.

7.      This Order shall be effective and enforceable immediately upon its entry.

_____
The Honorable Sean H. Lane
United States Bankruptcy Judge

**Exhibit B**
**(Declaration of Gary A. Scarborough)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
                                                                      :
In re                                                                 :     Chapter 11
                                                                      :
FIRESTAR DIAMOND INC., *et al.*,[1]                                   :     Case No. 18-10509 (SHL)
                                                                      :
                                    Debtors.                          :     Jointly Administered
                                                                      :
---------------------------------------------------------------------- X

### DECLARATION OF GARY A. SCARBOROUGH  IN SUPPORT OF THE APPLICATION AUTHORIZING THE EMPLOYMENT OF WHITLEY PENN LLP AS ACCOUNTANT FOR THE TRUSTEE, *NUNC PRO TUNC* TO NOVEMBER 7, 2018

I, Gary A. Scarborough , declare the following is true to the best of my knowledge, information, and belief:

1.      I am a partner with the Austin, Texas office of Whitley Penn LLP ("**WP**"), located at 1609 Shoal Creek Boulevard, Suite 301, Austin Texas 78701.

2.      I submit this Declaration in connection with the application (the "**Application**") of Richard Levin, not individually but as chapter 11 trustee (the "**Trustee**") in the above-captioned jointly administered chapter 11 cases (the "**Chapter 11 Cases**") for an order approving the employment of WP as the Trustee's accountant *nunc pro tunc* to November 7, 2018. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

3.      To the extent that any information disclosed herein requires subsequent amendment or modification upon WP's completion of further analysis or as additional information regarding creditors and other parties in interest becomes available, one or more supplemental declarations will be submitted to the Court reflecting the same.

---
[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc.(1673), and Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756).

**WP's Qualifications**

4.       WP is a distinguished public accounting firm with approximately 61 partners throughout offices located Austin, Dallas, Fort Worth, Houston, and Plano, Texas. WP offers a full service tax practice equipped to provide a wide variety of taxation services at the federal, state and local, and international levels. Many of the tax professionals at WP have international firm experience while others have worked in private industry. The experience of the individuals at WP puts the firm in a unique position to provide the tax and industry knowledge and experience expected of an international firm coupled with the service expected of a local firm.

5.       In preparing for WP's employment by the Trustee, WP has become familiar with the background pertaining to the Debtors' businesses, the background of their bankruptcy filing and proposed restructuring and has conducted a preliminary review of some of the Debtors' financial materials. I believe that WP is both qualified and able to provide tax services to the Trustee in these cases in an efficient and timely manner.

**Services to be Provided**

6.       I anticipate that in connection with these Chapter 11 Cases, WP will provide the following services to the Trustee:

e.       Prepare subsidiary reporting for the 2017 Form 1120 (Consolidated) US Corporation Income Tax Return;

1.       Prepare the subsidiary reporting for the 2017 state income tax returns;

2.       If required, prepare Form 1042 & 1042-S Annual Witholding Tax Return for U.S. Source Income of Foreign Persons;

3.       Perform any other tax advisory services requested by the Trustee.

**WP's Disinterestedness and Connections**

7.       As full disclosure, because the Internal Revenue Code requires the Debtors to file a consolidated tax return with their non-debtor U.S. affilliates (namely, Firestar Group, Inc.,

Synergies Corporation, Firestar International, Inc., Nirav Modi, Inc., and AVD Trading, Inc.), WP will also be preparing tax returns for such non-debtor entities.

8.      I have reviewed the list of interested parties in these Chapter 11 Cases attached hereto as Exhibit 1. Of those parties, in the past twelve (12) months, WP has provided services unrelated to the Chapter 11 Cases to Harris County.

9.      Otherwise, to the best of my knowledge, information and belief, neither I, WP, nor any owner, employee, or affiliate of WP, has any prior connection with the Debtors or any of their creditors or other parties-in-interest in these Chapter 11 Cases.

