JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**FOURTH (OCTOBER 2018) MONTHLY STATEMENT OF FEES AND EXPENSES OF JENNER & BLOCK LLP AS CHAPTER 11 TRUSTEE'S COUNSEL PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

| | |
|---|---|
| Name of Applicant: | Jenner & Block LLP |
| Authorized to Provide Professional Services to: | Richard Levin, Chapter 11 Trustee |
| Effective Date of Retention: | 6/14/2018 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2018 through October 31, 2018 ("Statement Period") |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

| | |
|---|---|
| Objection Deadline: | December 5, 2018 |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period for all debtors: | $149,332.50 |
| Reimbursement of Expenses Sought as Actual, Reasonable and Necessary for Statement Period for all debtors: | $5,679.67 |
| Compensation Payable After Objection Deadline (80%): | $119,466.00 |
| Reimbursement of Expenses Payable After Objection Deadline (100%) | $5,679.67 |

| Matter | TIME SUMMARY BY CATEGORY | | | |
|---|---|---|---|---|
| | **Full Name** | **Billing Rate** | **Time** | **Amount** |
| **CASE ADMINISTRATION - GENERAL - 10036** | | | | |
| | Richard B. Levin | $1,300.00 | 0.2 | $260.00 |
| | Angela M. Allen | $850.00 | 3.0 | $2,550.00 |
| | Carl N. Wedoff | $845.00 | 1.8 | $1,521.00 |
| | William A. Williams | $465.00 | 8.0 | $3,720.00 |
| | Total | | **13.0** | **$8,051.00** |
| **BUSINESS OPERATIONS - GENERAL - 10095** | | | | |
| | Angela M. Allen | $850.00 | 0.4 | $340.00 |
| | William A. Williams | $465.00 | 0.1 | $46.50 |
| | Total | | **0.5** | **$386.50** |
| **ASSET ANALYSIS AND RECOVERY – GENERAL - 10150** | | | | |
| | Richard B. Levin | $1,300.00 | 0.3 | $390.00 |
| | Angela M. Allen | $850.00 | 11.1 | $9,435.00 |
| | Carl N. Wedoff | $845.00 | 2.5 | $2,112.50 |
| | Owen W. Keiter | $490.00 | 5.6 | $2,744.00 |
| | William A. Williams | $465.00 | 9.0 | $4,185.00 |
| | Total | | **28.5** | **$18,866.50** |
| **ASSET ANALYSIS AND RECOVERY – JAFFE - 10176** | | | | |
| | Richard B. Levin | $1,300.00 | 0.4 | $520.00 |
| | Total | | **0.4** | **$520.00** |
| **ASSET SALES – GENERAL - 10214** | | | | |
| | Carl N. Wedoff | $845.00 | 5.3 | $4,478.50 |
| | William A. Williams | $465.00 | 2.6 | $1,209.00 |
| | Total | | **7.9** | **$5,687.50** |
| **ASSET SALES – JAFFE - 10230** | | | | |
| | Richard B. Levin | $1,300.00 | 0.4 | $520.00 |
| | Martin C. Glass | $975.00 | 0.5 | $487.50 |
| | Matthew J. Renaud | $950.00 | 1.0 | $950.00 |
| | Angela M. Allen | $850.00 | 0.7 | $595.00 |
| | Julia Reeves | $490.00 | 5.4 | $2,646.00 |
| | Total | | **8.0** | **$5,198.50** |
| **ASSET SALES – FIRESTAR – 10257** | | | | |
| | Richard B. Levin | $1,300.00 | 0.1 | $130.00 |
| | Angela M. Allen | $850.00 | 5.1 | $4,335.00 |
| | Carl N. Wedoff | $845.00 | 43.9 | $37,095.50 |
| | William A. Williams | $465.00 | 1.2 | $558.00 |
| | Ricia V. Augusty | $340.00 | 3.3 | $1,122.00 |
| | Kathryn J. Schaub | $210.00 | 22.8 | $4,788.00 |
| | Total | | **76.4** | **$48,028.50** |

