# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:        58216

**<u>COMBINED INVOICE</u>**

RICHARD LEVIN, TRUSTEE OF FIRESTAR                    NOVEMBER 12, 2018
DIAMOND                                                                  INVOICE #  9460230
919 3RD AVENUE
NEW YORK, NY  10022

DIAMOND

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2018:                                        $ 149,332.50

DISBURSEMENTS                                                            $ 5,679.67

                                    TOTAL INVOICE                    $ 155,012.17

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

## JENNER & BLOCK LLP

LAW OFFICES OF

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COMBINED INVOICE**

RICHARD LEVIN, TRUSTEE OF FIRESTAR
DIAMOND
919 3RD AVENUE
NEW YORK, NY  10022

CLIENT NUMBER:  58216                                    NOVEMBER 12, 2018

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2018:

**CASE ADMINISTRATION - GENERAL**                      **MATTER NUMBER - 10036**

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/02/18 | CNW | .20 | Call with N. Lopes re service list correction (.1); follow-up with Omni re same (.1). | 169.00 |
| 10/05/18 | AMA | .20 | Reviewed correspondence re status of orders and bar date. | 170.00 |
| 10/08/18 | RBL | .20 | Emails re bank signatures. | 260.00 |
| 10/09/18 | CNW | .20 | Confer with Omni staff re updates to service list. | 169.00 |
| 10/10/18 | CNW | .30 | Revise proposed orders from September 27, 2018 omnibus hearing (.2); submit same to Judge Lane's chambers (.1). | 253.50 |
| 10/15/18 | WAW | .10 | Email correspondence with R. Levin re: press inquiry. | 46.50 |
| 10/16/18 | WAW | 1.80 | Continuing to coordinate publication of bar date notice (1.6); email correspondence with R. Levin re: same (.2). | 837.00 |
| 10/16/18 | WAW | .50 | Reviewing PNB's motion to compel M. Bhansali to produce documents (.3); preparing summary of same for R. Levin (.2). | 232.50 |
| 10/17/18 | CNW | .30 | Confer and correspond with W. Williams re pending tasks and action items. | 253.50 |
| 10/17/18 | WAW | .90 | Preparing summary of the status of various action items to discuss during meeting with R. Levin (.5); meeting with A. Allen re: same (.2); telephone call with C. Wedoff re: same (.2). | 418.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

LAW OFFICES OF

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/18/18 | AMA | 2.40 | Reviewed and revised status of Firestar sale process, investigation and administrative matters (.8); correspondence with R. Levin re same (.1); meeting with W. Williams and R. Levin re same (1.5). | 2,040.00 |
| 10/18/18 | WAW | .50 | Multiple email correspondence with Idex and JCK re: publication of the bar date notice (.4); email correspondence with I. Sandberg re: same (.1). | 232.50 |
| 10/22/18 | WAW | .20 | Email correspondence with National Jewelers re: publication of bar date notice. | 93.00 |
| 10/23/18 | WAW | .40 | Multiple email correspondence with Diamond World re: publication of bar date notice. | 186.00 |
| 10/24/18 | WAW | .10 | Email correspondence with Instore re: publication of bar date notice. | 46.50 |
| 10/25/18 | WAW | .70 | Multiple email correspondence with National Jeweler and Diamond World re: publication of claims bar date notice (.3); email correspondence with R. Levin re: difficulty reaching contact at Instore (.2); searching for additional contacts at Instore and reaching out to same (.2). | 325.50 |
| 10/25/18 | WAW | .40 | Drafting email to Omni re: issues with bar date materials. | 186.00 |
| 10/26/18 | CNW | .80 | Correspond with M. Hankin and R. Levin re payoff stipulation notice (.2); correspond with R. Levin, J. Rose, and L. Ryan re examiner professionals' stipulation (.2); coordinate filing and service of same (.1); confer with W. Williams and R. Levin re preparation of hearing agenda and stipulations (.3). | 676.00 |
| 10/26/18 | WAW | .30 | Multiple email correspondence with Diamond World re: formatting issues with bar date publication (.2); email correspondence with Idex re: payment for publication of bar date notice (.1). | 139.50 |
| 10/26/18 | WAW | 1.30 | Preparing notice of agenda for October 30, 2018 hearing (.6); multiple email correspondence with R. Levin and C. Wedoff re: same (.2); revising agenda (.2); arranging for filing of same (.1); arranging for preparation and delivery of hearing binders to chambers (.2). | 604.50 |
| 10/27/18 | WAW | .10 | Email correspondence with Diamond World re: payment for bar date publication. | 46.50 |
| 10/28/18 | AMA | .10 | Reviewed correspondence re Firestar accounting and reporting. | 85.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

LAW OFFICES OF
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/29/18 | WAW | .10 | Arranging for payment of Diamond World re: publication of bar date notice. | 46.50 |
| 10/29/18 | WAW | .30 | Reviewing proof of bar date publication in Rapaport (.1); email correspondence with K. Knox re: same (.2). | 139.50 |
| 10/30/18 | AMA | .30 | Reviewed correspondence re bar date notice (.1); correspondence with W. Williams re same (.2). | 255.00 |
| 10/30/18 | WAW | .10 | Email correspondence with A. Rosario re: delivery of hearing binders for October 30, 2018 hearing. | 46.50 |
| 10/30/18 | WAW | .10 | Email correspondence with O. Davidov re: proof of bar date publication for Idex. | 46.50 |
| 10/31/18 | WAW | .10 | Email correspondence with K. Knox re: proof of bar date publication in Rappaport. | 46.50 |
| | | 13.00 | PROFESSIONAL SERVICES | $ 8,051.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | .20 | 1,300.00 | 260.00 |
| ANGELA M. ALLEN | 3.00 | 850.00 | 2,550.00 |
| CARL N. WEDOFF | 1.80 | 845.00 | 1,521.00 |
| WILLIAM A. WILLIAMS | 8.00 | 465.00 | 3,720.00 |
| TOTAL | 13.00 | | $ 8,051.00 |

MATTER 10036 TOTAL                                                    $ 8,051.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

## JENNER & BLOCK LLP

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**BUSINESS OPERATIONS - GENERAL**                     **MATTER NUMBER - 10095**

| 10/01/18 | WAW | .10 | Email correspondence with R. Levin and A. Allen re: incentive compensation bonuses. | 46.50 |
| 10/21/18 | AMA | .10 | Correspondence with M. Samson re employee compensation. | 85.00 |
| 10/31/18 | AMA | .30 | Reviewed draft motions to abandon storage units (.2); reviewed correspondence with W. Williams and R. Levin re same (.1). | 255.00 |
| | | .50 | PROFESSIONAL SERVICES | $ 386.50 |

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| ANGELA M. ALLEN | .40 | 850.00 | 340.00 |
| WILLIAM A. WILLIAMS | .10 | 465.00 | 46.50 |
| TOTAL | .50 | | $ 386.50 |

