UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                           :
In re:                                     :   Chapter 11
                                           :
FIRESTAR DIAMOND, INC. *et al.*            :   Case No. 18-10509 (SHL)
                                           :
         Debtors.[1]                       :   (Jointly Administered)
                                           :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on November 19, 2018, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A**, and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit B** attached hereto:

- **Fourth (October 2018) Monthly Statement of Fees and Expenses of Jenner & Block LLP as Chapter 11 Trustee's Counsel Pursuant to Bankruptcy Code Sections 330 and 331 for the Period From October 1, 2018 Through October 31, 2018 [Docket No. 590]**

Dated: November 20, 2018

                                                Colin Linebaugh
                                                Omni Management Group
                                                5955 DeSoto Avenue, Suite #100
                                                Woodland Hills, CA 91367

{State of California      }
{                         } ss.      (818) 906-8300
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 20th day of November, 20 18, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: DARLEEN SAHAGUN, Notary Public - California, Los Angeles County, Commission # 2230950, My Comm. Expires Feb 11, 2022]

---

[1] The Debtors in these jointly administered chapter 11 cases, along with each Debtor's respective chapter 11 case number and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (Case No. 18-10509) (2729); (ii) A. Jaffe, Inc. (Case No. 18-10510) (4756); and (iii) Fantasy, Inc. (Case No. 18-10511) (1673).

# **EXHIBIT A**

| | | |
|---|---|---|
| ALLEN & OVERY LLP<br>JOSEPH BADTKE-BERKOW<br>JOSEPH.BADTKE-BERKOW@ALLENOVERY.COM | ALLEN & OVERY LLP<br>KEN COLEMAN<br>KEN.COLEMAN@ALLENOVERY.COM | FIRESTAR DIAMOND, INC.<br>MIHIR BHANSALI<br>MBHANSALI@FIRESTARDIAMOND.COM |
| FORCHELLI DEEGAN TERRANA LLP<br>GERARD R. LUCKMAN<br>GLUCKMAN@FORCHELLILAW.COM | GETZLERHENRICH<br>MARK SAMSON<br>MSAMSON@GETZLERHENRICH.COM | JENNER & BLOCK LLP<br>MARC HANKIN<br>MHANKIN@JENNER.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>CHRISTOPHER J. REILLY<br>CREILLY@KLESTADT.COM | KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>IAN R. WINTERS<br>IWINTERS@KLESTADT.COM | KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>JOSEPH CORNEAU<br>JCORNEAU@KLESTADT.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>SEAN C. SOUTHARD<br>SSOUTHARD@KLESTADT.COM | KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>STEPHANIE R. SWEENEY<br>SSWEENEY@KLESTADT.COM | LACKENBACH SIEGEL, LLP<br>HOWARD N. ARONSON<br>HARONSON@LSLLP.COM |
| MARKS PANETH LLP<br>HOWARD HOFF<br>HHOFF@MARKSPANETH.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD MORRISSEY<br>RICHARD.MORRISSEY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION02.NYECF@USDOJ.GOV |
| RSRCONSULTING LLC<br>NEIL BIVONA<br>NBIVONA@RSRCONSULTINGLLC.COM | TROUTMAN SANDERS LLP<br>BRETT D. GOODMAN<br>BRETT.GOODMAN@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>HARRIS B. WINSBERG<br>HARRIS.WINSBERG@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEWS BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | | |

Parties Served:  19

# **EXHIBIT B**

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>ATTN: JORIAN L. ROSE<br>ROCKEFELLER PLAZA, 14TH FLOOR<br>NEW YORK, NY 10111-01000 | FIRESTAR DIAMOND, INC.<br>ATTN: MARK SAMSON<br>595 FIFTH AVE, 3RD FLOOR<br>NEW YORK, NY 10036 |

Parties Served: 2

Page 1 of 1