## EXHIBIT A

### TIME/EXPENSE RECORDS

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:          58216

**COMBINED INVOICE**

RICHARD LEVIN, TRUSTEE OF FIRESTAR                    DECEMBER 6, 2018
DIAMOND                                               INVOICE #  9464080
919 3RD AVENUE
NEW YORK, NY  10022

DIAMOND

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2018:                                    $ 97,506.00

DISBURSEMENTS                                                 $ 2,248.40

                              TOTAL INVOICE                   $ 99,754.40

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COMBINED INVOICE**

RICHARD LEVIN, TRUSTEE OF FIRESTAR
DIAMOND
919 3RD AVENUE
NEW YORK, NY  10022

CLIENT NUMBER:  58216                                           DECEMBER 6, 2018

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2018:

**CASE ADMINISTRATION - GENERAL**                  **MATTER NUMBER - 10036**

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 11/01/18 | CNW | .10 | Correspond with R. Levin and A. Allen re Agusta retention. | 84.50 |
| 11/01/18 | WAW | .10 | Telephone call to chambers to schedule November 2018 hearing date. | 46.50 |
| 11/02/18 | AMA | 1.00 | Conference with R. Levin re status of case re sales process and investigation (.5); conference with W. Williams re same (.2); reviewed correspondence with UST re same (.2); correspondence with C. Wedoff re claims (.1). | 850.00 |
| 11/05/18 | WAW | .20 | Telephone call with chambers re November hearing date (.1); email correspondence with R. Levin re same (.1). | 93.00 |
| 11/07/18 | CNW | .20 | Revise Getzler/M. Samson staffing report (.1); coordinate filing and service of same (.1). | 169.00 |
| 11/09/18 | CNW | .20 | Review and revise Alvarez & Marsal fee statement (.1); coordinate filing and service of same (.1). | 169.00 |
| 11/13/18 | RBL | .30 | Review examiner discharge motion. | 390.00 |
| 11/13/18 | TDH | .30 | Retrieved documents for W. Williams. | 111.00 |
| 11/15/18 | AMA | .90 | Correspondence with R. Levin re case status and team assignments re same (.5); reviewed correspondence and status re same (.4). | 765.00 |
| 11/15/18 | CNW | .10 | Confer with W. Comer (U-Haul counsel) re notice of abandonment. | 84.50 |
| 11/19/18 | CNW | .10 | Confer with R. Levin, M. Hankin, and W. Williams re planning for November 29 omnibus hearing. | 84.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                     Federal Identification No. 36-2192554

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/20/18 | CNW | .20 | Review Old AJ monthly operating report and correspond with S. Leibert re same (.1); coordinate filing and service of same (.1). | 169.00 |
|---|---|---|---|---|
| 11/20/18 | WAW | .20 | Email correspondence with A. Allen and R. Levin re matters for December 20 hearing (.1); telephone call with C. Wedoff and M. Hankin re November 29 hearing (.1). | 93.00 |
| 11/21/18 | CNW | .20 | Correspond with A&M and R. Levin re filing of Firestar monthly operating report (.1); coordinate filing and service of same. | 169.00 |
| 11/26/18 | CNW | .20 | Confer and correspond with W. Williams and R. Levin re November 29 omnibus hearing agenda and preparation. | 169.00 |
| 11/26/18 | WAW | .90 | Preparing notice of agenda for November 29, 2018 hearing (.3); email correspondence re same (.1); arranging for filing of same (.1); preparing amended notice of agenda in light of UST's request to adjourn Whitley Penn retention application (.1); arranging for filing of same (.1); arranging for preparation and delivery of hearing binders (.2). | 418.50 |
| 11/27/18 | CNW | .50 | Review materials for November 29 omnibus hearing (.3); correspond with W. Williams re same (.2). | 422.50 |
| 11/28/18 | CNW | .90 | Further review materials for November 29 omnibus hearing (.5); correspond and confer with W. Williams re same (.4). | 760.50 |
| 11/29/18 | AMA | .70 | Reviewed status re case assignments, filings and docket re same (.5); correspondence with W. Williams re same (.2). | 595.00 |
| 11/29/18 | CNW | 3.10 | Appear on behalf of Trustee at omnibus hearing (2.1); coordinate revision, finalization, and filing of proposed orders and supporting materials (.5); correspond with D. Ziegler (Fasken) re same (.1); correspond with W. Williams re same (.1); correspond with R. Levin re hearing (.2); correspond with R. Morrissey (U.S. Trustee office) re open items discussed at hearing (.1). | 2,619.50 |
| 11/29/18 | WAW | .60 | Telephone call with C. Wedoff re November 29, 2018 hearing (.2); email correspondence with C. Wedoff re same (.2); submitting proposed orders to chambers (.2). | 279.00 |
| | | 11.00 | PROFESSIONAL SERVICES | $ 8,542.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

### JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| RICHARD B. LEVIN | .30 | 1,300.00 | 390.00 |
| ANGELA M. ALLEN | 2.60 | 850.00 | 2,210.00 |
| CARL N. WEDOFF | 5.80 | 845.00 | 4,901.00 |
| WILLIAM A. WILLIAMS | 2.00 | 465.00 | 930.00 |
| TOI D. HOOKER | .30 | 370.00 | 111.00 |
| TOTAL | 11.00 | | $ 8,542.00 |

### DISBURSEMENTS

| | | |
|---|---|---:|
| 11/29/18 | B&W Copy | 30.69 |
| | TOTAL DISBURSEMENTS | $ 30.69 |

MATTER 10036 TOTAL                                    $ 8,572.69

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**BUSINESS OPERATIONS - GENERAL**                    **MATTER NUMBER - 10095**

| | | | | |
|---|---|---|---|---|
| 11/06/18 | MJR | .50 | Prepared for and attended conference call with R. Levin and Altia consulting. | 475.00 |
| 11/12/18 | MJR | .90 | Telephone conference with R. Levin re ERISA bond (.2); telephone conference with R. Levin re medical claim question re late claim (.2); reviewed insurance statements (.2); reviewed health plan invoices re trust requirement (.3). | 855.00 |
| 11/13/18 | AMA | .30 | Reviewed correspondence with M. Samson re business liquidation process. | 255.00 |
| 11/19/18 | MJR | .20 | Reviewed ERISA fidelity bond material and email conference with R. Levin re same. | 190.00 |
| | | 1.90 | PROFESSIONAL SERVICES | $ 1,775.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| MATTHEW J. RENAUD | 1.60 | 950.00 | 1,520.00 |
| ANGELA M. ALLEN | .30 | 850.00 | 255.00 |
| TOTAL | 1.90 | | $ 1,775.00 |

