IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
In re:                                              :     Chapter 11
:
Firestar Diamond, Inc., *et al.*,                   :     Case No. 18-10509 (SHL)
:
Debtors.[1]                                  :
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, James L. Bromley, hereby request the withdrawal of my appearance on behalf of Punjab National Bank in the above-captioned chapter 11 cases as I am no longer affiliated with Cleary Gottlieb Steen & Hamilton LLP.

PLEASE TAKE FURTHER NOTICE that I further request to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated:  New York, New York                          Respectfully submitted,
        March 14, 2019

                                                    */s/ James L. Bromley*
                                                    James L. Bromley

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

SC1: 4888363.v2