JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR APRIL 15, 2019 HEARING**

**Date:**         **Monday, April 15, 2019 at 11:00 a.m. Eastern Time**

**Location:**     **United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House, Courtroom 701
One Bowling Green
New York, New York 10004**

**I.    INTERIM FEE APPLICATIONS**

    **1.    JENNER & BLOCK SECOND INTERIM APPLICATION**

        A. Application: Second Application for Interim Professional Compensation for Jenner & Block LLP  [Dkt. 728]

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

   B.   Related Documents:

- Notice of Hearing on Application [Dkt. 690]

- Notice of Adjournment of Hearing [Dkt. 750]

- Supplemental Certification of Angela M. Allen in Respect of Second Interim Application of Jenner & Block LLP [Dkt. 766]

- Affidavit of Service of Application [Dkt. 736]

- Affidavit of Service of Supplemental Certification [Dkt. 777]

   C.   Responses Received:

- None.

   D.   <u>Status</u>: This matter is going forward.

**2.   FASKEN MARTINEAU SECOND INTERIM APPLICATION**

   A.   <u>Application</u>: Second Application for Interim Professional Compensation for Fasken Martineau DuMoulin LLP, Special Canadian Counsel [Dkt. 730]

   B.   <u>Related Documents</u>:

- Notice of Hearing on Application [Dkt. 690]

- Notice of Adjournment of Hearing [Dkt. 750]

- Supplemental Certification of David Ziegler in Respect of Second Interim Application [Dkt. 764]

- Affidavit of Service of Application [Dkt. 736]

- Affidavit of Service of Supplemental Certification [Dkt. 777]

   B.   <u>Responses Received</u>: None.

   C.   <u>Status</u>: This matter is going forward.

**3.   LACKENBACH SIEGEL SECOND INTERIM APPLICATION**

   A.   <u>Application</u>: Second Application for Interim Professional Compensation for Lackenbach Siegel LLP, Special Intellectual Property Counsel [Dkt. 731]

   B.   <u>Related Documents</u>:

- Notice of Hearing on Application [Dkt. 690]

- Notice of Adjournment of Hearing [Dkt. 750]

- Supplemental Certification of Howard Aronson in Respect of Second Interim Application [Dkt. 765]

- Affidavit of Service of Application [Dkt. 736]

- Affidavit of Service of Supplemental Certification [Dkt. 777]

C. Responses Received: None.

D. Status: This matter is going forward.

**4. GCAL SECOND INTERIM APPLICATION**

A. Application: Second Application for Interim Professional Compensation for Gem Certification & Assurance Lab, Appraiser [Dkt. 732]

B. Related Documents:

- Notice of Hearing on Application [Dkt. 690]

- Notice of Adjournment of Hearing [Dkt. 750]

- Affidavit of Service of Application [Dkt. 736]

C. Responses Received: None.

D. Status: This matter is going forward.

**5. ALVAREZ & MARSAL SECOND INTERIM APPLICATION**

E. Application: Second Application for Interim Professional Compensation for Alvarez & Marsal Disputes & Investigations, LLC [Dkt. 733]

F. Related Documents:

- Notice of Hearing on Application [Dkt. 690]

- Notice of Adjournment of Hearing [Dkt. 750]

- Affidavit of Service of Application [Dkt. 736]

G. Responses Received: None.

H. Status: This matter is going forward.

3

6. **AGUSTA P.C. FIRST INTERIM APPLICATION**

   A. <u>Application</u>: First Application for Interim Professional Compensation for Michael J. Agusta, Esq. P.C., Special Collections Counsel [Dkt. 729]

   B. <u>Related Documents</u>:

   - Notice of Hearing on Application [Dkt. 690]
   - Notice of Adjournment of Hearing [Dkt. 750]
   - Affidavit of Service of Application [Dkt. 736]

   C. <u>Responses Received</u>: None.

   D. <u>Status</u>: **This application is being withdrawn without prejudice and will not be going forward on April 15.**

II. <u>**ADVERSARY PROCEEDINGS**</u>

1. **MOTIONS TO EXTEND NIRAV DEEPAK MODI'S TIME TO ANSWER**

   A. <u>Motion</u>: Motion To Approve Order Regarding Nirav Deepak Modi's Time To Respond To The Complaint [Adv. No. 19-1102, Dkt. 5]

      1. <u>Responses Received</u>: None.
      2. <u>Status</u>: This matter is going forward.

   B. <u>Motion</u>: Motion To Approve Order Regarding Nirav Deepak Modi's Time To Respond To The Complaint [Adv. No. 19-1103, Dkt. 5]

      1. <u>Responses Received</u>: None.
      2. <u>Status</u>: This matter is going forward.

2. **APPLICATIONS FOR REQUESTS FOR JUDICIAL ASSISTANCE**

   A. <u>Application</u>: Application for Issuance of a Letter of Request for Judicial Assistance in Service of Process [Adv. No. 19-1102, Adv. Dkt. 8]

      1. <u>Responses Received by Presentment Date</u>: None.
      2. <u>Status</u>: This matter is going forward.

   B. <u>Application</u>: Application for Issuance of a Letter of Request for Judicial Assistance in Service of Process [Adv. No. 19-1103, Adv. Dkt. 8]

      1. <u>Responses Received by Presentment Date</u>: None.

2. <u>Status</u>: This matter is going forward.

Dated: April 11, 2019
       New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Marc Hankin
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*

5