UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Firestar Diamond Inc & Fantasy Inc (Combined) | Case No. 18-10509 (SHL) / 18-10511 (SHL) |
|---|---|
| Debtor | Reporting Period: 5/1/19 - 5/31/19 |

| | Federal Tax I.D. # | 27-0082729 | Firestar Diamond Inc |
|---|---|---|---|
| | | 90-0881673 | Fantasy Inc |

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | See Exhibit A "Firestar & Fantasy Cash Register" |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | | Included |
| Cash disbursements journals | | | See Exhibit A " Firestar & Fantasy Cash Register" |
| Statement of Operations | MOR-2 | | See Exhibit B "Firestar, Fantasy & Consolidated Income Statements" |
| Balance Sheet | MOR-3 | | See Exhibit C "Firestar, Fantasy & Consolidated Balance Sheets" |
| Status of Post-petition Taxes | MOR-4 | | Not applicable |
| Copies of IRS Form 6123 or payment receipt | | | Not applicable |
| Copies of tax returns filed during reporting period | | | Not applicable |
| Summary of Unpaid Post-petition Debts | MOR-4 | | See Exhibit D "Post Petition Payables" |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Richard Levin, Chapter 11 Trustee                         6/24/2019

**This MOR reflects corrections from prior reports made to correctly reflect the Companies' financial statements.**

In re Firestar Diamond Inc & Fantasy Inc (Combined)
Debtor                                                    5/1/19 – 5/31/19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.   [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | Firestar United Bank Account (9796) | Fantasy United Bank Account (9842) | Current Month Total (All Accounts) |
|---|---|---|---|
| CASH BEGINNING OF MONTH | 1,093,947 | 467,210 | 1,561,157 |
| RECEIPTS | | | |
| Cash Sales | - | - | - |
| Collections On Pre-Petition Accounts Receivable | - | - | - |
| Collections On Post-Petition Accounts Receivable | 225,420 | - | 225,420 |
| Memo Sales | 17,617 | - | 17,617 |
| Sale Of Assets | 112,250 | - | 112,250 |
| Royalties | - | - | - |
| Other (Miscellaneous) | 329,554 | - | 329,554 |
| Transfers (From DIP Accts) | - | - | - |
| TOTAL  RECEIPTS | 684,841 | - | 684,841 |
| DISBURSEMENTS | | | |
| Net Payroll (Includes Employee's Payroll Taxes) | - | - | - |
| Payroll Taxes | - | - | - |
| Employee Benefits | (1,754) | - | (1,754) |
| Sales, Use, & Other Taxes | - | - | - |
| Utilities | - | - | - |
| Secured (Bank Loan Interest Payments & Quarterly Line Fee)/Rental/Leases | - | - | - |
| Insurance | (3,120) | - | (3,120) |
| Administrative | (804) | - | (804) |
| Logistics | - | - | - |
| Operations | (3,335) | - | (3,335) |
| Court Approved Wages, 503(B) 9 And Critical Vendors | - | - | - |
| Court Approved Bank Loan Payments | - | - | - |
| Restructuring | (9,247) | - | (9,247) |
| Investing Activities/90-Day Treasury Bill | - | - | - |
| Transfers (To DIP Accts) | - | - | - |
| Professional Fees | (365,684) | - | (365,684) |
| U.S. Trustee  Quarterly Fees | - | - | - |
| Court Costs | - | - | - |
| TOTAL DISBURSEMENTS | (383,943) | - | (383,943) |
| | | | |
| Net Cash Flow (Receipts Less Disbursements) | 300,899 | - | 300,899 |
| | | | |
| CASH – END OF MONTH | 1,394,846 | 467,210 | 1,862,055 |

**In re** Firestar Diamond Inc & Fantasy Inc (Combined)

**Debtor**                                        **5/1/19 - 5/31/19**

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

|  | Firestar Diamond Inc | Fantasy Inc | Total |
|---|---|---|---|
| **TOTAL DISBURSEMENTS** | (383,943) | - | (383,943) |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS  / PURCHASE OF 90-DAY TREASURY BILL | - | - | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY | - | - | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | (383,943) | - | (383,943) |

In re Firestar Diamond Inc & Fantasy Inc (Combined)   Case No. 18-10509 (SHL) / 18-10511 (SHL)

| Debtor | Reporting Period: | 5/1/19 - 5/31/19 |

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Firestar United Bank Account (9796) | Fantasy United Bank Account (9842) |
|---|---|---|
| **BALANCE PER BOOKS** | 1,394,846 | 467,210 |
| | | |
| BANK BALANCE | 1,402,450 | 467,210 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | (7,604) | - |
| OTHER *(ADJUSTMENTS TO BE POSTED TO BOOKS)* | - | - |
| | | |
| **ADJUSTED BANK BALANCE \*** | 1,394,846 | 467,210 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Ref. # | Amount | Date | Payor | Account |
|---|---|---|---|---|---|
| **CHECKS OUTSTANDING** | Ck. # | Amount | Date | Payee | Account |
| | 110 | 1,149.00 | 01/29/19 | CT Corporation | Firestar - 9796 |
| | 134 | 3,120.00 | 05/21/19 | JM Insurance Services, LLC | Firestar - 9796 |
| | 135 | 3,335.00 | 05/30/19 | Levon Dursunian | Firestar - 9796 |

**OTHER**

**In re** Firestar Diamond Inc & Fantasy Inc (Combined)     18-10509 (SHL) / 18-10511
    **Debtor**

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | CURRENT MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | 81,017 | 39,595,491 |
| Less:  Returns and Allowances | - | (7,126,874) |
| Net Revenue | 81,017 | 32,468,617 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 4,874,803 | 41,040,181 |
| Add: Purchases (includes returned goods) | - | 4,423,398 |
| Add: Cost of Labor | 3,335 | 265,139 |
| Add: Other Costs/Adjustments | - | 946,648 |
| Less:  Ending Inventory | 4,608,191 | 4,608,191 |
| Cost of Goods Sold | 269,947 | 42,067,175 |
| Gross Profit (Loss) | (188,930) | (9,598,559) |
| **OPERATING EXPENSES** | | |
| Advertising & Marketing | - | 488,900 |
| Auto and Truck Expense | - | - |
| Bad Debts | - | 9,076,146 |
| Contributions | - | - |
| Employee Benefits | - | 92,575 |
| Officer/Insider Compensation* | - | 235,967 |
| Insurance | 3,120 | 193,987 |
| Management Fees/Bonuses | - | - |
| Office Expense | (278,751) | (230,345) |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense | - | 270,627 |
| Salaries/Commissions/Fees | - | 1,285,536 |
| Show Expense | - | 68,765 |
| Supplies | - | - |
| Taxes - Payroll | - | 136,230 |
| Taxes - Real Estate | - | - |
| Taxes - Other | - | 42,165 |
| Travel and Entertainment | - | 24,464 |
| Utilities | - | 19,716 |
| Other *(see MOR-2a Schedule)* | 2,500 | 766,789 |
| Total Operating Expenses Before Depreciation | (273,131) | 12,471,520 |
| Depreciation/Depletion/Amortization | - | 287,697 |
| Net Profit (Loss) Before Other Income & Expenses | 84,201 | (22,357,775) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income | - | 58,375 |
| Interest Expense | - | 682,516 |
| Other Expense *(Bank Charges)* | - | 11,759 |
| Net Profit (Loss) Before Reorganization Items | 84,201 | (23,052,050) |

In re Firestar Diamond Inc & Fantasy Inc (Combined)    18-10509 (SHL) / 18-10511
**Debtor**

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | CURRENT MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| **REORGANIZATION ITEMS** | | |
| Professional Fees (*see MOR-6*) as adjusted | 355,899 | 5,891,018 |
| U. S. Trustee Quarterly Fees | 4,875 | 245,103 |
| Adj due to prior accrual true-up | (36,687) | 394,678 |
| Loss due to writeoff of Other Assets, Fixed Assets and accrued liabilities and expenses | - | 762,318 |
| Loss due to increase in Allowance for Bad Debt | - | 6,419,541 |
| Other Reorganization Expenses (*see below*) | 10,000 | 1,368,624 |
| Total Reorganization Expenses | 334,087 | 15,081,283 |
| Income Taxes | - | - |
| Net Profit (Loss) | (249,887) | (38,133,333) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY
OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| Legal Publication Fee for Bid Procedure | - | 17,967 |
| Adequate Protection Obligations (Bank's Attorneys' Fee) | - | 1,153,621 |
| V Discovery Fee | 10,000 | 197,037 |

**In re** Firestar Diamond Inc & Fantasy Inc    18-10509 (SHL) / 18-

**Debtor**

## OTHER EXPENSES  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| OTHER EXPENSES | CURRENT MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Shipping Expense | - | (3,048) |
| Royalty Expense | - | 163,010 |
| Computer Expense | - | 44,345 |
| Back Office Expense | - | 120,909 |
| Vault Monitors | - | 269,635 |
| Bank Charges | - | 17,123 |
| Professional Fees (pre-petition invoices) | - | 70,104 |
| Miscellaneous | 2,500 | 84,709 |
| | 2,500 | 766,788 |

|  | 18-10509 (SHL) / 18- |
|---|---|
| In re Firestar Diamond Inc & Fantasy Inc (Combined) | Case No.  10511 (SHL) |
| Debtor | Reporting Period:    5/1/19 - 5/31/19 |

