**<u>Exhibit A</u>**
**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**[PROPOSED] ORDER APPROVING CHAPTER 11 TRUSTEE'S SETTLEMENT WITH UOB REALTY (USA) LIMITED PARTNERSHIP**

Upon the motion of Richard Levin, not individually but solely in his capacity as chapter 11 trustee (the "**Trustee**") for the above-captioned debtors (the "**Debtors**") for entry of an Order, under Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving the Trustee's proposed settlement of claims against UOB Realty (USA) Limited Partnership (the "**Landlord**") relating to or arising out of the Landlord's post-petition claims; and this Court having jurisdiction to consider the Motion and the relief requested therein; and consideration of the Motion and the relief required being a core proceeding; and venue being proper before this Court; and it appearing that no other or further notice need be provided; and this Court having determined that relief requested in the Motion being in the best interest of the estates, creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED**:

1. The Motion is granted.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

2. The Trustee is authorized to settle the Landlord's post-petition claims in accordance with the terms of the Settlement Agreement attached as Exhibit B to the Motion.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
      ___, 2019

                                                            _____
                                                            HONORABLE SEAN H. LANE
                                                            UNITED STATES BANKRUPTCY JUDGE