JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR JULY 17, 2019 HEARING**

**Date:**     **Wednesday, July 17, 2019 at 11:00 a.m. Eastern Time**

**Location:** **United States Bankruptcy Court for the Southern District of New York**
**Alexander Hamilton U.S. Custom House, Courtroom 701**
**One Bowling Green**
**New York, New York 10004**

## CHAPTER 11 CASE

1. **UOB REALTY (USA) SETTLEMENT MOTION**

   - *Chapter 11 Trustee's Motion For An Order Approving Settlement With UOB Realty (USA) Limited Partnership* [Dkt. 956]

   - Responses Received: None.

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

- Status: This matter is going forward.

**2.  JENNER & BLOCK FEE APPLICATION**

- *Third Application for Interim Professional Compensation for Jenner & Block LLP, Counsel to the Trustee* [Dkt. 953]

- Responses Received: None.

- Status: This matter is going forward.

**3.  ALVAREZ & MARSAL FEE APPLICATION**

- *Third Application for Interim Professional Compensation for Alvarez and Marsal Disputes and Investigations, LLC, Financial Adviser to the Trustee* [Dkt. 950]

- Responses Received: None.

- Status: This matter is going forward.

**4.  GEM CERTIFICATION AND ASSURANCE LAB FEE APPLICATION**

- *Third Application for Interim Professional Compensation for Gem Certification & Assurance Lab, Appraiser to the Trustee* [Dkt. 954]

- Responses Received: None.

- Status: This matter is going forward.

**5.  AGUSTA FEE APPLICATION**

- *First Application for Interim Professional Compensation for Michael J. Agusta, P.C., Special Collections Counsel to the Trustee* [Dkt. 955]

- Responses Received: None.

- Status: This matter is going forward.

**6.  LACKENBACH FEE APPLICATION**

- *Third Application for Interim Professional Compensation for Lackenbach Siegel, LLP, Intellectual Property Counsel to the Trustee* [Dkt. 958]

- Responses Received: None.

- Status: This matter is going forward.

7. **FASKEN FEE APPLICATION**

- *Second Application for Interim Professional Compensation for Fasken Martineau DuMoulin LLP, Canadian Counsel to the Trustee* [Dkt. 957]

- Responses Received: None.

- Status: This matter is going forward.

8. **WHITLEY PENN FEE APPLICATION**

- *First Application for Interim Professional Compensation for Whitley Penn, LLP, Accountant to the Trustee* [Dkt. 958]

- Responses Received: None.

- Status: This matter is going forward.

## ADVERSARY PROCEEDINGS

9. **PRE-TRIAL CONFERENCE –** *LEVIN V. FIRESTAR INTERNATIONAL PVT. LTD.*, **ET AL., ADV. PROC. NO. 19-1002**

- Related Documents:w

    A. *Complaint* [Adv. No . 19-1002, Dkt. 1]

    B. *Order (I) Authorizing Email Service, (II) Setting Foreign Defendants' Time to Respond to the Complaint; and (III) Adjourning the Pretrial Conference* [Adv. No. 19-1002, Dkt. 6]

    C. *Answer* [Adv. No . 19-1002, Dkt. 11]

- Status: This matter is going forward.

10. **PRE-TRIAL CONFERENCE –** *LEVIN V. MODI*, **ET AL., ADV. PROC. NO. 19-1102**

- Related Documents:

    A. *Complaint* [Adv. No . 19-1102, Dkt. 1]

    B. *Order Signed On 4/18/2019, Setting Foreign Defendant Nirav Deepak Modi's Time To Respond To The Complaint* [Adv. No. 19-1102, Dkt. 10]

    C. *Mihir Bhansali's Memorandum of Law in Support of Motion to Dismiss* [Adv. No. 19-1102, Dkt. 17]

3

D. *Ajay Gandhi's Memorandum of Law in Support of Motion to Dismiss* [Adv. No. 19-1102, Dkt. 21]

E. *June 3, 2019 Letter to Court Concerning Service on Nirav Modi* [Adv. No. 19-1002, Dkt. 24]

- Status: This matter is going forward.

**11. PRE-TRIAL CONFERENCE – *LEVIN V. MODI*, ET AL., ADV. PROC. NO. 19-1103**

- Related Documents:

A. *Amended Complaint* [Adv. No. 19-1103, Dkt. 6]

B. *Order Signed On 4/18/2019, Setting Foreign Defendant Nirav Deepak Modi's Time To Respond To The Complaint* [Adv. No. 19-1103, Dkt. 12]

C. *Ami Javeri's Answer and Counterclaims* [Adv. No. 19-1103, Dkt. 18]

D. *Trustee's to Ami Javeri's Answer and Counterclaims* [Adv. No. 19-1103, Dkt. 24]

E. *Order Signed On 5/14/2019, Setting Certain Non-U.S. Defendants' Time To Respond To The Complaint* [Adv. No. 19-1103, Dkt. 21]

F. *Letter Dated 5/29/2019 Re: Respond To The Amended Complaint* [Adv. No. 19-1103, Dkt. 29]

- Status: This matter is going forward.

## ADJOURNED MATTERS

**12. PLUMB CLUB CLAIM OBJECTION**

- Chapter 11 Trustee's Objection To Claim(s) Number: 56 Of The Plumb Club Association, Inc. [Dkt. 879]

- Responses Received: None.

- Status: This matter has been adjourned to **August 22, 2019 at 11:00 a.m.**

4

<table>
<tr><td>Dated: July 12, 2019<br>New York, New York</td><td>Respectfully submitted,<br><br>**JENNER & BLOCK LLP**<br><br>By: /s/ Marc Hankin<br>Marc Hankin<br>Carl Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>(212) 891-1600<br>mhankin@jenner.com<br>cwedoff@jenner.com<br><br>Angela Allen (admitted *pro hac vice*)<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>aallen@jenner.com<br><br>*Counsel for the Chapter 11 Trustee*</td></tr>
</table>