JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR AUGUST 22, 2019 HEARING**

**Date:**       **Thursday, August 22, 2019 at 11:00 a.m. Eastern Time**

**Location:**   **United States Bankruptcy Court for the Southern District of New York**
                **Alexander Hamilton U.S. Custom House, Courtroom 701**
                **One Bowling Green**
                **New York, New York 10004**

## CHAPTER 11 CASE

1. **PLUMB CLUB SETTLEMENT MOTION**

   - *Chapter 11 Trustee's Motion For An Order Approving Settlement With The Plumb Club Association, Inc.* [Dkt. 993]

   - Responses Received: None.

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

- Status: This matter is going forward.

2. **PLUMB CLUB CLAIM OBJECTION**

- *Trustee's Objection to Filed Claim of The Plumb Club Association, Inc.* [Dkt. 879]

- Responses Received: None.

- Status: This matter is going forward.

3. **GRIFFIN SETTLEMENT MOTION**

- *Chapter 11 Trustee's Motion For An Order Approving Settlement With Griffin Jewellery Designs Inc.* [Dkt. 994]

- Responses Received: None.

- Status: This matter is going forward.

4. **SUPPLEMENTAL WHITLEY PENN EMPLOYMENT APPLICATION**

- *Chapter 11 Trustee's Application for an Order Approving Expansion of Employment of Whitley Penn LLP as Accountant Nunc Pro Tunc as of July 22, 2019* [Dkt. 1002]

- Responses Received: Informal comments from the U.S. Trustee, which will be incorporated into a revised proposed order.

- Status: This matter is going forward.

5. **ADMINISTRATIVE CLAIM BAR DATE MOTION**

- *Chapter 11 Trustee's Motion for Entry of Order Establishing Deadlines for Filing Administrative Proofs of Claim and Procedures Relating Thereto and Approving Form and Manner of Notice Thereof* [Dkt. 992]

- Responses Received: None.

- Status: This matter is going forward.

## ADVERSARY PROCEEDINGS

6. **PRE-TRIAL CONFERENCE –** *LEVIN V. FIRESTAR INTERNATIONAL PVT. LTD.***, ET AL., ADV. PROC. NO. 19-1002**

- Related Documents:

    A. *Complaint* [Adv. No. 19-1002, Dkt. 1]

2

- B. *Order (I) Authorizing Email Service, (II) Setting Foreign Defendants' Time to Respond to the Complaint; and (III) Adjourning the Pretrial Conference* [Adv. No. 19-1002, Dkt. 6]

- C. *Answer* [Adv. No. 19-1002, Dkt. 11]

- Status: This matter is going forward.

7. **PRE-TRIAL CONFERENCE – *LEVIN V. MODI*, ET AL., ADV. PROC. NO. 19-1102**

   - Related Documents:

   A. *Complaint* [Adv. No. 19-1102, Dkt. 1]

   B. *Order Signed On 4/18/2019, Setting Foreign Defendant Nirav Deepak Modi's Time To Respond To The Complaint* [Adv. No. 19-1102, Dkt. 10]

   C. *Mihir Bhansali's Memorandum of Law in Support of Motion to Dismiss* [Adv. No. 19-1102, Dkt. 17]

   D. *Ajay Gandhi's Memorandum of Law in Support of Motion to Dismiss* [Adv. No. 19-1102, Dkt. 21]

   E. *June 3, 2019 Letter to Court Concerning Service on Nirav Modi* [Adv. No. 19-1002, Dkt. 24]

   - Status: This matter is going forward.

8. **DEFAULT JUDGMENT MOTION – *LEVIN V. MODI*, ET AL., ADV. PROC. NO. 19-1103**

   - *Chapter 11 Trustee's Motion for Entry of Default Judgment Against Defendants Deepak Modi, Purvi Mehta, Mihir Bhansali, Firestar Holdings Limited, Synergies Corporation, AVD Trading, Inc., Nirav Modi, Inc., Firestar Diamond International, Inc., and Firestar Group, Inc.* [Adv. No. 19-1103, Dkt. 40]

   - Responses Received: None.

   - Status: This matter is going forward.

Dated:  August 19, 2019  
New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Marc Hankin  
Marc Hankin  
Carl Wedoff

3

919 Third Avenue  
New York, New York 10022  
(212) 891-1600  
mhankin@jenner.com  
cwedoff@jenner.com  

Angela Allen (admitted *pro hac vice*)  
353 North Clark Street  
Chicago, Illinois 60654  
(312) 222-9350  
aallen@jenner.com  

*Counsel for the Chapter 11 Trustee*

4