JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER**
**TRUSTEE'S MOTION FOR AN ORDER (I) APPROVING THE**
**DISCLOSURE STATEMENT, FORM OF BALLOTS, AND SOLICITATION**
**PROCEDURES, AND (II) ESTABLISHING CONFIRMATION PROCEDURES**

**PLEASE TAKE NOTICE** that the hearing on the Trustee's *Motion for an Order (I) Approving the Disclosure Statement, Form Of Ballots, And Solicitation Procedures And (II) Establishing Confirmation Procedures* [Dkt. 1045], currently scheduled for September 26, 2019 at 2:00 p.m. Eastern Standard Time, has been adjourned to **October 10, 2019 at 2:30 p.m. Eastern Daylight Time**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

Dated: September 17, 2019
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: <u>/s/ Marc Hankin</u>
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*