UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                    : Chapter 11
                                          :
FIRESTAR DIAMOND, INC. *et al.*           : Case No. 18-10509 (SHL)
                                          :
                    Debtors.[1]           : (Jointly Administered)
                                          :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 13, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via (i) e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Thirteenth Monthly Statement of Fees and Expenses of Lackenbach Siegel, LLC, Intellectual Property Counsel to the Debtors, Pursuant to Bankruptcy Code Sections 330 and 331 for the Period from July 1, 2019 through August 31, 2019 [Docket No. 1071]**

Dated: September 16, 2019

_____
Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 16th day of September, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these jointly administered chapter 11 cases, along with each Debtor's respective chapter 11 case number and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (Case No. 18-10509) (2729); (ii) A. Jaffe, Inc. (Case No. 18-10510) (4756); and (iii) Fantasy, Inc. (Case No. 18-10511) (1673).

# **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| ALLEN & OVERY LLP<br>JOSEPH BADTKE-BERKOW<br>JOSEPH.BADTKE-BERKOW@ALLENOVERY.COM | ALLEN & OVERY LLP<br>KEN COLEMAN<br>KEN.COLEMAN@ALLENOVERY.COM | AMERICAN TRANS PLASTIC<br>APCOEXT@AOL.COM |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>ANTHONY D. BOCCANFUSO<br>ANTHONY.BOCCANFUSO@ARNOLDPORTER.COM | ARTN INC<br>SAMIRNTR@YAHOO.COM | BAKER & HOSTETLER LLP<br>JASON I. BLANCHARD<br>JBLANCHARD@BAKERLAW.COM |
| BAKER & HOSTETLER LLP<br>JORIAN L. ROSE<br>JROSE@BAKERLAW.COM | BAKER & HOSTETLER LLP<br>LAUREN P. BERGLIN<br>LBERGLIN@BAKERLAW.COM | BAKER & HOSTETLER LLP<br>SUSRUT A. CARPENTER<br>SCARPENTER@BAKERLAW.COM |
| BORGES & ASSOCIATES, LLC<br>WANDA BORGES/SUE CHIN<br>BANKRUPTCY@BORGESLAWLLC.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>RAHUL MUKHI<br>RMUKHI@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>SEAN A. O'NEAL<br>SONEAL@CGSH.COM | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>TAPAN R. OZA<br>TOZA@CGSH.COM | CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & Z<br>SCOTT GURTMAN<br>SGURTMAN@CMLAWFIRM.COM |
| DISTINCTIVE OFFICES, INC<br>MICHAEL@DISTINCTIVEOFFICES.COM | DOSHI LEGAL GROUP, P.C.<br>AMISH DOSHI<br>AMISH@DOSHILEGAL.COM | EMBY INTERNATIONAL INC<br>SALES@EMBYINTL.COM |
| ETERNAL DIAMONDS CORP. LTD.<br>IVY@ETERNAL-DIAMONDS.COM | FIRST INSIGHT, INC<br>CASEY.GOODWIN@FIRSTINSIGHT.COM | FULLER P.O. BOX CO.<br>JBACKNER@FULLERBOX.COM |
| HARI KRISHNA DIAMOND CUTTERS, INC<br>HARESHAKBARI@YAHOO.COM | HENRY STEPOWSKI, LLC<br>HENRY STEPOWKI<br>HSTEPOWSKI@AJAFFE.COM | HILL RIVKINS LLP<br>JOHN SULLIVAN<br>JSULLIVAN@HILLRIVKINS.COM |
| I & C CREATION JEWELRY LLC<br>INCJEWELRY@VERIZON.NET | JENNER & BLOCK LLP<br>CARL WEDOFF<br>CWEDOFF@JENNER.COM | JENNER & BLOCK LLP<br>MARC HANKIN<br>MHANKIN@JENNER.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>CHRISTOPHER J. REILLY<br>CREILLY@KLESTADT.COM | KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>IAN R. WINTERS<br>IWINTERS@KLESTADT.COM | KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>SEAN C. SOUTHARD<br>SSOUTHARD@KLESTADT.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>STEPHANIE R. SWEENEY<br>SSWEENEY@KLESTADT.COM | LEACH GARNER<br>DPETRICCA@LEACHGARNER.COM | LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>MARK K. ANESH<br>MARK.ANESH@LEWISBRISBOIS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>JOHN P. DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | LISA SHAMUS & ASSOCIATES<br>LISASHAMUS@GMAIL.COM | LYLE HUSAR DESIGNS<br>PAYABLES@LYLEHUSARDESIGNS.COM |
| MALCA-AMIT CHB, INC<br>ANN.NYC@MALCA-AMIT.COM | MALCA-AMIT USA, LLC<br>ANN.NYC@MALCA-AMIT.COM | MAURICE WUTSCHER LLP<br>ALAN C. HOCHHEISER<br>AHOCHHEISER@MAURICEWUTSCHER.COM |
| MUTUAL SECURITY SERVICES<br>CBURKS@4MUTUAL.COM | NOBLE GIFT PACKAGING INC<br>AR@NOBLEGIFT.COM | NORTON ROSE FULBRIGHT US LLP<br>FRANCISCO VAZQUEZ<br>FRANCISCO.VAZQUEZ@NORTONROSEFULBRIGHT.C |
| NORTON ROSE FULBRIGHT US LLP<br>MARC ASHLEY<br>MARC.ASHLEY@NORTONROSEFULBRIGHT.COM | NORTON ROSE FULBRIGHT US LLP<br>THOMAS MCCORMACK<br>THOMAS.MCCORMACK@NORTONROSEFULBRIGHT.( | NY STATE DEPT. OF TAXATION & FINANCE<br>JEFFREY CYMBLER<br>JEFFREY.CYMBLER@TAX.NY.GOV |

