JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR SEPTEMBER 26, 2019 HEARING**

**Date:** **Thursday, September 26, 2019 at 2:00 p.m. Eastern Time**

**Location:** **United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House, Courtroom 701
One Bowling Green
New York, New York 10004**

## CHAPTER 11 CASE

1. **REALREAL INC. SALE PROCEDURES MOTION**

   - *Chapter 11 Trustees Motion For Order Authorizing The Trustee To Enter Into Consignment Agreement With The RealReal, Inc. And To Consummate Sales Of Inventory* [Dkt. 1054]

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

- Responses Received: None.

- Status: This matter is going forward.

## ADJOURNED MATTERS

2. **PRE-TRIAL CONFERENCE –** *LEVIN V. FIRESTAR INTERNATIONAL PVT. LTD.*, *ET AL.*, **ADV. PROC. NO. 19-1002**

   - Related Documents:w

     A. *Complaint* [Adv. No . 19-1002, Dkt. 1]

     B. *Order (I) Authorizing Email Service, (II) Setting Foreign Defendants' Time to Respond to the Complaint; and (III) Adjourning the Pretrial Conference* [Adv. No. 19-1002, Dkt. 6]

     C. *Answer* [Adv. No . 19-1002, Dkt. 11]

   - Status: This matter will be adjourned to **November 18, 2019 at 2:30 p.m. EST.**

3. **FANTASY DIAMOND CLAIM OBJECTION**

   - *Chapter 11 Trustee's Objection To Claim Filed By Fantasy Diamond Corporation* [Dkt. 1043]

   - Responses Received: Amended Response of Fantasy Diamond Corporation in Opposition to *Chapter 11 Trustee's Objection To Claim Filed By Fantasy Diamond Corporation* [Dkt. 1086]

   - Status: This matter will be adjourned to a date to be determined.

Dated: September 24, 2019
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Marc Hankin
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*

3