JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR OCTOBER 10, 2019 HEARING**

**Date:**       **Thursday, October 10, 2019 at 2:30 p.m. Eastern Time**

**Location:**   **United States Bankruptcy Court for the Southern District of New York**
**Alexander Hamilton U.S. Custom House, Courtroom 701**
**One Bowling Green**
**New York, New York 10004**

1. **MOTION FOR APPROVAL OF DISCLOSURE STATEMENT**

   - *Chapter 11 Trustee's Amended Motion for an Order (I) Approving the Disclosure Statement, Form of Ballots, and Solicitation Procedures and (II) Establishing Confirmation Procedures* [Dkt. 1108]

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

- Related Documents:

  o *Disclosure Statement for Trustee's First Amended Joint Chapter 11 Plan* [Dkt. 1107]

  o *Trustee's First Amended Joint Chapter 11 Plan* [Dkt. 1106]

- Responses Received:

  o *Limited Objection of Fantasy Diamond Corporation to the Disclosure Statement for Trustee's Joint Chapter 11 Plan* [Dkt. 1082]

- Status: This matter is going forward.

**2.    MOTION TO MAKE BANKRUPTCY RULE 7012 APPLICABLE TO OBJECTION TO CLAIM OF FANTASY DIAMOND CORPORATION**

- *Chapter 11 Trustee's Motion to Make Rule 7012 of the Federal Rules of Bankruptcy Procedure Applicable to the Objection to Claim of Fantasy Diamond Corporation* [Dkt. 1099]

- Related Documents:

  o *Chapter 11 Trustee's Objection to Filed Claim of Fantasy Diamond Corporation* [Dkt. 1043]

  o *Amended Response of Fantasy Diamond Corporation in Opposition to the Chapter 11 Trustee's Objection to Filed Claim of Fantasy Diamond Corporation* [Dkt. 1086]

- Responses Received:

  o *Response of Fantasy Diamond Corporation in Opposition to the Chapter 11 Trustee's Motion to Make Rule 7012 of the Federal Rules of Bankruptcy Procedure Applicable to the Objection to the Claim of Fantasy Diamond Corporation* [Dkt. 1102]

  o *Chapter 11 Trustee's Reply to Response of Fantasy Diamond Corporation in Opposition to the Chapter 11 Trustee's Motion to Make Rule 7012 Applicable to the Objection to Claim* [Dkt. 1110]

- Status: This matter is going forward.

|  |  |
|---|---|
| Dated: October 7, 2019<br>New York, New York | Respectfully submitted,<br><br>**JENNER & BLOCK LLP**<br><br>By: /s/ Marc Hankin<br>Marc Hankin<br>Carl Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>(212) 891-1600<br>mhankin@jenner.com<br>cwedoff@jenner.com<br><br>Angela Allen (admitted *pro hac vice*)<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>aallen@jenner.com<br><br>*Counsel for the Chapter 11 Trustee* |

3