919 THIRD AVENUE NEW YORK, NY 10022                                                           **JENNER&BLOCK** LLP

VIA ECF AND EMAIL

October 10, 2019

Carl Wedoff
Tel  212 891 1653
cwedoff@jenner.com

**MEMORANDUM ENDORSED ORDER:
SO ORDERED
Dated: October 31, 2019
*/s/ Sean H. Lane*
United States Bankruptcy Judge**

The Honorable Sean H. Lane
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
shl.orders@nysb.uscourts.gov

**Re:**   *In re Firestar Diamond, Inc. et al.,* Case No. 18-10509 (Jointly Administered)

We represent Richard Levin, chapter 11 trustee (the "**Trustee**") of the debtors in the above-referenced chapter 11 cases, and write on behalf of the Trustee and Fantasy Diamond Corporation ("**FDC**," and together with the Trustee, the "**Parties**") concerning the Trustee's objection to the filed claim of FDC (Dkt. 1043) (the "**Objection**") and motion to make Rule 7012 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") applicable to the Objection (Dkt. 1099). In accordance with the discussion in open court on October 10, 2019, the Parties agree to proceed with the Objection under Bankruptcy Rule 7056 as follows:

- The Trustee shall file a motion for summary judgment in support of the Objection no later than October 25, 2019.
- FDC shall file any response to the Trustee's motion for summary judgment no later than November 8, 2019.
- The Trustee shall file any reply in support of the motion for summary judgment no later than November 13, 2019.
- A hearing on the Trustee's motion for summary judgment shall be held on November 18, 2019 at 11:00 a.m.

We thank the Court for its attention to this matter.

Sincerely,

/s/ Carl Wedoff
Carl Wedoff

cc:   John Demmy, Esq.
       Richard Levin, Esq.