JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR NOVEMBER 18, 2019 HEARING**

**Date:**         **Monday, November 18, 2019 at 11:00 a.m. Eastern Time**

**Location:**     **United States Bankruptcy Court for the Southern District of New York**
                  **Alexander Hamilton U.S. Custom House, Courtroom 701**
                  **One Bowling Green**
                  **New York, New York 10004**

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

# Contested Claim Objections

1. **CLAIM OBJECTION – FANTASY DIAMOND CORPORATION**

   A. *Chapter 11 Trustee's Objection to Filed Claim of Fantasy Diamond Corporation* [Dkt. 1043]

   B. *Trustee's Motion For Summary Judgment On His Objection To Filed Claim No. 54 Of Fantasy Diamond Corporation* [Dkt. 1189]

   C. *Trustee's Memorandum Of Law In Support Of Summary Judgment Motion* [Dkt. 1190]

   D. *Trustee's Statement of Undisputed Facts In Support Of Summary Judgment Motion* [Dkt. 1191]

   E. *Fantasy Diamond Corporation's Memorandum in Opposition to Trustee's Summary Judgment Motion* [Dkt. 1211]

   F. *Fantasy Diamond Corporation's Statement of Undisputed Material Facts* [Dkt. 1212]

   G. *Trustee's Reply In Support Of Summary Judgment Motion* [Dkt. 1229]

   **Status**: This matter is going forward.

2. **CLAIM OBJECTION – BANK OF INDIA (BHARAT DIAMOND BOURSE BRANCH)**

   A. *Trustee's Objection To Filed Claim Of Bank Of India, Bharat Diamond Bourse Branch (Firestar Claim No. 55)* [Dkt. 1157]

   B. *Response to Chapter 11 Trustee's Objection* [Dkt. 1209]

   C. *Trustee's Reply in Support of Objection* [Dkt. 1234]

   **Status**: This matter is going forward.

3. **CLAIM OBJECTION –  UNION BANK OF INDIA (UK)**

   A. *Trustee's Objection To Filed Claim Of Union Bank Of India (UK) Ltd. (Firestar Claim No. 16)* [Dkt. 1161]

   B. *Response to Chapter 11 Trustee's Objection* [Dkt. 1215]

   C. *Amended Declaration Bernard Insel, in Response to Objections of Trustee to Claims 12, 16 & 17 (ECF Doc. Nos. 1121, 1158 & 1161)* (**"Isbel Declaration"**) [Dkt. 1221]

D. *Trustee's Reply in Support of Objection* [Dkt. 1232]

**Status**: This matter is going forward.

4. **CLAIM OBJECTION – FIRESTAR DIAMOND BVBA**

   A. *Trustee's Objection To Filed Claims Of Firestar Diamond BVBA (Firestar Claims No. 11 and 12)* [Dkt. 1121]

   B. *Response to Chapter 11 Trustee's Objection* [Dkt. 1216]

      o *See also* § 3.C (Insel Declaration)

   C. *Trustee's Reply in Support of Objection* [Dkt. 1231]

   **Status**: This matter is going forward.

5. **CLAIM OBJECTION – BANK OF INDIA (LONDON BRANCH)**

   A. *Trustee's Objection to Filed Claim of Bank of India (London Branch) (Firestar Claim No. 17)* [Dkt. 1158]

   B. *Response to Chapter 11 Trustee's Objection* [Dkt. 1217]

      o *See also* § 3.C (Insel Declaration)

   C. *Trustee's Reply in Support of Objection* [Dkt. 1233]

   **Status**: This matter is going forward.

6. **CLAIM OBJECTION – SAUMIL DIAM LLC**

   A. *Trustee's Objection To Filed Claim of Saumil Diam LLC* [Dkt. 1156]

   B. *Saumil Diam Response to Chapter 11 Trustee's Objection* [Dkt. 1225]

   C. *Saumil Diam Declaration in Opposition Objection* [Dkt. 1226]

   D. *Saumil Diam Letter Requesting Nunc Pro Tunc Consideration* [Dkt. 1227]

   E. *Trustee's Reply in Support of Objection* [Dkt. 1235]

   **Status**: This matter is going forward.

7. **CLAIM OBJECTION – COSTCO WHOLESALE CORPORATION**

   A. *Trustee's Objection to Filed Claim of Costco Wholesale Corporation (Fantasy Claim No. 10)* [Dkt. 1152]

   B.   *Response to Chapter 11 Trustee's Objection* [Dkt. 1220]

**Status**: Costco Wholesale Corporation has moved to compel arbitration [*see* Dkt. 1219], which is scheduled for hearing on December 19, 2019 at 10:00 a.m. Eastern Standard Time.  The parties agree to adjourn the Trustee's claim objection to the December 19, 2019 hearing.

## Plan Confirmation

**8.   CONFIRMATION OF TRUSTEE'S FIRST AMENDED JOINT CHAPTER 11 PLAN**

   A.   *Trustee's First Amended Joint Chapter 11 Plan* [Dkt. 1106]

   B.   *Plan Supplement* [Dkt. 1202]

   C.   *Trustee's Memorandum of Law in Support of Confirmation of First Amended Joint Chapter 11 Plan* [Dkt. 1236]

- Responses Received: None.

  **Status**: This matter is going forward.

## Uncontested Claim Objections

**9.   SECOND OMNIBUS OBJECTION TO CLAIMS (PAID CLAIMS)**

- *Trustee's Second Omnibus Objection To Claims (Paid Claims)* [Dkt. 1160]

- Responses Received: The Trustee received informal responses and withdrew his objection to the filed claim of Barbara Habibi. [Dkt. 1222.]

