**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, John D. VanDeventer, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent Richard Levin, not in his individual capacity but solely as the chapter 11 trustee of the Debtors in the above-captioned chapter 11 cases.

*I certify that I am a member in good standing* of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 12, 2019
   Chicago, Illinois

*/s/* John D. VanDeventer

John D. VanDeventer
353 N. Clark Street
Chicago IL 60654
Telephone:  312-222-9350
jvandeventer@jenner.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).