UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**ORDER APPROVING CHAPTER 11 TRUSTEE'S SETTLEMENT OF**
**ADVERSARY PROCEEDING CLAIMS**

Upon the motion ("**Motion**") [Dkt. 1298] of Richard Levin, not individually but solely in his capacity as chapter 11 trustee (the "**Trustee**") for the above-captioned debtors (the "**Debtors**") for entry of an Order, under Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving the Trustee's proposed settlement of the adversary proceeding captioned *Levin v. Modi, et al.*, 19-1103 (SHL) (Bankr. S.D.N.Y.) (the "**Adversary Proceeding**") as against Ami Javeri, f/k/a Ami Modi, and Nirav D. Modi; and this Court having jurisdiction to consider the Motion and the relief requested therein; and consideration of the Motion and the relief required being a core proceeding; and venue being proper before this Court; and it appearing that no other or further notice need be provided; and this Court having determined that relief requested in the Motion being in the best interests of the estates, creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these jointly administered chapter 11 cases, along with each Debtor's respective chapter 11 case number and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (Case No. 18-10509) (2729); (ii) Old AJ, Inc. f/k/a A. Jaffe, Inc. (Case No. 18-10510) (4756); and (iii) Fantasy, Inc. (Case No. 18-10511) (1673).

**IT IS ORDERED**:

1. The Motion is granted.

2. The Trustee is authorized to settle the Adversary Proceeding as against Ami Javeri, f/k/a Ami Modi, and Nirav D. Modi in accordance with the terms of the Settlement Agreement attached as <u>Exhibit B</u> to the Motion.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
       December 23, 2019

                */s/ Sean H. Lane*
                HONORABLE SEAN H. LANE
                UNITED STATES BANKRUPTCY JUDGE