JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
John VanDeventer (*pro hac vice* pending)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR JANUARY 22, 2020 HEARING**

**Date:** Wednesday, January 22, 2020 at 2:00 p.m. Eastern Time

**Location:** **United States Bankruptcy Court for the Southern District of New York**
**Alexander Hamilton U.S. Custom House, Courtroom 701**
**One Bowling Green**
**New York, New York 10004**

    1.    **MOTION TO APPROVE SETTLEMENT WITH U.S. AFFILIATES**

        A.  *Chapter 11 Trustee's Motion for an Order Approving Settlement with Non-Debtor U.S. Affiliates (Firestar Nos. 66, 67, & 68; Jaffe Nos. 23 & 24; Fantasy No. 11)* [Dkt. 1354]

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

    B. *Notice of Filing of Executed Settlement Agreement With Non-Debtor U.S. Affiliates* [Dkt. 1366]

- Responses Received: None.

**Status**: This matter is going forward.

### 2. MOTION TO APPROVE SETTLEMENT WITH MARKS PANETH

- *Chapter 11 Trustee's Motion for an Order Approving Settlement with Marks Paneth LLP* [Dkt. 1349]

- Responses Received: None.

**Status**: This matter is going forward.

### 3. MOTION TO APPROVE SETTLEMENT WITH KLESTADT WINTERS

- *Chapter 11 Trustee's Motion for an Order Approving Settlement with Klestadt Winters Jureller Southard & Stevens LLP* [Dkt. 1355]

- Responses Received: None.

**Status**: This matter is going forward.

Dated: January 17, 2020,
       New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Marc Hankin
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*

2