JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
William Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR FEBRUARY 10, 2020 HEARING**

**Date:**       Monday, February 10, 2020 at 11:00 a.m. Eastern Standard Time

**Location:**   United States Bankruptcy Court for the Southern District of New York
                Alexander Hamilton U.S. Custom House, Courtroom 701
                One Bowling Green
                New York, New York 10004

    **1.**    **MOTION TO DESIGNATE RECORD DATE**

- *Chapter 11 Trustee's Motion for an Order Designating a Record Date* [Dkt. 1364]

- Responses Received: None.

- <u>Status</u>: This matter is going forward.

---

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (2729); (ii) Old AJ, Inc., f/k/a A. Jaffe, Inc. (4756); and (iii) Fantasy, Inc. (1673).

2.  **MOTION FOR DEFAULT JUDGMENT –** *LEVIN V. FIRESTAR INTERNATIONAL PVT. LTD.*, ET AL., ADV. PROC. NO. 19-1002

    A. *Chapter 11 Trustee's Motion For Entry Of Default Judgment Against Defendants Firestar International Pvt. Ltd., Firestar Diamond International Pvt. Ltd., and Corporation Bank* [Dkt. 30]

    B. *Affidavit of Service re: Chapter 11 Trustees Motion for Entry of Default Judgment Against Defendants Firestar International Pvt. Ltd., Firestar Diamond International Pvt. Ltd., And Corporation Bank* [Dkt. 31]

    - Responses Received: None.

    - <u>Status</u>: This matter is going forward.

## ADJOURNED MATTERS

3.  **CLAIM OBJECTION – NEW YORK STATE DEPARTMENT OF TAXATION**

    - *Chapter 11 Trustee's Objection to Filed Claims of the New York State Department of Taxation and Finance (Firestar No. 31, Old AJ No. 8, Fantasy No. 5)* [Dkt. 1250]

    - <u>Status</u>: This matter is being adjourned to March 19, 2020 at 11:00 a.m. EDT.

4.  **MIHIR BHANSALI MOTION TO DISMISS –** *LEVIN V. MODI*, ET AL., ADV. PROC. NO. 19-1102

    A. *Amended Complaint* [Dkt. 1]

    B. *Motion To Dismiss Adversary Proceeding Filed On Behalf Of Mihir Bhansali* [Dkt. 38]

    C. *Memorandum Of Law Filed On Behalf Of Mihir Bhansali* [Dkt. 39]

    D. *Declaration of Nicole A. Sullivan in Support of Mihir Bhansali's Motion to Dismiss the First Amended Complaint* [Dkt. 40]

    E. *Chapter 11 Trustee's Opposition to Defendant Mihir Bhansali's Motion to Dismiss the First Amended Complaint* [Dkt. 49]

    F. *Reply To Motion To Dismiss The Amended Adversary Complaint Filed On Behalf Of Mihir Bhansali* [Dkt. 55]

    - <u>Status</u>: This matter is being adjourned to a date to be determined.

5. **AJAY GANDHI MOTION TO DISMISS –** *LEVIN V. MODI,* **ET AL., ADV. PROC. NO. 19-1102**

   A. *Ajay Gandhi's Memorandum of Law and Notice of Motion to Dismiss First Amended Adversary Complaint* [Dkt. 38]

   B. *Chapter 11 Trustee's Opposition to Defendant Ajay Gandhi's Motion to Dismiss the First Amended Complaint* [Dkt. 48]

   C. *Reply To Motion To Dismiss The Amended Adversary Complaint Filed On Behalf Of Ajay Gandhi* [Dkt. 54]

   - Status: This matter is being adjourned to a date to be determined.

6. **NIRAV MODI MOTION TO DISMISS –** *LEVIN V. MODI,* **ET AL., ADV. PROC. NO. 19-1102**

   A. *Nirav Modi's Motion to Dismiss Adversary Proceeding* [Dkt. 38]

   B. *Chapter 11 Trustee's Opposition to Defendant Nirav Modi's Motion to Dismiss the First Amended Complaint* [Dkt. 50]

   C. *Nirav Modi's Reply in Support of Motion To Dismiss Adversary Proceeding* [Dkt. 56]

   - Status: This matter is being adjourned to a date to be determined.

Dated: February 6, 2020
       New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Marc Hankin
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)
William Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com
wwilliams@jenner.com

*Counsel for the Chapter 11 Trustee*