**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DISALLOWING FILED CLAIMS OF FIRESTAR DIAMOND BVBA (FIRESTAR CLAIM NO. 12 AND FIRESTAR CLAIM NO. 11), BANK OF INDIA (BHARAT DIAMOND BOURSE BRANCH) (FIRESTAR CLAIM NO. 55), BANK OF INDIA (LONDON BRANCH) (FIRESTAR CLAIM NO. 17), AND UNION BANK OF INDIA (UK) LTD. (FIRESTAR CLAIM NO. 16)

Upon consideration of the *Objection to Filed Claims of Firestar Diamond BVBA (Firestar Claim No. 12 and Firestar Claim No. 11)* [Dkt. 1121]; *Objection to Filed Claim of Bank Of India (Bharat Diamond Bourse Branch) (Firestar Claim No. 55)* [Dkt. 1157]; *Objection to Filed Claim of Bank Of India (London Branch) (Firestar Claim No. 17)* [Dkt. 1158]; and *Objection to Filed Claim of Union Bank of India (UK) Ltd. (Firestar Claim No. 16)* [Dkt. 1161] (the "**Objections**") filed by Richard Levin in his capacity as Trustee of the three Debtors in these jointly administered cases (the "**Trustee**"), seeking entry of orders under section 502(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), disallowing claims by or on behalf of Firestar Diamond BVBA (Firestar Claim No. 12 and Firestar Claim No. 11); Bank of India (Bharat Diamond Bourse Branch) (Firestar Claim No. 55); Bank of India (London Branch) (Firestar Claim No. 17); and Union Bank of India (UK) Ltd. (Firestar Claim No. 16) (the "**Claims**"), as more fully described in the Objections; the responses to the Objections [Dkt. 1209, 1215, 1216, 1217]; the Declaration of Bernard Insel [Dkt. 1221]; the Trustee's replies in support of the Objections [Dkt. 1231, 1232,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

1233, 1234]; and appropriate notice under the circumstances of the Objections having been provided, and it appearing that no other or further notice need be provided; and the Court having held a hearing on November 18, 2019; and having found and determined that the legal and factual bases set forth in the Objections establish just cause for the relief granted herein for the reasons set forth in the Court's April 22, 2020 *Memorandum of Decision* [Dkt. 1482] (the "**Decision**"); and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Objections are sustained.

2. The Claims are disallowed for the reasons stated in the Decision.

3. The Trustee, the Claims and Noticing Agent (Omni Agent Solutions), and the Clerk of this Court are authorized to take all actions necessary or appropriate to effectuate this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
      May 8, 2020

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE