**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**ORDER APPROVING MODIFICATION
TO TRUSTEE'S FIRST AMENDED JOINT CHAPTER 11 PLAN AND
CONFIRMING TRUSTEE'S MODIFIED FIRST AMENDED JOINT CHAPTER 11 PLAN**

Upon consideration of the *Motion for Order Approving Modifications to Trustee's First Amended Joint Chapter 11 Plan and Confirming Trustee's Modified First Amended Joint Chapter 11 Plan* [Dkt. 1542] (the "**Motion**") filed by Richard Levin in his capacity as Trustee of the three Debtors in these jointly administered cases (the "**Trustee**"), seeking entry of an order under section 1127(b) of the Bankruptcy Code and section 10.1 of the Trustee's First Amended Joint Chapter 11 Plan ("First Amended Plan") for entry of an order approving modifications to the First Amended Plan reflected in Exhibit B to the Motion and confirming the *Trustee's Modified First Amended Joint Chapter 11 Plan* [Dkt. 1539] ("**Modified First Amended Plan**"), filed contemporaneously with the Motion; and appropriate notice under the circumstances of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that Bankruptcy Code section 1127(b) and section 10.1 of the First Amended Plan authorize the modification of the First Amended Plan, that circumstances warrant the proposed modifications to the First Amended Plan, that the relief sought in the Motion that is granted hereby is in the best interests of the Debtors' estates, creditors, and all parties in interest, and that

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

1

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Modified First Amended Plan is confirmed; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
July 17, 2020

                                           ***/s/ Sean H. Lane***
                                           HONORABLE SEAN H. LANE
                                           UNITED STATES BANKRUPTCY JUDGE