# **EXHIBIT A**

**TIME/EXPENSE RECORDS**

July 13, 2020  
Firestar Diamond, Inc. - 815913D,E,F-025-200708993

Richard Levin, Esq.  
Jenner & Block LLP  
919 Third Avenue  
New York, NY 10022-3908

Re:    FIRESTAR DIAMOND, INC., et al., Debtors Case #18-10509 (SHL) (the "Action")

SERVICES RENDERED  
By Alvarez & Marsal Disputes and Investigations, LLC  
through June 30, 2020, not previously billed

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Bunyan, Jr., Richard | 6/1/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding cash transfers to FDC. | 0.3 | $ 480.00 | $ 144.00 | $ 408.00 | $ 122.40 |
| Bunyan, Jr., Richard | 6/1/2020 | Litigation Activities | Preparation of FDC royalty payment analysis, compilation of support, and drafting of related summary. | 2.0 | $ 480.00 | $ 960.00 | $ 408.00 | $ 816.00 |
| Leibert, Seth | 6/1/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding cash transfers to FDC. | 0.3 | $ 510.00 | $ 153.00 | $ 434.00 | $ 130.20 |
| Leibert, Seth | 6/1/2020 | Litigation Activities | Review and quality control of FDC transfer analysis. | 0.7 | $ 510.00 | $ 357.00 | $ 434.00 | $ 303.80 |
| Ryan, Laureen | 6/1/2020 | Litigation Activities | Communications with Jenner and A&M team regarding royalties. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Ryan, Laureen | 6/1/2020 | Litigation Activities | Communications with A&M team regarding royalties request. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Bunyan, Jr., Richard | 6/3/2020 | Litigation Activities | Targeted Relativity searches for email correspondences related to FDC royalty payments. | 0.5 | $ 480.00 | $ 240.00 | $ 408.00 | $ 204.00 |
| Bunyan, Jr., Richard | 6/3/2020 | Litigation Activities | Preparation of FDC royalty payment analysis for CY 2015-2017. | 1.1 | $ 480.00 | $ 528.00 | $ 408.00 | $ 448.80 |
| Ryan, Laureen | 6/3/2020 | Litigation Activities | Communications with Jenner and A&M team regarding royalties. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Ryan, Laureen | 6/3/2020 | Litigation Activities | Communications with A&M team regarding royalties request. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Bunyan, Jr., Richard | 6/4/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding cash transfers to FDC. | 0.5 | $ 480.00 | $ 240.00 | $ 408.00 | $ 204.00 |
| Bunyan, Jr., Richard | 6/4/2020 | Litigation Activities | Preparation of FDC royalty payment analysis for CY 2015-2017, compilation of support, and drafting of related summary. | 1.0 | $ 480.00 | $ 480.00 | $ 408.00 | $ 408.00 |
| Leibert, Seth | 6/4/2020 | Litigation Activities | Review and quality control of updated FDC transfer analysis. | 0.8 | $ 510.00 | $ 408.00 | $ 434.00 | $ 347.20 |
| Leibert, Seth | 6/4/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding cash transfers to FDC. | 0.5 | $ 510.00 | $ 255.00 | $ 434.00 | $ 217.00 |
| Ryan, Laureen | 6/4/2020 | Litigation Activities | Communications with A&M team regarding royalties request. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Ryan, Laureen | 6/4/2020 | Litigation Activities | Communications with Jenner and A&M team regarding royalties. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Leibert, Seth | 6/9/2020 | Litigation Activities | Communications with A&M team regarding settlements. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Bunyan, Jr., Richard | 6/10/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding Costco request strategy. | 0.3 | $ 480.00 | $ 144.00 | $ 408.00 | $ 122.40 |
| Bunyan, Jr., Richard | 6/10/2020 | Litigation Activities | Email correspondences related to Costco course of performance analysis. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Bunyan, Jr., Richard | 6/10/2020 | Litigation Activities | Review of emails/documents related to Costco sent by Jenner. | 0.4 | $ 480.00 | $ 192.00 | $ 408.00 | $ 163.20 |
| Bunyan, Jr., Richard | 6/10/2020 | Litigation Activities | Review of Fantasy general ledger and bank statements regarding Costco course of performance. | 1.2 | $ 480.00 | $ 576.00 | $ 408.00 | $ 489.60 |
| Bunyan, Jr., Richard | 6/10/2020 | Litigation Activities | Targeted Relativity searches related to general returns process. | 1.4 | $ 480.00 | $ 672.00 | $ 408.00 | $ 571.20 |
| Bunyan, Jr., Richard | 6/10/2020 | Litigation Activities | Preparation of Costco course of performance analysis and compilation of related support. | 2.4 | $ 480.00 | $ 1,152.00 | $ 408.00 | $ 979.20 |
| Bunyan, Jr., Richard | 6/10/2020 | Litigation Activities | Targeted Relativity searches related to Costco customer returns. | 2.5 | $ 480.00 | $ 1,200.00 | $ 408.00 | $ 1,020.00 |
| Ryan, Laureen | 6/10/2020 | Litigation Activities | Communications with A&M team regarding Costco request. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 6/10/2020 | Litigation Activities | Communications with Jenner and A&M team regarding Costco request and information. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| Ryan, Laureen | 6/10/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding Costco request strategy. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| Bunyan, Jr., Richard | 6/11/2020 | Litigation Activities | Targeted Relativity searches related to Costco customer returns and RTV. | 2.8 | $ 480.00 | $ 1,344.00 | $ 408.00 | $ 1,142.40 |

