JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF PLAN EFFECTIVE DATE

This Court confirmed the *Trustee's First Amended Chapter 11 Plan* [Dkt. 1106] by order entered November 20, 2019 [Dkt. 1262] and confirmed the *Trustee's Modified First Amended Chapter 11 Plan* (the "**Plan**") [Dkt. 1539] on July 17, 2020. [Dkt. 1569] Plan Section 7.2 specifies conditions to the Effective Date of the Plan. Richard Levin, not individually but solely as chapter 11 trustee (the "**Trustee**") for the Debtors in the above-captioned jointly administered chapter 11 cases, has determined, after consultation with Punjab National Bank, that all conditions to the Plan Effective Date have been met. Accordingly, under Plan Section 7.5, the Trustee declares the Plan effective with an Effective Date of August 3, 2020.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

| | |
|---|---|
| Dated: July 31, 2020<br>New York, New York | Respectfully submitted,<br><br>JENNER & BLOCK LLP<br><br>By: <u>/s/ Marc Hankin</u><br>Marc Hankin<br>Carl Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>(212) 891-1600<br>mhankin@jenner.com<br>cwedoff@jenner.com<br><br>Angela Allen (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>aallen@jenner.com<br>wwilliams@jenner.com<br><br>*Counsel for the Chapter 11 Trustee* |