August 10, 2020                                                                                                                        Firestar Diamond, Inc. - 815913D,E,F-026-200807183

Richard Levin, Esq.
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908

Re:   FIRESTAR DIAMOND, INC., et al., Debtors Case #18-10509 (SHL) (the "Action")

SERVICES RENDERED
By Alvarez & Marsal Disputes and Investigations, LLC
through July 31, 2020, not previously billed

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Bunyan, Jr., Richard | 7/1/2020 | Litigation Activities | Targeted Relativity searches for debtor and non-debtor invoices to support inventory transfers to SDC. | 2.2 | $ 480.00 | $ 1,056.00 | $ 408.00 | $ 897.60 |
| Bunyan, Jr., Richard | 7/1/2020 | Litigation Activities | Preparation of non-debtor transfers to SDC analysis. | 2.4 | $ 480.00 | $ 1,152.00 | $ 408.00 | $ 979.20 |
| Bunyan, Jr., Richard | 7/1/2020 | Litigation Activities | Research related to SDC transaction requested by counsel. | 1.1 | $ 480.00 | $ 528.00 | $ 408.00 | $ 448.80 |
| Bunyan, Jr., Richard | 7/1/2020 | Litigation Activities | Review of SDC document production. | 1.2 | $ 480.00 | $ 576.00 | $ 408.00 | $ 489.60 |
| Bunyan, Jr., Richard | 7/1/2020 | Litigation Activities | Review of non-debtor bank statements and accounting records for cash transfers to SDC. | 1.3 | $ 480.00 | $ 624.00 | $ 408.00 | $ 530.40 |
| Bunyan, Jr., Richard | 7/1/2020 | Litigation Activities | Drafting of summary email and compilation of SDC support. | 0.7 | $ 480.00 | $ 336.00 | $ 408.00 | $ 285.60 |
| Bunyan, Jr., Richard | 7/1/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding SDC analysis. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Leibert, Seth | 7/1/2020 | Litigation Activities | Communications with A&M team regarding non-debtors transfers to SDC Designs analyses and related support. | 0.1 | $ 510.00 | $ 51.00 | $ 434.00 | $ 43.40 |
| Leibert, Seth | 7/1/2020 | Litigation Activities | Review updated non-debtors transfers to SDC Designs analyses and related support. | 0.4 | $ 510.00 | $ 204.00 | $ 434.00 | $ 173.60 |
| Ryan, Laureen | 7/1/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding SDC analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/1/2020 | Litigation Activities | Communications with A&M team regarding claim analysis and review attachments thereto. | 0.5 | $ 895.00 | $ 447.50 | $ 761.00 | $ 380.50 |
| Ryan, Laureen | 7/1/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| Bunyan, Jr., Richard | 7/2/2020 | Litigation Activities | Preparation of debtor transfers to SDC analysis. | 2.6 | $ 480.00 | $ 1,248.00 | $ 408.00 | $ 1,060.80 |
| Bunyan, Jr., Richard | 7/2/2020 | Litigation Activities | Continued preparation of debtor transfers to SDC analysis. | 0.8 | $ 480.00 | $ 384.00 | $ 408.00 | $ 326.40 |
| Bunyan, Jr., Richard | 7/2/2020 | Litigation Activities | Targeted Relativity searches related to SDC transaction with shadow entity. | 1.4 | $ 480.00 | $ 672.00 | $ 408.00 | $ 571.20 |
| Bunyan, Jr., Richard | 7/2/2020 | Litigation Activities | Targeted Relativity searches related to debtor deposits from SDC and related inventory invoices. | 1.6 | $ 480.00 | $ 768.00 | $ 408.00 | $ 652.80 |
| Bunyan, Jr., Richard | 7/2/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding debtor transfers to SDC analysis. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Bunyan, Jr., Richard | 7/2/2020 | Litigation Activities | Drafting of summary email and compilation of support for debtor transfers to SDC analysis. | 0.5 | $ 480.00 | $ 240.00 | $ 408.00 | $ 204.00 |
| Bunyan, Jr., Richard | 7/2/2020 | Litigation Activities | Drafting of summary email and compilation of support for SDC transaction with shadow entity. | 0.7 | $ 480.00 | $ 336.00 | $ 408.00 | $ 285.60 |
| Leibert, Seth | 7/2/2020 | Litigation Activities | Review World Diamond - SDC transaction analysis and related support. | 0.3 | $ 510.00 | $ 153.00 | $ 434.00 | $ 130.20 |
| Leibert, Seth | 7/2/2020 | Litigation Activities | Communications with A&M team regarding World Diamond - SDC transaction analysis and related support. | 0.1 | $ 510.00 | $ 51.00 | $ 434.00 | $ 43.40 |
