

**Acutus Advisory Limited**
雅德諮詢有限公司

Unit 201, 2nd Floor, Tesbury Centre,
28 Queen's Road East, Wanchai,
Hong Kong SAR

Tel  : (852) 3996 7830
Fax : (852) 3747 2693

www.acutus-ca.com

By airmail

25 January 2021

Our ref:  SS001SPC201806
Your ref: 18-10509-shl (Bankruptcy Case No.)

United States Bankruptcy Court
Southern District of New York
355 Main St, Poughkeepsie, NY 12601,
United States

Attention: Vito Genna, Clerk of the Court

Dear Sirs

**Sino Traders Limited (Dissolved) ("the Company")**

I refer to your letter dated 23 December 2020.

Pursuant to section 248 of the Companies (Winding Up and Miscellaneous Provisions) Ordinance, the final meetings of the Company were convened and held on 25 March 2020.  The liquidator of the Company ceased to act on the same date.  Subsequently on 27 June 2020, the Company was dissolved.

I confirm that no dividend was paid to any classes of creditors of the Company.

Should you have any queries, please feel free to contact Ms Peggy Fung at (852) 3996-7830 or via email at peggy.fung@acutus-hk.com.

Yours sincerely,

Peggy Fung
Former Liquidator
Sino Traders Limited

RECEIVED

FEB 1 9 2021

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

*Embracing Growth Imperatives*