10.     Additionally, to the best of my knowledge, information and belief, neither I, WP, nor any owner, employee, or affiliate of WP, is a relative of, or has been so connected to, any judge of the United States Bankruptcy Court for the Southern District of New York, the United States Trustee for Region 2, or any employee of the United States Trustee for Region 2 as to make the approval of WP employment improper.

11.     To the extent that, during or at the conclusion of WP's employment in these Chapter 11 Cases, I discover any facts bearing on matters described in this Declaration, I will supplement the information contained in this Declaration.

12.     Based on the foregoing, I believe that WP is a "disinterested person", as defined in section 101(14) of the Bankruptcy Code, and does not hold or represent an interest adverse to these Chapter 11 Cases, as required by section 328(a) of the Bankruptcy Code, and that WP's owners, employees, and affiliates do not hold or represent any interest adverse to the Debtors or their estates. Accordingly, I submit that WP is not disqualified for employment by the Trustee under section 327(a) of the Bankruptcy Code to assist the Trustee in discharging his duties.

13.     Accordingly, I submit that Bankruptcy Rule 5002 would not prohibit employment of WP as accountant for the Trustee.

## Compensation

14.     WP will charge for its tax services on a daily or hourly basis in accordance with its ordinary and customary rates in effect as of January 1, 2018, which are as follows:

| | |
|---|---|
| Tax & Consulting Partners: | $385 |
| Tax & Consulting Sr. Managers: | $265 |
| Tax & Consulting Managers: | $225 - $235 |
| Tax & Consulting Senior: | $170 - $200 |
| Tax & Consulting Staff: | $150 |

15.     The rates set forth above are consistent with the rates that WP charges other comparable clients for similar services, whether in or outside of chapter 11, regardless of the location of the client or the court in which a matter is pending. The hourly rates listed above are appropriate and not significantly different from (a) the rates that WP charges for other similar types of engagements or (b) the rates that other firms of similar expertise and experience would charge to do work similar to the work WP will perform in these Chapter 11 Cases.

16.     WP will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rule and any other applicable procedures and orders of the Court.

17.     WP will not share fees with any other person or entity except to the extent permitted by section 504 of the Bankruptcy Code.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: November 15, 2018

Gary A. Scarborough

Exhibit 1
(List of Interested Parties)

21C JEWELRY SOLUTIONS
22 ROCK PLAZA
3JANE
8A. JAFFE
A.S. FINE DIAMOND SETTING
ABIGAIL LANG
ADAM EISENBERG
ADP
ALLEN & OVERY
ALMAT FORMS & SYSTEMS
ALTER'S GEM JEWELRY
AMAZON.COM
AMERICAN EXPRESS
AMERICAN TRANS PLASTIC
AMIDON JEWELERS
AMTRUST NORT AMERICA
ANGELIQUE CROWN
ARENDS D/B/A AIRES JEWELERS
ARISE PRECIOUS GEMS
ARTN
ASHLEY COAKLEY
AUDI FINANCIAL SERVICES
AVALARA
AXIAM PRINTING
BAILEY'S JEWELRY OF RALEIGH
BAKER & HOSTETLER
BALTIMORE DIAMOND EXCHANGE
BANK OF INDIA (LONDON BRANCH)
BARBARA HABIBI
BARONS JEWELERS
BBB GROUP
BEN BRIDGE/MAJORS
BERE JEWELERS
BEST JEWELRY CONTRACTING
BK JEWELRY CONTRACTORS
BLUE DIAMOND
BORSHEIMS/MAJORS
BUCHALTER, A PROFESSIONAL
C.A. SCHNACK
CAI SOFTWARE
CARATT IMFG
CASALE JEWLERS
CCAJ
CHASE CARD SERVICE
CHERYL DEMMA
CLEARY GOTTLIEB STEEN & HAMILTON