| | | | | |
|---|---|---|---|---|
| **FINANCING/CASH COLLATERAL – 10273** | | | | |
| | Marc B. Hankin | $1,050.00 | 4.4 | $4,620.00 |
| | Angela M. Allen | $850.00 | 1.5 | $1,275.00 |
| | Carl N. Wedoff | $845.00 | 1.1 | $929.50 |
| | William A. Williams | $465.00 | 1.2 | $558.00 |
| | Total | | **8.2** | **$7,382.50** |
| **CONTRACTS AND LEASES – GENERAL - 10290** | | | | |
| | Angela M. Allen | $850.00 | 0.4 | $340.00 |
| | William A. Williams | $465.00 | 2.1 | $976.50 |
| | Total | | **2.5** | **$1,316.50** |
| **CONTRACTS AND LEASES – FIRESTAR - 10338** | | | | |
| | Carl N. Wedoff | $850.00 | 3.5 | $2,957.50 |
| | Total | | **3.5** | **$2,957.50** |
| **EMPLOYMENT – 10354** | | | | |
| | Richard B. Levin | $1,300.00 | 1.6 | $2,080.00 |
| | Angela M. Allen | $850.00 | 8.7 | $7,395.00 |
| | Carl N. Wedoff | $845.00 | 4.6 | $3,887.00 |
| | William A. Williams | $465.00 | 16.1 | $7,486.50 |
| | Toi D. Hooker | $370.00 | 2.0 | $740.00 |
| | Marc. A Patterson | $220.00 | 8.8 | $1,936.00 |
| | Total | | **41.8** | **$23,524.50** |
| **CLAIMS ALLOWANCE & OBJECTIONS – FIRESTAR - 10435** | | | | |
| | Angela M. Allen | $850.00 | 0.2 | $170.00 |
| | Carl N. Wedoff | $845.00 | 1.0 | $845.00 |
| | William A. Williams | $465.00 | 7.5 | $3,487.50 |
| | Total | | **8.7** | **$4,502.50** |
| **RELIEF FROM STAY & ADEQUATE PROTECTION – JAFFE - 10516** | | | | |
| | William A. Williams | $465.00 | 0.6 | 279.00 |
| | Total | | **0.6** | **$279.00** |
| **INVESTIGATION, PLANNING, & COORDINATION - 10613** | | | | |
| | Brian J. Fischer | $950.00 | 0.4 | $380.00 |
| | Angela M. Allen | $850.00 | 16.8 | $14,280.00 |
| | Carl N. Wedoff | $845.00 | 0.3 | $253.50 |
| | William A. Williams | $465.00 | 16.2 | $7,533.00 |
| | Toi D. Hooker | $370.00 | 0.5 | $185.00 |
| | Total | | **34.2** | **$22,631.50** |
| | **GRAND TOTAL** | | **234.2** | **$149,332.50** |

| SUMMARY OF FEES BY DEBTOR | | |
|---|---|---|
| **Debtor** | **Amount** | **Matter Numbers** |
| All Debtors ("General") | $80,464.00 | 10036, 10095, 10150, 10214, 10290, 10354, 10613 |
| Firestar Diamond, Inc. ("Firestar") | $62,871.00 | 10257, 10273, 10338, 10435 |
| A. Jaffe, Inc. ("Jaffe") | $5,997.50 | 10176, 10230, 10516 |

| PROPOSED ALLOCATION OF FEES AND EXPENSES BY DEBTOR | |
|---|---|
| **Firestar** | |
| Firestar Only | $62,871.00 |
| 50% of General | $40,232.00 |
| 50% of Expenses | $2,839.84 |
| **Total** | **$105,942.84** |
| **Jaffe** | |
| Jaffe Only | $5,997.50 |
| 50% of General | $40,232.00 |
| 50% of Expenses | $2,839.83 |
| **Total** | **$49,069.33** |

# TIME SUMMARY BY BILLING PROFESSIONAL

| Rank | Full Name | Admitted to Practice | Billing Rate | Time | Amount |
|---|---|---|---|---|---|
| | | | | | |
| **ATTORNEYS** | | | | | |
| Partners | Richard B. Levin | 1976 | $1,300.00 | 3.0 | $3,900.00 |
| | Marc B. Hankin | 1994 | $1,050.00 | 4.4 | $4,620.00 |
| | Martin C. Glass | 1999 | $975.00 | 0.5 | $487.50 |
| | Brian J. Fischer | 2003 | $950.00 | 0.4 | $380.00 |
| | Matthew J. Renaud | 1992 | $950.00 | 1.0 | $950.00 |
| | Angela M. Allen | 2008 | $850.00 | 47.90 | $40,715.00 |
| **Partner Total** | | | | **57.2** | **$51,052.50** |
| Associates | Carl N. Wedoff | 2010 | $845.00 | 64.0 | $54,080.00 |
| | Julia Reeves | 2018 | $490.00 | 5.4 | $2,646.00 |
| | Owen W. Keiter | Pending | $490.00 | 5.6 | $2,744.00 |
| | William A. Williams | 2015 | $465.00 | 64.6 | $30,039.00 |
| **Associate Total** | | | | **139.6** | **$89,509.00** |
| **ATTORNEY TOTAL** | | | | **196.8** | **$140,561.50** |
| | | | | | |
| **PARAPROFESSIONALS** | | | | | |
| Paralegal | Toi D. Hooker | N/A | $370.00 | 2.5 | $925.00 |
| Paralegal | Ricia V. Augusty | N/A | $340.00 | 3.3 | $1,122.00 |
| Bankruptcy / Litigation Specialist | Marc A. Patterson | N/A | $220.00 | 8.8 | $1,936.00 |
| Paralegal | Kathryn J. Schaub | N/A | $210.00 | 22.8 | $4,788.00 |
| **PARAPROFESSIONAL TOTAL** | | | | **37.4** | **$8,771.00** |
| | | | **TOTAL** | **234.2** | **$149,332.50** |