MATTER 10095 TOTAL                                                              $ 386.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET ANALYSIS AND RECOVERY - GENERAL**                    **MATTER NUMBER - 10150**

| 10/01/18 | AMA | .70 | Emailed M. Samson re assets (.1); emailed M. Samson re accounts receivable (.3); reviewed same (.2); emailed M. Agusta re same (.1). | 595.00 |
|---|---|---|---|---|
| 10/02/18 | AMA | .80 | Conference with M. Agusta re accounts receivable (.5); reviewed status re same (.2); conference with R. Levin re same (.1). | 680.00 |
| 10/03/18 | AMA | 1.00 | Correspondence with R. Levin re collections (.2); correspondence with M. Agusta re same (.1); correspondence with W. Williams re Costco (.4); emailed M. Samson re collections (.1); reviewed status re same (.2). | 850.00 |
| 10/04/18 | AMA | .60 | Correspondence with R. Levin re collections (.1); reviewed status re same (.2); correspondence with M. Samson re same (.3). | 510.00 |
| 10/05/18 | AMA | .30 | Reviewed correspondence re Costco (.2); emailed W. Williams re same (.1). | 255.00 |
| 10/05/18 | WAW | .20 | Email correspondence with C. Wedoff re: updates to intellectual property master index. | 93.00 |
| 10/08/18 | AMA | .70 | Correspondence with R. Levin and M. Samson office inventory (.3); reviewed correspondence re Costco (.3); emailed W. Williams re same (.1). | 595.00 |
| 10/08/18 | CNW | .30 | Correspond with R. Levin and M. Samson re claims analysis and settlement for Dikams Inc. (.2); correspond with M. Agusta re claims collection and settlement (.1). | 253.50 |
| 10/08/18 | WAW | 2.30 | Reviewed email correspondence from R. Levin re: returned Costco inventory (.2); reviewed agreements with Costco (.5); researched case law re: Washington Uniform Commercial Code (1.6). | 1,069.50 |
| 10/09/18 | AMA | 1.60 | Reviewed correspondence re Charms (.2); emailed A. Fuzaylova re same (.1); emailed M. Agusta re same (.1); reviewed correspondence re accounts receivable and drafted summary re same (.8); emailed R. Levin re same (.2); correspondence with W. Williams re Takshal (.2). | 1,360.00 |
| 10/09/18 | CNW | .10 | Correspond with M. Agusta re claims collection and settlement. | 84.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/09/18 | WAW | 5.10 | Continued to research statutory and case law re: returned Costco inventory (2.4); prepared summary of research and analysis for R. Levin (.8); conducting follow-up research re: same (.7); preparing summary of follow-up research and analysis for R. Levin (1.2). | 2,371.50 |
|---|---|---|---|---|
| 10/10/18 | AMA | 1.50 | Correspondence with D. Rallis re JDJ (.1); correspondence with C. Wedoff re sales process (.1); reviewed correspondence re sale orders (.1); reviewed status re accounts receivable (.2); conference with R. Levin and M. Agusta re same (1.0). | 1,275.00 |
| 10/10/18 | CNW | 1.60 | Meet with R. Levin and M. Agusta re collections status, strategy, and litigation preparation (.9); prepare for same (.1); review A. Allen summary of same (.1); correspond with A. Allen and M. Agusta re collection efforts (.1); correspond with R. Morrissey re modifications to Agusta retention order (.2); correspond with R. Levin, A. Allen, and W. Williams re same (.2). | 1,352.00 |
| 10/10/18 | WAW | 1.20 | Additional research re: returned Costco inventory (.9) email correspondence with R. Levin and A. Allen re: same (.3). | 558.00 |
| 10/10/18 | WAW | .20 | Email correspondence with M. Agusta re: addresses for certain accounts receivable debtors. | 93.00 |
| 10/11/18 | AMA | 1.00 | Reviewed Amazon stipulation (.1); emailed same to B. Buckley (.1); reviewed accounts receivable (.2); correspondence with M. Samson re same (.3); correspondence with M. Agusta re same (.2); emailed D. Rallis re JDJ (.1). | 850.00 |
| 10/12/18 | AMA | .80 | Correspondence with M. Agusta re accounts receivable (.1); correspondence with R. Levin re same (.1); correspondence with C. Wedoff re sales (.2); reviewed correspondence re status re same (.3); emailed W. Williams re same (.1). | 680.00 |
| 10/12/18 | CNW | .40 | Review US Trustee edits to Agusta retention order (.1); revise Agusta retention order (.2); correspond with R. Morrissey re same (.1). | 338.00 |
| 10/14/18 | AMA | .40 | Correspondence with R. Levin re JDJ (.2); reviewed analysis re same (.1); emailed Y. Madhvani re same (.1). | 340.00 |
| 10/14/18 | CNW | .10 | Submit revised Agusta retention order to Judge Lane's chambers. | 84.50 |

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/15/18 | AMA | .50 | Correspondence with R. Levin re Amazon stip (.1); correspondence with W. Williams re same (.1); correspondence with W. Williams re Takshal (.2); correspondence with M. Agusta re accounts receivable (.1). | 425.00 |
|---|---|---|---|---|
| 10/18/18 | OWK | 1.10 | Researched process for serving subpoena upon Christie's (.8); coordinated with W. Williams to draft subpoena (.3). | 539.00 |
| 10/19/18 | AMA | .20 | Reviewed correspondence re accounts receivable and returns of inventory. | 170.00 |
| 10/19/18 | OWK | 2.40 | Researched Indian sculptures of heads sold by Christie's (1.5) and drafted subpoena (.9). | 1,176.00 |
| 10/21/18 | AMA | .20 | Reviewed M. Agusta correspondence re accounts receivable and return of inventory. | 170.00 |
| 10/22/18 | AMA | .50 | Call with R. Levin and M. Agusta re returns of inventory (.2); correspondence re same (.1); correspondence with R. Levin and W. Williams re Costco (.2). | 425.00 |
| 10/22/18 | OWK | 1.30 | Researched service of subpoena under Federal Rules of Bankruptcy Procedure (.5); finalized subpoena (.4); coordinated with Docketing Services to serve subpoena (.4). | 637.00 |
| 10/23/18 | OWK | .80 | Finalized and served subpoena (.6); communicated with Christie's counsel regarding subpoena (.2). | 392.00 |
| 10/24/18 | AMA | .20 | Reviewed correspondence re JC Penney (.1); correspondence with R. Levin re same (.1). | 170.00 |
| 10/30/18 | AMA | .10 | Correspondence with M. Agusta and team re collections. | 85.00 |
| 10/31/18 | RBL | .30 | Review Costco subpoena. | 390.00 |
| | | 28.50 | PROFESSIONAL SERVICES | $ 18,866.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

## JENNER & BLOCK LLP

LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| RICHARD B. LEVIN | .30 | 1,300.00 | 390.00 |
| ANGELA M. ALLEN | 11.10 | 850.00 | 9,435.00 |
| CARL N. WEDOFF | 2.50 | 845.00 | 2,112.50 |
| OWEN W. KEITER | 5.60 | 490.00 | 2,744.00 |
| WILLIAM A. WILLIAMS | 9.00 | 465.00 | 4,185.00 |
| TOTAL | 28.50 | | $ 18,866.50 |

MATTER 10150 TOTAL                                              $ 18,866.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET ANALYSIS AND RECOVERY - JAFFE**                          **MATTER NUMBER - 10176**

| | | | | |
|---|---|---|---|---|
| 10/29/18 | RBL | .40 | Prepare letter re COBRA refund (.4). | 520.00 |
| | | .40 | PROFESSIONAL SERVICES | $ 520.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | .40 | 1,300.00 | 520.00 |
| TOTAL | .40 | | $ 520.00 |

| | |
|---|---|
| MATTER 10176 TOTAL | $ 520.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET SALES - GENERAL**                                    **MATTER NUMBER - 10214**