MATTER 10095 TOTAL                              $ 1,775.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

## JENNER & BLOCK LLP
LAW OFFICES OF

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET ANALYSIS AND RECOVERY - GENERAL**                    **MATTER NUMBER - 10150**

| | | | | |
|---|---|---|---|---|
| 11/01/18 | AMA | .20 | Correspondence with M. Agusta and team re accounts receivable. | 170.00 |
| 11/05/18 | WAW | .20 | Finalizing and preparing to file notice of abandonment (.1); arranging for filing and service of same (.1). | 93.00 |
| 11/05/18 | OWK | .20 | Followed up with Christie's regarding subpoena. | 98.00 |
| 11/06/18 | RBL | .50 | Review Christie's subpoena response and prepare reply (.3); research re same (.2). | 650.00 |
| 11/07/18 | RBL | .50 | Research re Christie's subpoena. | 650.00 |
| 11/12/18 | RBL | .40 | Review and revise Takshal & Costco subpoenas. | 520.00 |
| 11/13/18 | AMA | .90 | Emailed M. Agusta re Dynasty Jewelers (.1); correspondence with A. Fuzaylova re same (.1); reviewed summary re Takshal and reviewed and revised subpoena re same (.5); correspondence with W. Williams re de minimis order (.2). | 765.00 |
| 11/14/18 | AMA | .70 | Reviewed and revised Takshal subpoena (.4); emailed W. Williams re same (.3). | 595.00 |
| 11/28/18 | AMA | .30 | Reviewed correspondence re status of collections. | 255.00 |
| 11/30/18 | AMA | 1.60 | Reviewed correspondence re status of collections (.3); conference with M. Agusta re same (.5); correspondence with M. Samson re same (.1); correspondence with R. Levin re same (.3); research re same (.4). | 1,360.00 |
| | | 5.50 | PROFESSIONAL SERVICES | $ 5,156.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | 1.40 | 1,300.00 | 1,820.00 |
| ANGELA M. ALLEN | 3.70 | 850.00 | 3,145.00 |
| OWEN W. KEITER | .20 | 490.00 | 98.00 |
| WILLIAM A. WILLIAMS | .20 | 465.00 | 93.00 |
| TOTAL | 5.50 | | $ 5,156.00 |

MATTER 10150 TOTAL                                                        $ 5,156.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET ANALYSIS AND RECOVERY - JAFFE**                    **MATTER NUMBER - 10176**

| 11/14/18 | CNW | .10 | Review Maggie & Max draft complaint and correspond with M. Agusta re same. | 84.50 |
| 11/15/18 | CNW | .20 | Confer with M. Agusta re filing of Maggie & Max adversary complaint. | 169.00 |
| 11/26/18 | RBL | .20 | Emails re Griffin A/R, collection actions. | 260.00 |
| 11/26/18 | RBL | .10 | Review and revise Taukshal subpoenas. | 130.00 |
| | | .60 | PROFESSIONAL SERVICES | $ 643.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | .30 | 1,300.00 | 390.00 |
| CARL N. WEDOFF | .30 | 845.00 | 253.50 |
| TOTAL | .60 | | $ 643.50 |

MATTER 10176 TOTAL                                            $ 643.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET ANALYSIS AND RECOVERY - FIRESTAR**                    **MATTER NUMBER - 10192**

| 11/02/18 | RBL | .40 | Telephone conference A. Allen re Costco discovery. | 520.00 |
|---|---|---|---|---|
| 11/02/18 | WAW | .50 | Telephone call with A. Allen re revisions to Costco subpoena (.2); revising Costco subpoena per A. Allen's comments (.3). | 232.50 |
| 11/07/18 | WAW | .60 | Reviewing and revising Costco subpoena rider per comments from A. Allen. | 279.00 |
| 11/13/18 | AMA | .30 | Reviewed and revised Costco subpoena. | 255.00 |
| 11/13/18 | RBL | .30 | Telephone conference A. Allen re Costco investigation. | 390.00 |
| 11/14/18 | AMA | .60 | Reviewed and revised Costco subpoena (.4); emailed R. Levin re same (.2). | 510.00 |
| 11/14/18 | RBL | .30 | Review and revise Costco investigation materials. | 390.00 |
| 11/16/18 | AMA | 1.20 | Reviewed and revised Costco subpoena (.3); correspondence with W. Williams re same (.2); emailed same to J. Pearson (.3); emailed J. Sims re Bailey Banks & Biddle (.2); reviewed UCC re same (.1); emailed R. Levin re same (.1). | 1,020.00 |
| 11/16/18 | WAW | .50 | Revising Costco subpoena per R. Levin's comments (.4); email correspondence with A. Allen re same (.1). | 232.50 |
| 11/20/18 | RBL | .60 | Research re consignment sales (.3); telephone conference A. Allen re same (.3). | 780.00 |
| 11/20/18 | WAW | .40 | Meeting with A. Allen to discuss Costco subpoena (.1); finalizing Costco subpoena and arranging for service (.2); email correspondence with T. Hooker re same (.1). | 186.00 |
| | | 5.70 | PROFESSIONAL SERVICES | $ 4,795.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | 1.60 | 1,300.00 | 2,080.00 |
| ANGELA M. ALLEN | 2.10 | 850.00 | 1,785.00 |
| WILLIAM A. WILLIAMS | 2.00 | 465.00 | 930.00 |
| TOTAL | 5.70 | | $ 4,795.00 |

| MATTER 10192 TOTAL | | | $ 4,795.00 |
|---|---|---|---|

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET SALES - GENERAL**                                     **MATTER NUMBER - 10214**