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | **1,813,205** | **1,561,157** | **4,333,143** |
| Restricted Cash and Cash Equivalents | **5,018,517** | **4,969,667** | **-** |
| Accounts Receivable (Net of Advertising Allowance) | **1,063,843** | **1,201,335** | **21,045,799** |
| Notes Receivable | **-** | **-** | **-** |
| Inventories | **4,608,191** | **4,874,803** | **41,040,181** |
| Prepaid Expenses | **-** | **-** | **560,841** |
| Professional Retainers | **-** | **-** | **-** |
| Other Current Assets *(See tab "Balance Sheet")* | **-** | **-** | **-** |
| *TOTAL CURRENT ASSETS* | **12,503,755** | **12,606,961** | **66,979,964** |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | **-** | **-** | **-** |
| Machinery and Equipment | **-** | **-** | **279,061** |
| Furniture, Fixtures and Office Equipment | **-** | **-** | **3,543,518** |
| Leasehold Improvements | **-** | **-** | **480,116** |
| Vehicles | **-** | **-** | **-** |
| Less:  Accumulated Depreciation | **-** | **-** | **(3,798,079)** |
| *TOTAL PROPERTY & EQUIPMENT* | **-** | **-** | **504,616** |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | **2,275,539** | **2,275,539** | **2,321,040** |
| Other Assets | **-** | **-** | **2,410,108** |
| *TOTAL OTHER ASSETS* | **2,275,539** | **2,275,539** | **4,731,148** |
| *TOTAL ASSETS* | **14,779,295** | **14,882,500** | **72,215,728** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable *(refer to FORM MOR-4 for breakdown)* | **19,575** | **17,075** | **-** |
| Taxes Payable *(refer to FORM MOR-4)* | **-** | **-** | **-** |
| Wages Payable | **-** | **-** | **-** |
| Due to Escrow Account | **48,850** | **-** | **-** |
| Rent / Leases - Building/Equipment | **-** | **-** | **-** |
| Secured Debt / Adequate Protection Payments | **-** | **-** | **-** |
| Professional Fees | **2,025,778** | **1,930,447** | **-** |
| Amounts Due to Insiders* | **-** | **-** | **-** |
| Other Post-petition Liabilities *(Accrued Disability & 401K Payable)* | **-** | **-** | **-** |
| *TOTAL POST-PETITION LIABILITIES* | **2,094,203** | **1,947,522** | **-** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | **-** | **-** | **20,079,007** |
| Priority Debt | **-** | **-** | **-** |
| Deferred Taxes - Long Term | **-** | **-** | **670,000** |
| Deferred Rent | **-** | **-** | **96,189** |
| Unsecured Debt | **44,075,599** | **44,075,599** | **44,627,706** |
| *TOTAL PRE-PETITION LIABILITIES* | **44,075,599** | **44,075,599** | **65,472,902** |
| *TOTAL LIABILITIES* | **46,169,802** | **46,023,121** | **65,472,902** |
| *OWNERS' EQUITY* | | | |
| Capital Stock | **110** | **110** | **110** |
| Additional Paid-In Capital | **4,705,790** | **4,705,790** | **4,705,790** |
| Partners' Capital Account | **-** | **-** | **-** |
| Owner's Equity Account | **-** | **-** | **-** |
| Retained Earnings - Pre-Petition | **2,036,926** | **2,036,926** | **2,036,926** |
| Retained Earnings - Post-petition | **(38,133,333)** | **(37,883,447)** | **-** |
| Adjustments to Owner Equity *(See Below)* | **-** | **-** | **-** |
| Post-petition Contributions  *(attach schedule)* | **-** | **-** | **-** |
| *NET OWNERS' EQUITY* | **(31,390,507)** | **(31,140,621)** | **6,742,826** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **14,779,295** | **14,882,501** | **72,215,728** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Firestar Diamond Inc & Fantasy Inc (Combined)  Case No. 18-10509 (SHL) / 18-10511 (SHL)

**Debtor**  Reporting Period: 5/1/19 - 5/31/19

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | - | - | - | | | - |
| FICA/Medicare-Employee | - | - | - | | | - |
| FICA/Medicare-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | - |
| Other: | - | - | - | | | - |
| Total Federal Taxes | - | - | - | - | - | - |
| **State and Local** | | | | | | |
| Withholding | - | - | - | | | - |
| Sales | - | - | | | | - |
| Excise | - | - | | | | - |
| Unemployment | - | - | - | | | - |
| Real Property | - | - | | | | - |
| Personal Property | - | - | | | | - |
| Other (Local): | - | - | - | | | - |
| Total State and Local | - | - | - | | | - |
| | | | | | | |
| **Total Taxes** | - | - | - | - | - | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attached is the aged listing of accounts payable.

| | Current | 1-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | **12,700** | **2,500** | - | - | 4,375 | **19,575** |
| Plus Debit balances in Post-Petition A/P, which were added to A/R | - | - | - | - | - | - |
| Plus Credit balances in A/R, which were added to A/P | - | - | - | - | 23,252 | 23,252 |
| Wages Payable | - | - | - | - | - | - |
| Professional Fees **(Accrued)** | 355,899 | 492,343 | 77,964 | 41,337 | 1,058,234 | 2,025,778 |
| Amounts Due to Insiders **(Accrued Payroll)** | - | - | - | - | - | - |
| Other: (Accrued Disability & 401K Payable) | - | - | - | - | - | - |
| Other: | - | - | - | - | - | - |
| **Total Post-petition Debts** | 368,599 | 494,843 | 77,964 | 41,337 | 1,085,861 | 2,068,605 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

The Debtors expect to pay all Post-Petition debts with their existing cash.

**In re** Firestar Diamond Inc & Fantasy Inc (Combined)                **Case No.** 18-10509 (SHL) / 18-10511 (SHL)

         **Debtor**                                                    **Reporting Period:** 5/1/19 - 5/31/19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 7,495,220 |
| Plus: Amounts billed (net) during the period | 110,000 |
| Less: Amounts collected during the period | (335,420) |
| Plus: A/R collected previously not captured | 87,928 |
| Total Accounts Receivable at the end of the reporting period | 7,357,728 |

**Aged by Invoice Date**

| Accounts Receivable Aging | 1-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 1 - 30 days old | - | | | | - |
| 31 - 60 days old | | - | | | - |
| 61 - 90 days old | | | 11,483 | | 11,483 |
| 91+ days old | | | | 7,346,246 | 7,346,246 |
| Total Accounts Receivable | - | - | 11,483 | 7,346,246 | 7,357,728 |
| | | | | | |
| Less Bad Debt Allowance & Accrued Advertising Allowance  (includes $30 variance)** | - | - | - | (6,419,541) | (6,419,541) |
| Net Accounts Receivable (Exclusive of Debit Balances & Inclusive of Credit Balances) | - | - | 11,483 | 926,704 | 938,187 |
| Plus Credit Balances in AR Aging | - | - | - | (23,252) | (23,252) |
| Plus Debit Balances in AP Aging | - | - | - | - | - |
| | | | | | |
| Net Accounts Receivable (Inclusive of Debit Balances and Exclusive of Credit Balances) | - | - | 11,483 | 903,452 | 914,935 |

**This is a general reserve recorded for financial statement reporting purposes, according to GAAP (Generally Accepted Accounting Principles).  It is not a write-off.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re: Shirae International (Pantages) Corp. (18-10509)
Debtor

Reporting Period: 5/1/19 - 5/31/19

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID IN CURRENT PERIOD | DATE PAID | TOTAL PAID TO DATE |
| Mihir Bhansali | Reimbursement for Marketing Expense Paid | | | $ 10,500.00 |
| Mihir Bhansali | Reimbursement for Cell Phone Fee Paid | | | $ 190.99 |
| Mihir Bhansali | Net Payroll | | | $ 12,736.81 |
| Ajay Gandhi | Reimbursement for Telephone Expense Paid | | | $ 300.00 |
| Ajay Gandhi | Net Payroll | | | $ 36,948.36 |
| RSR Consulting | Director's Fee | | | $ 47,220.00 |
| | TOTAL PAYMENTS TO INSIDERS | $ - | | $ 107,896.16 |

| PROFESSIONALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME | APPLICABLE FEE PERIOD | AMOUNT OF MONTHLY FEE STATEMENT | AMOUNT APPROVED | AMOUNT PAID IN CURRENT MONTH | AMOUNT PAID IN PRIOR PERIODS | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Getzler Henrich & Associates , LLC | February 26, 2018 - March 31, 2018 | 95,498 | 95,498 | - | 95,498 | 95,498 | - |
| Getzler Henrich & Associates , LLC | April 1, 2018 - April 30, 2018 | 73,256 | 73,256 | - | 73,256 | 168,754 | - |
| Getzler Henrich & Associates , LLC | May 1, 2018 - May 31, 2018 | 104,230 | 104,230 | - | 104,230 | 272,984 | - |
| Getzler Henrich & Associates , LLC | June 1, 2018 - June 30, 2018 | 81,578 | 81,578 | - | 81,578 | 354,562 | - |
| Getzler Henrich & Associates , LLC | July 1, 2018 - August 4, 2018 | 116,280 | 116,280 | - | 116,280 | 470,842 | - |
| Getzler Henrich & Associates , LLC | August 5, 2018 - September 1, 2018 | 80,898 | 80,898 | - | 80,578 | 551,420 | 320 |
| Getzler Henrich & Associates , LLC | September 2, 2018 - September 30, 2018 | 71,090 | 71,090 | - | 71,161 | 622,581 | 248 |
| Getzler Henrich & Associates , LLC | October 1, 2018 - October 27, 2018 | 48,493 | 48,493 | - | 48,559 | 671,140 | 182 |
| Getzler Henrich & Associates , LLC | October 28, 2018 - December 1, 2018 | 28,328 | 28,328 | - | 28,403 | 699,543 | 107 |
| Getzler Henrich & Associates , LLC | December 1, 2018 - December 31, 2018 | 16,444 | 16,444 | - | - | 699,543 | 16,551 |
| Getzler Henrich & Associates , LLC - Accrued | January 1, 2019 - January 31, 2019 | 16,000 | - | - | - | 699,543 | 32,551 |
| Getzler Henrich & Associates , LLC - Accrued | February 1, 2019 - February 28, 2019 | 5,000 | - | - | - | 699,543 | 37,551 |
| Getzler Henrich & Associates , LLC - Accrued | March 1, 2019 - March 31, 2019 | 2,000 | - | - | - | 699,543 | 39,551 |
| Klestadt Winters Jureller Southard & Stevens LLP | February 26, 2018 - March 31, 2018 | 343,770 | 275,298 | - | - | - | 343,770 |
| Klestadt Winters Jureller Southard & Stevens LLP | April 1, 2018 - April 30, 2018 | 166,497 | 133,589 | - | 408,917 | 408,917 | 101,350 |
| Klestadt Winters Jureller Southard & Stevens LLP | May 1, 2018 - May 31, 2018 | 166,543 | 133,985 | - | 133,985 | 542,902 | 133,908 |
| Klestadt Winters Jureller Southard & Stevens LLP | June 1, 2018 - June 14, 2018 | 50,294 | - | - | 40,504 | 583,406 | 143,698 |
| Forchelli Deegan Terrana LLP | February 26, 2018 - March 31, 2018 | 14,593 | 11,674 | - | - | - | 14,593 |
| Forchelli Deegan Terrana LLP | April 1, 2018 - April 30, 2018 | 3,569 | 2,855 | - | 14,529 | 14,529 | 3,632 |
| Forchelli Deegan Terrana LLP | May 1, 2018 - May 31, 2018 | 4,095 | 3,276 | - | - | 14,529 | 7,727 |
| Forchelli Deegan Terrana LLP | June 1, 2018 - June 3, 2018 | 1,107 | 936 | - | 4,246 | 18,775 | 4,588 |
| Lackenbach Siegel, LLP | February 26, 2018 - March 31, 2018 | 23,855 | 19,168 | - | 19,168 | - | 4,688 |
| Lackenbach Siegel, LLP | April 1, 2018 - April 30, 2018 | 15,173 | 12,977 | - | - | - | 19,860 |
| Lackenbach Siegel, LLP | May 1, 2018 - May 31, 2018 | 20,740 | 17,008 | - | 29,975 | 29,975 | 10,626 |
| Lackenbach Siegel, LLP | June 1, 2018 - June 14, 2018 | 4,954 | 3,963 | - | 3,963 | 33,938 | 11,616 |
| Lackenbach Siegel, LLP | June 15, 2018 - July 31, 2018 | 19,156 | 15,325 | - | - | 33,938 | 30,772 |
| Lackenbach Siegel, LLP | August 1, 2018 - August 31, 2018 | 32,619 | 26,674 | - | 39,960 | 73,898 | 23,432 |
| Lackenbach Siegel, LLP | September 1, 2018 - November 30, 2018 | 22,442 | 18,119 | - | 18,119 | 92,017 | 27,754 |
| Lackenbach Siegel, LLP | December 1, 2018 - December 31, 2018 | 7,770 | 6,568 | - | - | 92,017 | 35,524 |
| Lackenbach Siegel, LLP | January 1, 2019 - January 31, 2019 | 3,217 | 2,730 | - | 9,298 | 101,315 | 29,443 |
| Lackenbach Siegel, LLP | February 1, 2019 - March 31, 2019 | 10,199 | 9,403 | - | 21,393 | 122,708 | 18,249 |
| Lackenbach Siegel, LLP | April 1, 2019 - April 30, 2019 | 8,937 | 7,988 | - | - | 122,708 | 27,186 |
| Lackenbach Siegel, LLP - Accrued | May 1, 2019 - May 31, 2019 | 10,000 | - | - | - | 122,708 | 37,186 |
| Marks Paneth LLP | February 26, 2018 - March 31, 2018 | 180,214 | 144,171 | - | - | - | 180,214 |
| Marks Paneth LLP | April 1, 2018 - April 30, 2018 | 87,345 | 69,876 | - | 214,047 | 214,047 | 53,512 |
| Marks Paneth LLP | May 1, 2018 - May 31, 2018 | 87,086 | 69,668 | - | 69,668 | 283,715 | 70,929 |
| Marks Paneth LLP | June 1, 2018 - June 30, 2018 | 127,955 | 44,122 | - | 44,122 | 327,837 | 154,762 |
| Baker Hostetler LLP (examiner) | April 1, 2018 - April 30, 2018 | 4,484 | 3,587 | - | 3,587 | 3,587 | 897 |
| Baker Hostetler LLP (examiner) | May 1, 2018 - May 31, 2018 | 14,160 | 11,328 | - | 11,328 | 14,915 | 3,729 |
| Baker Hostetler LLP (examiner) | June 1, 2018 - June 30, 2018 | 5,517 | 4,413 | - | 4,413 | 19,328 | 4,832 |
| Baker Hostetler LLP (examiner) | July 1, 2018 - July 31, 2018 | 6,136 | 4,909 | - | 4,909 | 24,237 | 6,059 |
| Baker Hostetler LLP (examiner) | August 1, 2018 - August 31, 2018 | 27,052 | 21,641 | - | 21,641 | 45,878 | 11,470 |
| Baker Hostetler LLP (examiner) | September 1, 2018 - September 30, 2018 | 3,294 | 2,645 | - | 8,704 | 54,583 | 6,059 |

FORM MOR-6
2/2008
PAGE 11 OF 24

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID IN CURRENT PERIOD | DATE PAID | TOTAL PAID TO DATE |
| Mihir Bhansali | Reimbursement for Marketing Expense Paid | | | $ 10,500.00 |
| Mihir Bhansali | Reimbursement for Cell Phone Fee Paid | | | $ 190.99 |
| Mihir Bhansali | Net Payroll | | | $ 12,736.81 |
| Ajay Gandhi | Reimbursement for Telephone Expense Paid | | | $ 300.00 |
| Ajay Gandhi | Net Payroll | | | $ 36,948.36 |
| RSR Consulting | Director's Fee | | | $ 47,220.00 |
| TOTAL PAYMENTS TO INSIDERS | | $ - | | $ 107,896.16 |

| PROFESSIONALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME | APPLICABLE FEE PERIOD | AMOUNT OF MONTHLY FEE STATEMENT | AMOUNT APPROVED | AMOUNT PAID IN CURRENT MONTH | AMOUNT PAID IN PRIOR PERIODS | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Baker Hostetler LLP (attorney for examiner) | April 1, 2018 - April 30, 2018 | 34,823 | 27,863 | - | 27,863 | 27,863 | 6,960 |
| Baker Hostetler LLP (attorney for examiner) | May 1, 2018 - May 31, 2018 | 121,921 | 97,720 | - | 32,131 | 59,995 | 96,749 |
| Baker Hostetler LLP (attorney for examiner) | June 1, 2018 - June 30, 2018 | 127,747 | 104,019 | - | 44,087 | 104,082 | 180,410 |
| Baker Hostetler LLP (attorney for examiner) | July 1, 2018 - July 31, 2018 | 126,553 | 102,865 | - | 40,038 | 144,120 | 266,925 |
| Baker Hostetler LLP (attorney for examiner) | August 1, 2018 - August 31, 2018 | 272,096 | 219,598 | - | - | 144,120 | 539,021 |
| Baker Hostetler LLP (attorney for examiner) | September 1, 2018 - September 30, 2018 | 17,715 | 15,481 | - | 423,141 | 567,261 | 133,595 |
| Baker Hostetler LLP (attorney for examiner) | October 1, 2018 - October 31, 2018 | 14,314 | 11,461 | - | 139,541 | 706,802 | 8,368 |
| Baker Hostetler LLP (attorney for examiner) | October 1, 2018 - December 31, 2018 | 3,953 | 3,162 | - | - | 706,802 | 12,321 |
| Baker Hostetler LLP (attorney for examiner) | January 1, 2019 - March 31, 2019 | 2,744 | 2,208 | 4,416 | - | 711,218 | 10,649 |
| Baker Hostetler LLP (attorney for examiner) | April 1, 2019 - April 30, 2019 | 1,627 | 1,302 | - | - | **711,218** | **12,276** |
| Alvarez & Marsal (FA for examiner) | April 19, 2018 - May 31, 2018 | 90,234 | 72,986 | - | 46,541 | 46,541 | 43,693 |
| Alvarez & Marsal (FA for examiner) | June 1, 2018 - June 30, 2018 | 149,735 | 120,209 | - | 41,500 | 88,040 | 151,928 |
| Alvarez & Marsal (FA for examiner) | July 1, 2018 - July 31, 2018 | 130,925 | 105,383 | - | 40,053 | 128,093 | 242,800 |
| Alvarez & Marsal (FA for examiner) | August 1, 2018 - August 31, 2018 | 124,157 | 99,378 | - | 318,410 | **446,504** | **48,547** |
| Jenner & Block LLP (Trustee) | June 14, 2018 - July 31, 2018 | 191,586 | 153,772 | - | 154,046 | 154,046 | 37,540 |
| Jenner & Block LLP (Trustee) | August 1, 2018 - August 31, 2018 | 113,573 | 91,388 | - | 91,388 | 245,434 | 59,725 |
| Jenner & Block LLP (Trustee) | September 1, 2018 - September 30, 2018 | 102,882 | 82,305 | - | 82,379 | 327,814 | 80,228 |
| Jenner & Block LLP (Trustee) | October 1, 2018 - October 31, 2018 | 105,943 | 85,322 | - | 85,322 | 413,136 | 100,848 |
| Jenner & Block LLP (Trustee) | November 1, 2018 - November 30, 2018 | 61,278 | 49,247 | - | 49,247 | 462,383 | 112,879 |
| Jenner & Block LLP (Trustee) | December 1, 2018 - December 31, 2018 | 90,137 | 72,521 | - | 72,521 | 534,904 | 130,495 |
| Jenner & Block LLP (Trustee) | January 1, 2019 - January 31, 2019 | 127,126 | 101,916 | - | 101,916 | 636,820 | 155,704 |
| Jenner & Block LLP (Trustee) | February 1, 2019 - February 28, 2019 | 110,418 | 88,509 | - | 110,418 | 747,239 | 155,704 |
| Jenner & Block LLP (Trustee) | March 1, 2019 - March 31, 2019 | 257,001 | 206,016 | 206,016 | - | 953,255 | 206,690 |
| Jenner & Block LLP (Trustee) | April 1, 2019 - April 30, 2019 | 237,935 | 191,205 | - | - | 953,255 | 444,625 |
| Jenner & Block LLP (Trustee) - Accrued | May 1, 2019 - May 31, 2019 | 200,000 | - | - | - | **953,255** | **644,625** |
| Chapter 11 Trustee | June 14, 2018 - July 31, 2018 | 379,967 | 303,974 | - | 303,974 | 303,974 | 75,993 |
| Chapter 11 Trustee | November 1, 2018 - November 30, 2018 | 189,219 | - | - | - | 303,974 | 265,212 |
| Chapter 11 Trustee | December 1, 2018 - December 31, 2018 | 32,618 | - | - | - | 303,974 | 297,831 |
| Chapter 11 Trustee | January 1, 2019 - January 31, 2019 | 6,041 | - | - | - | 303,974 | 303,872 |
| Chapter 11 Trustee | February 1, 2019 - February 28, 2019 | 7,540 | - | - | - | 303,974 | 311,412 |
| Chapter 11 Trustee | March 1, 2019 - March 31, 2019 | 5,419 | - | - | - | 303,974 | 316,831 |
| Chapter 11 Trustee | April 1, 2019 - April 30, 2019 | 6,862 | - | - | - | 303,974 | 323,692 |
| Chapter 11 Trustee | May 1, 2019 - May 31, 2019 | 11,518 | - | - | - | **303,974** | **335,211** |
| Alvarez & Marsal (FA for Trustee) | June 1, 2018 - June 30, 2018 | 12,000 | 9,600 | - | - | - | 12,000 |
| Alvarez & Marsal (FA for Trustee) | July 1, 2018 - July 31, 2018 | 17,207 | 13,771 | - | 23,371 | 23,371 | 5,836 |
| Alvarez & Marsal (FA for Trustee) | August 1, 2018 - August 31, 2018 | 44,263 | 35,411 | - | 35,411 | 58,782 | 14,689 |
| Alvarez & Marsal (FA for Trustee) | September 1, 2018 - September 30, 2018 | 139,726 | 111,873 | - | 111,873 | 170,655 | 42,542 |
| Alvarez & Marsal (FA for Trustee) | October 1, 2018 - October 31, 2018 | 147,162 | 117,927 | - | 117,927 | 288,582 | 71,777 |
| Alvarez & Marsal (FA for Trustee) | November 1, 2018 - November 30, 2018 | 71,960 | 57,591 | - | 57,591 | 346,173 | 86,146 |
| Alvarez & Marsal (FA for Trustee) | December 1, 2018 - December 31, 2018 | 76,658 | 61,347 | - | 122,624 | 468,797 | 40,179 |
| Alvarez & Marsal (FA for Trustee) | January 1, 2019 - January 31, 2019 | 63,437 | 50,820 | - | - | 468,797 | 103,616 |
| Alvarez & Marsal (FA for Trustee) | February 1, 2019 - February 28, 2019 | 54,592 | 43,928 | - | 32,280 | 501,077 | 125,928 |
| Alvarez & Marsal (FA for Trustee) | March 1, 2019 - March 31, 2019 | 126,521 | 101,814 | 101,814 | - | 602,891 | 150,635 |
| Alvarez & Marsal (FA for Trustee) | April 1, 2019 - April 30, 2019 | 157,319 | 126,106 | - | - | 602,891 | 307,953 |
| Alvarez & Marsal (FA for Trustee) - Accrued | May 1, 2019 - May 31, 2019 | 100,000 | - | - | - | **602,891** | **407,953** |

In re: Firestar Diamond, Inc. (18-10509)(SHL)
Debtor

Reporting Period: 5/1/19 - 5/31/19

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID IN CURRENT PERIOD | DATE PAID | TOTAL PAID TO DATE |
| Mihir Bhansali | Reimbursement for Marketing Expense Paid | | | $ 10,500.00 |
| Mihir Bhansali | Reimbursement for Cell Phone Fee Paid | | | $ 190.99 |
| Mihir Bhansali | Net Payroll | | | $ 12,736.81 |
| Ajay Gandhi | Reimbursement for Telephone Expense Paid | | | $ 300.00 |
| Ajay Gandhi | Net Payroll | | | $ 36,948.36 |
| RSR Consulting | Director's Fee | | | $ 47,220.00 |
| | TOTAL PAYMENTS TO INSIDERS | $            - | | $ 107,896.16 |

| PROFESSIONALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME | APPLICABLE FEE PERIOD | AMOUNT OF MONTHLY FEE STATEMENT | AMOUNT APPROVED | AMOUNT PAID IN CURRENT MONTH | AMOUNT PAID IN PRIOR PERIODS | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Gem Certification & Assurance Lab, Inc. | August 1, 2018 - August 31, 2018 | 44,188 | 35,350 | - | 35,350 | 35,350 | 8,838 |
| Gem Certification & Assurance Lab, Inc. | September 1, 2018 - September 30, 2018 | 73,050 | 58,440 | - | 58,440 | 93,790 | 23,448 |
| Gem Certification & Assurance Lab, Inc. | October 1, 2018 - October 31, 2018 | 29,313 | 23,450 | - | 23,450 | 117,240 | 29,310 |
| Gem Certification & Assurance Lab, Inc. | November 1, 2018 - November 30, 2018 | 24,363 | 19,490 | - | 19,490 | 136,730 | 34,183 |
| Gem Certification & Assurance Lab, Inc. | December 1, 2018 - December 31, 2018 | 36,375 | 29,100 | - | 29,100 | 165,830 | 41,458 |
| Gem Certification & Assurance Lab, Inc. | January 1, 2019 - January 31, 2019 | 39,038 | 31,230 | - | 31,230 | 197,060 | 49,265 |
| Gem Certification & Assurance Lab, Inc. | February 1, 2019 - February 28, 2019 | 32,425 | 25,940 | - | 25,940 | 223,000 | 55,750 |
| Gem Certification & Assurance Lab, Inc. | March 1, 2019 - March 31, 2019 | 30,238 | 24,190 | 24,190 | - | 247,190 | 61,798 |
| Gem Certification & Assurance Lab, Inc. - Accrued | April 1, 2019 - April 30, 2019 | 41,963 | 33,570 | - | - | 247,190 | 103,760 |
| Gem Certification & Assurance Lab, Inc. - Accrued | April 1, 2019 - April 30, 2019 | 30,000 | - | - | - | **247,190** | **133,760** |
| Whitley Penn, LLP | November 14, 2018 - January 31, 2019 | 36,518 | 29,248 | 29,248 | - | 29,248 | 7,270 |
| Whitley Penn, LLP - Accrued | February 1, 2018 - April 30, 2019 | 35,000 | - | - | - | **29,248** | **42,270** |
| Frankfurt Kurnit Klein & Selz, P.C. | March 31, 2019 - April 30, 2019 | 2,754 | 2,203 | - | - | - | 2,754 |
| Michael J. Agusta, Esq. as Counsel | August 13, 2018 - January 31, 2019 | 6,538 | - | - | - | - | 6,538 |
| Michael J. Agusta, Esq. as Counsel - Accrued | February 1, 2018 - April 30, 2019 | 6,000 | - | - | - | **-** | **12,538** |
| | TOTAL PAYMENTS TO PROFESSIONALS | 7,146,076 | 5,246,203 | 365,684 | 4,754,615 | 5,101,131 | 2,025,778 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED, PER THE MONTHLY FEE STATEMENT FILED.