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD MORRISSEY<br>RICHARD.MORRISSEY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION02.NYECF@USDOJ.GOV | POLSINELLI, PC<br>CHRISTOPHER WARD<br>CWARD@POLSINELLI.COM |
| POLSINELLI, PC<br>JEREMY JOHNSON<br>JEREMY.JOHNSON@POLSINELLI.COM | PRYOR & MANDELUP, L.L.P.<br>ANTHONY GIULIANO<br>AFG@PRYORMANDELUP.COM | PRYOR & MANDELUP, L.L.P.<br>LOGAN RAPPAPORT<br>LR@PRYORMANDELUP.COM |
| ROCKET RED BOX, INC<br>KLEBER@ROCKETBOX.COM | ROSEN & ASSOCIATES, P. C.<br>SANFORD ROSEN<br>SROSEN@ROSENPC.COM | ROYAL CHAIN<br>SALES@ROYALCHAIN.COM |
| RSRCONSULTING LLC<br>NEIL BIVONA<br>NBIVONA@RSRCONSULTINGLLC.COM | S. BICHACHI BLUMENFELD DIAMOND CO.<br>TIN@BICHACHI.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>DIPESH PATEL<br>DIPESH.PATEL@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JOHN DEMMY<br>JOHN.DEMMY@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>STEPHEN RAVIN<br>STEPHEN.RAVIN@SAUL.COM | SHREE RAMKRISHNA EXPORT PVT. LTD.<br>VISHAL.MJ@SRK.ME |
| SIGNATURE B&B COMPANIES<br>RVALERIO@SBBINSURE.COM | SOLOMON BROTHERS LTD.<br>ANTHONY@SOLOMONBROTHERS.COM | STAPLES BUSINESS ADVANTAGE<br>STAPLESCA@STAPLES.COM |
| TROUTMAN SANDERS LLP<br>BRETT D. GOODMAN<br>BRETT.GOODMAN@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>HARRIS B. WINSBERG<br>HARRIS.WINSBERG@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEWS BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| ULINE<br>NMARRA@ULINE.COM | VEDDER PRICE P.C.<br>MICHAEL SCHEIN<br>MSCHEIN@VEDDERPRICE.COM | WACHTEL MISSRY LLP<br>STEVEN J. COHEN<br>COHEN@WMLLP.COM |
| WHITE & CASE LLP<br>ASHLEY CHASE<br>ASHLEY.CHASE@WHITECASE.COM | WHITE & CASE LLP<br>J. CHRISTOPHER SHORE<br>CSHORE@WHITECASE.COM | WHITE & CASE LLP<br>OWEN PELL<br>OWEN.PELL@WHITECASE.COM |
| WHITE AND WILLIAMS, LLP<br>THOMAS E. BUTLER<br>BUTLERT@WHITEANDWILLIAMS.COM | WORLD DIAMOND DISTRIBUTION FZE<br>MARKETING@WORLDDIAMONDDISTRIBUTION.COM | |

Parties Served: 74

# EXHIBIT B

# EXHIBIT B

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD MORRISSEY
U.S. FEDERAL OFFICE BUILDING
201 VARICK ST, RM 1006
NEW YORK, NY 10014

Parties Served: 1