**Status**: This matter is going forward.

**10.   CLAIM OBJECTION - KERWIN COMMUNICATIONS, INC.**

- *Trustee's Objection To Filed Claim Of Kerwin Communications, Inc. (Firestar Claim No. 23)* [Dkt. 1124]

- Responses Received: None.

**Status**: This matter is going forward.

**11.   CLAIM OBJECTION – DISTINCTIVE DIAMONDS**

- *Trustee's Objection To Scheduled Claim Of Distinctive Diamonds* [Dkt. 1163]

- Responses Received: None.

4

**Status**: This matter is going forward.

12. **CLAIM OBJECTION – NANCY N. LOPES**

    - *Trustee's Objection To Filed Claim Of Nancy N. Lopes (Firestar Claim No. 20)* [Dkt. 1125]

    - Responses Received: None.

    **Status**: This matter is going forward.

13. **CLAIM OBJECTION – FANCY CREATIONS**

    - *Trustee's Objection To Filed Claim Of Fancy Creations Company Limited (Firestar Claim No. 30)* [Dkt. 1113]

    - Responses Received: None.

    **Status**: This matter is going forward.

14. **CLAIM OBJECTION – COOK GROUP SOLUTIONS**

    - *Trustee's Objection To Scheduled Claim Of Cook Group Solutions (Old AJ, Inc. Scheduled Claim 3.28)* [Dkt. 1141]

    - Responses Received: None.

    **Status**: This matter is going forward.

15. **CLAIM OBJECTION – NIPUR BVBA**

    - *Trustees Objection To Filed Claim Of Nipur BVBA (Jaffe Claim No. 5)* [Dkt. 1133]

    - Responses Received: None.

    **Status**: This matter is going forward.

16. **CLAIM OBJECTION – EULER HERMES**

    - *Trustees Objection To Filed Claim Of Euler Hermes North America Insurance Company (Firestar Claim No. 24)* [Dkt. 1162]

    - Responses Received: None.

    **Status**: This matter is going forward.

# Fee Applications

17. **TRUSTEE FEE APPLICATION**

    - *Second Application For Interim Professional Compensation In Partial Satisfaction Of His Reasonable Compensation For Richard Levin, Chapter 11 Trustee* [Dkt. 1192]

    - Responses Received: None.

    **Status**: This matter is going forward.

18. **JENNER & BLOCK FEE APPLICATION**

    - *Fourth Application for Interim Professional Compensation for Jenner & Block LLP, Counsel to the Trustee* [Dkt. 1193]

    - Responses Received: None.

    **Status**: This matter is going forward.

19. **ALVAREZ & MARSAL FEE APPLICATION**

    - *Fourth Application for Interim Professional Compensation for Alvarez and Marsal Disputes and Investigations, LLC, Financial Adviser to the Trustee* [Dkt. 1183]

    - Responses Received: None.

    **Status**: This matter is going forward.

20. **GEM CERTIFICATION AND ASSURANCE LAB FEE APPLICATION**

    - *Fourth Application for Interim Professional Compensation for Gem Certification & Assurance Lab, Appraiser to the Trustee* [Dkt. 1194]

    - Responses Received: None.

    **Status**: This matter is going forward.

21. **LACKENBACH FEE APPLICATION**

    - *Third Application for Interim Professional Compensation for Lackenbach Siegel, LLP, Intellectual Property Counsel to the Trustee* [Dkt. 1198]

    - Responses Received: None.

    **Status**: This matter is going forward.

22. **FASKEN FEE APPLICATION**

    - *Third Application for Interim Professional Compensation for Fasken Martineau DuMoulin LLP, Canadian Counsel to the Trustee* [Dkt. 1196]

    - Responses Received: None.

    **Status**: This matter is going forward.

23. **WHITLEY PENN FEE APPLICATION**

    - *Second Application for Interim Professional Compensation for Whitley Penn, LLP, Accountant to the Trustee* [Dkt. 1195]

    - Responses Received: None.

    **Status**: This matter is going forward.

24. **FORCHELLI DEEGAN FEE APPLICATION**

    - *Final Application For Final Professional Compensation As Conflicts Counsel For the Debtors* [Dkt. 1166]

    - Responses Received: None.

    **Status**: This matter is going forward.

25. **FRANKFURT KURNIT FEE APPLICATION**

    - *First Application for Interim Professional Compensation for Frankfurt Kurnit Klein & Selz P.C., Special Counsel* [Dkt. 1197]

    - Responses Received: None.

    **Status**: This matter is going forward.

## Pre-trial Conferences

26. **PRE-TRIAL CONFERENCE –** *LEVIN V. FIRESTAR INTERNATIONAL PVT. LTD.*, **ET AL., ADV. PROC. NO. 19-1002**

    A. *Complaint* [Dkt. 1]

    B. *Answer* [Dkt. 11]

    **Status**: This matter is going forward.

27. **PRE-TRIAL CONFERENCE –** *NIRAV MODI, INC. V. MALCA-AMIT USA, LLC*, **ADV. PROC. NO. 19-1372**

   A. *Notice of Removal and Complaint* [Dkt. 1]

   B. *Amended Answer* [Dkt. 3]

   **Status**: This matter is going forward.

| | |
|---|---|
| Dated: November 14, 2019<br>New York, New York | Respectfully submitted,<br><br>**JENNER & BLOCK LLP**<br><br>By: /s/ Marc Hankin<br>Marc Hankin<br>Carl Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>(212) 891-1600<br>mhankin@jenner.com<br>cwedoff@jenner.com<br><br>Angela Allen (admitted *pro hac vice*)<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>aallen@jenner.com<br><br>*Counsel for the Chapter 11 Trustee* |