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Bunyan, Jr., Richard | 6/11/2020 | Litigation Activities | Preparation of Costco course of performance analysis and compilation of related support. | 2.4 | $ 480.00 | $ 1,152.00 | $ 408.00 | $ 979.20 |
| Bunyan, Jr., Richard | 6/11/2020 | Litigation Activities | Preparation of Costco course of performance narrative. | 1.6 | $ 480.00 | $ 768.00 | $ 408.00 | $ 652.80 |
| Bunyan, Jr., Richard | 6/11/2020 | Litigation Activities | Review of Fantasy general ledger and bank statements regarding Costco course of performance. | 1.3 | $ 480.00 | $ 624.00 | $ 408.00 | $ 530.40 |
| Bunyan, Jr., Richard | 6/11/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding Costco request. | 0.4 | $ 480.00 | $ 192.00 | $ 408.00 | $ 163.20 |
| Bunyan, Jr., Richard | 6/11/2020 | Litigation Activities | Continued preparation of Costco course of performance analysis and compilation of related support. | 0.6 | $ 480.00 | $ 288.00 | $ 408.00 | $ 244.80 |
| Ryan, Laureen | 6/11/2020 | Litigation Activities | Communications with Jenner and A&M team regarding Costco analysis observations. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Ryan, Laureen | 6/11/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding Costco request. | 0.4 | $ 895.00 | $ 358.00 | $ 761.00 | $ 304.40 |
| Ryan, Laureen | 6/11/2020 | Litigation Activities | Communications with A&M team regarding Costco analysis and review/edit attachments thereto. | 0.9 | $ 895.00 | $ 805.50 | $ 761.00 | $ 684.90 |
| Bunyan, Jr., Richard | 6/24/2020 | Litigation Activities | Review and distribution of docket documents regarding settlement and Trustee's modified plan. | 0.3 | $ 480.00 | $ 144.00 | $ 408.00 | $ 122.40 |
| Leibert, Seth | 6/24/2020 | Litigation Activities | Review of docket filings provided by team. | 0.9 | $ 510.00 | $ 459.00 | $ 434.00 | $ 390.60 |
| Ryan, Laureen | 6/24/2020 | Litigation Activities | Communications with A&M team regarding Costco outcome and updated on status of other litigation. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Ryan, Laureen | 6/24/2020 | Litigation Activities | Communications with Jenner and A&M team regarding Costco outcome and status of other litigation. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| Bunyan, Jr., Richard | 6/29/2020 | Litigation Activities | Review of counsel request regarding SDC. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Ryan, Laureen | 6/29/2020 | Litigation Activities | Communications with A&M team regarding claim analysis requests. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| Ryan, Laureen | 6/29/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Bunyan, Jr., Richard | 6/30/2020 | Litigation Activities | Targeted Relativity searches related to SDC transfers. | 1.1 | $ 480.00 | $ 528.00 | $ 408.00 | $ 448.80 |
| Bunyan, Jr., Richard | 6/30/2020 | Litigation Activities | Review and analysis of SDC transfers. | 1.7 | $ 480.00 | $ 816.00 | $ 408.00 | $ 693.60 |
| | | **Litigation Activities Total** | | **33.4** | | **$ 17,711.00** | | **$ 15,057.00** |
| Leibert, Seth | 6/3/2020 | Monthly reporting | Begin preparing Old A.J. Inc. draft May MORs. | 1.3 | $ 510.00 | $ 663.00 | $ 434.00 | $ 564.20 |
| Leibert, Seth | 6/3/2020 | Monthly reporting | Begin preparing Firestar/Fantasy draft May MORs. | 1.8 | $ 510.00 | $ 918.00 | $ 434.00 | $ 781.20 |
| Leibert, Seth | 6/4/2020 | Monthly reporting | Prepare Old A.J. Inc. draft May MORs. | 1.0 | $ 510.00 | $ 510.00 | $ 434.00 | $ 434.00 |
| Leibert, Seth | 6/4/2020 | Monthly reporting | Prepare Firestar/Fantasy draft May MORs. | 2.4 | $ 510.00 | $ 1,224.00 | $ 434.00 | $ 1,041.60 |
| Leibert, Seth | 6/5/2020 | Monthly reporting | Prepare Old A.J. Inc. draft May MORs. | 1.9 | $ 510.00 | $ 969.00 | $ 434.00 | $ 824.60 |