| Leibert, Seth | 7/2/2020 | Litigation Activities | Communications with A&M team regarding debtor transfers to SDC designs analysis. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/2/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding debtor transfers to SDC analysis. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/2/2020 | Litigation Activities | Review debtor transfers to A&M team analysis. | 0.4 | $ 510.00 | $ 204.00 | $ 434.00 | $ 173.60 |

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7/2/2020 | Litigation Activities | Communications with A&M team regarding claim analysis and review attachments thereto. | 1.3 | $ 895.00 | $ 1,163.50 | $ 761.00 | $ 989.30 |
| Ryan, Laureen | 7/2/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.4 | $ 895.00 | $ 358.00 | $ 761.00 | $ 304.40 |
| Bunyan, Jr., Richard | 7/3/2020 | Litigation Activities | Targeted Relativity searches for customer invoices and check payments. | 3.7 | $ 480.00 | $ 1,776.00 | $ 408.00 | $ 1,509.60 |
| Bunyan, Jr., Richard | 7/3/2020 | Litigation Activities | Review and mark-up of Firestar bank statements to agree customer deposits. | 0.8 | $ 480.00 | $ 384.00 | $ 408.00 | $ 326.40 |
| Ryan, Laureen | 7/3/2020 | Litigation Activities | Communications with A&M team regarding claim analysis and review attachments thereto. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| Ryan, Laureen | 7/3/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Bunyan, Jr., Richard | 7/6/2020 | Litigation Activities | Preparation of customer invoice and payment summary, compilation of support, and drafting of email summary. | 1.2 | $ 480.00 | $ 576.00 | $ 408.00 | $ 489.60 |
| Bunyan, Jr., Richard | 7/6/2020 | Litigation Activities | Research related to customer memo inventory in Relativity and debtor books and records. | 2.4 | $ 480.00 | $ 1,152.00 | $ 408.00 | $ 979.20 |
| Bunyan, Jr., Richard | 7/6/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding customer analysis observations. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Ryan, Laureen | 7/6/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) regarding customer analysis observations. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/6/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/6/2020 | Litigation Activities | Communications with A&M team regarding claim analysis. | 0.4 | $ 895.00 | $ 358.00 | $ 761.00 | $ 304.40 |
| Bunyan, Jr., Richard | 7/7/2020 | Litigation Activities | Research related to customer memo reconciliation and aged inventory. | 1.7 | $ 480.00 | $ 816.00 | $ 408.00 | $ 693.60 |
| Bunyan, Jr., Richard | 7/7/2020 | Litigation Activities | Teleconferences with A&M team (Ryan/Bunyan) regarding customer memo inventory research. | 0.7 | $ 480.00 | $ 336.00 | $ 408.00 | $ 285.60 |
| Bunyan, Jr., Richard | 7/7/2020 | Litigation Activities | Drafting of email summary and compilation of support related to customer memo reconciliation. | 0.5 | $ 480.00 | $ 240.00 | $ 408.00 | $ 204.00 |
| Bunyan, Jr., Richard | 7/7/2020 | Litigation Activities | Preparation of email summary and compilation of support related to customer memo inventory. | 0.3 | $ 480.00 | $ 144.00 | $ 408.00 | $ 122.40 |
| Ryan, Laureen | 7/7/2020 | Litigation Activities | Communications with A&M team regarding claim analysis. | 0.5 | $ 895.00 | $ 447.50 | $ 761.00 | $ 380.50 |
| Ryan, Laureen | 7/7/2020 | Litigation Activities | Teleconferences with A&M team (Ryan/Bunyan) regarding customer memo inventory research. | 0.7 | $ 895.00 | $ 626.50 | $ 761.00 | $ 532.70 |
| Ryan, Laureen | 7/7/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Bunyan, Jr., Richard | 7/8/2020 | Litigation Activities | Review of SDC correspondences. | 0.3 | $ 480.00 | $ 144.00 | $ 408.00 | $ 122.40 |
| Bunyan, Jr., Richard | 7/8/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) and Jenner regarding SDC analysis. | 0.6 | $ 480.00 | $ 288.00 | $ 408.00 | $ 244.80 |
| Ryan, Laureen | 7/8/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/8/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bunyan) and Jenner regarding SDC analysis. | 0.6 | $ 895.00 | $ 537.00 | $ 761.00 | $ 456.60 |