COLLECTIONS
COLONY GROUP
COOK GROUP SOLUTIONS
CORE JEWELRY
COURTESY ACCT. GAIL KENNY
COURTESY ACCT. KATE SMITH
COURTESY-RICHARD ZITTER
CROWN FINDINGS
CURALATE
CYRUS D. MEHTA & ASSOCIATES
DARSHNA RANA
DATA2
DAVID NELSON EXQUISITE JEWELRY
DAVID SURRIDGE
DEPT. OF THE TREASURY
DIAGOLD CREATION
DIAMOND CELLAR HOLDINGS
DIAMOND DISTRICT
DIAMONDS DIRECT
DIKAMS
DISTINCTIVE DIAMONDS
DISTINCTIVE OFFICES
DONNA CUTILLO & COMPANY
DOROTA WOSKOWIAK
DOSHI LEGAL GROUP
ELIZABETH DIAMONDS
EMBY INTERNATIONAL
EMPIRE GEMS
ERIN MULLIGAN
ETERNAL DIAMONDS
EULER HERMES NORTH AMERICA INSURANCE
F.A.O. ENTERPRISES
FANCY CREATIONS
8FANTASY DIAMOND
8FANTASY
FEDERAL EXPRESS
FEDEX CORPORATE SERVICES
FIDELITY INVESTMENTS
FIPL MAJORS
8FIRESTAR DIAMOND
8FIRESTAR FINE JEWELRY
8FIRESTAR GROUP
8FIRESTAR HOLDINGS
8FIRESTAR INTERNATIONAL
8FIRESTAR JEWELRY
FIRST INSIGHT

2

FISHER HOUSE FOUNDATION
FRED MEYER JEWELERS
FREMADA GOLD
FULLER BOX
G & J SETTING
GAIL KENNY
GAIL STERN CONSULTING
GARBA CASTING
GARRETT JEWELERS
GARY J LONG JEWELERS
GEMEX SYSTEMS
GEMFIND
GEMOLOGICAL SCIENCE INTERNATIONAL
GENNA JEWELERS
GEOFFREY'S JEWELERS
GETZLERHENRICH
GLEN HUGE/GLEN PETERS
GLENN PETERS JEWELERS
GOLDSMITH GALLERY JEWELERS
GOTTLIEB, RACKMAN & REISMAN
GS LABORATORIES OF AMERICA
GSI
GT JEWELERS
GTG JEWELRY
GUARDIAN INSURANCE
GUILD AND FACETS
GXS
H.E. MURDOCK
HAGOPIAN INK
HARI KRISHNA DIAMOND CUTTERS
HARLIN JEWELERS
HAROLD CILEVITZ
HARRIS COUNTY
HENRY STEPOWSKI
HIGH COUNTRY JEWELRY & GIFTS
HILL RIVKINS LLP
HOOVER & STRONG
HORIZON DIAMONDS
HOUSE ACCOUNT
HR 2 YOU
8HSBC BANK (USA), NATIONAL ASSOCIATION
HURDLES JEWELRY
I & C CREATION JEWELRY
IBM
IDB BANK
INDEPENDENT GEMOLOGICAL LAB

3

INTERNAL REVENUE SERVICE
INTERNATIONAL GEMOLOGICAL INSTITUTE
INTERNATIONAL PACKAGING CORP
8ISRAEL DISCOUNT BANK OF NEW YORK
ITALIANO GOLD MOUNTING
J. C. PENNEY
J. DAVID'S JEWELRY
JACK FISCHER
JAMES P. PAGANO
JD SMITH JEWELERS
JEFF ADLER
JENNIFER SLOAN
JEWEL SOCIETY LIMITED
JEWELEX NEW YORK
JEWELRY OF ARMENIA
JIM KRYSHAK JEWELERS
JIMMY SMITH JEWELERS
JOANNE XUE
JODI HANF
JOHN C. NORDT
JOSELYN NAVES
JOSEPH CASTINGS
JOSEPH K JEWELERS
JOYCE DENATALE-HOFFMAN
JR DUNN JEWELERS
KARIZIA
KASSOY
KATE SMITH
KAUSHAL JHAVERI
KAY CAMERON JEWELERS
KENNY G.  JEWELERS
KERWIN COMMUNICATIONS
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS
KVS DESIGNS
LAWRENCE JEWELERS
LBG
LEACH GARNER
LEIGHTON'S JEWELERS
LINDSAY SCOGGINS
LINEBARGER GOGGAN BLAIR & SAMPSON
LISA SHAMUS & ASSOCIATES
LONGVIEW NOR-JAY
LYLE HUSAR DESIGNS
M. LEMP
MACY'S EAST
MACY'S FLORIDA