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNT |
|---|---:|
| Hearing Transcripts | $2,193.50 |
| Catering for Auctions | $1,815.27 |
| Photocopy & Related Expenses | $544.18 |
| Westlaw Research | $508.79 |
| Court Fees | $362.00 |
| Messenger Service | $98.08 |
| PACER Charges | $74.00 |
| In-City Transportation | $38.83 |
| Lexis Research | $38.79 |
| Teleconferencing and Related Expenses | $6.23 |
| **TOTAL DISBURSEMENT** | **$5,679.67** |

Attached hereto as **Exhibit A** are contemporaneously maintained time entries for each individual providing services for the Statement Period.

In accordance with the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professio*nals, dated March 29, 2018 (the "Interim Compensation Order") [Docket No. 82], Jenner & Block LLP hereby submits this fourth monthly fee statement (the "Fourth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as Counsel to the Chapter 11 Trustee, for the period from October 1, 2018 through October 31, 2018. By this Fourth Monthly Fee Statement, Jenner & Block LLP seeks payment in the amount of $125,145.70, which is comprised of (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Statement Period and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services during the Statement Period.

## **NOTICE AND OBJECTION PROCEDURES**

Notice of this Fourth Monthly Fee Statement shall be given by email or hand or overnight delivery upon: (a) the Debtors, 592 5th Avenue, 3rd Floor, New York, New York 10036, attn.: Mark Samson, Chief Restructuring Officer; (b) the Debtors' counsel, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10018, attn.: Ian R. Winters and Joseph C. Corneau, and Forchelli Deegan Terrana LLP, 333 Earle Ovington Blvd., Suite 1010, Uniondale, New York 11553, attn.: Gerard R. Luckman; (c) counsel to Israel Discount Bank of New York, Troutman Sanders LLP, 875 Third Avenue, New York, New York 10022 attn.: Brett D. Goodman and Troutman Sanders LLP, 600 Peachtree Street, NE., Suite 3000, Atlanta, Georgia 30308 attn.: Harris B. Winsberg and Matthew R. Brooks; (d) counsel to HSBC Bank USA, LLC, Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, attn.: Ken Coleman; (e) counsel to any Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases (the "Committee"), if one is appointed; (f) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, attn.: Richard Morrissey; and (g) Baker & Hostetler LLP, 45 Rockefeller Plaza, 14th Floor, New York, New York 10111-01000, Attn: Jorian L. Rose, (the "Counsel to Examiner) (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this Fourth Monthly Fee Statement, if any, must be served upon the Notice Parties, and by hand or overnight delivery upon Jenner & Block, LLP, 919 Third Avenue, New York, New York 10022, Attn: Mark Hankin, no later December 4, 2018 at

4:00 p.m. (Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Fourth Monthly Fee Statement are received by the Objection Deadline, the Trustee shall promptly pay Jenner & Block LLP 80% of the fees and 100% of the expenses identified in this Fourth Monthly Fee Statement.

To the extent that an objection to Fourth Monthly Fee Statement is received on or before the Objection Deadline, the Trustee shall withhold payment of that portion of this Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## **RESERVATION OF RIGHTS**

Jenner & Block LLP reserves the right to amend the fees and expense reimbursement sought herein in the event that a subsequent review of Jenner & Block LLP's records reveals that additional professional services were rendered or expenses incurred which were not processed in advance of this Fourth Monthly Fee Statement. In the event such amendments are required, Jenner & Block LLP reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly fee statements.

Dated: November 19, 2018  
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Marc Hankin  
Marc Hankin  
Carl Wedoff  
919 Third Avenue  
New York, New York 10022  
(212) 891-1600  
mhankin@jenner.com  
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)  
353 North Clark Street  
Chicago, Illinois 60654  
(312) 222-9350  
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*

# **EXHIBIT A**

**TIME/EXPENSE RECORDS**