| | | | | |
|---|---|---|---|---|
| 10/05/18 | CNW | 2.50 | Conduct due diligence of intellectual property ownership and transfer (1.5); update master index re same (.4); correspond with R. Levin, H. Aronson, A. Allen, and W. Williams re same (.4); confer with R. Levin re entry of sale orders (.1); circulate proposed Public Sale 1 orders to Judge Lane's chambers (.1). | 2,112.50 |
| 10/08/18 | CNW | .30 | Confer with R. Levin re KGS Jewels intellectual property sale (.1); correspond with R. Levin and H. Aronson re H.K. Designs intellectual property sale (.2). | 253.50 |
| 10/09/18 | CNW | 1.50 | Confer with Judge Lane's chambers re submission and entry of sale orders and other outstanding orders (.2); confer with M. Samson and K. Schaub re same (.2); review and correct sale spreadsheets (.3); confer with R. Levin re same (.1); correspond with R. Levin re status of IP Lot 6 sale to KGS Jewels (.1); revise proposed Public Sale 1 sale orders for post-sale issues (.4); submit revised proposed Public Sale 1 orders to Judge Lane's chambers (.2). | 1,267.50 |
| 10/15/18 | CNW | .70 | Correspond with Authentic Brands Group, J. Rollings, and H. Aronson re IP Lot 1 domain transfer (.3); confer and correspond with R. Levin, A. Allen, W. Williams, and B. Buckley (Amazon) re revisions to assumption and assignment stipulation (.3); correspond with A. Young (Lackenbach) re IP Lot 5 patent lapse (.1). | 591.50 |
| 10/17/18 | CNW | .30 | Correspond with H.K. Designs re Amazon assumption and assignment stipulation (.1); correspond with R. Levin, M. Samson, and I. Sandberg re miscellaneous sale questions (.2). | 253.50 |
| 10/31/18 | WAW | 2.60 | Preparing motion to establish procedures for private sales (1.8); preparing form of notice of private sale (.4); preparing form of proposed order approving private sales (.2); preparing proposed order approving private sale procedures (.2). | 1,209.00 |
| | | 7.90 | PROFESSIONAL SERVICES | $ 5,687.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| CARL N. WEDOFF | 5.30 | 845.00 | 4,478.50 |
| WILLIAM A. WILLIAMS | 2.60 | 465.00 | 1,209.00 |
| TOTAL | 7.90 | | $ 5,687.50 |
| | | | |
| MATTER 10214 TOTAL | | | $ 5,687.50 |

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET SALES - JAFFE**                                        **MATTER NUMBER - 10230**

| | | | | |
|---|---|---|---|---|
| 10/01/18 | AMA | .50 | Correspondence with R. Levin re confidentiality agreement (.1); reviewed background re same (.2); conference with J. Reeves re same (.1); emailed M. Samson re same (.1). | 425.00 |
| 10/01/18 | JR | .20 | Discussed confidentiality provision for transition services agreement with A. Allen and M. Glass. | 98.00 |
| 10/05/18 | JR | 3.00 | Drafted amendment to transition services agreement. | 1,470.00 |
| 10/05/18 | JR | .80 | Created and distributed fully executed copies of intellectual property assignment documents. | 392.00 |
| 10/08/18 | MCG | .50 | Review of revised TSA matters. | 487.50 |
| 10/08/18 | JR | .50 | Revised and distributed amendment to transition services agreement for review. | 245.00 |
| 10/09/18 | AMA | .20 | Reviewed confidentiality agreement (.1); emailed J. Reeves re same (.1). | 170.00 |
| 10/09/18 | RBL | .40 | Review and revise TSA amendment. | 520.00 |
| 10/09/18 | JR | .20 | Distributed amendment to transition services agreement for review. | 98.00 |
| 10/10/18 | JR | .70 | Revised and distributed amendment to transition services agreement for review. | 343.00 |
| 10/16/18 | MJR | .50 | Reviewed file and drafted issues list to R. Levin. | 475.00 |
| 10/18/18 | MJR | .50 | Email conference with R. Levin re Firestar 401(k) plan termination. | 475.00 |
| | | 8.00 | PROFESSIONAL SERVICES | $ 5,198.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| RICHARD B. LEVIN | .40 | 1,300.00 | 520.00 |
| MARTIN C. GLASS | .50 | 975.00 | 487.50 |
| MATTHEW J. RENAUD | 1.00 | 950.00 | 950.00 |
| ANGELA M. ALLEN | .70 | 850.00 | 595.00 |
| JULIA REEVES | 5.40 | 490.00 | 2,646.00 |
| TOTAL | 8.00 | | $ 5,198.50 |

| | | | |
|---|---|---|---:|
| MATTER 10230 TOTAL | | | $ 5,198.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