| | | | | |
|---|---|---|---|---|
| 11/01/18 | RBL | .90 | Review and revise motion for private sale procedures. | 1,170.00 |
| 11/01/18 | WAW | .30 | Reviewing R. Levin's revisions to private sale procedures motion (.2); email correspondence with R. Levin re same (.1). | 139.50 |
| 11/05/18 | WAW | .40 | Finalizing and preparing to file private sale procedures motion (.3); arranging for filing and service of same (.1). | 186.00 |
| 11/13/18 | WAW | .10 | Email correspondence with A. Allen and C. Wedoff re closing of HK Designs sale. | 46.50 |
| 11/13/18 | WAW | .20 | Email correspondence with A. Allen re preparation of de minimis sale procedures motion (.1); meeting with A. Allen re same (.1). | 93.00 |
| 11/15/18 | WAW | .50 | Meeting with A. Allen to discuss service of private sale procedures motion on additional parties (.2); identifying addresses for certain parties re same (.1); reviewing affidavit of service re same (.1); email correspondence with Omni re service on additional parties (.1). | 232.50 |
| 11/20/18 | WAW | .30 | Meeting with A. Allen to discuss consignment sale procedures motion (.2); email correspondence with R. Levin re same (.1). | 139.50 |
| 11/28/18 | WAW | 1.90 | Preparing de minimis asset sale motion (1.8); email correspondence with R. Levin re same (.1). | 883.50 |
| 11/29/18 | WAW | .30 | Finalizing de minimis sale motion (.2); arranging for filing and service of same (.1). | 139.50 |
| | | 4.90 | PROFESSIONAL SERVICES | $ 3,030.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | .90 | 1,300.00 | 1,170.00 |
| WILLIAM A. WILLIAMS | 4.00 | 465.00 | 1,860.00 |
| TOTAL | 4.90 | | $ 3,030.00 |

MATTER 10214 TOTAL                                                   $ 3,030.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET SALES - JAFFE**                                          **MATTER NUMBER - 10230**

| | | | | |
|---|---|---|---|---|
| 11/12/18 | JR | .30 | Reviewed asset purchase agreement re tax returns and discussed with M. Glass. | 147.00 |
| | | .30 | PROFESSIONAL SERVICES | $ 147.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| JULIA REEVES | .30 | 490.00 | 147.00 |
| TOTAL | .30 | | $ 147.00 |

MATTER 10230 TOTAL                                                        $ 147.00

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**ASSET SALES - FIRESTAR**                                    **MATTER NUMBER - 10257**

| | | | | |
|---|---|---|---|---|
| 11/01/18 | CNW | .50 | Confer with R. Levin re Aurum question on sale status (.1); confer with Aurum counsel (J. Weber, Paul Weiss) re same (.2); correspond with R. Levin re same (.1); confer with M. Samson and I. Sandberg re same (.1). | 422.50 |
| 11/02/18 | CNW | .70 | Prepare closing materials for Jewelex sale (.4); correspond with S. Cohen (Jewelex counsel), R. Levin, M. Samson, and I. Sandberg re same (.2); correspond with R. Levin and A. Allen re closing IP Lot 3 and 7 sale (.1). | 591.50 |
| 11/03/18 | AMA | .30 | Reviewed correspondence re Amazon (.1); emailed C. Wedoff re same (.2). | 255.00 |
| 11/05/18 | CNW | .10 | Correspond with D. Nakar (H.K. Designs) re closing IP Lot 3 and 7 sale. | 84.50 |
| 11/07/18 | AMA | .10 | Emailed W. Williams re de minimus sale order. | 85.00 |
| 11/12/18 | MCG | .50 | Attention to request for tax returns. | 487.50 |
| 11/13/18 | AMA | .20 | Reviewed correspondence re Amazon (.1); emailed C. Wedoff re same (.1). | 170.00 |
| 11/15/18 | AMA | .60 | Reviewed correspondence and documents re inventory (.3); correspondence with W. Williams re same (.3). | 510.00 |
| 11/15/18 | CNW | .10 | Correspond with D. Vitello, R. Levin, and A. Palmieri re interested purchaser in private sales. | 84.50 |
| 11/16/18 | CHK | .20 | Telephone call with A. Allen re Trustee's right to sell consigned diamonds from Indian affiliate. | 155.00 |
| 11/16/18 | CHK | .30 | Review of PEB draft commentary on consignments. | 232.50 |
| 11/16/18 | CHK | .20 | Sent source materials on consignments to A. Allen with cover email. | 155.00 |
| 11/16/18 | AMA | .60 | Reviewed correspondence re consignment inventory (.3); conference with. C. Klein re same (.2); emailed W. Williams re same (.1). | 510.00 |
| 11/19/18 | AMA | .80 | Correspondence with W. Williams re Takshal subpoenas (.2); correspondence with R. Levin re same (.2); correspondence with W. Williams and R. Levin re Costco (.1); research re consignment inventory (.3). | 680.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 11/19/18 | CNW | .50 | Correspond with R. Levin, I. Sandberg, M. Samson, and A. Palmieri re status of IP payments (.4); confer with R. Levin re Macy's private sale (.1). | 422.50 |
|---|---|---|---|---|
| 11/20/18 | AMA | .70 | Research re consignment inventory (.4); correspondence with R. Levin re same (.1); correspondence with W. Williams re same (.2). | 595.00 |
| 11/20/18 | CNW | .20 | Correspond with R. Levin and I. Sandberg re public sale closing (.1); correspond with R. Levin re private sale planning (.1). | 169.00 |
| 11/26/18 | AMA | .60 | Correspondence with W. Williams re consignment sale motion (.2); correspondence with R. Levin and W. Williams re de minimis sale motion (.2); reviewed correspondence re status of sales (.2). | 510.00 |
| 11/26/18 | CNW | .20 | Correspond with R. Levin, M. Samson, and Macy's re private memo sale. | 169.00 |
| 11/26/18 | WAW | .80 | Preparing consignment sale motion (.6); telephone call with A. Allen re same (.2). | 372.00 |
| 11/27/18 | AMA | .20 | Reviewed correspondence re status of sales. | 170.00 |
| 11/27/18 | CNW | .80 | Prepare sale documents for Macy's inventory sale (.7); correspond with C. Moore (Macy's) re same (.1). | 676.00 |
| 11/28/18 | CNW | .60 | Correspond with M. Samson, C. Goldberg (Macy's), and C. Moore (Macy's) re revisions to Macy's bill of sale (.4); draft proposed language for R. Levin review (.2). | 507.00 |
| 11/28/18 | RBL | .40 | Review and revise sale motion. | 520.00 |
| 11/28/18 | WAW | 2.60 | Continuing to prepare Firestar International Pvt. Ltd consignment sale motion (1.6); researching case law for inclusion in same (.8); email correspondence with R. Levin re same (.2). | 1,209.00 |
| 11/29/18 | AMA | .50 | Reviewed correspondence re consignment motion (.3); correspondence with W. Williams re same (.2). | 425.00 |
| 11/29/18 | CNW | .30 | Correspond with R. Levin, C. Goldberg (Macy's), and C. Moore (Macy's) re revision to Macy's bill of sale (.2); revise same (.1). | 253.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/29/18 | WAW | .80 | Revising consignment sale motion (.3); email correspondence with R. Levin re same (.1); finalizing same (.2); arranging for filing of same (.1); arranging for service of same (.1). | 372.00 |
|---|---|---|---|---|