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | TOTAL PAYMENTS | - | - |

**In re** Firestar Diamond Inc & Fantasy Inc (Combined)  **Case No.** 18-10509 (SHL) / 18-10511 (SHL)

Debtor  **Reporting Period:** 5/1/19 - 5/31/19

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | X | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? ** | X | |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

\* Private sales resulted in the sale of inventory for $110,000 during the period.

\*\* Operating Expenses from Old AJ, Inc.

**Firestar Diamond, Inc.**

**Cash Register**

**5/1/19 - 5/31/19**

Firestar Diamond Inc. Detail Trial Balance

Includes Activities from May 1, 2019 to May 31, 2019

*Firestar United Bank Account (9796)*

| Posting Date | Description | Debit Activities | Credit Activities | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | 1,093,947.13 |
| 5/1/2019 | Zale Corporation | 2,795.60 | | |
| 5/1/2019 | Zale Corporation | 14,821.27 | | |
| 5/8/2019 | WhitleyPenn LLP | | (29,247.60) | |
| 5/8/2019 | Baker & Hostetler LLP | | (4,415.69) | |
| 5/8/2019 | Jenner & Block LLP | | (206,015.78) | |
| 5/14/2019 | Fidelity Investments Institutional Operations | | (1,753.57) | |
| 5/14/2019 | Gem Certification and Assuance Lab, LLC | | (24,190.00) | |
| 5/14/2019 | Alvarez & Marsal Global Disputes & Investigations | | (101,814.45) | |
| 5/15/2019 | Sterling Jewelers | 225,419.91 | | |
| 5/16/2019 | vDiscovery | | (9,246.75) | |
| 5/21/2019 | FedEx | 40,035.55 | | |
| 5/21/2019 | Martin V. Marten Spirit Lake Jewelers | 110,000.00 | | |
| 5/21/2019 | Amipi, Inc. | 48,850.00 | | |
| 5/21/2019 | U.S. Treasury | 15,721.56 | | |
| 5/21/2019 | U.S. Treasury | 3,556.51 | | |
| 5/21/2019 | U.S. Treasury | 2,232.62 | | |
| 5/21/2019 | U.S. Treasury | 7,602.44 | | |
| 5/21/2019 | U.S. Treasury | 1,589.03 | | |
| 5/21/2019 | U.S. Treasury | 12,660.73 | | |
| 5/21/2019 | U.S. Treasury | 5,039.97 | | |
| 5/21/2019 | U.S. Treasury | 4,696.68 | | |
| 5/21/2019 | U.S. Treasury | 4,635.65 | | |
| 5/21/2019 | U.S. Treasury | 11,096.65 | | |
| 5/21/2019 | U.S. Treasury | 17,735.40 | | |
| 5/21/2019 | U.S. Treasury | 2,791.35 | | |
| 5/21/2019 | U.S. Treasury | 18,312.73 | | |
| 5/21/2019 | U.S. Treasury | 2,892.61 | | |
| 5/21/2019 | U.S. Treasury | 4,715.67 | | |
| 5/21/2019 | U.S. Treasury | 16,036.90 | | |
| 5/21/2019 | U.S. Treasury | 4,292.47 | | |
| 5/21/2019 | U.S. Treasury | 5,076.65 | | |
| 5/21/2019 | U.S. Treasury | 7,451.11 | | |
| 5/21/2019 | U.S. Treasury | 1,362.77 | | |
| 5/21/2019 | U.S. Treasury | 9,341.24 | | |
| 5/21/2019 | U.S. Treasury | 16,848.95 | | |
| 5/21/2019 | U.S. Treasury | 13,335.12 | | |
| 5/21/2019 | JM Insurance Services, LLC | | (3,120.00) | |
| 5/22/2019 | Iron Mountain | | (803.86) | |
| 5/28/2019 | Real Gems Corporation | 2,250.00 | | |
| 5/29/2019 | U.S. Treasury | 14,738.04 | | |
| 5/29/2019 | U.S. Treasury | 5,368.08 | | |
| 5/29/2019 | U.S. Treasury | 2,465.02 | | |
| 5/29/2019 | U.S. Treasury | 7,760.48 | | |
| 5/29/2019 | U.S. Treasury | 2,893.84 | | |
| 5/29/2019 | U.S. Treasury | 3,001.92 | | |
| 5/29/2019 | Staples, Inc. | 15,416.68 | | |
| 5/30/2019 | Levon Dursunian | | (3,335.00) | |
| | Ending Balance | 684,841.20 | (383,942.70) | 1,394,845.63 |

| January 2019 Total | Amount |
|---|---|
| A/R Collections (Pre Petition) | - |
| A/R Collections (Post Petition) | 225,419.91 |
| Memo Sales (Post Petition) | 17,616.87 |
| Receipt from A. Jaffe (Affiliate) for shared expenses | - |
| Miscellaneous Deposits | 329,554.42 |
| Sale of Assets | 112,250.00 |
| Royalties (Receipts) | - |
| V Discovery (Restructuring Costs) | 9,246.75 |
| Claims Agent Reorg | - |
| US Trustee | - |
| Jenner/Trustee (Professional Fees) | 206,015.78 |
| Financial Advisors (MP and A&M) (Professional Fees) | 101,814.45 |
| Whitley Penn (Professional Fees) | 29,247.60 |
| Baker & Hostetler (Professional Fees) | 4,415.69 |
| Lackenbach Siegel LLP (Professional Fees) | - |
| Special Counsel for IP Matters (Professional Fees) | - |
| CRO (Professional Fees) | - |
| GCAL (Professional Fees) | 24,190.00 |
| Transfers to DIP Accounts | - |
| Transfers from DIP Accounts | - |
| Contractor (Operations) | 3,335.00 |
| Appraisals (Operations) | - |
| Royalties (Operations) | - |
| Freight In (Operations) | - |
| Other Cost of Sales (Operations) | - |
| Security Expenses (Operations) | - |
| Office Expenses/Bank Charges (Administrative) | 803.86 |
| Investing Activities | - |
| Net Payroll (Includes Employee's Taxes) | - |
| Sales, Use, & Other Taxes | - |
| Employee Benefits | 1,753.57 |
| Insurance (Worker's Comp, Jeweler's Block & Other) | 3,120.00 |
| Telephone Expenses | |
| Total GL Account Movement (Debits + Credits) | 1,068,783.90 |

**Fantasy Inc.**
**Cash Register**
5/1/19 - 5/31/19

**Detail Trial Balance**
Includes Activities from May 1, 2019 to May 31, 2019
Fantasy, Inc.

*United Bank Account #9842*

| Posting Date | Desc. | Debit | Credit | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | 467,210 |

| Amount | Description |
|---|---|
| - | Transfer to Other DIP Accounts |
| - | Transfer From Other DIP Accounts |
| - | US Trustee Fees |
| - | Professional Fees |
| - | Memo Sales (Post Petition) |
| - | Sale of Assets |
| - | Treasury Bill |

| | | | | |
|---|---|---|---|---|
| Total Activities | | - | - | - |
| **Ending Balance** | | | | 467,210 |

| | | | |
|---|---|---|---|
| Report Total Beginning Balance. . | | | 467,210 |
| Report Total Activities | - | - | - |
| Report Total Ending Balance . . . | | | 467,210 |

**FIRESTAR DIAMOND, INC.**
**INCOME STATEMENT**
**FOR THE PERIOD (5/1/19 - 5/31/19)**

|  | 5/1/2019 - 5/31/2019 |
|---|---:|
| **SALES** | |
| Sales - Regular | 63,400 |
| Sales - Memo Reporting | 17,617 |
|  | **81,017** |
| | |
| **COST OF GOODS SOLD** | |
| COGS - Regular | 265,302 |
| COGS - Memo Reporting | 1,310 |
| Labor & Repairs | 3,335 |
|  | **269,947** |
| | |
| **GROSS PROFIT** | **(188,930)** |
| | |
| **NET SALES** | **81,017** |
| **COGS - NET SALES** | **269,947** |
| | |
| **GROSS PROFIT NET OF RETURNS** | **(188,930)** |
| | |
| **OTHER INCOME** | |
| Royalty Income | - |
| | |
| **REVISED GROSS PROFIT** | **(188,930)** |
| | |
| **GENERAL & ADMIN EXP.** | |
| Miscellaneous Exp. | (278,951) |
| Storage Expenses | 200 |
| Insurance - Block Policy | 3,120 |
| Legal Fees | 355,899 |
| Professional Fees - Other | 10,000 |
| Omni Management Fee | 2,500 |
| UST Acrrual | 4,875 |
|  | **97,644** |
| | |
| **TOTAL EXP. BEFORE INT & DEP** | **97,644** |
| | |
| **EBIT** | **(286,574)** |
| | |
| **Gain due to Accrual True/Up** | **36,687** |
| | |
| **CORPORATE TAXES** | |
| Provision for Taxes - Other States | - |
|  | - |
| | |
| **NET LOSS** | **(249,887)** |