| Leibert, Seth | 6/5/2020 | Monthly reporting | Prepare Firestar/Fantasy draft May MORs. | 2.1 | $ 510.00 | $ 1,071.00 | $ 434.00 | $ 911.40 |
| Leibert, Seth | 6/5/2020 | Monthly reporting | Continue preparing Firestar/Fantasy draft May MORs. | 0.9 | $ 510.00 | $ 459.00 | $ 434.00 | $ 390.60 |
| Leibert, Seth | 6/8/2020 | Monthly reporting | Prepare Old A.J. Inc. draft May MORs. | 2.0 | $ 510.00 | $ 1,020.00 | $ 434.00 | $ 868.00 |
| Leibert, Seth | 6/8/2020 | Monthly reporting | Prepare Firestar/Fantasy draft May MORs. | 1.4 | $ 510.00 | $ 714.00 | $ 434.00 | $ 607.60 |
| Leibert, Seth | 6/9/2020 | Monthly reporting | Finalize drafts of Old A.J. Inc. May MORs. | 1.8 | $ 510.00 | $ 918.00 | $ 434.00 | $ 781.20 |
| Leibert, Seth | 6/9/2020 | Monthly reporting | Finalize drafts of Firestar/Fantasy May MORs. | 1.5 | $ 510.00 | $ 765.00 | $ 434.00 | $ 651.00 |
| Leibert, Seth | 6/12/2020 | Monthly reporting | Communications with GCAL regarding May MORs. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Ryan, Laureen | 6/15/2020 | Monthly reporting | Communications with A&M team regarding MORs. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Leibert, Seth | 6/16/2020 | Monthly reporting | Update drafts to May MORs. | 1.0 | $ 510.00 | $ 510.00 | $ 434.00 | $ 434.00 |
| Bunyan, Jr., Richard | 6/17/2020 | Monthly reporting | Redacting of May bank statements for MORs. | 0.4 | $ 480.00 | $ 192.00 | $ 408.00 | $ 163.20 |
| Leibert, Seth | 6/17/2020 | Monthly reporting | Communication to A&M team regarding May MORs. | 0.3 | $ 510.00 | $ 153.00 | $ 434.00 | $ 130.20 |
| Leibert, Seth | 6/17/2020 | Monthly reporting | Finalize drafts of May MORs for team review. | 2.1 | $ 510.00 | $ 1,071.00 | $ 434.00 | $ 911.40 |
| Ryan, Laureen | 6/17/2020 | Monthly reporting | Communications with A&M team regarding MORs for May. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 6/18/2020 | Monthly reporting | Communications with A&M team regarding MORs for May and review draft MORs attached thereto. | 0.6 | $ 895.00 | $ 537.00 | $ 761.00 | $ 456.60 |
| Ryan, Laureen | 6/18/2020 | Monthly reporting | Communications with Jenner and A&M team regarding MORs for May. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Leibert, Seth | 6/19/2020 | Monthly reporting | Finalize drafts of May MORs based on team comments. | 1.0 | $ 510.00 | $ 510.00 | $ 434.00 | $ 434.00 |
| Leibert, Seth | 6/19/2020 | Monthly reporting | Communication to Trustee and A&M team regarding May MORs. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Ryan, Laureen | 6/19/2020 | Monthly reporting | Communications with Jenner and A&M team regarding MORs for May. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| | | **Monthly reporting Total** | | **24.6** | | **$ 13,034.50** | | **$ 11,091.10** |
| Bunyan, Jr., Richard | 6/3/2020 | Professional Fees/Retention | Initial preparation of May invoice documents. | 0.3 | $ 480.00 | $ 144.00 | $ 408.00 | $ 122.40 |
| Bunyan, Jr., Richard | 6/8/2020 | Professional Fees/Retention | Preparation of May invoice and statement of fees. | 3.6 | $ 480.00 | $ 1,728.00 | $ 408.00 | $ 1,468.80 |

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Leibert, Seth | 6/9/2020 | Professional Fees/Retention | Review and update monthly fee application. | 0.6 | $ 510.00 | $ 306.00 | $ 434.00 | $ 260.40 |
| Bunyan, Jr., Richard | 6/9/2020 | Professional Fees/Retention | Updates to May invoice and statement of fees per review comments. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| | | **Professional Fees/Retention Total** | | **4.7** | | **$ 2,274.00** | | **$ 1,933.20** |
| | | **Grand Total** | | **62.7** | | **$ 33,019.50** | | **$ 28,081.30** |