| Ryan, Laureen | 7/8/2020 | Litigation Activities | Communications with A&M team regarding claim analysis and review attachments thereto. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/10/2020 | Litigation Activities | Communications with Jenner and A&M team regarding claim analysis. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Ryan, Laureen | 7/13/2020 | Litigation Activities | Communications with A&M team regarding claim analysis. | 0.1 | $ 895.00 | $ 89.50 | $ 761.00 | $ 76.10 |
| Bunyan, Jr., Richard | 7/23/2020 | Litigation Activities | Review of email correspondences regarding SDC. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Bunyan, Jr., Richard | 7/23/2020 | Litigation Activities | Targeted review of SDC document production for debtor and shadow entity invoices/packing lists. | 0.8 | $ 480.00 | $ 384.00 | $ 408.00 | $ 326.40 |
| Bunyan, Jr., Richard | 7/23/2020 | Litigation Activities | Initial preparation of SDC profitability analysis. | 1.8 | $ 480.00 | $ 864.00 | $ 408.00 | $ 734.40 |
| Bunyan, Jr., Richard | 7/23/2020 | Litigation Activities | Review and analysis of FDI general ledger for SDC purchases and sales. | 2.5 | $ 480.00 | $ 1,200.00 | $ 408.00 | $ 1,020.00 |
| Ryan, Laureen | 7/23/2020 | Litigation Activities | Communications with Jenner and A&M regarding SDC analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Bunyan, Jr., Richard | 7/24/2020 | Litigation Activities | Review of SDC document production and drafting of follow up requests. | 1.1 | $ 480.00 | $ 528.00 | $ 408.00 | $ 448.80 |
| Bunyan, Jr., Richard | 7/24/2020 | Litigation Activities | Preparation of SDC profitability analysis. | 1.1 | $ 480.00 | $ 528.00 | $ 408.00 | $ 448.80 |
| Ryan, Laureen | 7/24/2020 | Litigation Activities | Communications with A&M team regarding SDC analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7/24/2020 | Litigation Activities | Communications with Jenner and A&M regarding SDC document requests. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| Bunyan, Jr., Richard | 7/27/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bardhi/Bunyan) regarding SDC analysis. | 0.9 | $ 480.00 | $ 432.00 | $ 408.00 | $ 367.20 |
| Bunyan, Jr., Richard | 7/27/2020 | Litigation Activities | Preparation of SDC profitability analysis. | 1.6 | $ 480.00 | $ 768.00 | $ 408.00 | $ 652.80 |
| Bunyan, Jr., Richard | 7/27/2020 | Litigation Activities | Drafting of talking points and strategy for internal call regarding SDC analyses. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Bardhi, Ganimet | 7/27/2020 | Litigation Activities | Review SDC analysis. | 1.5 | $ 615.00 | $ 922.50 | $ 523.00 | $ 784.50 |
| Bardhi, Ganimet | 7/27/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bardhi/Bunyan) regarding SDC analysis. | 0.9 | $ 615.00 | $ 553.50 | $ 523.00 | $ 470.70 |
| Ryan, Laureen | 7/27/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bardhi/Bunyan) regarding SDC analysis. | 0.9 | $ 895.00 | $ 805.50 | $ 761.00 | $ 684.90 |
| Ryan, Laureen | 7/27/2020 | Litigation Activities | Communications with Jenner and A&M team regarding SDC analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Bardhi, Ganimet | 7/28/2020 | Litigation Activities | Review SDC complaint and analysis and communicate workplan to team. | 2.0 | $ 615.00 | $ 1,230.00 | $ 523.00 | $ 1,046.00 |
| Ryan, Laureen | 7/28/2020 | Litigation Activities | Communications with Jenner and A&M team regarding SDC analysis and complaint. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/28/2020 | Litigation Activities | Communications with A&M team regarding SDC analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Leibert) regarding SDC analysis. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Preparation of additional SDC inventory transfers listing. | 2.8 | $ 480.00 | $ 1,344.00 | $ 408.00 | $ 1,142.40 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Updates to SDC transaction profitability analysis per review comments. | 2.5 | $ 480.00 | $ 1,200.00 | $ 408.00 | $ 1,020.00 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Teleconferences with A&M team (Bardhi/Bunyan) regarding SDC transfers analyses and schedules. | 1.0 | $ 480.00 | $ 480.00 | $ 408.00 | $ 408.00 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Preparation of SDC draft complaint schedules. | 0.9 | $ 480.00 | $ 432.00 | $ 408.00 | $ 367.20 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding transfers to SDC analysis. | 0.4 | $ 480.00 | $ 192.00 | $ 408.00 | $ 163.20 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Ryan) regarding SDC analysis and draft complaint. | 1.0 | $ 480.00 | $ 480.00 | $ 408.00 | $ 408.00 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Email correspondences related to SDC analyses. | 0.6 | $ 480.00 | $ 288.00 | $ 408.00 | $ 244.80 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Leibert) regarding SDC analysis updates. | 0.3 | $ 480.00 | $ 144.00 | $ 408.00 | $ 122.40 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Review of SDC draft complaint. | 0.5 | $ 480.00 | $ 240.00 | $ 408.00 | $ 204.00 |
| Bunyan, Jr., Richard | 7/29/2020 | Litigation Activities | Updates to SDC draft complaint schedules per review comments. | 0.4 | $ 480.00 | $ 192.00 | $ 408.00 | $ 163.20 |
| Leibert, Seth | 7/29/2020 | Litigation Activities | Quality control review of SDC analysis. | 0.9 | $ 510.00 | $ 459.00 | $ 434.00 | $ 390.60 |
| Leibert, Seth | 7/29/2020 | Litigation Activities | Communications with A&M team regarding SDC analysis and complaint. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/29/2020 | Litigation Activities | Review of SDC complaint. | 1.2 | $ 510.00 | $ 612.00 | $ 434.00 | $ 520.80 |
| Leibert, Seth | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Leibert) regarding SDC analysis updates. | 0.3 | $ 510.00 | $ 153.00 | $ 434.00 | $ 130.20 |
| Leibert, Seth | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Leibert/Bunyan) regarding transfers to SDC analysis. | 0.4 | $ 510.00 | $ 204.00 | $ 434.00 | $ 173.60 |
| Leibert, Seth | 7/29/2020 | Litigation Activities | Communications with A&M team regarding SDC analysis. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Leibert) regarding SDC analysis. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Teleconferences with A&M team (Bardhi/Bunyan) regarding SDC transfers analyses and schedules. | 1.0 | $ 615.00 | $ 615.00 | $ 523.00 | $ 523.00 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Summarize findings and communicate status to counsel. | 0.9 | $ 615.00 | $ 553.50 | $ 523.00 | $ 470.70 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Ryan) regarding SDC analysis and draft complaint. | 1.0 | $ 615.00 | $ 615.00 | $ 523.00 | $ 523.00 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Review SDC complaint. | 1.9 | $ 615.00 | $ 1,168.50 | $ 523.00 | $ 993.70 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Leibert) regarding SDC analysis updates. | 0.3 | $ 615.00 | $ 184.50 | $ 523.00 | $ 156.90 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Review email from counsel and communicate with A&M team. | 0.2 | $ 615.00 | $ 123.00 | $ 523.00 | $ 104.60 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Leibert) regarding SDC analysis. | 0.2 | $ 615.00 | $ 123.00 | $ 523.00 | $ 104.60 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Continue to review SDC complaint. | 0.9 | $ 615.00 | $ 553.50 | $ 523.00 | $ 470.70 |
| Bardhi, Ganimet | 7/29/2020 | Litigation Activities | Review draft schedules for SDC complaint. | 0.5 | $ 615.00 | $ 307.50 | $ 523.00 | $ 261.50 |

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7/29/2020 | Litigation Activities | Communications with A&M team regarding SDC analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/29/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan/Ryan) regarding SDC analysis and draft complaint. | 1.0 | $ 895.00 | $ 895.00 | $ 761.00 | $ 761.00 |
| Ryan, Laureen | 7/29/2020 | Litigation Activities | Communications with Jenner and A&M team regarding SDC analysis and complaint and review attachments thereto. | 0.8 | $ 895.00 | $ 716.00 | $ 761.00 | $ 608.80 |