4

MALCA AMIT
MAMERES
MARK ALLEN
MARQUIS JEWELERS
MATHEW JEWELERS
MAURICE WUTSCHER
MELLANIE MCELEARNEY
MERTENS I & VAN CAMP E.
METLIFE - GROUP BENEFITS
MICHAEL HILL WHOLESALE
MIDAS CHAIN
MIG
MIG MANUFACTURING
MJ LTD
MKS INTERNATIONAL JEWELRY
MOLINELLI'S JEWELERS
MOODY'S JEWELRY
MORGAN JEWELERS OF SALT LAKE CITY
MORGAN MANAGEMENT
MOUNTZ JEWELERS
MULLOYS FINE JEWELRY
MUTUAL SECURITY SERVICES
NANCY BENSON
NANCY N. LOPES
NATASCHA SCHENK
NATIONAL CHAIN GROUP
NAVY EXCHANGE SVC COM #050100NE
NAZAR'S FINE JEWELRY
ND CHANNEL CORP
NEW RULES MARKETING DBA 40 VISUALS
NEW STAR
NICK CASSADY
NIKHIL MANJREKAR
NIPUR
NOBLE GIFT PACKAGING
NY STATE DEPT. OF LABOR
NYC DEPT. OF FINANCE
NYS DEPT. TAXATION & FINANCE
OFFICE OF THE UNITED STATES TRUSTEE
PACIFIC DIAMONDS
PACIFIC NORTHERN
PACIFIC RIM TRADING
PEANUTS WORLDWIDE
PIERCING PAGODA
PLATEAU JEWELERS
PLATINUM TALENT

POLSINELLI, PC
PRECISON WATCHES
PRIYANKA GARG
PRYOR & MANDELUP
PURE GEMS
QUALITY GOLD
RAM JEWELRY
RAYANA DESIGNS
REBECCA ENIS
REBEKAH MELLBERG
REIS-NICHOLS
RICHARD ZITTER
RIDDLES GROUP
RJO
ROBBINS BROS. JEWELRY
ROCKET RED BOX
ROSA TORIBIO
ROSEMARIE NAVES
ROSEMARY MAZZA
ROSENDORFF DIAMOND JEWELLERS
ROSS METALS
ROYAL CHAIN
RSRCONSULTING
RUMMELE'S JEWELERS
S. BICHACHI BLUMENFELD DIAMOND
SALEM'S
SAM SANDBERG
SAMUEL SANDBERG
SASHA EVERSON
SAUL EWING ARNSTEIN & LEHR
SAUMIL DIAM
SAWYER JEWELERS
SECURITY INDUSTRY SPECIALISTS
SELECT DIAM
SHANNON FINE JEWELRY
SHARON THOMSON
SHINE PROPERTIES
SHREE RAMKRISHNA EXPORT
SHREVE & CO JEWELERS
SIEBKE & HOYT
SIGNATURE B&B
SIMPLEXDIAM
SKAGWAY JEWELRY
SOLITAIRE NY
SOLOMON BROTHERS
STAPLES BUSINESS ADVANTAGE