ASSET SALES - FIRESTAR                                    MATTER NUMBER - 10257

| 10/01/18 | AMA | 1.30 | Correspondence with C. Wedoff re Amazon and sales process (.2); reviewed correspondence re IP issue re sale (.4); correspondence with S. Samberg, R. Levin and H. Aronson re same (.4); correspondence with W. Williams and R. Levin re Oracle (.3). | 1,105.00 |
| --- | --- | --- | --- | --- |
| 10/01/18 | CNW | 3.70 | Call with R. Levin, A. Palmieri, and D. Palmieri re auction planning (.9); review K. Schaub spreadsheet and A. Palmieri bidder email in preparation for same (.2); prepare supplemental conflicts request (.2); call with R. Levin, A. Palmieri, and D. Palmieri re bid analysis (.5); correspond with K. Schaub re same (.2); correspond with M. Samson re Public Sale 1 results (.1); coordinate auction planning with Jenner support staff (.4); prepare materials for auction (1.2). | 3,126.50 |
| 10/01/18 | KJS | 9.00 | Updated Sale 2 Live Bid spreadsheet with formulas and written bid information as per R. Levin. | 1,890.00 |
| 10/01/18 | RVA | .30 | Telephone call to TSG Reporting to confirm court reporter | 102.00 |
| 10/02/18 | AMA | 1.30 | Conference with C. Wedoff and R. Levin re Amazon, IP issue and sales status (.6); reviewed correspondence re same (.2); emailed H. Aronson re IP issue (.3); emailed C. Wedoff re same (.2). | 1,105.00 |
| 10/02/18 | CNW | 4.50 | Coordinate preparation for October 3 and 4 inventory auctions with Jenner support staff (2.4); prepare and revise written materials for same (.6); confer and correspond with R. Levin re same (.2); correspond with A. Palmieri re same (.4); prepare written materials for same (.6); draft email to KP Sanghvi re patent registration (.2); confer with A. Allen re same (.1). | 3,802.50 |
| 10/02/18 | KJS | 6.00 | Updated Sale 3 Live Bid spreadsheet with formulas and written bid information as per R. Levin. | 1,260.00 |
| 10/03/18 | AMA | .80 | Reviewed Amazon stipulation (.2); correspondence with C. Wedoff re same (.1); correspondence with R. Levin re same (.2); emailed B. Buckley re same (.3). | 680.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/03/18 | CNW | 10.10 | Prepare for auction (Public Sale 1) (.9); participate in auction (2.6); meet with and coordinate preparation of paperwork with winning bidders (.5); meet with R. Levin, A. Palmieri, and D. Palmieri re October 3 auction follow-up and preparation for October 4 auction (.9); confer and correspond with Spirit Lake Diamond and Gold re execution of bills of sale (.2); prepare notices and proposed orders approving October 3 sales (3.0); coordinate filing and service of same (.2); revise proposed orders and supporting materials for September 26 IP auction and prepared email summary of same for Judge Lane (1.3); coordinate preparation for October 4 auction with Jenner support staff (.5). | 8,534.50 |
| 10/03/18 | RBL | .10 | Review HK/Amazon Stipulation (.1). | 130.00 |
| 10/03/18 | KJS | 4.20 | Kept track of Live Bids during Sale 2 of Auction. | 882.00 |
| 10/03/18 | RVA | 1.00 | Assist with auction set up | 340.00 |
| 10/04/18 | AMA | .20 | Correspondence with B. Buckley re Amazon (.2). | 170.00 |
| 10/04/18 | CNW | 8.30 | Revise email to chambers re Sale 1 proposed orders (.2); correspond with R. Levin re same (.1); prepare for auction of Sale 3 lots (.9); participate in auction of sale 3 lots (2.8); review and complete paperwork with winning purchasers (.6); meet with R. Levin, A. Palmieri, and D. Palmieri re auction follow-up and next steps (.4); correspond with M. Marten re Spirit Lake bills of sale (.1); confer and correspond with Real Gems re bill of sale (.2) prepare notices of sale and proposed sale orders (2.4); coordinate filing and service of same (.2); revise Jaffe monthly operating report (.1); confer with S. Leibert re same (.1); coordinate filing and service of same (.1); correspond with M. Samson and A. Palmieri re results of Public Sales 2 and 3 (.1). | 7,013.50 |
| 10/04/18 | KJS | 3.60 | Kept track of Live Bids during Sale 3 of Auction. | 756.00 |
| 10/04/18 | RVA | 1.00 | Assist with auction set up | 340.00 |
| 10/04/18 | RVA | 1.00 | Assist with conference call issues | 340.00 |
| 10/05/18 | AMA | .40 | Correspondence with R. Levin and team re IP sales. | 340.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/09/18 | AMA | 1.10 | Reviewed correspondence re Amazon (.1); emailed W. Williams re same (.1); reviewed correspondence re patent (.1); correspondence with R. Levin re same (.1); emailed D. Rallis re same (.2); reviewed legal analysis re Costco (.3); emailed R. Levin and W. Williams re same (.2). | 935.00 |
|---|---|---|---|---|
| 10/09/18 | WAW | .20 | Revised HK/Amazon stipulation (.1); email correspondence with A. Allen re: same (.1). | 93.00 |
| 10/10/18 | CNW | 6.20 | Confer with Judge Lane's chambers re entry of sale orders for Public Sales 1, 2, and 3 (.2); correspond with R. Levin and Jenner team re same (.3); prepare proposed orders and exhibits for Public Sale 2 (2.6); prepare supporting materials for chambers (.3); correspond with R. Levin and H. Aronson re KP Sanghvi IP sale (.1); prepare closing materials for Public Sales 2 and 3 (2.5); correspond with R. Levin, A. Allen, M. Samson, W. Williams, and J. Reeves re same (.2). | 5,239.00 |
| 10/11/18 | CNW | 2.90 | Confer and correspond with Judge Lane's chambers re entry of orders (.3); confer and correspond with R. Levin, M. Samson, A. Palmieri, and D. Palmieri re same (.2); prepare Public Sale 3 orders (2.1); review entered Public Sale 1 orders (.1); confer with M. Samson, A. Palmieri, and D. Palmieri re same (.1); confer with R. Levin and Authentic Brands Group in-house counsel re closing of IP Lot 1 sale (.1). | 2,450.50 |
| 10/12/18 | CNW | 5.60 | Confer with Judge Lane's chambers re entry of sale orders and mechanics of same (.3); revise materials for same re same (.2); revise bills of sale and inventory schedules for inventory discrepancies (.4); confer with R. Levin re same (.1); prepare and revise receipts and inventory schedules for purchasers (2.2); prepare correspondence re closing mechanics for purchasers (1.5); confer with R. Levin re same (.1); confer with J. Rollings re web domain transfer (.3); correspond with ABG re same (.3); confer with A. Allen and A. Young re irrevocable lapse of Firestar patents (.2). | 4,732.00 |
| 10/14/18 | CNW | .30 | Correspond with R. Levin re outstanding sale and auction items. | 253.50 |
| 10/15/18 | CNW | .50 | Confer with Public Sale 2 and 3 purchasers, A. Palmieri, and M. Samson re sale closing procedures (.3); review entered orders (.1); confer with R. Levin re same (.1). | 422.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/15/18 | WAW | .70 | Revising stipulation with Amazon re: assumption and assignment of agreement to HK Designs in connection with sale (.2); email correspondence with Amazon's counsel re: same (.1); multiple internal email correspondence re: same (.3); telephone call with A. Allen re: same (.1). | 325.50 |
| 10/16/18 | CNW | .60 | Confer with A. Palmieri re domain transfer (.2); call with M. Samson re same (.1); emails with Jenner privacy and employment counsel re same (.1); confer with A. Palmieri re miscellaneous Public Sale 2 and 3 issues (.2). | 507.00 |
| 10/16/18 | WAW | .30 | Email correspondence with Amazon's counsel re: stipulation (.2); internal email correspondence re: same (.1). | 139.50 |
| 10/19/18 | CNW | .10 | Correspond with R. Levin and A. Palmieri re closing of Authentic Brands Group sale. | 84.50 |
| 10/22/18 | CNW | .30 | Confer and correspond with W. Williams re procedure for entry of stipulations and outstanding sale tasks (.2); correspond with D. Narkar (H.K. Designs) re Amazon stipulation (.1) | 253.50 |
| 10/23/18 | CNW | .50 | Finalize H.K./ Amazon stipulation (.2); correspond with W. Williams, M. Samson, and R, Levin re same (.2); circulate same to chambers (.2). | 422.50 |
| 10/24/18 | CNW | .10 | Confer and correspond with R. Levin, W. Williams, and M. Samson re sale status. | 84.50 |
| 10/26/18 | CNW | .20 | Confer and correspond with R. Levin, M. Samson, and I. Sandberg re documentation of sample sale (.1); revise bill of sale (.1). | 169.00 |
| | | 76.40 | PROFESSIONAL SERVICES | $ 48,028.50 |

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| RICHARD B. LEVIN | .10 | 1,300.00 | 130.00 |
| ANGELA M. ALLEN | 5.10 | 850.00 | 4,335.00 |
| CARL N. WEDOFF | 43.90 | 845.00 | 37,095.50 |
| WILLIAM A. WILLIAMS | 1.20 | 465.00 | 558.00 |
| RICIA V. AUGUSTY | 3.30 | 340.00 | 1,122.00 |
| KATHRYN J. SCHAUB | 22.80 | 210.00 | 4,788.00 |
| TOTAL | 76.40 | | $ 48,028.50 |

MATTER 10257 TOTAL                                    $ 48,028.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**FINANCING/CASH COLLATERAL**                    **MATTER NUMBER - 10273**

| 10/21/18 | AMA | .20 | Reviewed correspondence re payoff letter. | 170.00 |
|---|---|---|---|---|
| 10/21/18 | MZH | .80 | Reviewed draft payoff letters and stipulation with lenders. | 840.00 |
| 10/21/18 | MZH | .40 | Drafted email analysis to R. Levin re payoff letters. | 420.00 |
| 10/22/18 | AMA | 1.00 | Reviewed correspondence and letter re payoff (.3); conference with R. Levin and lenders re same (.3); correspondence with W. Williams re same (.2); correspondence with M. Hankin and R. Levin re same (.2). | 850.00 |
| 10/22/18 | MZH | .80 | Prepared for and participated in call with lenders' counsel re payoff letters and stipulation. | 840.00 |
| 10/22/18 | MZH | .20 | Emails with R. Levin re payoff letters and stipulation. | 210.00 |
| 10/22/18 | MZH | .30 | Telephone call with lenders' counsel re payoff letter paragraph 7 and related issues. | 315.00 |
| 10/23/18 | CNW | .60 | Confer with R. Levin re notice of adequate protection payment (.1); correspond with R. Levin, Alvarez and Marsal, and lenders re same (.2); draft notice of adequate protection payment (.1); coordinate filing and service of same (.1); correspond with R. Morrissey re same (.1). | 507.00 |
| 10/25/18 | MZH | .50 | Reviewed revised payoff letters and email to R. Levin re same. | 525.00 |
| 10/26/18 | MZH | .50 | Emails with lenders' counsel, R. Levin and C. Wedoff re payoff letters. | 525.00 |
| 10/29/18 | CNW | .20 | Revise notice of presentment for payoff stipulation (.1); correspond with R. Levin re same (.1). | 169.00 |
| 10/30/18 | AMA | .20 | Reviewed correspondence re lender payoff. | 170.00 |
| 10/30/18 | MZH | .40 | Reviewed payoff letters and emails with lenders counsel and W. Williams re same. | 420.00 |
| 10/30/18 | MZH | .10 | Telephone call with J. Badtke of Allen & Overy, counsel to HSBC, re payoff letters. | 105.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/30/18 | WAW | .40 | Reviewing and revising notice of presentment re: stipulation with lenders (.2); multiple email correspondence with R. Levin and M. Hankin re: service of same (.2). | 186.00 |
| 10/31/18 | AMA | .10 | Reviewed correspondence re lender payoff. | 85.00 |
| 10/31/18 | MZH | .20 | Reviewed revised payoff letters and stipulation and drafted email to lenders' counsel re same. | 210.00 |
| 10/31/18 | MZH | .20 | Reviewed revised stipulation and telephone call with W. Williams re same. | 210.00 |
| 10/31/18 | CNW | .30 | Prepare notice of adequate protection payment (.1); correspond with S. Leibert and R. Levin re same (.1); coordinate filing and service of same (.1). | 253.50 |
| 10/31/18 | WAW | .80 | Finalizing notice of presentment and stipulation re: paying off lenders (.4); multiple email correspondence with lenders' counsel re: same (.2); telephone call with M. Hankin re: same (.1); arranging for filing and service of same (.1). | 372.00 |
| | | 8.20 | PROFESSIONAL SERVICES | $ 7,382.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| MARC B. HANKIN | 4.40 | 1,050.00 | 4,620.00 |
| ANGELA M. ALLEN | 1.50 | 850.00 | 1,275.00 |
| CARL N. WEDOFF | 1.10 | 845.00 | 929.50 |
| WILLIAM A. WILLIAMS | 1.20 | 465.00 | 558.00 |
| TOTAL | 8.20 | | $ 7,382.50 |