|  | 14.40 | PROFESSIONAL SERVICES | $ 10,793.00 |
|---|---|---|---|

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | .40 | 1,300.00 | 520.00 |
| MARTIN C. GLASS | .50 | 975.00 | 487.50 |
| ANGELA M. ALLEN | 4.60 | 850.00 | 3,910.00 |
| CARL N. WEDOFF | 4.00 | 845.00 | 3,380.00 |
| CARTER H. KLEIN | .70 | 775.00 | 542.50 |
| WILLIAM A. WILLIAMS | 4.20 | 465.00 | 1,953.00 |
| TOTAL | 14.40 |  | $ 10,793.00 |

| MATTER 10257 TOTAL |  |  | $ 10,793.00 |
|---|---|---|---|

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FINANCING/CASH COLLATERAL**                    **MATTER NUMBER - 10273**

| 11/01/18 | CNW | .10 | Call with G. Bardhi re adequate protection payment. | 84.50 |
|---|---|---|---|---|
| 11/02/18 | WAW | .30 | Reviewing docket to determine status of final cash collateral hearing scheduled for November 6, 2018 (.2); email correspondence with R. Levin re same (.1). | 139.50 |
| 11/05/18 | MZH | .80 | Emails with R. Levin, M. Samson, lenders' counsel re payoff letters. | 840.00 |
| 11/06/18 | MZH | .30 | Emails with R. Levin and lenders' counsel re payoff letters. | 315.00 |
| 11/07/18 | MZH | .40 | Reviewed exhibits to payoff letters and email with R. Levin re same. | 420.00 |
| 11/08/18 | WAW | .30 | Submitting stipulation and proposed order re paying off secured lenders to chambers (.2); telephone call with M. Hankin re same (.1). | 139.50 |
| 11/09/18 | MZH | .30 | Emails and telephone calls with W. Williams re payoff order. | 315.00 |
| 11/09/18 | MZH | .30 | Reviewed final forms of payoff letters. | 315.00 |
| 11/09/18 | MZH | .20 | Telephone call with M. Samson re payoff amounts. | 210.00 |
| 11/09/18 | MZH | .20 | Emails with lenders' counsel re payoff letter and exhibits. | 210.00 |
| 11/09/18 | WAW | .40 | Multiple telephone calls to chambers re entry of stipulation with secured lenders (.2); multiple email correspondence with M. Hankin re same (.2). | 186.00 |
| 11/13/18 | MZH | 1.00 | Attended to payoff of pre-petition lenders and emails with B. Ganimet re same. | 1,050.00 |
| 11/13/18 | MZH | .50 | Exchanged emails and conducted telephone call with R. Levin re payoff letters and attended to same. | 525.00 |
| 11/13/18 | WAW | .20 | Email correspondence with M. Hankin re executed payoff letters. | 93.00 |
| 11/19/18 | MZH | .30 | Attention to documenting payoff of prepetition lenders and emails with R. Levin re same. | 315.00 |
| 11/19/18 | WAW | .50 | Preparing notice of satisfaction of lenders' claims (.4); telephone call with M. Hankin re same (.1). | 232.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/20/18 | MZH | .30 | Revised notice of payoff of prepetition lenders and drafted email to lenders' counsel re same. | 315.00 |
| 11/20/18 | WAW | .10 | Finalizing and filing of notice of satisfaction of lenders' claims. | 46.50 |
| | | 6.50 | PROFESSIONAL SERVICES | $ 5,751.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| MARC B. HANKIN | 4.60 | 1,050.00 | 4,830.00 |
| CARL N. WEDOFF | .10 | 845.00 | 84.50 |
| WILLIAM A. WILLIAMS | 1.80 | 465.00 | 837.00 |
| TOTAL | 6.50 | | $ 5,751.50 |

MATTER 10273 TOTAL                                    $ 5,751.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CONTRACTS AND LEASES - GENERAL**                    **MATTER NUMBER - 10290**

| 11/05/18 | WAW | .30 | Finalizing and preparing to file rejection motion re U-Haul and LIC storage units (.2); arranging for filing and service of same (.1). | 139.50 |
|---|---|---|---|---|
|  |  | .30 | PROFESSIONAL SERVICES | $ 139.50 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| WILLIAM A. WILLIAMS | .30 | 465.00 | 139.50 |
| TOTAL | .30 |  | $ 139.50 |