**FANTASY, INC.**
**INCOME STATEMENT**
**FOR THE PERIOD (5/1/19 - 5/31/19)**

|  | 5/1/2019 -<br>5/31/2019 |
|---|---|
| **SALES** |  |
| Sales - Regular | - |
| Sales - Memo Reporting | - |
|  | - |
|  |  |
| **COST OF GOODS SOLD** |  |
| COGS - Regular | - |
| COGS - Memo Reporting | - |
| Shipping Exp  / Freight | - |
|  | - |
|  |  |
| **GROSS PROFIT** | - |
|  |  |
| Returns - Regular | - |
|  |  |
| COGS - Regular / Returns | - |
|  |  |
| **NET SALES** | - |
| **COGS - NET SALES** | - |
|  |  |
| **GROSS PROFIT NET OF RETURNS** | - |
|  |  |
| **REVISED GROSS PROFIT** | - |
|  |  |
| **EBIT** | - |
|  |  |
| **Gain due to Accrual and**<br>**Intercompany Liability True/Up** | - |
|  |  |
| **NET LOSS BEFORE TAXES** | - |
|  |  |
| **NET LOSS** | - |

**FIRESTAR DIAMOND, INC. / FANTASY INC.**
**CONSOLIDATED INCOME STATEMENT**
**FOR THE PERIOD (5/1/19 - 5/31/19)**

| | 5/1/2019 - 5/31/2019 | | May Groupings | |
|---|---|---|---|---|
| **SALES** | | | | |
| Sales - Regular | 63,400 | | 81,017 | Gross Sales |
| Sales - Memo Reporting | 17,617 | | - | Returns and Allowances |
| Sales - Assets | - | | 81,017 | Net Sales |
| Sales - Diamonds | - | | 4,874,803 | Beginning Inventory |
| | 81,017 | | - | Purchases |
| | | | 3,335 | Direct Labor |
| **COST OF GOODS SOLD** | | | - | Writeoff of Inventory |
| COGS - Regular | 265,302 | | - | Appraisal Fees |
| COGS - Memo Reporting | 1,310 | | - | Freight In |
| COGS - Closeouts | - | | - | Other Cost of Sales/Adjustments |
| COGS - Diamonds | - | | (4,608,191) | Ending Inventory |
| Royalty Expenses | - | | 269,947 | Cost of Goods Sold |
| Advertising Co-Op. | - | | | |
| Markdowns & Allowances | - | | (188,930) | Gross Profit |
| Chargeback Write-Off | - | | | |
| Appraisal Fees | - | | - | Royaly Income |
| Shipping Exp | - | | | |
| EDI Services | - | | - | Shipping Expense |
| Vendor Portal Charges | - | | - | Royalty Expenses |
| Outside Labor | - | | - | Selling Expense |
| Repairs | 3,335 | | - | Office Salaries |
| Other | - | | | |
| | 269,947 | | 355,899 | Professional Fees |
| | | | - | Depreciation and Amortization |
| **GROSS PROFIT** | (188,930) | | - | Rent |
| | | | - | Computer Expenses |
| Returns - Regular | - | | - | Back Office Expense |
| | - | | - | Vault Monitors |
| | | | - | Payroll Taxes |
| COGS - Regular / Returns | - | | - | Employee Benefits |
| | - | | 3,120 | Insurance |
| | | | (278,751) | Office Expenses |
| **NET SALES** | 81,017 | | 80,269 | Telephone Expenses |
| **COGS - NET SALES** | 269,947 | | | G&A |
| | | | - | Bank Charges |
| **GROSS PROFIT NET OF RETURNS** | (188,930) | | - | Interest Expense |
| | | | - | Bank Attorney Fees |
| | | | 2,500 | Omni Management Fee |
| **OTHER DILUTION ITEMS** | | | - | Director Fee |
| | | | - | CRO |
| Dilution On Returns / Melt Loss | - | | 4,875 | US Trustee |
| **OTHER INCOME** | | | 10,000 | V Discovery |
| Royalty Income | - | | (36,687) | Gain due to Accrual True Up |
| | | | | |
| **REVISED GROSS PROFIT** | (188,930) | | | |
| | | | (249,887) | Net Loss |

**FIRESTAR DIAMOND, INC. / FANTASY INC.**
**CONSOLIDATED INCOME STATEMENT**
**FOR THE PERIOD (5/1/19 - 5/31/19)**

|  | 5/1/2019 - 5/31/2019 | **May Groupings** |
|---|---|---|
| **GENERAL & ADMIN EXP.** | | |
| Miscellaneous Exp. | (278,951) | |
| Storage Expenses | 200 | |
| Insurance - Block Policy | 3,120 | |
| Security Exp | - | |
| Legal Fees | 355,899 | |
| Professional Fees - Other | 10,000 | |
| Omni Management Fee | 2,500 | |
| UST Accrual | 4,875 | |
| License & Fees | - | |
|  | 97,644 | |
|  | | |
| Gain due to Accrual True/Up | (36,687) | |
|  | | |
| **TOTAL EXP. BEFORE INT & DEP** | 60,957 | |
|  | | |
| **EBIT** | (249,887) | |
|  | | |
| **NET LOSS BEFORE TAXES** | (249,887) | |
|  | | |
| **CORPORATE TAXES** | | |
|  | | |
| Provision for Taxes - Other States | - | |
|  | - | |
|  | | |
| **NET LOSS** | (249,887) | |

**FIRESTAR DIAMOND, INC.**
**BALANCE SHEET (INCLUDES INTERCOMPANY BALANCE WITH FANTASY INC)**
**FOR THE PERIOD (5/1/19 - 5/31/19)**

|                                           | 5/31/2019    |
|-------------------------------------------|-------------:|
| **CURRENT ASSETS**                        |              |
| Cash - United Bank Account                | 1,345,996    |
| Restricted Cash - Due to Escrow Account   | 48,850       |
| Accounts Receivables                      | 9,495,023    |
| Accounts Receivables in Escrow            | -            |
| Allowance for Bad Debts                   | (6,419,541)  |
|                                           | **4,470,327** |
|                                           |              |
| **OTHER ASSETS**                          |              |
| Due from FGI - CP                         | (59,593)     |
| Loans & Exchanges                         | 2,335,132    |
| Investment in Subsidiary                  | 250,000      |
|                                           | **2,525,539** |
|                                           |              |
| **INVENTORY**                             |              |
| Inventory - Finished Goods                | 2,605,826    |
| Inventory - Memo Consignment              | 1,288,813    |
|                                           | **3,894,640** |
|                                           |              |
| **TOTAL ASSETS**                          | **10,890,506** |
|                                           |              |
| **CURRENT LIABILITIES**                   |              |
| Accounts Payable                          | 29,533,785   |
| Due to Escrow Account                     | 48,850       |
| Accrued Professional Fees                 | 2,025,778    |
|                                           | **31,608,414** |
|                                           |              |
| **LOANS PAYABLE**                         |              |
| Sub-Debt - Synergies Corp.                | 7,941,500    |
| Sub-Debt - Firestar Holdings Ltd - HK     | 4,058,500    |
|                                           | **12,000,000** |
|                                           |              |
| **CAPITAL ACCOUNT**                       |              |
| Common Stock                              | 110          |
| Paid In Capital                           | 4,705,790    |
| Retained Earnings                         | (37,173,921) |
| Net Income / (Loss)                       | (249,887)    |
|                                           | **(32,717,907)** |
|                                           |              |
| **TOTAL LIABILITIES & RETAINED EARNINGS** | **10,890,506** |

**FANTASY, INC.**
**BALANCE SHEET (INCLUDES INTERCOMPANY**
**BALANCE WITH FIRESTAR DIAMOND INC)**
**FOR THE PERIOD (5/1/19 - 5/31/19)**

|  | 5/31/2019 |
|---|---|
| **CURRENT ASSETS** | |
| Cash In Bank | 467,210 |
| Cash Equivalents - US Treasury Bill | 4,969,667 |
| Accounts Receivables | 362,705 |
|  | **5,799,581** |
| **INVENTORY** | |
| Inventory - Finished Goods | 594,915 |
| Inventory - Memo Consignment | 118,636 |
|  | **713,551** |
|  | |
| **TOTAL ASSETS** | **6,513,132** |
|  | |
|  | |
| **CURRENT LIABILITIES** | |
| Accounts Payable | 4,935,733 |
|  | **4,935,733** |
| **CAPITAL ACCOUNT** | |
| Common Stock | 100 |
| Paid In Capital | 249,900 |
| Retained Earnings | 1,327,400 |
| Net Income / (Loss) | - |
|  | **1,577,400** |
|  | |
| **TOTAL LIABILITIES & RETAINED EARNINGS** | **6,513,133** |