| Ryan, Laureen | 7/29/2020 | Litigation Activities | Document review regarding SDC claims and draft complaint analysis. | 0.6 | $ 895.00 | $ 537.00 | $ 761.00 | $ 456.60 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert/Bunyan/Ryan) regarding SDC analysis and draft complaint. | 0.4 | $ 480.00 | $ 192.00 | $ 408.00 | $ 163.20 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Updates to debtor and non-debtor cash and inventory transfers analyses to SDC for additional inventory transfers. | 0.6 | $ 480.00 | $ 288.00 | $ 408.00 | $ 244.80 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert/Bunyan) regarding additional SDC analyses. | 0.2 | $ 480.00 | $ 96.00 | $ 408.00 | $ 81.60 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bardhi/Bunyan) and Jenner regarding SDC complaint and analyses. | 0.5 | $ 480.00 | $ 240.00 | $ 408.00 | $ 204.00 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Updates to SDC draft complaint schedules per review comments and counsel requests. | 0.5 | $ 480.00 | $ 240.00 | $ 408.00 | $ 204.00 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan) regarding SDC analysis and complaint. | 0.8 | $ 480.00 | $ 384.00 | $ 408.00 | $ 326.40 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Updates to SDC draft complaint schedules for additional inventory transfers. | 0.7 | $ 480.00 | $ 336.00 | $ 408.00 | $ 285.60 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Updates to the SDC transaction profitability analysis per review comments. | 0.9 | $ 480.00 | $ 432.00 | $ 408.00 | $ 367.20 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Updates to SDC analyses and related schedules per review comments. | 0.8 | $ 480.00 | $ 384.00 | $ 408.00 | $ 326.40 |
| Bunyan, Jr., Richard | 7/30/2020 | Litigation Activities | Updates to debtor and non-debtor cash and inventory transfers analyses to SDC for link to shadow entities. | 1.7 | $ 480.00 | $ 816.00 | $ 408.00 | $ 693.60 |
| Leibert, Seth | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert) regarding SDC analysis and complaint. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert/Bunyan) regarding additional SDC analyses. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/30/2020 | Litigation Activities | Further communications with A&M team regarding SDC analysis and complaint. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert/Bunyan/Ryan) regarding SDC analysis and draft complaint. | 0.4 | $ 510.00 | $ 204.00 | $ 434.00 | $ 173.60 |
| Leibert, Seth | 7/30/2020 | Litigation Activities | Review of SDC complaint. | 2.0 | $ 510.00 | $ 1,020.00 | $ 434.00 | $ 868.00 |
| Leibert, Seth | 7/30/2020 | Litigation Activities | Communications with A&M team regarding SDC analysis and complaint. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/30/2020 | Litigation Activities | Quality control review of SDC analysis. | 1.1 | $ 510.00 | $ 561.00 | $ 434.00 | $ 477.40 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert/Bunyan/Ryan) regarding SDC analysis and draft complaint. | 0.4 | $ 615.00 | $ 246.00 | $ 523.00 | $ 209.20 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bardhi/Bunyan) and Jenner regarding SDC complaint and analyses. | 0.5 | $ 615.00 | $ 307.50 | $ 523.00 | $ 261.50 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert) regarding SDC analysis and complaint. | 0.2 | $ 615.00 | $ 123.00 | $ 523.00 | $ 104.60 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert/Bunyan) regarding additional SDC analyses. | 0.2 | $ 615.00 | $ 123.00 | $ 523.00 | $ 104.60 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Continue to review SDC complaint and analysis. | 0.3 | $ 615.00 | $ 184.50 | $ 523.00 | $ 156.90 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Review draft schedules for SDC complaint. | 1.4 | $ 615.00 | $ 861.00 | $ 523.00 | $ 732.20 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Continue to review draft schedules for SDC complaint. | 1.2 | $ 615.00 | $ 738.00 | $ 523.00 | $ 627.60 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Bunyan) regarding SDC analysis and complaint. | 0.8 | $ 615.00 | $ 492.00 | $ 523.00 | $ 418.40 |