STERLING JEWELERS
STERLING
STEVE PADIS JEWELRY
STYLE QUOTIENT JEWELLERY
STYLEDOTME
SUMAY BHANSALI
SUNSHINE DIAMOND CUTTER
SUPERJEWELER.COM
SUSAN KIVLEN-STALLMER
8SYNERGIES
TAKSHAL BHANSALI
TAPPER'S FINE JEWELRY
TARA
TAYLOR GROTHE
TED VASTINE
TESSLER & WEISS
AMERICAN SOCIETY FOR THE PREVENTION
GEM GALLERY D/B/A MIDTOWN DIAMONDS
JEWELERS BOARD OF TRADE
PLUMB CLUB ASSOCIATION
THE VAULT
THOMAS L. BROADWIN
TJB
TJS
TORRIE CAUFIELD
TRI COLOR GEMS
TROUTMAN SANDERS
TXDC
U.S. CUSTOMS AND BORDER PROTECTION
U.S. INTERNAL REVENUE SERVICE
UDELL JEWELERS DBA LONDON JEWELER
UL VERIFICATION SERVICES
ULINE
UNION BANK OF INDIA
UNITED PARCEL SERVICE
UNITED STATES ATTORNEY'S OFFICE
UNITED STATES BANKRUPTCY COURT
UNITED STATES TREASURY
UNIVERSAL FINE JEWELRY
UOB REALTY LIMITED PARTNERSHIP
VAN DELL JEWELERS
VERITY JADE LIMITED
VICTOR SETTINGS
VISHINDAS HOLARAM
W. KODAK JEWELERS OF MAXWELL
W.R. COBB

7

WALMART.COM
WARD AMIDON
WARE JEWELERS
WASSERMAN & WEXLER
WHITE & CASE
WILLIAM H. DILLER MAJORS
WILLOW GLEN DIAMOND
WILSON DIAMONDS
WINTER MANAGEMENT
WORLD DIAMOND DISTRIBUTION
XOMOX
ZALE DELAWARE
ZENSTAR JEWELRY

8

**Zackrison, John M.**

---

**Subject:** SORTED ADDITIONAL PARTIES

## CREDITORS:

BHARAT DIAMOND BOURSE
MINISTRY OF CORPORATE AFFAIRS OF THE UNION OF INDIA
ROCKET RED BOX, INC.

## DIRECTLY ADVERSE PARTIES:

AJAY GANDHI
DIAMOND R US
GOKULNATH SHETTY
MANOJ HANUMANT KHARA
MEHUL CHINUBAI CHOKSI
MEHUL CHINUBHAI BHOKSI
NISHAL MODI
SOLAR EXPORTS
STELLAR DIAMONDS

**Exhibit C**
**(Engagement Letter)**



Austin Office
1609 Shoal Creek Boulevard
Suite 301
Austin, Texas 78701
737.931.8200 Main

whitleypenn.com

November 7, 2018

Richard Levin
Chapter 11 Bankruptcy Trustee
Firestar Diamond, Inc., Fantasy, Inc., and A. Jaffe, Inc.
919 Third Avenue
New York, NY 10022-3908

Dear Richard:

We are pleased to confirm our understanding of the services Whitley Penn LLP (WP) will provide for Firestar Diamond, Inc., Fantasy, Inc. and A. Jaffe, Inc. by and through the Bankruptcy Trustee, collectively "Firestar". This letter will define the terms and objectives of the engagement and the nature and limitations of the services WP will provide.

Scope of Engagement and Services to be provided include:

- Preparation of subsidiary reporting for the 2017 Form 1120 (Consolidated) U.S. Corporation Income Tax Return.

- Preparation of the subsidiary reporting for the 2017 state income tax returns. See Exhibit A.

- If required, Form 1042 & 1042-S Annual Withholding Tax Return for U.S. Source Income of Foreign Persons.

- Tax consulting and bankruptcy reporting as requested by you.