MATTER 10273 TOTAL                                                    $ 7,382.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## CONTRACTS AND LEASES - GENERAL

**MATTER NUMBER - 10290**

| 10/01/18 | WAW | .20 | Email correspondence with A. Allen re: rejection of U-Haul storage unit lease (.1); telephone call with U-Haul re: same (.1). | 93.00 |
|---|---|---|---|---|
| 10/01/18 | WAW | .30 | Multiple email correspondence re: assignment of Oracle agreement. | 139.50 |
| 10/02/18 | WAW | .20 | Email correspondence with A. Allen re: abandonment and rejection of LIC storage unit. | 93.00 |
| 10/03/18 | AMA | .40 | Correspondence with W. Williams re leases (.2); reviewed same (.2). | 340.00 |
| 10/31/18 | WAW | 1.40 | Continuing to draft motion to reject storage unit leases (.8); drafting notice of abandonment re: storage units (.4); email correspondence with R. Levin and A. Allen re: same (.2). | 651.00 |
| | | 2.50 | PROFESSIONAL SERVICES | $ 1,316.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ANGELA M. ALLEN | .40 | 850.00 | 340.00 |
| WILLIAM A. WILLIAMS | 2.10 | 465.00 | 976.50 |
| TOTAL | 2.50 | | $ 1,316.50 |

MATTER 10290 TOTAL $ 1,316.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## CONTRACTS AND LEASES - FIRESTAR                MATTER NUMBER - 10338

| | | | | |
|---|---|---|---|---|
| 10/01/18 | CNW | .40 | Confer with A. Allen re assumption and assignment of Amazon sales agreement (.1); correspond with A. Palmieri re same (.1); correspond with H.K. Designs team re same (.1) confer with DV Riziya re same (.1). | 338.00 |
| 10/02/18 | CNW | 2.60 | Call with A. Allen re sale and assignment issues (.3); confer with W. Williams re same (.1); further confer with A. Allen re same (.1); draft email to HK Designs re Amazon agreement (.1); email with M. Samson re same (.1); review response to same (.1); confer with A. Allen re same (.1); draft stipulation to assume and assign Amazon sales agreement (1.5); confer with A. Allen re same (.2). | 2,197.00 |
| 10/03/18 | CNW | .30 | Revise Amazon assumption and assignment stipulation (.2); correspond with R. Levin and A. Allen re same (.1). | 253.50 |
| 10/09/18 | CNW | .10 | Review notice of lease rejection from 592 Fifth Avenue landlord; confer with R. Levin and M. Samson re same. | 84.50 |
| 10/16/18 | CNW | .10 | Correspond with C. Strasser (counsel to N. Schenk) re rejection question. | 84.50 |
| | | 3.50 | PROFESSIONAL SERVICES | $ 2,957.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARL N. WEDOFF | 3.50 | 845.00 | 2,957.50 |
| TOTAL | 3.50 | | $ 2,957.50 |

MATTER 10338 TOTAL                                    $ 2,957.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EMPLOYMENT**                                                    **MATTER NUMBER - 10354**

| | | | | |
|---|---|---|---|---|
| 10/01/18 | AMA | .60 | Correspondence with W. Williams re fee application and budget (.2); reviewed precedent and rules re same (.4). | 510.00 |
| 10/01/18 | WAW | 1.40 | Continuing to prepare Jenner's first interim fee application. | 651.00 |
| 10/02/18 | AMA | .80 | Reviewed rules and draft re fee application and budget (.4); conference with W. Williams re same (.2); conference with R. Levin re same (.2). | 680.00 |
| 10/02/18 | RBL | .20 | Review draft fee application. | 260.00 |
| 10/02/18 | WAW | 1.10 | Email correspondence with A. Allen re: budget and staffing plan requirements (.2); preparing exhibits to Jenner's fee application (.5); email correspondence with H. Aronson re: Lackenbach Siegel's fee application (.2); email correspondence with R. Levin re: same (.2). | 511.50 |
| 10/03/18 | AMA | .30 | Reviewed correspondence re fee applications and monthly statements (.3). | 255.00 |
| 10/03/18 | WAW | 1.70 | Reviewing and revising draft of Alvarez and Marsal fee application (1.5); email correspondence with L. Ryan re: same (.2). | 790.50 |
| 10/04/18 | MXP | 4.70 | Prepared draft exhibits for Jenner's First Interim Fee Application. | 1,034.00 |
| 10/04/18 | AMA | .50 | Reviewed rules re staffing plans (.3); correspondence with L. Ryan re same (.2). | 425.00 |
| 10/04/18 | WAW | 1.10 | Reviewing requirements for non-attorney fee applications (.4); email correspondence with L. Ryan re: same (.2); email correspondence with A. Palmieri re: GCAL's fee application (.4); email correspondence with H. Aronson re: Lackenbach Siegel's fee application (.1). | 511.50 |
| 10/05/18 | MXP | .70 | Updated exhibit D for Jenner's First Interim Fee Application. | 154.00 |
| 10/05/18 | WAW | 2.80 | Reviewing and revising exhibits to Jenner's fee application (0.9); email correspondence with M. Patterson re: same (.2); continuing to prepare Jenner's fee application (1.5); email correspondence with A. Allen re: same (.2). | 1,302.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/05/18 | TDH | .50 | Reviewed draft fee application exhibits. | 185.00 |
| 10/07/18 | CNW | .30 | Review and revise GCAL monthly fee statement (.2); prepare email summary of edits for A. Palmieri (.1). | 253.50 |
| 10/08/18 | AMA | .20 | Reviewed correspondence re fee applications. | 170.00 |
| 10/08/18 | CNW | .40 | Review and revise Jenner fee application (.2); correspond with W. Williams re revisions to same (.2). | 338.00 |
| 10/08/18 | CNW | .50 | Coordinate filing and service of GCAL monthly fee statement (.1); review Firestar/Fantasy monthly operating report (.1); coordinate filing and service of same (.1); review GCAL interim fee application (.1); correspond with R. Levin and W. Williams re same (.1). | 422.50 |
| 10/08/18 | RBL | 1.00 | Review and revise First Interim Fee Application. | 1,300.00 |
| 10/08/18 | WAW | 2.70 | Revised initial fee application of Jenner & Block (1.0); email correspondence with C. Wedoff re: same (.2); email correspondence with R. Levin re: same (.1); reviewed and revised GCAL fee application (.6); email correspondence with A. Palmieri re: same (.1); email correspondence with H. Aronson re: Lackenbach Siegel's fee application (.1); reviewed and revised Alvarez & Marsal fee application (.5); email correspondence with L. Ryan re: same (.2). | 1,255.50 |
| 10/09/18 | AMA | 1.00 | Reviewed correspondence re fee applications (.2); correspondence with W. Williams re same (.3); correspondence with R. Levin re same (.2); reviewed monthly fee statement (.3). | 850.00 |
| 10/09/18 | WAW | 1.80 | Coordinated firm audit of Jenner's first fee application (.5); revised Jenner's fee application per audit (.2); finalized and prepared to file fee applications for Jenner, Alvarez & Marsal, GCAL, and Lackenbach Siegel (.8); arranging for filing and service of same (.2); email correspondence with Examiner's counsel re: compensation procedures (.1). | 837.00 |
| 10/10/18 | AMA | .10 | Correspondence with C. Wedoff and W. Williams re Agusta retention. | 85.00 |
| 10/10/18 | AMA | .10 | Reviewed monthly fee statement. | 85.00 |
| 10/10/18 | WAW | .30 | Multiple email correspondence with A. Allen and C. Wedoff re: revisions to proposed order approving Agusta retention. | 139.50 |