MATTER 10290 TOTAL                                         $ 139.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CONTRACTS AND LEASES - FIRESTAR**                    **MATTER NUMBER - 10338**

| | | | | |
|---|---|---|---|---|
| 11/13/18 | WAW | 1.80 | Preparing motion to reject unexpired lease with Toshiba (1.4); multiple email correspondence with I. Sandberg re Toshiba lease (.2); email correspondence with R. Levin re same (.1); arranging for filing and service of same (.1). | 837.00 |
| 11/15/18 | CNW | .10 | Correspond with R. Levin re 592 Fifth Avenue Lease status and review stipulation re same. | 84.50 |
| 11/19/18 | WAW | .20 | Email correspondence with R. Levin re abandonment of contents of U-Haul and LIC storage units. | 93.00 |
| 11/26/18 | WAW | .10 | Email correspondence with M. Samson and I. Sandberg re rejection of Toshiba lease. | 46.50 |
| | | 2.20 | PROFESSIONAL SERVICES | $ 1,061.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARL N. WEDOFF | .10 | 845.00 | 84.50 |
| WILLIAM A. WILLIAMS | 2.10 | 465.00 | 976.50 |
| TOTAL | 2.20 | | $ 1,061.00 |

MATTER 10338 TOTAL                                                    $ 1,061.00

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EMPLOYMENT**                                                    **MATTER NUMBER - 10354**

| | | | | |
|---|---|---|---|---|
| 11/01/18 | AMA | .30 | Correspondence with C. Wedoff and team re Agusta retention and fees (.2); correspondence with A. Gonzalez re budget (.1). | 255.00 |
| 11/03/18 | AMA | 1.70 | Drafted Staffing Plan and Budget and emailed R. Levin summary re same. | 1,445.00 |
| 11/05/18 | AMA | .20 | Correspondence with W. Williams and R. Levin re budget. | 170.00 |
| 11/05/18 | WAW | .10 | Reviewing staffing plan and budget prepared by A. Allen for second interim fee application. | 46.50 |
| 11/06/18 | WAW | .10 | Email correspondence with R. Levin re Whitley Penn retention application. | 46.50 |
| 11/07/18 | WAW | .10 | Email correspondence with R. Levin re Fasken retention application. | 46.50 |
| 11/07/18 | WAW | 1.20 | Preparing Fasken retention application. | 558.00 |
| 11/08/18 | AMA | .70 | Correspondence with W. Williams re monthly fee statement (.3); reviewed docket re same (.2); correspondence with R. Levin re same (.2). | 595.00 |
| 11/08/18 | WAW | .80 | Multiple email correspondence with N. Conway and A. Allen re September monthly fee statement (.4); calculating allocation of September monthly fees and expenses between Firestar and A. Jaffe (.2); preparing draft email to R. Levin requesting payment on account of September monthly fee (.2). | 372.00 |
| 11/09/18 | AMA | 1.70 | Reviewed September monthly fee statements and docket re same (.5); reviewed draft email re Jenner (.2); correspondence with R. Levin and M. Samson re same (.3); emailed summary of same to R. Levin (.3); reviewed and revised October monthly fee statement (.4). | 1,445.00 |
| 11/09/18 | WAW | .20 | Email correspondence with GCAL re October monthly fee statement (.1); email correspondence with A. Allen re same (.1). | 93.00 |
| 11/10/18 | WAW | .60 | Continuing to prepare Fasken retention application. | 279.00 |
| 11/12/18 | AMA | .50 | Reviewed and revised monthly fee statement (.3); reviewed correspondence re professional fees (.2). | 425.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/13/18 | AMA | .40 | Reviewed omni invoice (.2); reviewed correspondence re payment of professional fees (.2). | 340.00 |
|---|---|---|---|---|
| 11/13/18 | RBL | .50 | Review and revise Faskens & Whitley applications. | 650.00 |
| 11/13/18 | WAW | 2.60 | Continuing to prepare Fasken retention application (.3); continuing to prepare Whitley Penn retention application (1.6); multiple email correspondence with R. Levin re same (.2); multiple email correspondence with D. Ziegler (Fasken) re Fasken retention application (.4); email correspondence with G. Scarborough (Whitley Penn) re Whitley Penn retention application (.1). | 1,209.00 |
| 11/14/18 | AMA | .40 | Reviewed correspondence re professional fee payments (.2); emailed M. Samson and I. Sandberg re same (.2). | 340.00 |
| 11/14/18 | WAW | .10 | Email correspondence with D. Ziegler re Fasken fee application. | 46.50 |
| 11/15/18 | WAW | .70 | Finalizing Fasken retention application (.2); finalizing Whitley Penn retention application (.3); arranging for filing and service of both retention applications (.2). | 325.50 |
| 11/16/18 | AMA | .60 | Correspondence with W. Williams re monthly fee statements (.2); reviewed same (.2); correspondence with R. Levin re same (.2). | 510.00 |
| 11/16/18 | WAW | .60 | Finalizing GCAL October fee statement (.2); email correspondence with A. Palmieri re same (.1); arranging for filing and service of same (.2); email correspondence with A. Allen re preparation of Jenner's October fee statement (.1). | 279.00 |
| 11/19/18 | AMA | .20 | Reviewed monthly fee statement (.1); correspondence with W. Williams and R. Levin re same (.1). | 170.00 |
| 11/19/18 | WAW | 2.20 | Preparing Jenner's October 2018 monthly fee statement (1.8); email correspondence with A. Allen re same (.2); arranging for filing and service of same (.2). | 1,023.00 |
| 11/21/18 | AMA | .70 | Analysis re Trustee disbursements and fee application (.5); correspondence with R. Levin re same (.1); correspondence with R. Levin re rate increases (.1). | 595.00 |
| 11/21/18 | RBL | .20 | Prepare fee application. | 260.00 |
| 11/26/18 | AMA | .60 | Reviewed correspondence re Trustee disbursements (.2); correspondence with R. Levin re same (.4). | 510.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/26/18 | RBL | .40 | Telephone conference A. Allen re trustee fee app. | 520.00 |
|---|---|---|---|---|
| 11/26/18 | RBL | .40 | Emails with UST re Faskens & Whitley applications. | 520.00 |
| 11/26/18 | RBL | .30 | Telephone conference W. Williams re Faskens employment. | 390.00 |
| 11/26/18 | WAW | 1.70 | Reviewing U.S. Trustee's comments on Fasken and Whitley Penn retention applications (.4);  email correspondence with R. Levin re same (.2); email correspondence with C. Wedoff re same (.2); email correspondence with G. Scarborough of Whitley Penn re same (.1); preparing supplemental Ziegler declaration in support of Fasken retention (.3); preparing Levin declaration in support of Fasken retention (.3); reviewing Internal Revenue Code for provisions requiring consolidated tax returns (.2). | 790.50 |
| 11/27/18 | AMA | .80 | Correspondence with L. Raiford re Trustee disbursements (.3); correspondence with W. Williams and R. Levin re same (.2); research re same (.3). | 680.00 |
| 11/27/18 | WAW | .40 | Revising Levin declaration in support of Fasken retention (.2); email correspondence with U.S. Trustee's counsel re his comments to Fasken retention materials (.1); email correspondence with C. Wedoff re status of Fasken and Whitley Penn retention applications (.1). | 186.00 |
| 11/28/18 | AMA | 1.00 | Correspondence with W. Williams re Trustee compensation (.5); research re same (.5). | 850.00 |
| 11/28/18 | WAW | .20 | Email correspondence with G. Scarborough of Whitley Penn re responses to U.S. Trustee's concerns and supplemental declaration (.1); reviewing revenue ruling provided G. Scarborough re consolidated tax return requirement (.1). | 93.00 |
| 11/28/18 | WAW | 1.70 | Preparing Trustee's compensation application (1.3); meeting with A. Allen to discuss same (.2); multiple email correspondence re same (.2). | 790.50 |
| 11/29/18 | AMA | .80 | Reviewed correspondence and rules re rate increases (.2); reviewed revised compensation motion (.3); correspondence with W. Williams re same (.3). | 680.00 |
| 11/29/18 | RBL | .80 | Review and revise Trustee fee application. | 1,040.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/29/18 | WAW | 3.20 | Continuing to prepare Trustee compensation application (2.2); reviewing and revising calculations in same (.5); multiple email correspondence with R. Levin re same (.4); arranging for filing and service of same (.1). | 1,488.00 |
|---|---|---|---|---|
| 11/30/18 | AMA | .70 | Research re rate increases (.4); correspondence with W. Williams re same (.3). | 595.00 |
| 11/30/18 | WAW | .10 | Telephone call with A. Allen re notice of fee increases. | 46.50 |
| | | 30.50 | PROFESSIONAL SERVICES | $ 20,704.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | 2.60 | 1,300.00 | 3,380.00 |
| ANGELA M. ALLEN | 11.30 | 850.00 | 9,605.00 |
| WILLIAM A. WILLIAMS | 16.60 | 465.00 | 7,719.00 |
| TOTAL | 30.50 | | $ 20,704.00 |