**FIRESTAR DIAMOND INC. / FANTASY INC.**
**CONSOLIDATED BALANCE SHEET**
**FOR THE PERIOD (5/1/19 - 5/31/19)**

| | 5/31/2019 | INTERCOMPANY ELIMINATIONS | CONSOLIDATED 5/31/2019 | Groupings | |
|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | |
| Cash - United Bank Account | 1,813,205 | | 1,813,205 | 1,813,205 | Cash |
| Restricted Cash - Due to Escrow Account | 48,850 | | 48,850 | 48,850 | Restricted Cash |
| Cash Equivalents - US Treasury Bill | 4,969,667 | | 4,969,667 | 4,969,667 | U.S. Treasury 90-Day T-Bill |
| Accounts Receivables | 9,857,728 | (2,374,344) | 7,483,384 | 1,063,843 | A/R |
| Allowance for Bad Debts | (6,419,541) | | (6,419,541) | | |
| | **10,269,909** | | **7,895,565** | **7,895,565** | **Total Current Assets** |
| **OTHER ASSETS** | | | | | |
| Due from FGI - CP (Related Party) | (59,593) | | (59,593) | **2,275,539** | Amount due from Insiders |
| Loans & Exchanges (Related Parties) | 2,335,132 | | 2,335,132 | | |
| Investment in Subsidiary | 250,000 | (250,000) | - | **-** | Other Assets |
| | **2,525,539** | | **2,275,539** | | |
| **INVENTORY** | | | | | |
| Inventory - Finished Goods | 3,200,741 | | 3,200,741 | | |
| Inventory - Memo Consignment | 1,407,449 | | 1,407,449 | | |
| | **4,608,191** | | **4,608,191** | **4,608,191** | Inventory |
| **TOTAL ASSETS** | **17,403,639** | **(2,624,344)** | **14,779,295** | **14,779,295** | **Total Assets** |
| **CURRENT LIABILITIES** | | | | | |
| Accounts Payable | 34,469,518 | (2,374,344) | 32,095,174 | **48,850** | Due to Escrow Account |
| Due to Escrow Account | 48,850 | | 48,850 | | |
| Accrued Professional Fees | 2,025,778 | | 2,025,778 | **2,025,778** | Post Petition Accrued Professional Fees |
| | **36,544,146** | | **34,169,802** | **44,095,174** | Unsecured Debt |
| **LOANS PAYABLE** | | | | | |
| Sub-Debt - Synergies Corp. | 7,941,500 | | 7,941,500 | | |
| Sub-Debt - Firestar Holdings Ltd - HK | 4,058,500 | | 4,058,500 | | |
| | **12,000,000** | | **12,000,000** | | |
| **CAPITAL ACCOUNT** | | | | | |
| Common Stock | 210 | (100) | 110 | **110** | Capital Stock |
| Paid In Capital | 4,955,690 | (249,900) | 4,705,790 | **4,705,790** | Additional Paid In Capital |
| Retained Earnings | (35,846,521) | | (35,846,521) | **(36,096,407)** | Retained Earnings |
| Net Income / (Loss) | (249,887) | | (249,887) | | |
| | **(31,140,507)** | **(250,000)** | **(31,390,507)** | | |
| **TOTAL LIABILITIES & RETAINED EARNINGS** | **17,403,639** | **(2,624,344)** | **14,779,295** | **14,779,295** | **Total Liabilities and Retained Earnings** |

# Firestar Diamond Inc / Fantasy Inc

## Consolidated Post-Petition A/P

### As of 5/31/19

### By Vendor

Firestar Diamond, Inc.

| Vendor | Balance Due | Current | Up to 30 Days | 31-60 Days | Over 60 Days |
|--------|------------:|--------:|--------------:|-----------:|-------------:|
| Omni Management - Accrued | 5,000 | 2,500 | 2,500 | - | - |
| V Discovery - Accrued | 10,000 | 10,000 | | - | - |
| Cost Reduction Solutions | 4,375 | - | - | - | 4,375 |
| Iron Mountain Storage Fees - Accrued | 200 | 200 | - | - | - |
| **Totals** | 19,575 | 12,700 | 2,500 | - | 4,375 |

Fantasy, Inc.

| Vendor | Balance Due | Current | Up to 30 Days | 31-60 Days | Over 60 Days |
|--------|------------:|--------:|--------------:|-----------:|-------------:|
| | | | | | |
| **Totals** | - | - | - | - | - |
| | | | | | |
| **Combined Totals** | 19,575 | 12,700 | 2,500 | - | 4,375 |
| | | | | | |

# UNITEDbank

PO Box 9020, 95 Elm Street
West Springfield, MA 01090-9020
866-959-BANK (2265)
www.bankatunited.com

| Date  5/31/19 | Page    1 |
| --- | --- |

Richard Levin
Jenner & Block LLP
919 Third Ave.
New York NY 10022

**Questions:**
(800) 634-7734
Banking@BMSAdvantage.com
BMSAdvantage.com

| | |
| --- | --- |
| Case Number: | 18-10509 |
| Case Name: | Firestar Diamond Inc. |
| | Debtor |
| Trustee Number: | 520258 |
| Trustee Name: | Richard Levin |
| | Trustee |

Once a check is deposited into your account, you should wait 7 business days to see if it is returned before writing checks against the deposit. Returned deposit items (RDI's) may occur due to non-sufficient funds or stop payments at the payor's bank. If you have a deposit returned, you will be notified immediately by email and sent a notice through regular mail. If you receive an RDI notice, immediately place stops on any checks on that deposit and arrange for a replacement deposit.

## SUMMARY OF ACCOUNTS

| ACCOUNT NUMBER | TYPE OF ACCOUNT | ENDING BALANCE |
| --- | --- | --- |
| XXXXXXXXXXXX9796 | CHECKING | 1,402,449.63 |
| XXXXXXXXXXXX4617 | CHECKING | 2,263,756.84 |
| XXXXXXXXXXXX4625 | CHECKING | .00 |
| XXXXXXXXXXXX4633 | CHECKING | .00 |

................CHECKING/MMA ACCOUNT..........................

ACCOUNT TITLE: Richard Levin

| | | | |
| --- | --- | --- | --- |
| CHECKING | | ENCLOSURES | 3 |
| ACCOUNT NUMBER | XXXXXXXXXXXX9796 | Statement Dates  5/01/19 thru  6/02/19 | |
| PREVIOUS BALANCE | 1,097,851.26 | DAYS IN STATEMENT PERIOD | 33 |
| 8 DEPOSITS | 684,841.20 | AVERAGE BALANCE | 1,118,207.76 |
| 11 DEBITS | 380,242.83 | AVERAGE COLLECTED | 1,118,207.76 |
| SERVICE CHARGE | .00 | | |
| INTEREST PAID | .00 | | |
| NEW BALANCE | 1,402,449.63 | | |

## ACTIVITY IN DATE ORDER

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 5/01 | PAYABLES | 2,795.60 | 1,100,646.86 |
| 5/01 | PAYABLES | 14,821.27 | 1,115,468.13 |
| 5/02 | CHECK        132 | 651.89- | 1,114,816.24 |
| 5/07 | CHECK        119 | 1,800.00- | 1,113,016.24 |
| 5/08 | WIRE TRANSFER DEBIT | 4,415.69- | 1,108,600.55 |


Member
FDIC


EQUAL HOUSING
LENDER

**IF YOUR NAME OR ADDRESS IS SHOWN INCORRECTLY, PLEASE COMPLETE THE SECTION
BELOW AND RETURN THIS SECTION TO US BY MAIL OR DELIVER TO OUR ADRESS.**

NAME _____
(PLEASE PRINT)

STREET
ADDRESS _____

CITY _____   STATE _____   ZIP CODE _____

DATE _____   AUTHORIZED
SIGNATURE _____

THIS CHANGE APPLIES TO:   D CHECKING ACCOUNT      O SAVINGS ACCOUNT      O MORTGAGE LOAN
D INSTALLMENT LOAN      D SAVINGS CERTIFICATE      D OTHER

† CUT ALONG THE DOTTED LINE †

## USE THIS SECTION FOR RECONCILING YOUR ACCOUNT

| CHECKS OUTSTANDING | | | | DEPOSITS NOT ON STATEMENT | BEFORE RECONCILING<br>• DEDUCT ANY SERVICE CHARGES OR OTHER DEBIT CHARGES ON STATEMENT FROM YOUR CHECKBOOK BALANCE<br>• ADD ANY INTREST CREDITS OR OTHER CREDITS TO YOUR CHECKBOOK. |
| NUMBER | AMOUNT | NUMBER | AMOUNT | | |
| | | TOTAL FROM FIRST COLUMN | | | |
| | | | | | LAST BALANCE ON STATEMENT _____ |
| | | | | | |
| | | | | | ADD DEPOSITS NOT ON STATEMENT + _____ |
| | | | | | |
| | | | | | TOTAL _____ |
| | | | | | |
| | | | | | DEDUCT TOTAL CHECKS OUTSTANDING _____ |
| | | | | | |
| | | | | | YOUR CHECKBOOK SHOULD SHOW THIS BALANCE _____ |
| | | | | | |
| TOTAL TO TOP OF NEXT COLUMN | | TOTAL CHECKS OUTSTANDING | | TOTAL DEPOSITS | PLEASE CHECK CAREFULLY AND REPORT ANY DIFFERENCES |

### IN CASE OF ERRORS OR
### QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (866) 959-BANK or write us at United Bank, Operations Department, PO Box 9020, 95 Elm Street, West Springfield, MA 01090-9020, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following pertains to accounts established for personal, family, or household purposes only.**

### BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at United Bank, Operations Department, PO Box 9020, 95 Elm Street, West Springfield, MA 01090-9020, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You may telephone us, but doing so does not preserve your rights.