| Bardhi, Ganimet | 7/30/2020 | Litigation Activities | Continue to review and update draft schedules for SDC complaint. | 2.5 | $ 615.00 | $ 1,537.50 | $ 523.00 | $ 1,307.50 |
| Ryan, Laureen | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Bardhi/Leibert/Bunyan/Ryan) regarding SDC analysis and draft complaint. | 0.4 | $ 895.00 | $ 358.00 | $ 761.00 | $ 304.40 |
| Ryan, Laureen | 7/30/2020 | Litigation Activities | Teleconference with A&M team (Ryan/Bardhi/Bunyan) and Jenner regarding SDC complaint and analyses. | 0.5 | $ 895.00 | $ 447.50 | $ 761.00 | $ 380.50 |

| Name | Date | Billing Category | Description | Hours | Standard Rate | Fees at Standard Rate | Discounted Rate | Fees at Discounted Rate |
|---|---|---|---|---|---|---|---|---|
| Ryan, Laureen | 7/30/2020 | Litigation Activities | Communications with A&M team regarding SDC analysis. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| Ryan, Laureen | 7/30/2020 | Litigation Activities | Communications with Jenner and A&M team regarding SDC analysis and complaint. | 0.2 | $ 895.00 | $ 179.00 | $ 761.00 | $ 152.20 |
| | | **Litigation Activities Total** | | **98.0** | | **$ 55,089.00** | | **$ 46,838.20** |
| Leibert, Seth | 7/10/2020 | Monthly reporting | Begin preparing draft June Old AJ Inc. MOR. | 2.8 | $ 510.00 | $ 1,428.00 | $ 434.00 | $ 1,215.20 |
| Leibert, Seth | 7/10/2020 | Monthly reporting | Begin preparing draft June Firestar/Fantasy MOR. | 3.2 | $ 510.00 | $ 1,632.00 | $ 434.00 | $ 1,388.80 |
| Leibert, Seth | 7/10/2020 | Monthly reporting | Continue preparing draft June Firestar/Fantasy MOR. | 1.4 | $ 510.00 | $ 714.00 | $ 434.00 | $ 607.60 |
| Leibert, Seth | 7/13/2020 | Monthly reporting | Prepare draft June Old AJ Inc. MOR. | 2.8 | $ 510.00 | $ 1,428.00 | $ 434.00 | $ 1,215.20 |
| Leibert, Seth | 7/13/2020 | Monthly reporting | Prepare draft June Firestar/Fantasy MOR. | 2.7 | $ 510.00 | $ 1,377.00 | $ 434.00 | $ 1,171.80 |
| Leibert, Seth | 7/14/2020 | Monthly reporting | Prepare draft June Old AJ Inc. MOR. | 2.4 | $ 510.00 | $ 1,224.00 | $ 434.00 | $ 1,041.60 |
| Leibert, Seth | 7/14/2020 | Monthly reporting | Prepare draft June Firestar/Fantasy MOR. | 1.8 | $ 510.00 | $ 918.00 | $ 434.00 | $ 781.20 |
| Leibert, Seth | 7/14/2020 | Monthly reporting | Continue preparing draft June Firestar/Fantasy MOR. | 1.5 | $ 510.00 | $ 765.00 | $ 434.00 | $ 651.00 |
| Leibert, Seth | 7/15/2020 | Monthly reporting | Communications with GCAL regarding June MORs. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Shapiro, Rachel | 7/16/2020 | Monthly reporting | Redact June 2020 debtor bank statements. | 0.3 | $ 450.00 | $ 135.00 | $ 383.00 | $ 114.90 |
| Leibert, Seth | 7/16/2020 | Monthly reporting | Finalize draft June MORs for team review. | 2.2 | $ 510.00 | $ 1,122.00 | $ 434.00 | $ 954.80 |
| Leibert, Seth | 7/16/2020 | Monthly reporting | Communications with A&M team regarding June MORs. | 0.6 | $ 510.00 | $ 306.00 | $ 434.00 | $ 260.40 |
| Leibert, Seth | 7/17/2020 | Monthly reporting | Communications with Trustee and A&M team regarding June MORs. | 0.2 | $ 510.00 | $ 102.00 | $ 434.00 | $ 86.80 |
| Leibert, Seth | 7/17/2020 | Monthly reporting | Prepare updates to June MORs based on Trustee comments. | 0.7 | $ 510.00 | $ 357.00 | $ 434.00 | $ 303.80 |
| Ryan, Laureen | 7/17/2020 | Monthly reporting | Communications with Jenner and A&M team regarding MORs. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| | | **Monthly reporting Total** | | **23.1** | | **$ 11,878.50** | | **$ 10,108.20** |
| Bunyan, Jr., Richard | 7/13/2020 | Professional Fees/Retention | Preparation of June invoice and statement of fees. | 3.2 | $ 480.00 | $ 1,536.00 | $ 408.00 | $ 1,305.60 |
| Leibert, Seth | 7/13/2020 | Professional Fees/Retention | Review and update monthly fee application. | 0.5 | $ 510.00 | $ 255.00 | $ 434.00 | $ 217.00 |
| Ryan, Laureen | 7/16/2020 | Professional Fees/Retention | Review June application and communication with Trustee thereon. | 0.3 | $ 895.00 | $ 268.50 | $ 761.00 | $ 228.30 |
| | | **Professional Fees/Retention Total** | | **4.0** | | **$ 2,059.50** | | **$ 1,750.90** |
| | | **Grand Total** | | **125.1** | | **$ 69,027.00** | | **$ 58,697.30** |