Responsibilities of Engagement

WP will provide the services and perform the engagements in accordance with Statements for Tax Services issued by the American Institute of Certified Public Accountants (AICPA) and will strictly adhere to all applicable regulations governing practice before the Internal Revenue Service as defined in Treasury Department Circular No. 230 (Circular 230).

WP will prepare these engagements based on information and representations provided by Firestar and will not audit or otherwise verify the data submitted by Firestar. However, in accordance with applicable professional standards, WP will inquire with Firestar when it is necessary to clarify or determine the reasonableness of any information that has been provided.

Firestar is responsible for maintaining adequate documentation to substantiate the accuracy and completeness of the information provided to WP. Accordingly, Firestar should retain all documents that provide evidence and support for its reported income, gains, losses, deductions, and credits as



required by all applicable tax laws.  Firestar hereby represents that it will retain and produce such documentation that may be required to be provided to any applicable taxing authorities during the applicable statute of limitations period.

In accordance with Circular 230 and other applicable federal and state professional standard requirements, WP will inform Firestar of the potential penalties and interest that may be applicable to Firestar's tax return positions or failure to comply with tax law, including its failure to submit any required filings.  WP will inform Firestar of the authority, disclosure and documentation standards necessary to avoid or mitigate such additional penalties and interest.  If Firestar wishes to take a tax return position based on the advice of another third party consultant or tax advisor, Firestar agrees to obtain a written statement from that advisor that the position meets the applicable standards required by all applicable taxing authorities.

Firestar agrees to file any required returns or reports identified by WP.  Firestar also agrees to include the documentation and disclosures recommended by WP regarding a tax filing or tax return position.  Firestar also agrees to not adopt any tax return position that WP advises will not meet the applicable authority and documentation standards required by Circular 230 or other applicable Federal or State professional standards, including any tax return position recommended by another third party consultant or tax advisor.

Firestar acknowledges that it has the ultimate and final responsibility with the applicable taxing authorities for its tax filings and the ultimate liability for the tax and any penalty and interest (if applicable) related to those filings.  Accordingly, Firestar agrees it will thoroughly and carefully review such filings prepared by WP before submitting them to any taxing authority.  Firestar agrees to hold WP and any of its partners, principals, or employees harmless for its failure to follow WP's recommendations regarding the submission of required tax filings, documentation requirements, reporting requirements, tax return positions, and tax return disclosures.  WP reserves the right to withdraw from this engagement before its completion if Firestar disagrees or fails to follow its recommendations regarding the submission of required tax filings, documentation requirements, reporting requirements, tax return positions, or tax return disclosures or it determines for any other reason that professional standards require withdrawal.

Firestar understands and recognizes that in the course of WP's services that potential conflicts between the entities may arise and Firestar hereby consents to WP's representation under these circumstances.  In the that Firestar determines that a conflict arises that impairs the professional services of WP, it will provide prompt written notice thereof.

<u>Client Records</u>

In accordance with all applicable professional standards and regulatory and legal requirements, WP will prepare and retain the necessary working papers and documents required to support any accounting, tax advice or tax return positions provided or taken on behalf of Firestar.  In accordance with applicable professional standards, any tax working papers are the property of WP and WP retains the ownership of those working papers at all times.  WP will retain these working papers in accordance with its internal record keeping policies.  Any original documents or records that Firestar submits to WP are the property of Firestar and will be returned immediately upon request.

In providing services to Firestar, WP may transmit electronic data over the internet, store electronic data via computer software applications hosted remotely on the internet, or allow access to electronic data through third-party hosted secured portals or clouds. In using these data communication and storage methods, WP employs specific policies and procedures designed to maintain secure access to confidential data in accordance with its obligations under all applicable laws and professional standards. WP also requires all third-party vendors that it utilizes to transmit and store confidential data to employ similar security policies and procedures. Firestar recognizes and consents to WP's use of these electronic devices and applications and submission of confidential information to third-party vendors during this engagement.