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/12/18 | AMA | .60 | Reviewed and revised monthly fee statement (.2); correspondence with R. Levin re same (.2); correspondence with R. Levin re fee applications (.2). | 510.00 |
| 10/15/18 | AMA | .50 | Correspondence with W. Williams re monthly fee statement (.3); emailed R. Levin re same (.2). | 425.00 |
| 10/15/18 | WAW | .60 | Email correspondence with L. Ryan re: Alvarez & Marsal's August 2018 monthly fee statement (.1); email correspondence with R. Levin and A. Allen re: Jenner's August 2018 monthly fee statement (.1); reviewing and confirming calculations in A. Allen's proposed email to R. Levin requesting payment of August fees (.4). | 279.00 |
| 10/16/18 | AMA | .10 | Reviewed correspondence re M. Agusta fee application. | 85.00 |
| 10/17/18 | AMA | .20 | Correspondence with W. Williams and M. Woods re monthly fee statement. | 170.00 |
| 10/17/18 | WAW | .40 | Coordinating preparation of monthly fee statement for September 2018. | 186.00 |
| 10/18/18 | MXP | 3.40 | Prepared draft of Jenner's Third Monthly Fee Statement. | 748.00 |
| 10/18/18 | AMA | .20 | Reviewed monthly fee statement and emailed same to R. Levin for review. | 170.00 |
| 10/18/18 | WAW | .50 | Revising Jenner's monthly fee statement for September 2018 (.4); email correspondence with R. Levin and A. Allen re: same (.1). | 232.50 |
| 10/19/18 | AMA | .10 | Correspondence with W. Williams re monthly fee statement. | 85.00 |
| 10/19/18 | CNW | .30 | Revise Getzler monthly fee statement (.2); confer with R. Levin and Jenner staff re filing of same (.1). | 253.50 |
| 10/19/18 | WAW | .70 | Final review of Jenner's September 2018 monthly fee statement (.4); coordinating filing and service of same (.3). | 325.50 |
| 10/22/18 | CNW | .30 | Coordinate filing and service of Getzler fee statement (.1); revise Alvarez and Marsal monthly fee statement (.1); coordinate filing and service of same (.1) | 253.50 |
| 10/23/18 | AMA | 1.00 | Prepared staffing plan and reviewed analyses re same (.4); correspondence with C. Hudy re same (.3); reviewed correspondence re fee applications (.2); emailed W. Williams re same (.1). | 850.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/23/18 | WAW | .30 | Reviewed docket to confirm that no objections to fee applications were filed (.1); email correspondence with L. Ryan re: same (.1); email correspondence with A. Allen re: treatment of Examiner's professional fees (.1). | 139.50 |
|---|---|---|---|---|
| 10/24/18 | AMA | .70 | Reviewed analysis re staffing plan (.2); correspondence with T. Hooker re same (.3); correspondence with R. Levin and team re Examiner fees (.2). | 595.00 |
| 10/24/18 | CNW | .20 | Correspond with R. Levin and A. Allen re Examiner professionals' August monthly payment. | 169.00 |
| 10/24/18 | TDH | .50 | Worked on draft staffing and planning chart. | 185.00 |
| 10/25/18 | AMA | .60 | Correspondence with C. Wedoff re examiner fees stipulation (.2); reviewed same (.2); correspondence with T. Hooker re staffing plan and reviewed same (.2). | 510.00 |
| 10/25/18 | CNW | 2.10 | Draft and revise stipulation approving payment of August 2018 fees and expenses to Examiner and professionals (1.2); correspond with A. Allen re same (.2); correspond with R. Levin re same (.1); correspond with L. Ryan (Alvarez & Marsal) and J. Rose (Baker Hostetler) re same (.2); prepare notice of stipulation (.2); correspond with R. Levin and M. Hankin re same (.2) | 1,774.50 |
| 10/25/18 | TDH | 1.00 | Reviewed excel data to prepare budget chart. | 370.00 |
| 10/26/18 | AMA | .50 | Correspondence with R. Levin re staffing budget (.2); reviewed same (.1); correspondence with R. Levin re Omni service (.2). | 425.00 |
| 10/29/18 | CNW | .40 | Draft omnibus fee order (.3); correspond with R. Levin re same (.1). | 338.00 |
| 10/30/18 | AMA | .50 | Correspondence with R. Levin and team re fee applications (.2); reviewed budget and correspondence with R. Levin re same (.3). | 425.00 |
| 10/30/18 | CNW | .10 | Correspond with L. Ryan re status of fee applications and stipulations. | 84.50 |
| 10/30/18 | RBL | .40 | Revise draft interim fees order (.2); emails re same (.2). | 520.00 |
| 10/30/18 | WAW | .40 | Submitting stipulation re: examiner's professional fees (.1); preparing schedule A to omnibus fee order (.2); email correspondence with R. Levin re: U.S. trustee's comments to fee applications (.1). | 186.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/31/18 | AMA | .10 | Reviewed correspondence with R. Levin and team re fee applications. | 85.00 |
|---|---|---|---|---|
| 10/31/18 | WAW | .30 | Revising schedule A to omnibus fee order (.2); email correspondence with L. Ryan re: entry of omnibus fee order (.1). | 139.50 |
| | | 41.80 | PROFESSIONAL SERVICES | $ 23,524.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | 1.60 | 1,300.00 | 2,080.00 |
| ANGELA M. ALLEN | 8.70 | 850.00 | 7,395.00 |
| CARL N. WEDOFF | 4.60 | 845.00 | 3,887.00 |
| WILLIAM A. WILLIAMS | 16.10 | 465.00 | 7,486.50 |
| TOI D. HOOKER | 2.00 | 370.00 | 740.00 |
| MARC A. PATTERSON | 8.80 | 220.00 | 1,936.00 |
| TOTAL | 41.80 | | $ 23,524.50 |

MATTER 10354 TOTAL                                                    $ 23,524.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10397**