MATTER 10354 TOTAL                                                    $ 20,704.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10397**

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 10/31/18 | Transcripts - Court Appearance; TSG REPORTING, INC.; 10/31/2018; Transcript. | 1,383.40 |
| 11/02/18 | Postage Expense | .47 |
| 11/09/18 | Color Copy | 6.50 |
| 11/09/18 | B&W Copy | .88 |
| 11/12/18 | Telephone expense; Elan Corp Payments; 10/26/18; Pripusich 10/18 Stmt; Transaction ID 40993534288; Auction; 10/11/18. | 420.00 |
| 11/13/18 | 10/30/2018 SDS Global Special Delivery | 58.50 |
| 11/13/18 | 10/29/2018 SDS Global Special Delivery | 58.50 |
| 11/13/18 | 10/29/2018 SDS Global Special Delivery | 61.67 |
| 11/13/18 | Color Copy | 1.00 |
| 11/13/18 | 11/13/2018 UPS Delivery Service 1Z613438D993321579 | 53.81 |
| 11/21/18 | Color Copy | 9.00 |
| 11/21/18 | B&W Copy | 5.28 |
| 11/26/18 | SDS Special Delivery Service 11/09/2018 | 18.50 |
| 11/26/18 | Color Copy | .50 |
| 11/26/18 | B&W Copy | 64.24 |
| 11/27/18 | Color Copy | 15.25 |
| 11/27/18 | B&W Copy | 12.10 |
| 11/28/18 | 10/22/2018 Soundpath Teleconferencing | 1.80 |
| 11/29/18 | B&W Copy | 46.31 |
| | TOTAL DISBURSEMENTS | $ 2,217.71 |

MATTER 10397 TOTAL                                                    $ 2,217.71

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CLAIMS ALLOWANCE & OBJECTIONS - FIRESTAR**               **MATTER NUMBER - 10435**

| | | | | |
|---|---|---|---|---|
| 11/02/18 | CNW | .10 | Correspond with A. Allen re misaddressed proof of claim and coordinate proper service of same. | 84.50 |
| 11/02/18 | WAW | .90 | Reviewing service list for bar date notice to determine whether any other parties need to be served (.4); obtaining addresses for additional recipients (.4); email correspondence with Omni re same (.1). | 418.50 |
| 11/02/18 | WAW | .50 | Preparing letter to Dena Bank re proof of claim process (.2); preparing letter to Corporation Bank re proof of claim process (.2); email correspondence with A. Allen re same (.1). | 232.50 |
| 11/07/18 | CNW | .10 | Confer with W. Williams and claimant re proof of claim notice. | 84.50 |
| 11/07/18 | WAW | .60 | Reviewing published bar date notice in Instore(.1); email correspondence with Instore re incorrect headline (.2); email correspondence with R. Levin re same (.1); email correspondence with C. Wedoff re same (.1); reviewing published bar date notice in Idex (.1). | 279.00 |
| 11/27/18 | WAW | .20 | Reviewing bar date publication in Diamond World (.1); email correspondence re same (.1). | 93.00 |
| | | 2.40 | PROFESSIONAL SERVICES | $ 1,192.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARL N. WEDOFF | .20 | 845.00 | 169.00 |
| WILLIAM A. WILLIAMS | 2.20 | 465.00 | 1,023.00 |
| TOTAL | 2.40 | | $ 1,192.00 |