### IN YOUR LETTER GIVE US THE FOLLOWING INFORMATION

1. Tell us your name and account number.
2. Tell us the dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

# UNITEDbank

PO Box 9020, 95 Elm Street
West Springfield, MA 01090-9020
866-959-BANK (2265)
www.bankatunited.com

| Date  5/31/19 | Page  2 |
|---|---|

Richard Levin
Jenner & Block LLP
919 Third Ave.
New York NY 10022

Case Number:    18-10509
Case Name:      Firestar Diamond Inc.
                Debtor
Trustee Number: 520258
Trustee Name:   Richard Levin
                Trustee

CHECKING                        XXXXXXXXXXXX9796    (Continued)

## ACTIVITY IN DATE ORDER



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 5/08 | WIRE TRANSFER DEBIT | 206,015.78- | 902,584.77 |
| 5/08 | VENDOR PMT | 29,247.60- | 873,337.17 |
| 5/14 | WIRE TRANSFER DEBIT | 1,753.57- | 871,583.60 |

united bank

PO Box 9020, 95 Elm Street
West Springfield, MA 01090-9020
866-959-BANK (2265)
www.bankatunited.com

| Date  5/31/19 | Page | 3 |
| --- | --- | --- |

Richard Levin
Jenner & Block LLP
919 Third Ave.
New York NY 10022

Case Number:    18-10509
Case Name:      Firestar Diamond Inc.
                Debtor
Trustee Number: 520258
Trustee Name:   Richard Levin
                Trustee

CHECKING                          XXXXXXXXXXXX9796   (Continued)

## ACTIVITY IN DATE ORDER



| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 5/14 | WIRE TRANSFER DEBIT | 24,190.00- | 847,393.60 |
| 5/14 | WIRE TRANSFER DEBIT | 101,814.45- | 745,579.15 |
| 5/15 | AP PAYMENT | 225,419.91 | 970,999.06 |

# UNITEDbank

PO Box 9020, 95 Elm Street
West Springfield, MA 01090-9020
866-959-BANK (2265)
www.bankatunited.com

| | |
|---|---|
| Date  5/31/19 | Page    4 |

Richard Levin
Jenner & Block LLP
919 Third Ave.
New York NY 10022

Case Number:     18-10509
Case Name:       Firestar Diamond Inc.
                 Debtor
Trustee Number:  520258
Trustee Name:    Richard Levin
                 Trustee

CHECKING                          XXXXXXXXXXXX9796    (Continued)

## ACTIVITY IN DATE ORDER



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 5/16 | WIRE TRANSFER DEBIT | | 9,246.75- | 961,752.31 |
| 5/17 | CHECK | 131 | 303.24- | 961,449.07 |
| 5/22 | DEPOSIT | 100018 | 247,288.41 | 1,208,737.48 |
| 5/22 | DEPOSIT | 100019 | 87,206.11 | 1,295,943.59 |
| 5/22 | DEPOSIT | 100020 | 53,415.84 | 1,349,359.43 |
| 5/22 | BTO520 | | 803.86- | 1,348,555.57 |
| 5/28 | Wire Transfer Credit | | 2,250.00 | 1,350,805.57 |
| 5/30 | DEPOSIT | 100021 | 51,644.06 | 1,402,449.63 |

## CHECKS IN NUMBER ORDER

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5/07 | 119 | 1,800.00 | 5/17 | 131* | 303.24 | 5/02 | 132 | 651.89 |

* DENOTES MISSING CHECK NUMBERS

# unitedbank

PO Box 9020, 95 Elm Street
West Springfield, MA 01090-9020
866-959-BANK (2265)
www.bankatunited.com

| Date  5/31/19 | Page  1 |
| --- | --- |

Richard Levin
Jenner & Block LLP
919 Third Ave.
New York NY 10022

**Questions:**
(800) 634-7734
Banking@BMSAdvantage.com
BMSAdvantage.com

Case Number:     18-10511
Case Name:       Fantasy Inc.
                 Debtor
Trustee Number:  520258
Trustee Name:    Richard Levin
                 Trustee

Once a check is deposited into your account, you should wait 7 business days to see
if it is returned before writing checks against the deposit. Returned deposit
items (RDI's) may occur due to non-sufficient funds or stop payments at the payor's
bank. If you have a deposit returned, you will be notified immediately by email
and sent a notice through regular mail. If you receive an RDI notice, immediately
place stops on any checks on that deposit and arrange for a replacement deposit.

## SUMMARY OF ACCOUNTS

| ACCOUNT NUMBER | TYPE OF ACCOUNT | ENDING BALANCE |
| --- | --- | --- |
| XXXXXXXXXXXX9842 | CHECKING | 467,209.68 |

...............................CHECKING/MMA ACCOUNT...............................

ACCOUNT TITLE:  Richard Levin

| | | | |
| --- | --- | --- | --- |
| CHECKING | | ENCLOSURES | 0 |
| ACCOUNT NUMBER | XXXXXXXXXXXX9842 | Statement Dates  5/01/19 thru  6/02/19 | |
| PREVIOUS BALANCE | 467,209.68 | DAYS IN STATEMENT PERIOD | 33 |
| DEPOSITS | .00 | AVERAGE BALANCE | 467,209.68 |
| DEBITS | .00 | AVERAGE COLLECTED | 467,209.68 |
| SERVICE CHARGE | .00 | | |
| INTEREST PAID | .00 | | |
| NEW BALANCE | 467,209.68 | | |

## END OF STATEMENT




EQUAL HOUSING
LENDER

**IF YOUR NAME OR ADDRESS IS SHOWN INCORRECTLY, PLEASE COMPLETE THE SECTION
BELOW AND RETURN THIS SECTION TO US BY MAIL OR DELIVER TO OUR ADRESS.**

NAME _____

(PLEASE PRINT)

STREET
ADDRESS _____

CITY _____ STATE _____ ZIP CODE _____

DATE _____ AUTHORIZED
SIGNATURE _____

THIS CHANGE APPLIES TO:   D CHECKING ACCOUNT      0 SAVINGS ACCOUNT      0 MORTGAGE LOAN
                          D INSTALLMENT LOAN      D SAVINGS CERTIFICATE   D OTHER

t CUT ALONG THE DOTTED LINE t

## USE THIS SECTION FOR RECONCILING YOUR ACCOUNT

| CHECKS OUTSTANDING | | | | DEPOSITS NOT ON STATEMENT | BEFORE RECONCILING • DEDUCT ANY SERVICE CHARGES OR OTHER DEBIT CHARGES ON STATEMENT FROM YOUR CHECKBOOK BALANCE • ADD ANY INTREST CREDITS OR OTHER CREDITS TO YOUR CHECKBOOK. |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT | | |
| | | TOTAL FROM FIRST COLUMN | | | |
| | | | | | LAST BALANCE ON STATEMENT _____ |
| | | | | | |
| | | | | | ADD DEPOSITS NOT ON STATEMENT + _____ |
| | | | | | |
| | | | | | TOTAL _____ |
| | | | | | |
| | | | | | DEDUCT TOTAL CHECKS OUTSTANDING _____ |
| | | | | | |
| | | | | | YOUR CHECKBOOK SHOULD SHOW THIS BALANCE ▬▬▬▬▬ |
| TOTAL TO TOP OF NEXT COLUMN | | TOTAL CHECKS OUTSTANDING | | TOTAL DEPOSITS | PLEASE CHECK CAREFULLY AND REPORT ANY DIFFERENCES |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (866) 959-BANK or write us at United Bank, Operations Department, PO Box 9020, 95 Elm Street, West Springfield, MA 01090-9020, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### The following pertains to accounts established for personal, family, or household purposes only.

#### BILLING RIGHTS SUMMARY
#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at United Bank, Operations Department, PO Box 9020, 95 Elm Street, West Springfield, MA 01090-9020, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You may telephone us, but doing so does not preserve your rights.

#### IN YOUR LETTER GIVE US THE FOLLOWING INFORMATION

1. Tell us your name and account number.
2. Tell us the dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.