Terms of Engagement and Fees

Our fees for these services will be based on the amount of time required and the difficulty of the work involved at our standard hourly rates. Please see below for our standard hourly rates in 2018. Our standard hourly rates are subject to change annually. You will also be billed for out-of-pocket costs such as report production, word processing, postage, travel, etc.

Standard Hourly Rates for 2018:

- Tax & Consulting Staff $150
- Tax & Consulting Senior $170-200
- Tax & Consulting Manager $225-235
- Tax & Consulting Sr. Manager $265
- Tax & Consulting Partner $385

Our estimated fees for the tax return preparation are referenced below. Any additional state tax return filings that we determine are required and not included in Exhibit A will be billed on an hourly basis. Services related to 1042/1042-S reporting, tax consulting and bankruptcy reporting will be billed separate at our hourly rates.

- A. Jaffe, Inc. $32,000
- Fantasy, Inc. $20,000
- Firestar Diamond, Inc. $20,000

Our invoices for these fees will be rendered each month as work progresses and are payable on presentation and payment is due in Tarrant County, Texas. You agree to pay reasonable attorneys fees and collection costs incurred relating to collection of fees for services performed under the terms of this engagement. In accordance with Whitley Penn policy, work may be suspended if your account becomes 30 days or more past due and will not resume until your account is paid in full. In addition, invoices not paid in full, per bankruptcy court compliance, by the last day of the month will be assessed interest at a rate of one percent per month. We understand that payment will require compliance with certain bankruptcy court procedures and that the payment of all fees and expenses are subject to the compensation procedures established in the chapter 11 cases of Firestar Diamond, Inc., et al., case no. 18-10509-SHL (Bankr. S.D.N.Y.). The Bankrptcy Trustee agrees to assist WP in complying with all submissions or procedural elements of the bankruptcy court. If we elect to terminate our services for nonpayment, our engagement will be deemed to have been complete even if we have not issued our report. You will be obligated to compensate us for all time expended and to reimburse us for all out-of-pocket expenditures through the date of termination.

The ethics of our profession prohibit the rendering of professional services where the fee for such services is contingent, or has the appearance of being contingent, upon the results of such services. Accordingly, it is important that our bills be paid promptly when received.

In the unlikely event that differences concerning our services or fees should arise that are not resolved by mutual agreement, to facilitate judicial resolution and save time and expense of both parties, Firestar and Whitley Penn agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to our services and fees for this engagement. Any controversy, dispute, or questions arising out of or in connection with this agreement or our engagement shall be determined by arbitration conducted in accordance with the rules of the American Arbitration Association, and any decision rendered by the arbitrator shall be binding on both parties to this agreement. The costs of any arbitration shall be borne equally by the parties. Any and all claims relating to or arising out of this contract/agreement shall be governed by the laws of Texas and any dispute shall be finally resolved by the Texas courts in Tarrant County.

This letter replaces and supersedes any previous proposals, correspondence and understanding, whether written or oral. The agreements contained in this engagement letter shall survive the completion or termination of this engagement.

We appreciate the opportunity to be of service to Firestar and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please feel free to contact me at 737-931-8212. If you agree with the terms of the engagement as described in this letter, please sign one of the enclosed copies in the space provided and return it to me in the enclosed envelope.

Sincerely,

Gary A. Scarborough
Tax Partner


ACCEPTED:

This letter correctly sets forth the understanding of Firestar


_____
Richard Levin


_____
Title


_____
Date

Exhibit A

State Tax Returns

Firestar Diamond and Sub states:

1. New York and New York City
2. Florida
3. Vermont
4. Maryland
5. New Jersey
6. Hawaii
7. Oregon
8. Arkansas
9. California
10. Illinois
11. Utah
12. Virginia

A Jaffe states:

1. New York & New York City
2. California
3. Florida
4. Massachusetts & Annual Report
5. Pennsylvania
6. Hawaii
7. Illinois
8. Kentucky
9. Maryland
10. Michigan
11. New Jersey
12. Utah
13. Minnesota