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 9/26/18 | B&W Copy | 6.60 |
| 9/28/18 | Transcripts - Court Appearance; TSG REPORTING, INC.; 09/28/2018; Transcript fees. | 694.00 |
| 10/02/18 | Catering; 1963224834; by: Homer Susan; Detail: 35 Attendees / Firestar Auction in 37-C&D / Hosted by Richard Levin / Susan Homer | 312.51 |
| 10/02/18 | Catering; 1963241900; by: Homer Susan; Detail: 35 Attendees / Lunch for Firestar Auction in 37-C&D / Hosted by Richard Levin / Susan Homer | 640.13 |
| 10/02/18 | B&W Copy | 46.75 |
| 10/03/18 | Catering; 1963534236; by: Homer Susan; Detail: 35 Attendees / Breakfast for Firestar Auction in 37-C&D / Hosted by Richard Levin / Susan Homer | 245.82 |
| 10/03/18 | Catering; 1963534693; by: Homer Susan; Detail: 35 Attendees / Lunch for Firestar Auction in 37-C&D / Hosted by Richard Levin / Susan Homer | 616.81 |
| 10/03/18 | Color Copy | 1.25 |
| 10/04/18 | Color Copy | 1.00 |
| 10/05/18 | B&W Copy | 1.21 |
| 10/09/18 | Pacer Charges; PACER SERVICE CENTER; 10/09/2018; Pacer Service Center charges - 3rd quarter 2018; Account #5564054. | 27.90 |
| 10/09/18 | Pacer Charges; PACER SERVICE CENTER; 10/09/2018; Pacer charges 07/01/2018 - 09/30/2018. | 16.70 |
| 10/10/18 | In-City Transportation, JULIA L. REEVES, 10/10/2018, after hours taxi 9/29/18. | 38.83 |
| 10/10/18 | B&W Copy | 52.80 |
| 10/10/18 | Transcripts - Court Appearance; TSG REPORTING, INC.; 10/10/2018; Transcript fees. | 1,499.50 |
| 10/12/18 | B&W Copy | 2.42 |
| 10/24/18 | Court Fees; Elan Corp Payments; 9/27/18; Docketing 9/18 Stmt; Transaction 12751696; M. Hankin filing fee; 9/4/18. | 181.00 |
| 10/24/18 | Court Fees; Elan Corp Payments; 9/27/18; Docketing 9/18 Stmt; Pay.gov tracking ID 26BSFPUF; William Williams filing fee for motion to sell property free & clear of liens; 8/27/18. | 181.00 |
| 10/24/18 | 9/30/2018 Quartely Pacer Charges | 29.40 |
| 10/29/18 | 10/01/2018 Soundpath Teleconferencing | 3.81 |
| 10/29/18 | 09/24/2018 Soundpath Teleconferencing | 2.42 |
| 10/29/18 | 09/25/2018 SDS Global Special Delivery | 44.89 |
| 10/29/18 | Color Copy | .75 |
| 10/29/18 | B&W Copy | 424.60 |
| 10/30/18 | 10/12/2018 SDS Global Special Delivery | 53.19 |
| 10/30/18 | Color Copy | 3.50 |
| 10/30/18 | B&W Copy | 3.30 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/31/18 | Lexis Research | 38.79 |
| 10/31/18 | Westlaw Research | 508.79 |
| | TOTAL DISBURSEMENTS | $ 5,679.67 |

MATTER 10397 TOTAL                                                     $ 5,679.67

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CLAIMS ALLOWANCE & OBJECTIONS - FIRESTAR**     **MATTER NUMBER - 10435**

| 10/02/18 | WAW | 1.10 | Telephone call with Judge Lane's chambers re: revisions to proposed bar date order and bar date notice (.5); telephone call with M. Hankin re: same (.1); email correspondence with R. Levin re: same (.2); finalizing and submitting revised bar date materials to chambers (.3). | 511.50 |
|---|---|---|---|---|
| 10/05/18 | WAW | .90 | Finalizing bar date notice (.3); email correspondence with R. Levin re: same (.2); arranging for filing of bar date notice (.1); arranging for service of bar date materials (.2); email correspondence with A. Palmieri re: publication of bar date notice in diamond industry publications (.1). | 418.50 |
| 10/12/18 | WAW | 1.20 | Coordinating publication of bar date notice in multiple publications as required by bar date order (.9); multiple internal email correspondence re: same (.3). | 558.00 |
| 10/12/18 | WAW | .50 | Email correspondence with S. Ewing re: service of bar date materials (.2); reviewing affidavit of service re: bar date notice to ensure proper service (.1); telephone call with potential creditor re: bar date notice (.2). | 232.50 |
| 10/15/18 | CNW | .30 | Confer and correspond with various individuals who received claims bar date notices. | 253.50 |
| 10/15/18 | WAW | .10 | Email correspondence with C. Wedoff re: creditor inquiry. | 46.50 |
| 10/17/18 | WAW | .50 | Continuing to coordinate publication of bar date notice. | 232.50 |
| 10/17/18 | WAW | 2.00 | Reviewing R. Harding's revisions to interrogatory responses (.4); preparing for conference call re: same (.3); conference call with R. Harding and M. Root to discuss interrogatory responses (.5); revising interrogatory responses per telephone discussion (.5); email correspondence with R. Harding re: same (.3). | 930.00 |
| 10/18/18 | CNW | .20 | Confer and correspond with various individuals who received claims bar date notices. | 169.00 |
| 10/19/18 | CNW | .20 | Confer and correspond with various individuals who received claims bar date notices. | 169.00 |
| 10/22/18 | CNW | .10 | Confer and correspond with various individuals who received bar claims notices. | 84.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/25/18 | AMA | .20 | Correspondence with W. Williams re bar date notice and publication re same. | 170.00 |
| 10/29/18 | CNW | .20 | Confer and correspond with R. Levin and F. Lawrence re bar claims notices. | 169.00 |
| 10/30/18 | WAW | 1.20 | Email correspondence with Omni re: service of bar date materials upon Debtors' employees (.2); multiple email correspondence with I. Sandberg, R. Levin, and A. Allen re: same (.4); reviewing affidavit of service of bar date materials to ensure proper notice (.3); email correspondence with L. Ryan re: addresses for potential litigation targets (.2); telephone call with A. Allen re: addresses for US non-debtor entities (.1). | 558.00 |
| | | 8.70 | PROFESSIONAL SERVICES | $ 4,502.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ANGELA M. ALLEN | .20 | 850.00 | 170.00 |
| CARL N. WEDOFF | 1.00 | 845.00 | 845.00 |
| WILLIAM A. WILLIAMS | 7.50 | 465.00 | 3,487.50 |
| TOTAL | 8.70 | | $ 4,502.50 |

MATTER 10435 TOTAL                                                              $ 4,502.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**RELIEF FROM STAY & ADEQUATE PROTECTION - JAFFE**                    **MATTER NUMBER - 10516**

| | | | | |
|---|---|---|---|---|
| 10/04/18 | WAW | .60 | Reviewing M. Bhansali's motion for relief from stay (.4); email correspondence with R. Levin and A. Allen re: same (.2). | 279.00 |
| | | .60 | PROFESSIONAL SERVICES | $ 279.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| WILLIAM A. WILLIAMS | .60 | 465.00 | 279.00 |
| TOTAL | .60 | | $ 279.00 |

| | |
|---|---|
| MATTER 10516 TOTAL | $ 279.00 |

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**INVESTIGATION, PLANNING, & COORDINATION**                    **MATTER NUMBER - 10613**