MATTER 10435 TOTAL                                                          $ 1,192.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**TAX**                                                                    **MATTER NUMBER - 10575**

| | | | | |
|---|---|---|---|---|
| 11/19/18 | GMD | 1.80 | Reviewed and considered email and IRS IDR requests forwarded by A. Allen (.3); researched issues re enforceability and cost recovery (1.0); drafted email to A. Allen re same (.5). | 1,890.00 |
| | | 1.80 | PROFESSIONAL SERVICES | $ 1,890.00 |

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| GEOFFREY M. DAVIS | 1.80 | 1,050.00 | 1,890.00 |
| TOTAL | 1.80 | | $ 1,890.00 |

MATTER 10575 TOTAL                                                                    $ 1,890.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**INVESTIGATION, PLANNING, & COORDINATION**                    **MATTER NUMBER - 10613**

| | | | | |
|---|---|---|---|---|
| 11/01/18 | AMA | .10 | Reviewed correspondence re tax returns. | 85.00 |
| 11/01/18 | WAW | .10 | Email correspondence with A. Allen re potential claims against KVS Designs. | 46.50 |
| 11/02/18 | WAW | .40 | Revising T. Bhansali subpoena. | 186.00 |
| 11/05/18 | AMA | 1.20 | Drafted and emailed R. Levin summary re Examiner discovery (.5); reviewed same (.3); correspondence with W. Williams re same (.4). | 1,020.00 |
| 11/05/18 | WAW | .60 | Reviewing and revising draft email re: examiner productions (.1); telephone call with A. Allen re same (.2); email correspondence with T. Hooker re same (.1); email correspondence with vDiscovery re same (.2). | 279.00 |
| 11/06/18 | AMA | .20 | Correspondence with W. Williams re examiner discovery. | 170.00 |
| 11/06/18 | AMA | .10 | Reviewed correspondence re tax returns. | 85.00 |
| 11/06/18 | WAW | .80 | Preparing tracker list of parties who produced documents to the Examiner for purposes of tracking authorization for Trustee to obtain access to same (.4); drafting email to Examiner's counsel explaining proposed process for obtaining access to documents produced to the Examiner (.3); telephone call with A. Allen re same (.1). | 372.00 |
| 11/07/18 | AMA | .10 | Reviewed correspondence re tax returns. | 85.00 |
| 11/07/18 | WAW | .40 | Reviewing and revising T. Bhansali subpoena per comments from A. Allen (.2); email correspondence with A. Allen re same (.2). | 186.00 |
| 11/08/18 | AMA | .40 | Conference with R. LeHane re status of Firestar investigation (.2); conference with R. Levin re same (.2). | 340.00 |
| 11/12/18 | AMA | .70 | Correspondence with R. Levin re Takshal and Costco (.2); correspondence re creditor inquiry (.4); correspondence with W. Williams re examiner discovery (.1). | 595.00 |
| 11/13/18 | AMA | 1.20 | Reviewed correspondence re Examiner discharge (.3); emailed W. Williams re same (.1); reviewed and revised Costco subpoena (.4); conference with R. Levin re same (.3); reviewed correspondence re examiner discovery (.1). | 1,020.00 |