| | | | | |
|---|---|---|---|---|
| 10/01/18 | AMA | .60 | Correspondence with R. Levin re document and data retention (.1); correspondence with L. Ryan re same (.2); correspondence with W. Williams re same (.2); correspondence with M. Samson re same (.1). | 510.00 |
| 10/01/18 | TDH | .50 | Communications with vendor re privileged document origins. | 185.00 |
| 10/02/18 | AMA | 1.30 | Conference with W. Williams re ED seizure (.2); reviewed reports re same (.3); correspondence with R. Levin and team re same (.3); research re same (.4); correspondence with B. Fischer and C. Wedoff re same (.1). | 1,105.00 |
| 10/02/18 | CNW | .30 | Review press reports re seizure of Modi assets (.1); review R. Levin, A. Allen, and W. Williams analysis of same (.2). | 253.50 |
| 10/02/18 | WAW | 2.20 | Telephone call with A. Allen re: enforcement directorate's seizure of N. Modi assets in New York (.2); researching background and procedures re: same (1.6); preparing summary of research for A. Allen and R. Levin (.4). | 1,023.00 |
| 10/03/18 | AMA | .50 | Correspondence with C. Wedoff and B. Fischer re 105 (.2); correspondence with L. Ryan re same and coordination of status meeting (.3). | 425.00 |
| 10/03/18 | WAW | 1.60 | Preparing subpoena and rider to Costco (.9); researching procedures for serving subpoena on corporation (.3); researching Costco's registered agent (.1); meeting and email correspondence with A. Allen re: same (.3). | 744.00 |
| 10/04/18 | AMA | .30 | Correspondence with R. Levin re A&M call (.1); correspondence with L. Ryan re status of investigation (.2). | 255.00 |
| 10/09/18 | BZF | .40 | Participated in update call with A&M. | 380.00 |
| 10/09/18 | AMA | 1.10 | Call with L. Ryan and A. Gonzalez re investigation (.6); reviewed same (.4); emailed W. Williams re same (.1). | 935.00 |
| 10/09/18 | WAW | .80 | Reviewed correspondence and documentation relating to potential claims against Taukshal Bhansali. | 372.00 |
| 10/12/18 | AMA | .60 | Conference with R. Mukhi re status of investigation (.4); reviewed analysis re same (.2). | 510.00 |

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/12/18 | WAW | .80 | Continuing to review materials relating to potential claims against T. Bhansali (.6); meeting with A. Allen re: same (.2). | 372.00 |
| 10/16/18 | AMA | .70 | Emailed R. Levin re non-debtor U.S. wind down (.5); emailed R. Levin re status re insiders (.1); correspondence with W. Williams re bar date (.1). | 595.00 |
| 10/17/18 | AMA | 2.50 | Conf. with R. Levin re status of investigation (.5); conf. with A. Gonzalez re same (.3); conf. with L. Ryan re same (.4); conf. with W. Williams re same (.3); correspondence with R. Levin and W. Williams re subpoenas (.4); reviewed correspondence re non-debtor U.S. winddown (.2); correspondence with discovery re access (.1); reviewed correspondence re U.K. rent (.3). | 2,125.00 |
| 10/18/18 | AMA | .90 | Correspondence with W. Williams re U.K. rent issue (.2); reviewed summary re Takshal (.2); correspondence with W. Williams re same (.2); correspondence with W. Williams re subpoenas (.3). | 765.00 |
| 10/18/18 | WAW | 3.20 | Continuing to review documents relating to potential claims against T. Bhansali (1.2); preparing summary of same for R. Levin and A. Allen (1.6); revising summary per A. Allen's comments (.2); reviewing debtors' schedules for references to prepaid commissions (.2). | 1,488.00 |
| 10/18/18 | WAW | 1.80 | Meeting with R. Levin and A. Allen to discuss status of open action items in the case (1.6); preparing for same (.2). | 837.00 |
| 10/18/18 | WAW | 2.20 | Researching additional case law in connection with dispute with Costco. | 1,023.00 |
| 10/18/18 | WAW | .90 | Telephone call with O. Keiter re: subpoena to Christies (.2); multiple email correspondence with O. Keiter re: same (.3); email correspondence with A. Allen re: same (.2); email correspondence with M. Samson re: inspecting head sculptures for identifying information (.2). | 418.50 |
| 10/19/18 | WAW | .40 | Reviewing draft of subpoena to Christies (.2); multiple email correspondence with O. Keiter re: same (.2). | 186.00 |
| 10/22/18 | AMA | 1.50 | Reviewed 2004 targets and correspondence re same (.5); reviewed analysis re transfers and examiner's report re same (1.0). | 1,275.00 |
| 10/22/18 | WAW | .20 | Email correspondence with O. Keiter re: subpoena to Christie's. | 93.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/23/18 | AMA | .50 | Correspondence re 2004 targets (.2); reviewed Examiner discovery re same (.3). | 425.00 |
| 10/24/18 | AMA | .70 | Conference with A. Gonzalez re status of investigation (.2); correspondence with R. Levin re same (.1); reviewed potential claims re same (.4). | 595.00 |
| 10/25/18 | AMA | .80 | Revised outline of potential litigation targets (.6); meeting with W. Williams re status of same (.2). | 680.00 |
| 10/25/18 | WAW | .80 | Revising Costco subpoena (.4); drafting email to Costco's counsel re: rejection of returned merchandise and subpoena (.4). | 372.00 |
| 10/26/18 | AMA | 1.30 | Meeting with W. Williams re status of investigation (.3); revised outline re same (.3); reviewed email and subpoena re Costco (.3); emailed R. Levin re same (.1); reviewed correspondence re DB bank demand (.2); correspondence with R. Levin and team re same (.1). | 1,105.00 |
| 10/26/18 | WAW | 1.10 | Prepared Rule 2004 subpoena and rider to T. Bhansali. | 511.50 |
| 10/29/18 | AMA | 1.80 | Emailed W. Williams re bank correspondence (.1); continued drafting and revising litigation target outline (1.5); correspondence with R. Levin re PNB meeting (.1); correspondence re non debtor charges (.1). | 1,530.00 |
| 10/29/18 | WAW | .20 | Telephone call with R. Levin re: employee bar date materials (.1); email correspondence with M. Samson re: same (.1). | 93.00 |
| 10/30/18 | AMA | 1.70 | Conference with R. Levin and S. O'Neal (1.1); conference with R. Levin re status of investigation (.3); reviewed analysis re same (.3). | 1,445.00 |
| | | 34.20 | PROFESSIONAL SERVICES | $ 22,631.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| BRIAN J. FISCHER | .40 | 950.00 | 380.00 |
| ANGELA M. ALLEN | 16.80 | 850.00 | 14,280.00 |
| CARL N. WEDOFF | .30 | 845.00 | 253.50 |
| WILLIAM A. WILLIAMS | 16.20 | 465.00 | 7,533.00 |
| TOI D. HOOKER | .50 | 370.00 | 185.00 |
| TOTAL | 34.20 | | $ 22,631.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

MATTER 10613 TOTAL                                                              $ 22,631.50

                              TOTAL INVOICE                              $ 155,012.17

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RICHARD B. LEVIN | 3.00 | 1,300.00 | 3,900.00 |
| MARC B. HANKIN | 4.40 | 1,050.00 | 4,620.00 |
| MARTIN C. GLASS | .50 | 975.00 | 487.50 |
| BRIAN J. FISCHER | .40 | 950.00 | 380.00 |
| MATTHEW J. RENAUD | 1.00 | 950.00 | 950.00 |
| ANGELA M. ALLEN | 47.90 | 850.00 | 40,715.00 |
| CARL N. WEDOFF | 64.00 | 845.00 | 54,080.00 |
| OWEN W. KEITER | 5.60 | 490.00 | 2,744.00 |
| JULIA REEVES | 5.40 | 490.00 | 2,646.00 |
| WILLIAM A. WILLIAMS | 64.60 | 465.00 | 30,039.00 |
| TOI D. HOOKER | 2.50 | 370.00 | 925.00 |
| RICIA V. AUGUSTY | 3.30 | 340.00 | 1,122.00 |
| MARC A. PATTERSON | 8.80 | 220.00 | 1,936.00 |
| KATHRYN J. SCHAUB | 22.80 | 210.00 | 4,788.00 |
| TOTAL | 234.20 | | $ 149,332.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554