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/13/18 | WAW | .40 | Email correspondence with A. Allen re obtaining access to Examiner documents (.1); telephone call to Examiner's counsel re same (.1); email correspondence with Examiner's counsel re same (.2). | 186.00 |
|---|---|---|---|---|
| 11/14/18 | AMA | .10 | Reviewed correspondence re examiner discovery. | 85.00 |
| 11/14/18 | WAW | .50 | Reviewing R. Levin's comments to T. Bhansali subpoena (.1); email correspondence with A. Allen re same (.1); drafting email to T. Bhansali's counsel re case background and subpoena (.3). | 232.50 |
| 11/16/18 | AMA | .30 | Reviewed correspondence re intercompany receivables (.2); emailed R. Levin re same (.1). | 255.00 |
| 11/18/18 | AMA | .20 | Reviewed correspondence re IRS requests. | 170.00 |
| 11/19/18 | AMA | .70 | Call with R. Levin and S. O'Neal re status of investigation and potential claims (.3); conference with R. Levin re same (.2); reviewed summary re same (.2). | 595.00 |
| 11/19/18 | AMA | .20 | Correspondence with G. Davis re IRS. | 170.00 |
| 11/19/18 | WAW | .60 | Preparing subpoenas for D. Mehta, N. Mehta, and KVS Designs LLC (.3); arranging for conflicts check re same (.1); email correspondence with A. Allen re same (.1); email correspondence with Examiner's counsel re process for obtaining access to Examiner documents (.1). | 279.00 |
| 11/20/18 | AMA | .70 | Conference with R. Levin re status of investigation and PNB meeting (.3); correspondence with vdiscovery re data (.1); correspondence with W. Williams re examiner discovery (.1); reviewed summary re IRS subpoenas (.1); correspondence with R. Levin and L. Ryan re same (.1). | 595.00 |
| 11/20/18 | WAW | .70 | Telephone call with A. Allen re UCC filings against debtors (.1); preparing letters to parties who produced documents to Examiner re obtaining access to productions (.4); email correspondence with L. Huff and T. Hooker re same (.1); telephone call with L. Huff re same (.1). | 325.50 |
| 11/20/18 | TDH | 1.00 | Coordinated and responded to questions re the service of subpoenas. | 370.00 |
| 11/21/18 | AMA | .10 | Correspondence with R. Levin and S. Carpenter re investigation. | 85.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 11/23/18 | AMA | .80 | Research re claims against insiders and third parties. | 680.00 |
|---|---|---|---|---|
| 11/26/18 | BZF | .40 | Participated in call with R. Levin and A. Allen regarding investigation and case strategy issues. | 380.00 |
| 11/26/18 | AMA | 2.50 | Correspondence with W. Williams re examiner discovery (.2); reviewed correspondence re same (.3); conference with R. Levin re status of investigation (.2); conference with R. Levin and B. Fischer re investigation (.5); research in preparation for same (.8); conference with J. Rose re investigation (.5). | 2,125.00 |
| 11/26/18 | RBL | .20 | Telephone conference A. Allen re investigation. | 260.00 |
| 11/26/18 | RBL | .50 | Conference call A. Allen, B. Fischer re investigation. | 650.00 |
| 11/26/18 | WAW | 1.10 | Email correspondence with Examiner's counsel re subpoenas issued by the Examiner (.2); preparing and sending requests to numerous parties for Trustee to access documents produced to Examiner (.8); multiple email correspondence re same (.3). | 511.50 |
| 11/27/18 | VEL | .40 | Office conference with A. Allen re privilege, interview issue, and follow up with D. Jimenez-Ekman re same. | 440.00 |
| 11/27/18 | BZF | 1.30 | Reviewed/analyzed investigation and potential claims. | 1,235.00 |
| 11/27/18 | AMA | 3.40 | Correspondence with B. Fischer re investigation (.4); correspondence with J. Rose re same (.6); correspondence with R. Levin re same (.2); prepared subpoena re same (.2); reviewed correspondence re Examiner discovery (.5); emailed W. Williams re same (.3); reviewed Examiner's Report re claims analysis (.7); research re same (.5). | 2,890.00 |
| 11/27/18 | WAW | 1.00 | Multiple email correspondence re obtaining access to Examiner productions (.6); revising letters to various parties re same (.2); email correspondence with A. Allen re service of subpoenas (.2). | 465.00 |
| 11/28/18 | BZF | 2.00 | Meeting with A. Allen re investigation. | 1,900.00 |
| 11/28/18 | AMA | 4.50 | Reviewed Examiner's Report and Examiner discovery re investigation and claims (1.0); meeting re same (3.0); correspondence with W. Williams re examiner discovery (.1); reviewed correspondence re same (.1); correspondence with R. Levin re status of investigation and meeting with Examiner (.3). | 3,825.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/28/18 | WAW | .70 | Email correspondence with T. Hooker re preparation of Rule 2004 subpoenas for certain Examiner subpoena targets (.2); email correspondence with A. Allen re same (.1); multiple email correspondence with Examiner's counsel re same (.2); multiple email correspondence with various subpoena targets re same (.2). | 325.50 |
| 11/28/18 | TDH | 2.50 | Prepared draft Rule 2004 subpoenas. | 925.00 |
| 11/28/18 | TDH | 1.20 | Edited Rule 2004 subpoenas. | 444.00 |
| 11/28/18 | TDH | .60 | Reviewed production documents received from third parties. | 222.00 |
| 11/29/18 | MXP | .50 | U.S. mail service of subpoenas. | 110.00 |
| 11/29/18 | AMA | .80 | Reviewed PNB proof of claim (.3); research re claims (.3); correspondence with M. Pinciak re subpoena (.2). | 680.00 |
| 11/29/18 | WAW | 1.20 | Telephone call with counsel for Commonwealth Trust re service of subpoena (.2); finalizing letters and subpoenas to various subpoena targets (.6); arranging for execution and delivery of same (.4). | 558.00 |
| 11/30/18 | VEL | .20 | Emails with A. Allen re trustee D&O policy, estate protections. | 220.00 |
| 11/30/18 | VEL | .50 | Telephone conference with A. Allen re potential D&O claims, triggering coverage and follow-up telephone conference with A. Allen and R. Levin re same. | 550.00 |
| 11/30/18 | VEL | .40 | Reviewed files re examples of NOC letters, reviewed same. | 440.00 |
| 11/30/18 | VEL | .30 | Telephone conference with A. Allen re letter, report issue, and telephone conference with D. Kroeger re same. | 330.00 |
| 11/30/18 | VEL | .40 | Commented on demand, coverage letters. | 440.00 |
| 11/30/18 | AMA | 3.90 | Correspondence with R. Levin and B. Fischer re interview (.2); correspondence with R. Levin and V. Lazar re insurance claim (.6); correspondence with D. Kroeger re same (.5); researched and drafted same (2.5); correspondence with W. Williams re Takshal (.1); | 3,315.00 |
| 11/30/18 | TDH | .40 | Communications with vDiscovery re loading of new documents. | 148.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

43.50     PROFESSIONAL SERVICES                                    $ 31,886.50

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RICHARD B. LEVIN | .70 | 1,300.00 | 910.00 |
| VINCENT E. LAZAR | 2.20 | 1,100.00 | 2,420.00 |
| BRIAN J. FISCHER | 3.70 | 950.00 | 3,515.00 |
| ANGELA M. ALLEN | 22.20 | 850.00 | 18,870.00 |
| WILLIAM A. WILLIAMS | 8.50 | 465.00 | 3,952.50 |
| TOI D. HOOKER | 5.70 | 370.00 | 2,109.00 |
| MARC A. PATTERSON | .50 | 220.00 | 110.00 |
| TOTAL | 43.50 | | $ 31,886.50 |

MATTER 10613 TOTAL                                               $ 31,886.50

TOTAL INVOICE                          $ 99,754.40

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RICHARD B. LEVIN | 8.20 | 1,300.00 | 10,660.00 |
| VINCENT E. LAZAR | 2.20 | 1,100.00 | 2,420.00 |
| GEOFFREY M. DAVIS | 1.80 | 1,050.00 | 1,890.00 |
| MARC B. HANKIN | 4.60 | 1,050.00 | 4,830.00 |
| MARTIN C. GLASS | .50 | 975.00 | 487.50 |
| BRIAN J. FISCHER | 3.70 | 950.00 | 3,515.00 |
| MATTHEW J. RENAUD | 1.60 | 950.00 | 1,520.00 |
| ANGELA M. ALLEN | 46.80 | 850.00 | 39,780.00 |
| CARL N. WEDOFF | 10.50 | 845.00 | 8,872.50 |
| CARTER H. KLEIN | .70 | 775.00 | 542.50 |
| OWEN W. KEITER | .20 | 490.00 | 98.00 |
| JULIA REEVES | .30 | 490.00 | 147.00 |
| WILLIAM A. WILLIAMS | 43.90 | 465.00 | 20,413.50 |
| TOI D. HOOKER | 6.00 | 370.00 | 2,220.00 |
| MARC A. PATTERSON | .50 | 220.00 | 110.00 |
| TOTAL | 131.50 | | $ 97,506.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554